# INFORMATION SHEET

| | |
|---|---|
| <u>DEFENDANT</u> | BAKHTIYOR JUMAEV, a.k.a. "Abu Bakr" |
| <u>YEAR OF BIRTH</u>: | 1966 |
| <u>ADDRESS</u>: | Philadelphia, PA |
| <u>COMPLAINT FILED</u>? | __X__ YES ___ NO |

IF YES, PROVIDE MAGISTRATE CASE NUMBER: <u>12-mj-01039-KLM</u>

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>?

| | |
|---|---|
| <u>OFFENSE</u>: | **Count 1**: 18 U.S.C. § 2339B: Conspiracy to Provide Material Support of a Designated Foreign Terrorist Organization |
| <u>LOCATION OF OFFENSE</u>: | Arapahoe County, Colorado. |
| <u>PENALTY</u>: | **Counts 1**: NMT 15 years imprisonment; $250,000 fine, or both; NMT 5 years supervised release; $100.00 Special Assessment Fee; and restitution |
| <u>AGENTS</u>: | Donald Hale, Special Agent FBI |
| <u>AUTHORIZED BY</u>: | Gregory Holloway, Assistant United States Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

____ five days or less   __X__ over five days   ____ other

<u>THE GOVERNMENT</u>

__X__ will seek detention in this case   ____ will **not** seek detention in this case

The statutory presumption of detention **is** applicable to this defendant.

OCDETF CASE:   ____ Yes   __X__ No