AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 12-mj-01039-KLM |
| 1. BAKHTIYOR JUMAEV, | ) |
| a.k.a. "Abu Bakr", | ) |
|  | ) |
| Defendant | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     BAKHTIYOR JUMAEV, a.k.a. "Abu Bakr",_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Material Support of a Designated Foreign Terrorist Organization,
in Violation of Title 18, United States Code, Section 2339B.


Date: March 14, 2012                                                  _____
                                                                        *Issuing officer's signature*

City and state:   Denver, CO                                           KRISTEN L. MIX
                                                                        U.S. MAGISTRATE JUDGE
                                                                        DISTRICT OF COLORADO

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____                                                       _____ *Arresting officer's signature* |
|                                                                       _____ *Printed name and title* |