## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:12-cr-00033-JLK-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    BAKHTIYOR JUMAEV,

    Defendant.

## NOTICE OF INTENT TO USE
## FOREIGN INTELLIGENCE SURVEILLANCE INFORMATION

Comes now the United States of America, by John F. Walsh, United States Attorney, and Gregory Holloway, Assistant United States Attorney, both for the District of Colorado and Jason Kellhofer and Erin Creegan, Trial Attorneys United States Department of Justice, National Security Division, Counterterrorism Section, and hereby provides notice to this Court and the defendant, Bakhtiyor Jumaev, that pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the government intends to offer into evidence or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained and derived from electronic surveillance and physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978, as amended, 50 U.S.C. §§ 1801-1811, 1821-1829.

Respectfully submitted this 4th day of April, 2012.

JOHN F. WALSH
United States Attorney


 s/ Greg Holloway
By:   GREG HOLLOWAY, WSBA #28743
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: 303-454-0100
Facsimile: 303-454-0403
Email: Gregory.Holloway@usdoj.gov


 s/ Jason Kellhofer
By:   JASON KELLHOFER
Trial Attorney
United States Department of Justice
National Security Division
Counterterrorism Section
10th Street & Pennsylvania Avenue, NW
Room 2740
Washington, DC 20530
Telephone: 202-353-7371
Facsimile: 202-353-0778
Email: Jason.Kellhofer@usdoj.gov

 s/ Erin Creegan
By:   ERIN CREEGAN
Trial Attorney
United States Department of Justice
National Security Division
Counterterrorism Section
10th Street & Pennsylvania Avenue, NW
Room 2740
Washington, DC 20530
Telephone: 202-353-7371
Facsimile: 202-353-0778
Email: Erin.Creegan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April, 2012, I electronically filed the foregoing **NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE INFORMATION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

**Brain R. Leedy**
  Email: Brian_Leedy@fd.org

**Warren R. Williamson**
  Email: Rick_Williamson@fd.org

**David Barry Savitz**
  Email: savmaster@aol.com


*S/ Maureen Carle*
MAUREEN CARLE
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: 303-454-0100
Email: Maureen.Carle@usdoj.gov