IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

**Criminal Action No. 12-cr-0033-JLK**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**2. BAKHTIYOR JUMAEV,**

    Defendant.

## ORDER APPLYING RULINGS/DEADLINES
## TO CO-DEFENDANT JUMAEV

Kane, J.

The government filed three motions in this case yesterday related to Defendant 2, Bakhtiyor Jumaev. Mr. Jumaev was recently indicted as a co-defendant with Defendant 1, Jamshid Muhtorov, and the government seeks, "in an abundance of caution," to add him to various filings and operative orders so that he stands in the same position as Mr. Muhtorov with regard to discovery and tolling of speedy trial deadlines. Given the procedural nature of the Motions and the representation that Mr. Jumaev's counsel, David Barry Savitz, agrees to the relief requested, I ORDER as follows:

- The Motion (Doc. 82) to Add Mr. Jumaev to the currently operative Protective Order (Doc. 47) is GRANTED. I note the Protective Order is the subject of a Motion for Reconsideration (Doc. 49), which is currently in briefing. Mr. Jumaev

will be considered to have joined the Motion for Reconsideration, and may file a separate Response to that Motion on or before April 19, 2012.

- The Motion (Doc. 83) to add Mr. Jumaev to the Motion Declaration of Complexity Pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) filed for co-defendant Jamshid Muhtorov (Doc. 35) and granted at the March 19, 2012 status conference, is also GRANTED. A minimum of 90 days shall be excluded from Mr. Jumaev's speedy trial calculation as a result of the FISA-related complexities identified in Doc. 35, and reiterated in Doc. 83.

- The Motion (Doc. 84) to add Mr. Jumaev to the May 23, 2012, CIPA § 2 pretrial conference already set with regard to Mr. Muhtorov, is also GRANTED.

Unless and until objected to or otherwise ordered, counsel should proceed as though all previous orders issued with respect to Mr. Muhtorov apply to Mr. Jumaev as well, including reference in pleadings to aliases, pretrial publicity, and the like. If any deadlines already set need to be reconsidered as to Mr. Jumaev, I trust counsel will raise that issue by motion as soon as the need becomes apparent.

Dated April 12, 2012.

                                              **s/John L. Kane**
                                              SENIOR U.S. DISTRICT JUDGE