IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action **No. 12-cr-00033-JLK**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**2.  BAKHTIYOR JUMAEV,**

    Defendants.

## ORDER

Kane, J.

This matter is before me on Defendant Bakhtiyor Jumaev's Motion for Severance (Doc. 926). Having reviewed the motion and the relevant pleadings and finding good cause appearing, the motion is DENIED without prejudice to renew in the event a superseding indictment is filed.

Dated: March 3, 2016

BY THE COURT:

*/s/ John L. Kane*
Senior U.S. District Court Judge