IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00033-JLK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  BAKHTIYOR JUMAEV

      Defendant.

## MOTION FOR LEAVE TO FILE EXPERT ENDORSEMENTS

Mr. Jumaev moves this court to allow the endorsement of two expert witnesses. The deadline for filing endorsement of defense expert witnesses was November 1, 2016. The bases for this late filing are as follows:

1.  The discovery cut-off date in this case was September 1, 2016. On December 1, 2016, in response to the defendants' discovery motion, the government provided the defense with a report produced for the United States Agency for International Development ("USAID") entitled "Central Asian Involvement in the Conflict in Syria and Iraq: Drivers and Responses" prepared by Mr. Noah Tucker. Defense counsel has reviewed this document and found a variety of relevant material contained therein.

2.  Recently the defense has located Mr. Tucker who currently works and resides in Europe.

3.      On February 17, 2017, the defense was provided in discovery the grand jury testimony pertaining to the Third Superseding Indictment, which included a discussion of Sheikh Abdullo Buhoriy and the Ihsanilim madrassa in Turkey.  The above-referenced USAID report prepared by Mr. Tucker discusses Abdullo Buhoriy as well as several other Uzbek sheikhs which may be relevant in this case.   Mr. Tucker has spent a significant amount of time in Central Asia conducting research and working, and focused on Central Asia during his studies at Harvard.  As a part of his scholarly work, Mr. Tucker has focused on Islam as practiced by persons from Central Asian countries, specifically Uzbekistan, as well as Islamic figures in Central Asia, including but not limited to Sheikh Buhoriy.

4.      While the government dismissed Counts 5 and 6 of the Third Superseding Indictment on March 1, 2017, it has also indicated that it may still use evidence pertaining to Sheikh Abdullo Buhoriy and/or the Ihsanilim madrassa where the comments are incident to other conversations relevant to the remaining counts.  Such evidence may also be necessary to the presentation of the defense regardless of the government's presentation of evidence.  Defense counsel have been in contact with Mr. Tucker, who has agreed to act as a defense expert.  It was not until the disclosure of the USAID report prepared by Mr. Tucker, in conjunction with the disclosure of the grand jury testimony for the Third Superseding Indictment, that Mr. Jumaev's defense team had the necessary information to assess the need to call Mr. Tucker as an expert. Defense counsel have determined that Mr. Tucker's testimony is essential to

effective assistance of counsel in this case.  Mr. Jumaev therefore requests the Court's permission to file an expert endorsement for Mr. Tucker.

5.     On February 17, 2017 the government filed its exhibit list (Doc. 1271) which included YouTube comments allegedly attributable to Mr. Jumaev, as well as various files allegedly recovered from Mr. Jumaev's computer which was seized on March 15, 2012.  These exhibits include, but are not limited to, Mr. Jumaev's Internet Explorer History, a computer extraction from Mr. Jumaev's computer, a summary of Mr. Jumaev's "Opera typed history", as well as items pertaining to Mr. Jumaev's use of Skype.  The government has conducted a forensic review of the materials found on Mr. Jumaev's electronic devices.  Defense counsel have used Robert Kelso of Forensic Pursuit to conduct a forensic review on behalf of the defense of the materials found on Mr. Jumaev's electronic devices seized in this case.  Until the government filed its exhibit list, defense counsel had not anticipated needing to utilize Mr. Kelso as an expert witness; however, the defense has now determined that Mr. Kelso's testimony is essential to effective assistance of counsel during trial.  Mr. Kelso's testimony would include a description of Forensic Pursuit's analysis of the electronic devices seized in this case consisted of at trial, including, but not limited to when, where, and the manner by which material was downloaded and/or viewed on Mr. Jumaev's electronic devices.  Mr. Jumaev requests the Court's permission to file an expert endorsement for Mr. Kelso.

WHEREFORE, Mr. Jumaev requests leave to file expert endorsements for

Mr. Noah Tucker and Mr. Robert Kelso, and for such further relief this Court may deem proper.

                                      Respectfully submitted,

/s/ David Barry Savitz
David Barry Savitz
Law Office of David B. Savitz
1512 Larimer Street, Suite 600
Denver, CO  80202
Telephone: (303) 825-3109
savmaster@aol.com

/s/ Mitchell Baker
Mitchell Baker
Attorney at Law
1543 Champa Street, #400
Denver, CO 80202
Telephone: (303) 592-7353
mitchbaker@estreet.com
*Attorneys for Bakhtiyor Jumaev*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 7, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                        /s/ Emily Boehme
                                        Emily Boehme