**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date: March 12, 2018

Deputy Clerk: Bernique Abiakam
                Emily Buchanan
Court Reporter: Terri Lindblom

Interpreters: Hasmik Jorgensen
              Irina Kamensky
            Muhitdin Ahunhodjaev

Criminal Action No.:12-cr-00033-JLK-2

UNITED STATES OF AMERICA,

    Gregory A. Holloway
    Beth N. Gibson
    Julia K. Martinez

    Plaintiff,

v.

2.     BAKHTIYOR JUMAEV,

    David B. Savitz
    Mitchell Baker
    Emily Boehme

    Defendants.

## COURTROOM MINUTES

**Jury Trial Day 1** - Jury selection

**10:12 a.m.    Court in session.**

Court calls case. Appearances of counsel. Defendant present, in custody.

Jury panel not present.

Interpreters sworn.

Preliminary remarks by the Court.

Discussion regarding stipulations to excusing empaneled jurors for cause.

**The following empaneled jurors are excused for cause :**

**24, 26, 96, 194, 197, 395, 602, 653, 698, 707, 742, 395, 229, 392, 388, and 733.**

Discussion regarding peremptory challenges, and alternates.

**10:31 a.m.    Court in recess.**

**10:52 a.m.    Court in session.**

Comments by the Court regarding the trial schedule during voir dire.

**11:03 a.m.    Court in recess.**

**1:36 p.m.     Court in session.**

1:51 p.m.     Jury panel enters the courtroom.

Preliminary remarks and instruction by the Court.

The first 16, randomly selected, jury panel members called and seated in the jury box.

Entire jury panel sworn for voir dire.

Introduction of counsel, Defendant - Mr. Jumaev, and courtroom/Chambers staff.

2:21 p.m.     The remaining jury panel members excused and directed to call the jury line for further instruction.

Comments by the Court.

2:25 p.m.     Voir dire begins by the Court.

2:31 p.m.     Voir dire begins by the Government (Mr. Holloway).

**3:00 p.m.     Court in recess.**

**3:21 p.m.     Court in session.**

Voir dire begins by Mr. Savitz.

4:27 p.m.     Jury panel excused and directed to call the jury line after 5:30 p.m. for further instruction.

Discussion regarding challenges for cause.

**Government stated the following challenges for cause with no objection by the Defendant:**

   **Jurors #149, #99, #730, and #320.**

Defendant states his challenge for cause - #340.  Objection by the Government. OVERRULED.

**Juror #340 excused for cause.**

Jury selection will continue tomorrow morning at 9:00 a.m.


**ORDERED:**  Defendant is REMANDED to the custody of the United States Marshal for the District of Colorado.

**4:42 p.m.     Court in recess.**
Trial continued.
Time in court - 3 hours, 15 minutes.