**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Date:  March 13, 2018 | Deputy Clerk: Bernique Abiakam |
| | Emily Buchanan(a.m.) |
| | Court Reporter: Terri Lindblom |
| Interpreters:  Hasmik Jorgensen | |
| Irina Kamensky | |
| Muhitdin Ahunhodjaev | |

Criminal Action No.:12-cr-00033-JLK-2

| | |
|---|---|
| UNITED STATES OF AMERICA, | Gregory A. Holloway |
| | Beth N. Gibson |
| | Julia K. Martinez |
| Plaintiff, | |
| v. | |
| 2.   BAKHTIYOR JUMAEV, | David B. Savitz |
| | Mitchell Baker |
| | Emily Boehme |
| Defendants. | |

## COURTROOM MINUTES

**Jury Trial Day 2** - Jury selection

**9:23 a.m.    Court in session.**

Court calls case.  Appearances of counsel.  Defendant present, in custody.

Interpreters sworn.

Jury panel not present.

Discussion regarding jury selection and challenges for cause.

9:24 a.m.     Argument by Mr. Savitz.

9:35 a.m.     Argument by Mr. Holloway.

9:38 a.m.     Comments and ruling by the Court.

*12-cr-00033-JLK-2*
*Jury Trial Day 2 - Jury selection*
*March 13, 2018*

**ORDERED:** Defendant's request to reduce the number of empaneled jurors from 16 to 10 for voir dire is DENIED.  Voir dire time allotted will increase from 1 hour to 2 hours per side.

9:51 a.m.    Jury panel (group 2) present.

Jury panel seated for voir dire.

Preliminary instruction by the Court.

10:02 a.m.    Voir dire by the Court.

10:11 a.m.    Voir dire begins by the Government (Mr. Holloway).

11:04 a.m.    Bench conference with Juror #279.

**11:06 a.m.    Court in recess.**

**11:23 a.m.    Court in session.**

Bench conference regarding challenges for cause (stipulations).

11:26 a.m.    Voir dire begins by Mr. Baker.

**12:29 p.m.    Court in recess.**

**1:37 p.m.    Court in session.**

Continued voir dire by Mr. Baker.

2:00 p.m.    Jury panel (group 2) excused.

**The following from group 2 are excused for cause:**

    Juror Nos. -  0279, 0349, 0512, 0172, 0179, and 0579

**After further consideration, the Court tenders a revised scheduling to counsel and parties regarding jury selection.  The schedule revises the number of empaneled jurors, per group, for voir dire, and the time allotted per side for voir dire.**

2:08 p.m.    Jury panel (group 3) enters the courtroom.

Jury panel seated for voir dire.

Preliminary instruction by the Court.

*12-cr-00033-JLK-2*
*Jury Trial Day 2 - Jury selection*
*March 13, 2018*

2:02 p.m.     Voir dire by the Court.

2:29 p.m.     Voir dire begins by the Government (Mr. Holloway).

**3:30 p.m.     Court in recess.**

**3:47 p.m.     Court in session.**

Bench conference regarding challenges for cause (stipulations).

3:51 p.m.     Voir dire begins by Mr. Savitz.

**4:37 p.m.     Jury panel (group 3) excused until tomorrow morning at 9:00 a.m., with the exception of the following who were excused for cause:**

        **Juror Nos. - 0296, 0276, 0380, and 0244**.

Jury selection will continue tomorrow morning at 9:00 a.m.

**ORDERED:**  Defendant is REMANDED to the custody of the United States Marshal for the District of Colorado.

**4:42 p.m.     Court in recess.**
Trial continued.
Time in court - 5 hours, 37 minutes.