**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Date:  March 14, 2018 | Deputy Clerk: Bernique Abiakam |
| | Court Reporter: Terri Lindblom |
| Interpreters:  Hasmik Jorgensen | |
| Irina Kamensky | |
| Muhitdin Ahunhodjaev | |

Criminal Action No.:12-cr-00033-JLK-2

| | |
|---|---|
| UNITED STATES OF AMERICA, | Gregory A. Holloway |
| | Beth N. Gibson |
| | Julia K. Martinez |
| Plaintiff, | |
| v. | |
| 2.     BAKHTIYOR JUMAEV, | David B. Savitz |
| | Mitchell Baker |
| | Emily Boehme |
| Defendants. | |

## COURTROOM MINUTES

**Jury Trial Day 3** - Jury selection

**9:06 a.m.      Court in session.**

Court calls case.  Appearances of counsel.  Defendant present, in custody.

Interpreters sworn.

Jury panel (group 3) present.

9:08 a.m.      Continued voir dire by Mr. Savitz.

9:58 a.m.      Jury panel (group 3) excused.

**Juror No. 0680 excused for cause.**

**10:00 a.m.    Court in recess.**

**1:23 p.m.      Court in session.**

*12-cr-00033-JLK-2*
*Jury Trial Day 3 - Jury selection*
*March 14, 2018*

Discussion regarding remaining jury selection, trial schedule, and peremptory challenges.

1:40 p.m.        Jury panel (group4) present.

Jury panel seated for voir dire.

Preliminary instruction by the Court.

1:48 p.m.        Voir dire by the Court.

1:53 p.m.        Voir dire begins by the Government (Mr. Holloway).

**2:40 p.m.        Court in recess.**

**2:57 p.m.        Court in session.**

Bench conference regarding challenges for cause.

2:59 p.m.        Voir dire begins by Mr. Baker.

3:40 p.m.        "Reasonable doubt" instruction read by the Court.

3:41 p.m.        Continued voir dire by Mr. Baker.

4:24 p.m.        Jury panel (group 4) excused.

Discussion regarding challenges for cause.

**4:25 p.m.        Court in recess.**

**4:43 p.m.        Court in session.**

Discussion regarding challenges for cause.

**The following from group 2 are excused for cause:**

    **Juror Nos. -  0383, 0720, 0188, 0688, 0618, 0210, 0458, and 0316**

**Counsel and parties shall arrive tomorrow at 1:30 p.m. to discuss peremptory challenges.**

**ORDERED:**  Defendant is REMANDED to the custody of the United States Marshal for the District of Colorado.

**4:54 p.m.        Court in recess.**
Trial continued.
Time in court - 3 hours, 50 minutes.