# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Senior Judge John L. Kane

Date:  March 15, 2018

Interpreters:  Hasmik Jorgensen
  Irina Kamensky
  Muhitdin Ahunhodjaev

Deputy Clerk: Bernique Abiakam
  Emily Buchanan
Court Reporter: Terri Lindblom

---

Criminal Action No.:12-cr-00033-JLK-2

| | |
|---|---|
| UNITED STATES OF AMERICA, | Gregory A. Holloway |
| | Julia K. Martinez |
| Plaintiff, | |
| v. | |
| 2.  BAKHTIYOR JUMAEV, | David B. Savitz |
| | Mitchell Baker |
| | Emily Boehme |
| Defendants. | |

---

## COURTROOM MINUTES

**Jury Trial Day 4** - Jury selection

**1:34 p.m.      Court in session.**

Court calls case.  Appearances of counsel.  Defendant present, in custody.

Interpreters sworn.

Preliminary remarks by the Court.

Discussion regarding peremptory challenges.

Comments by Mr. Savitz.

1:38 p.m.      Alternate seats randomly drawn.

Peremptory challenges begin.

1:43 p.m.      Batson challenge by Mr. Savitz.

1:50 p.m.      Argument by Mr. Holloway.

**ORDERED:  Batson Challenge is REJECTED.**

*12-cr-00033-JLK-2*
*Jury Trial Day 4 - Jury selection*
*March 15, 2018*

Continued peremptory challenges.

2:13 p.m.     **The Jury is ACCEPTED as presently constituted.**

The following 12 Jurors plus 4 alternate Jurors were selected to try the case:

#0275
#0792
#0783
#0240
#0293
#0235
#0781
#0798
#0209
#0453
#0677
#0693
#0785
#0743
#0763
#0691

**ORDERED:**  **The Jury Administrator shall notify the Jury to report for further jury service on Thursday, March 22, 2018 at 8:30 a.m.**

**ORDERED:**  **The Jury Trial will resume on Thursday, March 22, 2018 at 9:00 a.m. Counsel, and parties shall arrive by 8:30 a.m.**

**ORDERED:**  Defendant is REMANDED to the custody of the United States Marshal for the District of Colorado.

**2:21 p.m.     Court in recess.**
Trial continued.
Time in court - 47 minutes.