**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Date: April 3, 2018 | Deputy Clerk: Bernique Abiakam |
| | Court Reporter: Terri Lindblom |
| Interpreters: Sanjar Babadjanov | |
| Hasmik Jorgensen | |
| Shahnoza Rahmanova | |

Criminal Action No.:12-cr-00033-JLK-2

| | |
|---|---|
| UNITED STATES OF AMERICA, | Gregory A. Holloway |
| | Julia K. Martinez |
| Plaintiff, | |
| v. | |
| 2.   BAKHTIYOR JUMAEV, | David B. Savitz |
| | Mitchell Baker |
| | Emily Boehme |
| Defendant. | |

**COURTROOM MINUTES**

**Jury Trial Day 11**

**9:15 a.m.     Court in session.**

Court calls case. Appearances of counsel. Also present for the Plaintiff, Jason Ferguson, Special Agent. Defendant present, in custody. Also present for the Defendant, Anthony F. Divirgilio.

Interpreters present.

9:16 a.m.     Jury present.

The Court advises the Jury regarding the witness and trial schedule.

9:18 am.     Government's witness, Guido Steinberg, recalled to the stand.
             Direct examination begins by Mr. Holloway.

Objection as to statement by witness.

The Court advises the Jury to disregard the last statement by the witness.

9:44 a.m.     Continued direct examination by Mr. Holloway.

*12-cr-00033-JLK-2*
*Jury Trial Day 11*
*April 3, 2018*

Government's Exhibit 131B offered.

Objection.  OVERRULED.

**Government's Exhibit 131B ADMITTED.**

| | |
|---|---|
| 9:48 a.m. | Continued direct examination by Mr. Holloway. |
| 10:13 a.m. | Jury excused. |
| 10:14 a.m. | Bench conference regarding note tendered by Juror No. 693, and trial schedule. |
| **10:20 a.m.** | **Court in recess.** |
| **10:42 a.m.** | **Court in session.** |

Jury present.

The Court advises the Jury regarding schedule.

| | |
|---|---|
| 10:43 a.m. | Continued direct examination by Mr. Holloway. |
| 10:59 a.m. | Cross examination begins by Mr. Savitz. |

Defendant's Exhibit 738 offered.

Objection.  OVERRULED.

**Defendant's Exhibit 738 ADMITTED**.

| | |
|---|---|
| 11:30 a.m. | Continued cross examination by Mr. Savitz. |
| 12:02 p.m. | Redirect examination by Mr. Holloway. |
| 12:10 p.m. | Re-cross examination by Mr. Savitz. |
| 12:12 p.m. | Witness excused. |

Discussion regarding Government's Exhibit 71B.

**12:13 p.m.    The Government rests.**

Comments by the Court regarding witness and trial schedule.

The Court admonishes the Jury regarding any discussion and/or independent research of the case.

*12-cr-00033-JLK-2*
*Jury Trial Day 11*
*April 3, 2018*

12:15 p.m.     Jury excused, with the exception of Juror No. 693, until Monday, April 9, 2018 at 9:00 a.m..

Comments by the Court regarding tendered request by Juror No. 693 to be excused.

The Court states that Juror No. 693 is excused from further jury service and is directed not to discuss or research the case until a verdict is reached.

Argument heard on Defendant's Rule 29 Motion.

12:18 p.m.     Argument by Mr. Baker.

Comments by the Court regarding requirements under Rule 29 for appeal purposes.

**ORDERED:  Defendant's Oral Motion for Judgment of Acquittal is DENIED.**

Request by Mr. Baker to discuss and ex parte CJA matter.

The Court advises counsel to meet and confer, as soon as practicable, to clear up remaining evidentiary matters, and finalizing discovery.

**Trial will resume Monday, April 9, 2018 at 9:00 a.m.**

**ORDERED:**  Defendant is REMANDED to the custody of the United States Marshal for the District of Colorado.

**12:23 p.m.   Court in recess.**
Trial continued.
Time in court - 2 hours, 47 minutes.

(*Time in court includes ex parte, CJA matter held in Chambers* 12:26 p.m. - 12:27 p.m.).