**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Date:  April 10, 2018 | Deputy Clerk: Bernique Abiakam |
| | Court Reporter: Terri Lindblom |
| Interpreters:  Nodira Matyakubova | |
| Muhitdin Ahunhodjaev | |
| Tatiana Dautkhanova | |
| Sanjar Babadjanov | |

Criminal Action No.:12-cr-00033-JLK-2

| | |
|---|---|
| UNITED STATES OF AMERICA, | Gregory A. Holloway |
| | Julia K. Martinez |
| Plaintiff, | |
| v. | |
| 2.    BAKHTIYOR JUMAEV, | David B. Savitz |
| | Mitchell Baker |
| | Emily E. Boehme |
| Defendant. | |

## COURTROOM MINUTES

**Jury Trial Day 13**

**9:11 a.m.    Court in session.**

Court calls case.  Appearances of counsel. Also present for the Plaintiff, Jason Ferguson, Special Agent.  Defendant present, in custody.  Also present for the Defendant, Anthony F. Divirgilio.

Interpreters present.

9:13 a.m.    Jury present.

The Court advises the Jury regarding the witness, trial schedule, and submitted juror question.

9:14 a.m.    Defendant Bakhtiyor Jumaev, resumes the stand.
Interpreter/translation by Sanjar Babadjanov.
Continued direct examination by Mr. Savitz.

Defendant's exhibit 716 published by stipulation with the Government.

**Defendant's Exhibit 716 offered and admitted by stipulation.**

*12-cr-00033-JLK-2*
*Jury Trial Day 13*
*April 10, 2018*

9:57 a.m.        Continued direct examination by Mr. Savitz.

**10:18 a.m.   Court in recess.**

**10:42 a.m.   Court in session.**

Jury present.

10:43 a.m.      Continued direct examination by Mr. Savitz.

Defendant's Exhibits 605 through 612 are published to the Jury.

11:20 a.m.      Continued direct examination by Mr. Savitz.

**11:56 a.m.   Court in recess.**

**1:22 p.m.    Court in session.**

Jury present.

1:24 p.m.       Defendant Bakhtiyor Jumaev, resumes the stand.
                Interpreter/translation by Muhitdin Ahunhodjaev.
                Continued direct examination by Mr. Savitz.

Defendant's Exhibit 614 offered.

No objection.

**Defendant's Exhibit 614 ADMITTED.**

1:40 p.m.       Continued direct examination by Mr. Savitz.

1:57 p.m.       Question by the Court.

Discussion regarding interpretation.

1:58 p.m.       Continued direct examination by Mr. Savitz.

Defendant's Exhibit 777 offered.

No objection.

**Defendant's Exhibit 777 ADMITTED.**

2:20 p.m.       Continued direct examination by Mr. Savitz.

**3:05 p.m.    Court in recess.**

*12-cr-00033-JLK-2*
*Jury Trial Day 13*
*April 10, 2018*

**3:29 p.m.        Court in session.**

Jury present.

3:30 p.m.        Defendant Bakhtiyor Jumaev, resumes the stand.
                 Interpreter/translation by Sanjar Babadjanov.
                 Continued direct examination by Mr. Savitz.

The Court admonishes the Jury regarding any discussion and/or independent research of the case.

4:37 p.m.        Jury excused.


**ORDERED:**  Defendant is REMANDED to the custody of the United States Marshal for the District of Colorado.

**4:38 p.m.        Court in recess.**
Trial continued.
Time in court - 5 hours, 13 minutes.