**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Date: April 12, 2018 | Deputy Clerk: Bernique Abiakam |
| | Court Reporter: Terri Lindblom |
| Interpreters: Nodira Matyakubova | |
| Muhitdin Ahunhodjaev | |

Criminal Action No.:12-cr-00033-JLK-2

| | |
|---|---|
| UNITED STATES OF AMERICA, | Gregory A. Holloway |
| | Julia K. Martinez |
| Plaintiff, | |
| v. | |
| 2.   BAKHTIYOR JUMAEV, | David B. Savitz |
| | Mitchell Baker |
| | Emily E. Boehme |
| Defendant. | |

**COURTROOM MINUTES**

**Jury Trial Day 15**

**9:05 a.m.      Court in session.**

Court calls case.  Appearances of counsel. Also present for the Plaintiff, Jason Ferguson, Special Agent.  Defendant present, in custody.  Also present for the Defendant, Anthony F. Divirgilio.

Interpreters present.

9:08 a.m.     Jury present.

9:10 a.m.     Continued cross examination by Ms. Martinez.
              Interpreter/translation by Muhitdin Ahunhodjaev.

Government's Exhibit 561, Bates numbers 3644-5652 offered.

No objection.

**Government's Exhibit 561, bates numbers 3644-5652, ADMITTED.**

9:13 a.m.     Continued cross examination by Ms. Martinez.
              Interpreter/translation by Muhitdin Ahunhodjaev.

*12-cr-00033-JLK-2*
*Jury Trial Day 15*
*April 12, 2018*

Government's Exhibit 561, bates number 3656 offered.

No objection.

**Government's Exhibit 561, bates number 3656, ADMITTED.**

| | |
|---|---|
| 9:17 a.m. | Continued cross examination by Ms. Martinez. Interpreter/translation by Muhitdin Ahunhodjaev. |
| 10:16 a.m. | Jury excused. |

**10:17 a.m.  Court in recess.**

**10:42 a.m.  Court in session.**

10:43 a.m.   Jury present.

10:44 a.m.   Continued cross examination by Ms. Martinez. Interpreter/translation by Muhitdin Ahunhodjaev.

**12:06 p.m.  Court in recess.**

**1:26 p.m.   Court in session.**

Jury present.

1:27 p.m.    Continued cross examination by Ms. Martinez. Interpreter/translation by Muhitdin Ahunhodjaev.

Defendant's Exhibit 659A offered, by the Government.

No objection.

**Defendant's Exhibit 659A ADMITTED.**

1:35 p.m.    Continued cross examination by Ms. Martinez. Interpreter/translation by Muhitdin Ahunhodjaev.

Defendant's Exhibit 670A offered, by the Government.

No objection.

**Defendant's Exhibit 670A ADMITTED.**

1:42 p.m.    Continued cross examination by Ms. Martinez. Interpreter/translation by Muhitdin Ahunhodjaev.

Defendant's Exhibit 672A offered, by the Government.

*12-cr-00033-JLK-2*
*Jury Trial Day 15*
*April 12, 2018*

No objection.

**Defendant's Exhibit 672A ADMITTED.**

| | |
|---|---|
| 1:46 p.m. | Continued cross examination by Ms. Martinez. Interpreter/translation by Muhitdin Ahunhodjaev. |
| 2:08 p.m. | Bench conference regarding Government's Exhibit 332. |
| 2:12 p.m. | Continued cross examination by Ms. Martinez. Interpreter/translation by Muhitdin Ahunhodjaev. |

Government's Exhibits 332, 332A-1, and 332A thru 332H, offered for impeachment.

Objection. OVERRULED.

**Government's Exhibits 332, 332A-1, and 332A thru 332H, ADMITTED for impeachment.**

| | |
|---|---|
| 2:28 p.m. | Video played. |
| 2:50 p.m. | Continued cross examination by Ms. Martinez. Interpreter/translation by Muhitdin Ahunhodjaev. |
| **3:21 p.m.** | **Court in recess.** |
| **3:47 p.m.** | **Court in session.** |

Jury present.

| | |
|---|---|
| 3:48 p.m. | Continued cross examination by Ms. Martinez. Interpreter/translation by Muhitdin Ahunhodjaev. |

Objection regarding Government's Exhibit 28D. SUSTAINED.

Further objection regarding Government's Exhibit 28D. OVERRULED. The Court advises Defense counsel that the issue may be addressed during redirect examination.

| | |
|---|---|
| 4:04 p.m. | Continued cross examination by Ms. Martinez. Interpreter/translation by Muhitdin Ahunhodjaev. |
| 4:28 p.m. | Redirect examination begins by Mr. Savitz. Interpreter/translation by Muhitdin Ahunhodjaev. |

Demonstrative exhibit published to the Jury.

| | |
|---|---|
| 4:47 p.m. | Continued redirect examination by Mr. Savitz. Interpreter/translation by Muhitdin Ahunhodjaev. |

*12-cr-00033-JLK-2*
*Jury Trial Day 15*
*April 12, 2018*

4:50 p.m.        Testimony of witness concluded.

The Court admonishes the Jury regarding any discussion and/or independent research of the case.

Jury excused.

**Trial will resume Monday, April 16, 2018 at 9:00 a.m.**

**ORDERED:**  Defendant is REMANDED to the custody of the United States Marshal for the District of Colorado.

**4:51 p.m.        Court in recess.**
Trial continued.
Time in court - 5 hours, 35 minutes.