**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Date:  April 18, 2018 | Deputy Clerk: Bernique Abiakam |
| | Court Reporter: Terri Lindblom |
| Interpreters:  Sanjar Babadjanov | |
| Hasmik Jorgensen | |
| Shahnoza Rahmanova | |

Criminal Action No.:12-cr-00033-JLK-2

| | |
|---|---|
| UNITED STATES OF AMERICA, | Gregory A. Holloway |
| | Julia K. Martinez |
| Plaintiff, | |
| v. | |
| 2.    BAKHTIYOR JUMAEV, | David B. Savitz |
| | Mitchell Baker |
| | Emily E. Boehme |
| Defendant. | |

## COURTROOM MINUTES

**Jury Trial Day 18**

**9:03 a.m.     Court in session.**

Court calls case.  Appearances of counsel. Also present for the Plaintiff, Jason Ferguson, Special Agent.  Defendant present, in custody.  Also present for the Defendant, Anthony F. Divirgilio.

Interpreters present.

Jury present.

9:05 a.m.     Defendant's witness, Richard Leo, called and sworn.
              Direct examination begins by Mr. Savitz.

Defendant's witness, Richard Leo, tendered as an expert witness in the areas of social psychology and criminology and the specific study of police interrogation, psychological coercion and involuntary confessions.

Objection.

9:20 a.m.     Voir dire by Ms. Martinez.

Objection OVERRULED.

*12-cr-00033-JLK-2*
*Jury Trial Day 18*
*April 18, 2018*

Tender is ACCEPTED.

9:30 a.m.     Continued

Defendant's Exhibit 644 offered.

No objection.

**Defendant's Exhibit 644 ADMITTED.**

9:32 a.m.     Continued direct examination by Mr. Savitz.

**10:27 a.m.   Court in recess.**

**10:53 a.m.   Court in session.**

Jury present.

10:54 a.m.    Continued direct examination by Mr. Savitz.

11:40 a.m.    Cross examination begins by Ms. Martinez.

12:05 p.m.    Witness excused.

**12:06 p.m.   Court in recess.**

**1:25 p.m.    Court in session.**

1:26 p.m.     Videotaped testimony of Defendant's witness, Ilkhom Sobirov, continued.

Comments by Mr. Baker regarding Defendant's Exhibit 777.

2:18 p.m.     Videotaped testimony of Defendant's witness, Ilkhom Sobirov, continued.

**3:17 p.m.    Court in recess.**

**3:39 p.m.    Court in session.**

3:40 p.m.     Videotaped testimony of Defendant's witness, Ilkhom Sobirov, continued.

4:51 p.m.     Video ended.

The Court admonishes the Jury regarding any discussion and/or independent research of the case.

Jury excused.

Comments regarding tomorrow's witness schedule.

*12-cr-00033-JLK-2*
*Jury Trial Day 18*
*April 18, 2018*

**ORDERED:**  Defendant is REMANDED to the custody of the United States Marshal for the District of Colorado.

**4:53 p.m.     Court in recess.**
Trial continued.
Time in court - 5 hours, 43 minutes.