**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Date:  April 19, 2018 | Deputy Clerk: Bernique Abiakam |
| | Court Reporter: Terri Lindblom |
| Interpreters:  Sanjar Babadjanov | |
| Hasmik Jorgensen | |
| Shahnoza Rahmanova | |

Criminal Action No.:12-cr-00033-JLK-2

| | |
|---|---|
| UNITED STATES OF AMERICA, | Gregory A. Holloway |
| | Julia K. Martinez |
| Plaintiff, | |
| v. | |
| 2.  BAKHTIYOR JUMAEV, | David B. Savitz |
| | Mitchell Baker |
| | Emily E. Boehme |
| Defendant. | |

**COURTROOM MINUTES**

**Jury Trial Day 19**

**9:04 a.m.      Court in session.**

Court calls case.  Appearances of counsel. Also present for the Plaintiff, Jason Ferguson, Special Agent.  Defendant present, in custody.  Also present for the Defendant, Anthony F. Divirgilio.

Interpreters present.

Comments by the Government regarding a reported communication by a member of the Jury.

Discussion regarding next witness being called by the Defense, examination questions and subject matter as it relates to Defendant's Exhibit 797 (not admitted).

Counsel will submit a stipulation as to specific language for Jury Instruction No. 7B.

Discussion regarding sealing a specified portion of yesterday's record.

**ORDERED:   Request to have a portion of the transcript sealed is GRANTED.
                   Counsel shall meet with the court reporter to specify which portion.**

Discussion regarding witness schedule.

*12-cr-00033-JLK-2*
*Jury Trial Day 19*
*April 19, 2018*

Further argument regarding Defendant's Exhibit 797 and what questions are allowed during examination.

9:42 a.m.   Closed hearing with Juror No. 677, counsel and parties present.

Comments and questions by the Court.

Juror #677 Excused for cause.

**9:45 a.m.   Court in recess.**

**10:17 a.m.   Court in session.**

10:18 a.m.   Jury present.

10:19 a.m.   Specific paragraph in Jury Instruction No. 1, page 6, read by the Court. The Court further admonishes the Jury regarding any discussion and/or independent research of the case.

The Court makes further comments to the Jury regarding trial, jury duty, and its expectations.

10:25 a.m.   Defendant's adverse witness, Tursun Daroz, called and sworn. Direct examination begins by Mr. Baker.

Defendant's Exhibit 789 offered.

Objection.

Ruling RESERVED.

10:58 a.m.   Continued direct examination by Mr. Baker.

11:01 a.m.   Cross examination begins by Mr. Holloway.

11:03 a.m.   Redirect examination begins by Mr. Baker.

11:05 a.m.   Defendant's witness, Robert Andrew Leonard, called and sworn.

11:06 a.m.   Direct examination begins by Mr. Baker.

Tender ACCEPTED.

11:24 a.m.   Continued direct examination by Mr. Baker.

Defendant's Exhibit 646 offered.

No objection.

*12-cr-00033-JLK-2*
*Jury Trial Day 19*
*April 19, 2018*

**Defendant's Exhibit 646 ADMITTED.**

11:26 a.m.    Continued direct examination by Mr. Baker.

**11:53 a.m.    Court in recess.**

**1:22 p.m.    Court in session.**

Comments by Mr. Baker regarding redactions to Defendant's Exhibit 789.

1:23 p.m.    Jury present.

1:24 p.m.    Continued direct examination by Mr. Baker.

Defendant's Exhibit 789 offered.

Objection.  OVERRULED.

**Defendant's Exhibit 789 ADMITTED.**

1:29 p.m.    Continued direction examination by Mr. Baker.

Demonstrative exhibit published to the Jury.

1:31 p.m.    Continued direct examination by Mr. Baker.

2:11 p.m.    Cross examination by Ms. Martinez.

2:44 p.m.    Redirect examination by Mr. Baker.

2:48 p.m.    Witness excused.

2:49 p.m.    Bench conference regarding witness schedule.

2:55 p.m.    Comments by the Court regarding witness schedule.

The Court admonishes the Jury regarding any discussion and/or independent research of the case.

3:04 p.m.    Jury excused until Monday, April 23, 2018 at 9:00 a.m.

Further comments regarding witness schedule.

**ORDERED:**    Defendant is REMANDED to the custody of the United States Marshal for the District of Colorado.

**3:06 p.m.    Court in recess until tomorrow at 2:30 p.m.**
Trial continued.
Time in court - 4 hours, 1 minute.

3

*12-cr-00033-JLK-2*
*Jury Trial Day 19*
*April 19, 2018*

4