**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  April 23, 2018

Interpreters:  Nodira Matyakubova
 Muhitdin Ahunhodjaev
 Tatiana Dautkhanova

Deputy Clerk: Bernique Abiakam
Court Reporter: Tammy Hoffschildt

---

Criminal Action No.:12-cr-00033-JLK-2

UNITED STATES OF AMERICA,

 Plaintiff,

v.

2.   BAKHTIYOR JUMAEV,

 Defendant.

Gregory A. Holloway
Julia K. Martinez

David B. Savitz
Mitchell Baker
Emily E. Boehme

---

## COURTROOM MINUTES

---

**Jury Trial Day 20**

**9:30 a.m.      Court in session.**

Court calls case.  Appearances of counsel. Also present for the Plaintiff, Jason Ferguson, Special Agent.  Defendant present, in custody.  Also present for the Defendant, Anthony F. Divirgilio.

Interpreters present.

Comments by the Court regarding request for special Jury Instruction (Doc No. 1777).

**ORDERED:  Defendant Jumaev's Resquest [sic] For A Special Instruction Prior To The CHS' Testimony (Filed 4/22/18; Doc. No.1777) is GRANTED.**

Further discussion regarding special Jury Instruction.

Discussion regarding Order(Doc. No. 1775).

Discussion regarding prohibiting inquiries, during examination, which may reveal CHS' ("Mr. X") identity.

**ORDERED:  Any exhibit that contains an image of witness ("Mr. X") shall be under SEAL.**

*12-cr-00033-JLK-2*
*Jury Trial Day 20*
*April 23, 2018*

Further discussion regarding prohibited inquiries.

9:42 a.m.      Jury present.

Jury Instruction No. 7C, read by the Court.

**9:44 a.m.      Courtroom doors locked.  CLOSED HEARING begins.**

9:45 a.m.      Defendant's hostile witness, "Mr. X", called and sworn.

9:46 a.m.      Direct examination begins by Mr. Savitz.

**10:51 a.m.    Court in recess.**

**11:14 a.m.    Court in session.**

Jury present.

11:16 a.m.     Continued direct examination by Mr. Savitz.

**12:00 p.m.    Court in recess.**

**1:30 p.m.      Court in session.**

Jury present.

1:31 p.m.      Cross examination begins by Mr. Holloway.

Government's Exhibit 157A offered.

Objection.  OVERRULED.

**Government's Exhibit 157A ADMITTED.**

1:34 p.m.      Continued cross examination by Mr. Holloway.

Government's Exhibit 168A offered.

Objection.  OVERRULED.

**Government's Exhibit 168A ADMITTED.**

1:40 p.m.      Continued cross examination by Mr. Holloway.

1:48 a.m.      Redirect examination by Mr. Savitz.

2:01 p.m.      Witness excused.

Defendant's Exhibits 761 and 778 offered.

2

*12-cr-00033-JLK-2*
*Jury Trial Day 20*
*April 23, 2018*

Defendant's Exhibits 761 and 778 ADMITTED by stipulation.

The Court gives Ms. Boehme permission to read item 2 of Jury Instruction No. 15A

2:04 p.m.      Bench conference regarding finalizing logistics for "Mr. X".

2:05 p.m.      Jury excused.

**ORDERED:   The transcript and notes of the "Mr. X" are SEALED, and are not to be unsealed, without FIRST OBTAINING THE WRITTEN ORDER OF THIS COURT.  It is FURTHER ORDERED that any reference to this testimony in any brief or pleading, hereafter filed, shall be redacted of any reference that identifies this particular witness, and the redactions will likewise be identified and  placed under SEAL with the same restriction, and in the same  location requiring a WRITTEN ORDER authorizing unsealing.**

**2:07 p.m.      Court in recess.**

**2:20 p.m.      Court in session.**

**Courtroom doors unlocked.  Trial resumes as an OPEN/PUBLIC HEARING.**

Jury present.

2:21 p.m.      Defendant's witness, Alexander Obolsky, called and sworn.
               Direct examination begins by Mr. Savitz.

Defendant's Exhibit 645 offered.

No objection.

**Defendant's Exhibit 645 ADMITTED.**

2:35 p.m.      Continued direct examination by Mr. Savitz.

**Mr. Savitz moves to tender Dr. Alexander Obolsky as an expert in Forensic Psychiatry, in order to render opinions regarding that specialty**.

Objection OVERRULED.

**Tender ACCEPTED**.

2:47 p.m.      Continued direct examination by Mr. Savitz.

**3:28 p.m.      Court in recess.**

**3:53 p.m.      Court in session.**

*12-cr-00033-JLK-2*
*Jury Trial Day 20*
*April 23, 2018*

Jury present.

3:54 p.m.      Continued direct examination by Mr. Savitz.

4:27 p.m.      Cross examination begins by Mr. Holloway.

The Court admonishes the Jury regarding any discussion and/or independent research of the case.

4:54 p.m      Jury excused.

**ORDERED:**  Defendant is REMANDED to the custody of the United States Marshal for the District of Colorado.

**4:55 p.m.      Court in recess.**
Trial continued.
Time in court - 4 hours, 54 minute.