# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Senior Judge John L. Kane

| | |
|---|---|
| Date:  April 24, 2018 | Deputy Clerk: Bernique Abiakam<br>Court Reporter: Tammy Hoffschildt |
| Interpreters:  Nodira Matyakubova<br>Muhitdin Ahunhodjaev<br>Tatiana Dautkhanova | |

Criminal Action No.:12-cr-00033-JLK-2

| | |
|---|---|
| UNITED STATES OF AMERICA, | Gregory A. Holloway<br>Julia K. Martinez |
| Plaintiff, | |
| v. | |
| 2.    BAKHTIYOR JUMAEV, | David B. Savitz<br>Mitchell Baker<br>Emily E. Boehme |
| Defendant. | |

## COURTROOM MINUTES

**Jury Trial Day 21**

**9:07 a.m.      Court in session.**

Court calls case.  Appearances of counsel. Also present for the Plaintiff, Jason Ferguson, Special Agent.  Defendant present, in custody.  Also present for the Defendant, Anthony F. Divirgilio.

Interpreters present.

9:09 a.m.      Jury present.

9:10 a.m.      Defendant's witness, Davlat Jumaev, called and sworn via video conference.
Interpreter/translation by Tatiana Dautkhanova.
Direct examination begins by Mr. Baker.

10:01 a.m.    Cross examination begins by Ms. Martinez.

10:05 a.m.    Witness excused.

Jury excused.

The Court states that  Mr. Jumaev will be granted time to speak to his son via video

*12-cr-00033-JLK-2*
*Jury Trial Day 21*
*April 24, 2018*

conference during the recess. Anyone remaining in the courtroom must maintain silence during this time.

**10:06 a.m.   Court in recess.**

**10:29 a.m.   Court in session.**

10:31 a.m.   Jury present.

10:32 a.m.   Defendant's witness, Marc Sageman, called and sworn.
             Direct examination begins by Mr. Savitz.

**Mr. Savitz moves to tender Dr. Marc Sageman as an expert Forensic Psychiatry, terrorism, political violence, and the culture and norms of the people of Central Asia.**

No objection.

**Tender ACCEPTED.**

11:00 a.m.   Continued direct examination by Mr. Savitz.

Defendant's Exhibit 799 offered.

No objection.

**Defendant's Exhibit 799 ADMITTED.**

11:02 a.m.   Continued direct examination by Mr. Savitz.

**11:59 a.m.   Court in recess.**

**1:19 p.m.    Court in session.**

Jury present.

1:20 p.m.    Continued direct examination by Mr. Savitz.

1:45 p.m.    Cross examination begins by Mr. Holloway.

Defendant's Exhibit 144A offered.

No objection.

**Defendant's Exhibit 144A ADMITTED.**

1:54 p.m.    Continued cross examination by Mr. Holloway.

*12-cr-00033-JLK-2*
*Jury Trial Day 21*
*April 24, 2018*

2:14 p.m.     Redirect examination begins by Mr. Savitz.

2:15 p.m.     Witness excused.

The Court admonishes the Jury regarding any discussion and/or independent research of the case.

2:17 p.m.     Jury excused.

Discussion regarding exhibits.

The Court states that counsel shall meet and confer regarding exhibits.

Discussion regarding Defendant's tendered instruction.

Government's objection OVERRULED.

Argument heard on Defendant's Renewed Rule 29 Motion.

2:21 p.m. Argument by Mr. Baker.

Comments by the Court and ruling by the Court.

**ORDERED: Defendant's Renewed Oral Motion for Judgment of Acquittal is DENIED.**

Further discussion regarding additional instruction that was submitted by stipulation.

Comment by Mr. Holloway clarifying specific documents as stipulations, not instructions.

Comments regarding stipulation of facts.

**\*\*\*The Court informs counsel that after they meet and confer as to exhibits, they will need to meet with the Courtroom Deputy (Bernique), by close of business today, to finalize the all the admitted/stipulated exhibits to be submitted to the Jury for deliberation. \*\*\***

**ORDERED:** Defendant is REMANDED to the custody of the United States Marshal for the District of Colorado.

**2:23 p.m.     Court in recess.**
Trial continued.
Time in court - 3 hours,33 minute.

*\*\*\*After meeting with counsel, the following are confirmed admitted/stipulated exhibits and will accompany the Jury once they are excused to begin their deliberations:*

3

*12-cr-00033-JLK-2*
*Jury Trial Day 21*
*April 24, 2018*

***Government's Exhibits -*** *1, 14, 22, 23, 23A, 25, 26, 26A, 28, 28A, 28B, 28C, 28D, 28E, 28F, 28G, 40, 41, 42, 43, 44, 45, 46, 47, 49, 50, 51, 52, 53, 71B-1, 71B-2, 73B, 74B, 96, 97B, 101, 101A, 105, 105A, 107, 107A, 109, 109A, 111, 111A, 112, 112A, 113, 113A, 116, 116A, 116B, 116C, 116D, 116E, 116F, 116G, 118, 123, 123A, 125, 125A, 127, 127A, 128, 128A, 129, 129A, 130, 130A, 131, 131A, 131B, 132, 132A, 133, 133A, 138, 138A, 139, 139A, 141, 141A, 144A, 145, 145A, 149, 149A, 157A, 168A, 170, 170A, 200, 201, 203, 220, 222, 229, 231, 234, 235, 236, 237, 240, 241, 242, 245, 247, 258, 259, 271, 272, 276, 282, 302, 305A, 306A, 307, 307A, 307B, 307C, 313, 313A, 332, 332A-1, 332A, 332B, 332C, 332D, 332E, 332F, 332G, 332H, 424, 476, 479, 480, 535, 536, 540, 541, 542, 561A, 561B, and 561C.*

***Defendant's Exhibits -*** *602, 604, 605, 606, 607, 608, 609, 610, 611, 612, 614, 619, 621, 621A, 624, 625, 626A, 627, 627A, 637, 638, 639, 643, 644, 645, 646, 659A, 660A, 661A, 662A, 666A, 670A, 671A, 672A, 673A, 677A, 680A, 683A, 692A, 696A, 698A, 711, 712, 714, 716, 734, 736, 738, 739, 741, 755, 757, 757A, 758, 758A, 761, 763, 777, 778, 779, 780, 782, 789, 799, 801, 802, and 803.*