**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  April 30, 2018        Deputy Clerk: Bernique Abiakam
                                 Court Reporter: Terri Lindblom
Interpreters:  Irina Kamensky
                Tatiana Dautkhanova

---

Criminal Action No.:12-cr-00033-JLK-2

UNITED STATES OF AMERICA,          Gregory A. Holloway
                                       Julia K. Martinez

       Plaintiff,

v.

2.    BAKHTIYOR JUMAEV,         David B. Savitz
                                       Mitchell Baker
                                       Emily E. Boehme

       Defendant.

---

## COURTROOM MINUTES

---

**Jury Trial Day 25**

*Jury arrives and resumes deliberations at 8:30 a.m.*

**9:37 a.m.    Court in session.**

Court calls case.  Appearances of counsel. Also present for the Plaintiff, Jason Ferguson, Special Agent.  Defendant present, in custody.  Also present for the Defendant, Anthony F. Divirgilio.

Interpreters present.

9:38 a.m.    Jury present.

Preliminary remarks by the Court.

The Court expresses gratitude and appreciation to the Jury.

Verdict reached.

3:39 a.m.    Verdict read by the Court

Jury polled.

**Verdict accepted.**

9:41 a.m.    Jury excused and released from jury service in this case.

Discussion regarding sentencing.

*12-cr-00033-JLK-2*
*Jury Trial Day 25*
*April 30, 2018*

**ORDERED:   The Sentencing Hearing is set for July 18, 2018 at 10:00 a.m.**

Discussion regarding sentencing statements.

**ORDERED:**   Defendant is REMANDED to the custody of the United States Marshal for the District of Colorado.

**9:46 a.m.        Court in recess.**
Trial concluded.
Time in court - 9 minutes.

*Governments Exhibits (FBI Evidence) were returned and signed back over to the custody of Special  Agent Jason Ferguson.  Receipt attached.*