IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00033-JLK-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    BAKHTIYOR JUMAEV,

    Defendant.

---

**VERDICT FORM**

---

## COUNT 1

As to Count 1 of the Indictment, Conspiracy to Provide Material Support or Resources to a Foreign Terrorist Organization (Instruction No. 16), we the jury unanimously find the Defendant, Bakhtiyor Jumaev:

_____    NOT GUILTY

✓    GUILTY

## COUNT 2

As to Count 2 of the Indictment, Providing, or Attempting to Provide, Material Support or Resources to a Foreign Terrorist Organization (Instruction No. 17), we the jury unanimously find the Defendant, Bakhtiyor Jumaev:

_____    NOT GUILTY

✓    GUILTY

Please sign by writing your juror number only.

JUROR
---
PRESIDING

Juror
---

Juror =
---

___
---

___
---

O
---

7
---

DATED this 30 day of April, 2018.