IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00033-JLK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2.  BAKHTIYOR JUMAEV

        Defendant.

## MOTION TO WITHDRAW AS ATTORNEY

Emily Boehme, co-counsel for Mr. Bakhtiyor Jumaev, hereby respectfully requests pursuant to D.C.COLO.LCrR 57.5D that she be permitted to withdraw from further representation of Mr. Jumaev and as grounds states:

Ms. Boehme entered her appearance in this matter on March 9, 2018.  Mr. Jumaev's trial concluded on April 30, 2018.  Ms. Boehme is now actively employed by the Colorado State Public Defender. Mr. Jumaev is still represented by Mr. Savitz and Mr. Baker and will not suffer any prejudice as a result of the undersigned's withdrawal as counsel of record.  Mr. Jumaev was notified regarding Ms. Boehme's new employment, and is further aware that he is personally responsible for complying with all court orders and time limitations established by orders of the court, statutory requirements, and any rules of procedure applicable to the proceedings herein.  Since Mr. Jumaev continues with the able

1

representation of Mr. Savitz and Mr. Baker, it is expected that all such requirements will be met.

WHEREFORE, Ms. Boehme respectfully requests that she be permitted to withdraw from further representation of Mr. Jumaev.

Dated June 25, 2018.

Respectfully submitted,

/s/ Emily Boehme
Emily E. Boehme
Attorney at Law
1543 Champa Street, #400
Denver, CO 80202
Telephone: (720)301-1866
emboehme@gmail.com
*Attorneys for Bakhtiyor Jumaev*

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/ Emily Boehme
Emily Boehme