# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00033-JLK-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     JAMSHID MUHTOROV,
2.     BAKHTIYOR JUMAEV,

    Defendants.

---

## NOTICE OF REJECTION OF U.S. SENTENCING GUIDELINES

---

    To assist both Defendants Jamshid Muhtorov and Bakhtiyor Jumaev and the government in crafting their arguments for sentencing, I advise that I will not be following the U.S. Sentencing Guidelines in imposing their sentences. After reviewing the filings related to Mr. Jumaev's sentencing, the applicable Guidelines, and the relevant case law, I have determined that the Guidelines are inadequate and illogical when applied to the facts of these Defendants. My forthcoming sentencing orders for each Defendant will elaborate on this conclusion.

    DATED this 2nd day of July, 2018.

                                                                                                    JOHN L. KANE
                                                                                   SENIOR U.S. DISTRICT JUDGE