**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 12-cr-00033-JLK

UNITED STATES OF AMERICA,
        Plaintiff,
v.

2.  BAKHTIYOR JUMAEV               **RESTRICTED LEVEL 1**

        Defendant.

**BAKHTIYOR JUMAEV'S SUPPLEMENTAL MATERIALS IN SUPPORT OF HIS
SENTENCING STATEMENT
(Related to Document No. 1908)**

Mr. Jumaev, by and through his counsel, submits the following supplemental materials and authorities in support of his Sentencing Statement (Doc. 1908) for the Court's consideration during the sentencing hearing on July 18, 2018:

1. Letter from Mr. Jumaev to Judge Kane, dated July 9, 2018, attached Exhibit 1;

2. National Association of Criminal Defense Lawyers' (NACDL) report released on July 10, 2018 entitled "The Trial Penalty: The Sixth Amendment Right to Trial on the Verge of Extinction and How to Save It", available at www.nacdl.org/trialpenaltyreport. (News release is attached as Exhibit 2);

3. *Rosales-Mireles v. United States,* 138 S.Ct. 1897, 201 L. Ed. 2d 376 (2018). To ensure "certainty and fairness" in sentencing, district courts must operate within the framework established by Congress. *Id.,* 201 L.Ed. 2d at 382 (citing *United States v. Booker,* 543 U.S. 220, 264 (2005)). The Sentencing Guidelines serve an important role in that framework. *Id.* "[D]istrict courts *must* begin their analysis with the Guidelines and remain cognizant of them throughout the sentencing process. *Id.* (quoting *Peugh v. United States*, 569 U.S. 530, 541 (2013)). Courts are not bound by the Guidelines, but even in an advisory capacity, the Guidelines serve as a "meaningful benchmark" in the initial determination of a sentence and though the appellate process. *Id..*

4. *United States v. Chavez-Morales,* 2018 U.S. App. LEXIS 18128, 2018 WL 3233698 (10th Cir. 2018). The district court is required to adequately explain the chosen sentence. *United States v. Chavez-Morales,* 2018 U.S. App. LEXIS 18128, at *16. A judge who fails to mention a ground of recognized legal merit . . . is likely to have committed an error or oversight. *Id.* Potential merit does not mean the sentencing court must accept the argument, but it ordinarily will deserve explicit comment. *Id.*

5. Arrest warrant and criminal complaint in *United States v. Aaron T. Daniels,* Case No. 2:16-mj-534, SD OH, charging providing and attempting to provide material support to a designated foreign terrorist

2

organization, namely, ISIS, in the form of $250.00. Attached as Exhibit 3.

6. Judgment in a Criminal Case, *United States v. Aaron T. Daniels,* Case No. 2-16-cr-222-01, Doc. 93, imposing a sentence of 80 months. Attached as Exhibit 4.

Dated this 13th day of July, 2018.

                Respectfully submitted,

                /s/ David Barry Savitz
                David Barry Savitz
                Law Office of David B. Savitz
                1512 Larimer Street, Suite 600
                Denver, CO  80202
                Telephone: (303) 825-3109
                savmaster@aol.com

                /s/ Mitchell Baker
                Mitchell Baker
                Attorney at Law
                1543 Champa Street, #400
                Denver, CO 80202
                Telephone: (303) 592-7353
                mitchbaker@estreet.com
                *Attorneys for Bakhtiyor Jumaev*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

A copy of the foregoing was also emailed as follows:

Andrea L. Bell, Supervising U.S. Probation Officer, District of Colorado
andrea_bell@cod.uscourts.gov

/s/ Pat Austin
Pat Austin