# Case Appendix to Memorandum Opinion and Order on Sentencing

| Case Name | Relevant Defendant(s) | District | Case No. | Initial Indictment Date | Sentence | Summary | Foreign Terrorist Organization |
|---|---|---|---|---|---|---|---|
| *U.S. v. Pugh* | Tairod Nathan Webster Pugh | E.D.N.Y. | 1:15-cr-00116 | Mar. 16, 2015 | 420 months' imprisonment + 5 years' supervised release<br><br>(180 months for conviction under § 2339B) | Defendant was charged with violating § 1512(c)(1) and (2) in addition to one count of § 2339B. The defendant was convicted by a jury of both counts. The defendant traveled to Turkey in an effort to cross into Syria to engage in jihad. | Islamic State of Iraq and the Levant / al-Sham (ISIS) |
| *U.S. v. Elhuzayel* | Nader Elhuzayel | C.D. Cal. | 8:15-cr-00060 | June 03, 2015 | 360 months' imprisonment + lifetime supervised release<br><br>(180 months for each conviction under § 2339B to be served consecutively) | Defendant was found guilty by a jury of two counts of violating § 2339B and 25 counts of violating.§ 1344. He attempted to provide personnel in the form of himself. | ISIS |
| | Muhanad Elfati M. A. Badawi | | | | 360 months' imprisonment + lifetime supervised release<br><br>(180 months for each conviction under § 2339B to be served consecutively) | Defendant was found guilty by a jury of two counts of violating § 2339B and one count of violating 20 U.S.C. § 1097. The defendant facilitated his co-defendant's travel to join ISI by providing his debit card to purchase a one-way airline ticket. | |
| *U.S. v. Edmonds* | Hasan R. Edmonds | N.D. Ill. | 1:15-cr-00149 | Apr. 02, 2015 | 360 months' imprisonment + 20 years' supervised release.<br><br>(180 months for each conviction under § 2339B to be served consecutively) | Defendant pleaded guilty two counts of violating § 2339B. The defendant was a member of Army National Guard. The defendants discussed attacking the military base in Illinois and traveling to Syria. | ISIS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Jonas M. Edmonds | | | | 252 months' imprisonment + 20 years' supervised release (180 month' for conviction under §2339B) | Defendant pleaded guilty to one count of violating § 2339B and one count of making a false statement to law enforcement in violation of 18 U.S.C. § 1001. | |
| U.S. v. Kareem | Abdul Malik Abdul Kareem | D. Ariz. | 2:15-cr-00707 | June 10, 2015 | 360 months' imprisonment + lifetime supervised release (240 months for conviction under § 2339B) | Defendant was found guilty by a jury of one count of violating § 2339B and of four additional counts involving firearms and making false statements to the Federal Bureau of Investigation. The defendant engaged in a plot to disrupt an event in Texas. Several individuals were injured and two co-conspirators were killed in the attack. Additionally, they had considered attacking military bases, the Super Bowl, and shopping malls. | ISIS |
| U.S. v. Kurbanov | Fazliddin Kurbanov | D. Idaho | 1:13-cr-00120 | May 16, 2013 | 300 months' imprisonment + 3 years supervised release (180 months for each conviction under § 2339B to run concurrently) | Defendant was found guilty by a jury of two counts of violating § 2339B and of one count of violating 26 U.S.C. § 5861(d). The defendant attempted to provide financial support and personnel, including himself. | Islamic Movement of Uzbekistan |
| U.S. v. Shah | Rafiq Abdus Sabir | S.D.N.Y. | 1:05-cr-00673 | June 27, 2005 | 300 months' imprisonment + 2 years' supervised release | Defendant was convicted by a jury of two counts of violating § 2339B. The defendant attempted to provide expert advice and medical assistance to a foreign terrorist organization. | al Qaeda |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *U.S. v. Khan* | Hafiz Muhammad Sher Ali Khan | S.D. Fla. | 1:11-cr-20331 | May 12, 2011 | 300 months' imprisonment + 5 years' supervised release<br><br>(180 months for the first count of violating § 2339A and 120 months for the remaining charges to run concurrently) | Defendant was found guilty of two counts of violating § 2339A and two counts of violating § 2339B. The defendant was found guilty on all charges. The defendant solicited, collected, and transferred money to purchase weapons for the Taliban. | Pakistani Taliban |
| *U.S. v. Elfgeeh* | Mufid Elfgeeh | W.D.N.Y. | 6:14-cr-06147 | Sept. 16, 2014 | 270 months' imprisonment + 27 years, 6 months supervised release<br><br>(180 months for one count and 90 months for the other to run consecutively) | Defendant was indicted for seven counts and ultimately pleaded guilty to two counts of violating § 2339B. He attempted to provide personnel to ISIS. | ISIS |
| *U.S. v. Ali* | Amina Farah Ali | D. Minn. | 0:10-cr-00187 | 2010 | 240 months' imprisonment + lifetime supervised release<br><br>(180 months for one count and 60 months for each remaining count) | Defendant was found guilty of thirteen counts of violating § 2339B. The defendant raised and/or provided at least $2,100 to al-Shabbab. | al-Shabbab |
| | Hawo Hassan | | | | 120 months' imprisonment + lifetime supervised release<br><br>(120 months for violating § 2339B) | Defendant was found guilty of three counts of violating § 1001 and one count of violating § 2339B. The defendant assisted in raising the $2,100 by encouraging individuals to pledge allegiance to al-Shabbab. | |
| *U.S. v. Ferizi* | Ardit Ferizi | E.D. Va. | 1:16-cr-00042 | Feb. 16, 2016 | 240 months' imprisonment + 10 years' supervised release<br><br>(180 months for violating § 2339B). | Defendant pleaded guilty to one count of violating § 2339B and one count of violating 18 U.S.C. § 1030 in relation to hacking. The defendant was a hacker living in Malaysia who obtained U.S. government and military personnel information and provided the information to ISIS. | ISIS |

| Case | Defendant | District | Docket | Date | Sentence | Description | Organization |
|---|---|---|---|---|---|---|---|
| *U.S. v. Moalin* | Basaaly Saeed Moalin | S.D. Cal. | 3:10-cr-04246 | Oct. 22, 2010 | 216 months' imprisonment + 3 years' supervised release | Defendant was found guilty of two counts of violating § 2339A, two counts of violating § 2339B, and one count of conspiracy to launder money in violation of 18 U.S.C. § 1956(a)(2). The defendant coordinated with leaders of al-Shabaab. | al-Shabaab |
| *U.S. v. Solano* | Vicente Adolfo Solano | S.D. Fla. | 1:17-cr-20781 | Nov. 02, 2017 | 210 months' imprisonment + lifetime supervised release | Defendant was charged initially with violating § 2339A and later charged with also violating § 2339B. The defendant pleaded guilty to the count of violating § 2339B. The defendant attempted to use a weapon of mass destruction to destroy a mall on and wanted to join ISIS. | ISIS |
| *U.S. v. Ahmed* | Ehsanul Islam Sadequee | N.D. Ga. | 1:06-cr-00147 | Mar. 23, 2006 | 204 months' imprisonment + 30 years' supervised release (180 months for each of three counts to run concurrently plus 24 months for conspiracy to provide material support to a foreign terrorist organization to run consecutively) | Defendant was found guilty of two counts of violating § 2339A and two counts of violating § 2339B. The defendants conducted surveillance and met with others to discuss possible targets for a terrorist attack. | Lashkar-e-Taiba (LET) |
| | Syed Haris Ahmed | N.D. Ga. | 1:06-cr-00147 | Mar. 23, 2006 | 156 months' imprisonment + 30 years' supervised release | Defendant was found guilty of one count of violating §2339A. | |
| *U.S. v. Young* | Nicholas Young | E.D. Va. | 1:16-cr-00265 | Dec. 15, 2016 | 180 months' imprisonment (for each count to run concurrently) + 15 years' supervised release | Defendant was found guilty of two counts of attempting to obstruct justice in violation of 18 U.S.C. § 1512(c)(2) and of one count of violating § 2339B. The defendant was a police officer and on several occasions purchased gift cards to be used by ISIS for recruitment. | ISIS |

| Case | Defendant | District | Docket | Date | Sentence | Description | Organization |
|---|---|---|---|---|---|---|---|
| *U.S. v. Holy Land Foundation for Relief and Development* | Mohammed El-Mezain | N.D. Tex. | 3:04-cr-00240 | July 26, 2004 | 180 months' imprisonment + 3 years' supervised release | Defendant was charged with twelve counts of violating § 2339B, ten counts of violating 50 U.S.C. §§ 1701-1706, and one count of violating 12 U.S.C.§ 1956. The defendant was convicted by the jury of one count of violating § 2339B. The defendant was a large scale financier for Hamas. Together with his co-conspirators, they raised over $12,000,000. | Hamas |
| *U.S. v. Kauser Mohammed* | Gufran Ahmed Kauser Mohammed | S.D. Fla. | 1:13-cr-20364 | May 21, 2013 | 180 months' imprisonment + 5 years' supervised release | Defendant pleaded guilty to one count of violating § 2339B. He attempted to provide personnel and funds totaling approximately $26,000. | al Qaeda & al-Shababb |
| *U.S. v. Nayyar* | Patrick Nayyar | S.D.N.Y. | 1:09-cr-01037 | Oct. 26, 2009 | 180 months' imprisonment; no supervised release because subject to deportation<br><br>(60 months for each violation of § 3229B to run concurrently with each other but consecutive to other counts) | Defendant was found guilty of two counts of violating § 2339B, two counts of violating 50 U.S.C. § 1705(a), and one count of violating 18 U.S.C. § 371. The defendant agreed to provide goods in the form of guns, ammunition, vehicles, bulletproof vests, and night vision goggles because he thought they would be used to support Hizballah. | Hizballah |
| *U.S. v. Chandia* | Ali Asad Chandia | E.D. Va. | 1:05-cr-00401 | Sept. 14, 2005 | 180 months' imprisonment + 3 years' supervised release<br><br>(180 months for each count of violating § 2339B to be served concurrently) | Defendant was found guilty of one count of violating § 2339A and two counts of violating § 2339B. The defendant provided paint balls for training activities in the Lashkar-e-Taiba. | Lashkar-e-Taiba (LET) |

| Case | Defendant | District | Docket | Indictment | Sentence | Description | Group |
|---|---|---|---|---|---|---|---|
| *U.S. v. Morgan* | Donald Ray Morgan | M.D.N.C. | 1:14-cr-00414 | Waived indictment Oct. 30, 2014 | 180 months' imprisonment + 3 years' supervised release (180 months for violating § 2339B; received an additional 63 months for separate charge of felon in possession of a firearm) | Defendant pleaded guilty to one count of violating § 2339B. The defendant purchased a ticket to enter Syria and participate in jihad. | al Qaeda/ISIS |
| *U.S. v. Davis* | Leon Nathan Davis | S.D. Ga. | 1:15-cr-00059 | Waived indictment May 27, 2015 | 180 months' imprisonment + lifetime supervised release | Defendant pleaded guilty to one count of violating § 2339B. The defendant attempted to fly to Turkey and later Syria to join ISIS. | ISIS |
| *U.S. v. Saadeh* | Alaa Saadeh | D.N.J | 2:15-cr-00558 | Waived indictment Oct. 29, 2015 | 180 months' imprisonment + lifetime supervised release | Defendant pleaded guilty to one count of violating § 2339B. The defendant was planning on going to Turkey to support ISIS. | ISIS |
| *U.S. v. Dandach* | Adam Dandach | C.D. Cal. | 8:14-cr-00109 | July 16, 2014 | 180 months' imprisonment + lifetime supervised release | Defendant pleaded guilty to one count of violating § 1542 and one count of violating § 2339B. The defendant attempted to board a flight to Turkey and also received a conviction for a false passport. | al Qaeda/ISIS |
| *U.S. v. Cordoba-Bermudez* | Juanito Cordoba-Bermeduez | S.D.N.Y. | 1:08-cr-01290 | Feb. 05, 2009 | 180 months' imprisonment + 3 years' supervised release | Defendant pleaded guilty to one count of violating § 2339B. The defendant was involved in multiple conversations with co-conspirators about logistics for seizing weapons from Panamanian authorities. | Revolutionary Armed Forces of Colombia (FARC) |
| *U.S. v. Kashmiri* | Tahawwur Hussain Rana | N.D. Ill. | 1:09-cr-00830 | Dec. 07, 2009 | 168 months' imprisonment + 3 years' supervised release | Defendant was found guilty of one count of violating § 2339A and of one count of violating § 2339B. The defendant allowed his co-conspirators to use his business as a cover to conceal travel and surveillance for terrorist attacks. | Lashkar-e-Taiba (LET) |

| Case | Defendant | District | Docket No. | Date | Sentence | Description | Group |
|---|---|---|---|---|---|---|---|
| | Narseal Batiste | | | | 162 months' imprisonment + 35 years' supervised release | Defendant was found guilty of one count each of violating § 2339A, § 2339B, § 844, and § 2384.<br><br>The defendants swore allegiance to al Qaeda, purchased a camera, and scouted locations for what they believed would be a domestic attack. | |
| | Patrick Abraham | | | | 112.5 months' imprisonment + 15 years' supervised release | Defendant was found guilty of one count each of violating § 2339A, § 2339B, and § 844. | |
| | Stanley Grant Phanor | | | | 96 months' imprisonment + 15 years' supervised release | Defendant was found guilty of violating one count of § 2339A and one count of §2339B. | |
| | Rotschild Augustine | | | | 84 months' imprisonment + 10 years' supervised release | Defendant was found guilty of violating one count of § 2339A and one count of §2339B. | |
| *U.S. v. Batiste* | Burson Augustin | S.D. Fla. | 1:06-cr-20373 | June 22, 2006 | 72 months' imprisonment + 10 years' supervised release | Defendant was found guilty of violating one count of § 2339A and one count of §2339B. | al Qaeda |
| *U.S. v. Velasco* | Mauricio Santoyo Velasco | E.D. Va. | 1:12-cr-00217 | May 24, 2012 | 156 months' imprisonment + 5 years' supervised release | Defendant pleaded guilty to one count of violating § 2339B. The defendant accepted bribes in exchange for the information and assistance he could provide as a high-level law enforcement officer in Colombia. The information allowed AUC members to avoid detection and arrest. | United Self-Defense Forces of Colombia (AUC) |
| *U.S. v. Jama* | Muna Osman Jama | E.D. Va. | 1:14-cr-00230 | June 24, 2014 | 144 months' imprisonment (on each count) + 10 years' supervised release | Defendant was found guilty of 21 counts of violating § 2339B. The defendant provided several payments to al-Shabaab including one payment of $1,500. | al-Shabaab |

| Case | Defendant | District | Docket | Date | Sentence | Description | Organization |
|---|---|---|---|---|---|---|---|
| | Hinda Osman Dhirane | | | | 132 months' imprisonment + 10 years' supervised release | Defendant was found guilty of one count of violating § 2339B. The defendant was involved in the transfer of approximately $1,000 in support of al-Shabaab. | |
| U.S. v. Teausant | Nicholas Teausant | E.D. Cal. | 2:14-cr-00087 | Mar. 26, 2014 | 144 months' imprisonment + 25 years' supervised release | Defendant pleaded guilty to one count of violating § 2339B. The defendant was a college student with some involvement in the National Guard. The defendant wanted to participate in violent jihad and was arrested traveling to Canada. | ISIS |
| U.S. v. Yusuf | Mohamud Abdi Yusuf | E.D. Mo. | 4:10-cr-00547 | Oct. 21, 2010 | 140 months' imprisonment +2 years' supervised release | Defendant pleaded guilty to four counts of violating § 2339B. There were at least four individuals involved in the conspiracy to provide funds to al-Shabaab. | al-Shabaab |
| U.S. v. Aguilar Ramirez | Nancy Conde Rubio | D.D.C. | 1:07-cr-00248 | Sept. 25, 2007 | 138 months' imprisonment + 3 years' supervised release | Defendant pleaded guilty to one count of violating § 2339B. The defendant was a ranking member of the FARC. She oversaw the group's logistics and communications network and was involved in the kidnapping of American hostages. | Revolutionary Armed Forces of Colombia (FARC) |
| US v. Amin | Ali Shukri Amin | E.D. Va. | 1:15-cr-00164 | Waived indictment June 11, 2015 | 136 months' imprisonment + lifetime supervised release | Defendant pleaded guilty to violating § 2339B. The defendant used Twitter and the dark web to educate others on how to use bit coin to fund terrorist organizations. He also converted a co-conspirator to radical Islam and facilitated travel of the co-conspirators to Syria. | ISIS |
| U.S. v. Jalloh | Mohammed Bailor Jalloh | E.D. Va. | 1:16-cr-00163 | Waived indictment Oct. 27, 2016 | 132 months' imprisonment + 5 years' supervised release | Defendant pleaded guilty to one count of violating § 2339B. The defendant provided $340 to an ISIS official while he was in Africa and $500 to an FBI confidential informant. | ISIS |
| U.S. v. Mosquera-Renteria | Jorge Abel Ibarguen-Palacio | S.D.N.Y | 1:09-cr-00498 | May 14, 2009 | 130 months' imprisonment + 2 years' supervised release | Defendant pleaded guilty to count of violating § 2339B. | Revolutionary Armed Forces of Colombia (FARC) |
| U.S. v. Ahmed | Zacharia Yusuf Abdurahman | D. Minn. | 0:15-cr-00049 | Feb. 19, 2015 | 120 months' imprisonment + 20 years' supervised release | Defendant pleaded guilty to one count of violating § 2339B. The defendant had a plan to travel to support ISIS. | ISIS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *U.S. v. Abdi* | Nuradin M. Abdi | S.D. Ohio | 2:04-cr-00088 | June 10, 2004 | 120 months' imprisonment + 3 years' supervised release | Defendant pleaded guilty to one count of violating § 2339A. He planned to travel to obtain military-style training in preparation for violent jihad. | al Qaeda |
| *U.S. v. Van Haften* | Joshua Van Haften | W.D. Wis. | 3:15-cr-00037 | Apr. 23, 2015 | 120 months' imprisonment + lifetime supervised relief | Defendant pleaded guilty to one count of violating § 2339B. The defendant pledged allegiance to ISIS attempted to travel to participate in violent jihad. | ISIS |
| *U.S. v. Diaz* | Miguel Moran Diaz | S.D. Fla. | 1:15-cr-20264 | Apr. 16, 2015 | 120 months' imprisonment + 3 years' supervised release | Defendant pleaded guilty to violating 18 U.S.C. § 922. The judge decided to apply an upward variance due to the defendant's support for ISIS and "lone wolf" characteristics. | |
| *U.S. v. Ahmed* | Hamza Naj Ahmed | D. Minn. | 0:15-cr-00049 | Feb. 19, 2015 | 120 months' imprisonment + 20 years' supervised release | Defendant pleaded guilty to one count of violating § 2339B and to a § 1097 charge. The defendant flew to New York and planned to leave for Turkey with several others. | ISIS |
| *U.S. v. Qamar* | Haris Qamar | E.D. Va. | 1:16-cr-00227 | Oct. 7, 2016 | 102 months' imprisonment + 20 years' supervised release | Defendant pleaded guilty to one count of violating § 2339B. The defendant purchased $80 in gift cards for ISIS with help from an FBI confidential informant. Additionally, the defendant took several pictures for potential terrorist attack targets in Washington D.C. | ISIS |
| *U.S. v. Yusuf* | Nima Ali Yusuf | S.D. Cal. | 3:10-cr-04551 | Nov. 12, 2010 | 96 months' imprisonment + 3 years' supervised release | Defendant pleaded guilty to one count of violating § 2339B. The defendant was involved in sending funds to al-Shabaab. | al-Shabaab |
| *U.S. v. Boyd* | Dylan Boyd | E.D.N.C. | 5:09-cr-00216 | July 22, 2009 | 96 months' imprisonment + 3 years' supervised release | Defendant pleaded guilty to one count of violating § 2339A. The defendant was connected to his father's home grown terrorist cell and traveled with his father and brother to Israel to engage in jihad. | North Carolina Taliban |
| *U.S. v. Dakhalla* | Muhammad Oda Dakhlalla | N.D. Miss. | 15-cr-00098 | Aug. 26, 2015 | 96 months' imprisonment + 15 years' supervised release | Defendant pleaded guilty to one count of violating § 2339B. The defendant attempted to provide himself and his co-conspirator as personnel to ISIS. | ISIS |

| Case | Defendant | District | Docket | Date | Sentence | Description | Group |
|---|---|---|---|---|---|---|---|
| *U.S. v. Brown* | Avin Marsalis Brown | E.D.N.C. | 14-cr-0058 | Apr. 01, 2014 | 92 months' imprisonment + 5 years' supervised release | Defendant pleaded guilty to one count of violating § 2339A. The defendant wanted to travel overseas to fight and was caught at airport with a ticket to Turkey. | |
| *U.S. v. Tobias – Rodriguiez* | Osman Jose Tobias-Rodriguiez | S.D. Fla. | 1:10-cr-20094 | Feb. 19, 2010 | 90 months' imprisonment + 5 years' supervised release | Defendant pleaded guilty to violating § 2339B and § 960. The defendant worked with others to assist al Quaeda in the transportation and smuggling of illegal aliens and weapons into the United States from Peru. | al Qaeda |
| *U.S. v. Khan* | Raja Lahrasib Khan | N.D. Ill. | 1:10-cr-00240 | Apr. 1, 2010 | 90 months' imprisonment + lifetime supervised release | Defendant pleaded guilty to one count of violating § 2339B. The defendant provided $200-$250 to the leadership of Kashmir Independence Movement and confirmed to an FBI confidential informant that the group was working with al Qaeda. | al Qaeda |
| *U.S. v. Varela* | Diego Alberto Ruiz Arroyave | S.D. Tex. | 4:02-cr-00714 | Dec. 04, 2002 | 90 months' imprisonment + 3 years' supervised release | Defendant pleaded guilty to one count of violating § 2339B. The defendant attempted to acquire anti-aircraft missiles, grenade launchers, and other powerful weapons in exchange for $25 million worth of cocaine. | United Self-Defense Forces of Colombia (AUC) |
| *U.S. v. Wolfe* | Michael Todd Wolfe | W.D. Tex. | 1:14-cr-00213 | June 18, 2014 | 82 months' imprisonment + 5 years' supervised release | Defendant pleaded guilty to one count of violating § 2339A. The defendant planned to travel to Syria to engage in violent jihad and hoped to take his wife and two children. | |
| *U.S. v. Akl* | Hor Akl | N.D. Ohio | 3:10-cr-00251 | June 07, 2010 | 75 months' imprisonment + 10 years' supervised release | Defendant pleaded guilty to violating § 2339B, § 1956, and § 157. The defendant and his wife planned to conceal $500,000 to be sent to Hizballah. | Hizballah |
| | Amera Akl | | | | 40 months' imprisonment + 3 years' supervised release | Defendant pleaded guilty to violating § 2339B. She and her husband planned to conceal $500,000 for Hizballah. | |
| *U.S. v. Salamanca* | Victor Daniel Salamanca | S.D. Fla. | 1:06-cr-20001 | Jan. 03, 2006 | 70 months' imprisonment + 3 years' supervised release | Defendant pleaded guilty to one count of violating § 2339B. The defendant was caught in an ICE sting operation while he was providing fraudulent identification to help FARC members enter the United States. | Revolutionary Armed Forces of Colombia (FARC) |

| Case | Defendant | District | Docket No. | Date | Sentence | Description | Organization |
|---|---|---|---|---|---|---|---|
| *U.S. v. Mihalik* | Oytun Asyse Mihalik | C.D. Cal. | 2:11-cr-00833 | Aug. 30, 2011 | 60 months' imprisonment; defendant agreed to be removed to Turkey after term of imprisonment | Defendant pleaded guilty to one count of violating § 2339A. The defendant sent more than $2,000 to a person in Pakistan that she believed was a member of the Taliban and al Qaeda | Taliban and al Qaeda |
| *U.S. v. Issa* | Idriss Abdelrahman | S.D.N.Y. | 1:09-cr-01244 | Dec. 30, 2009 | 46 months' imprisonment (no supervised release conditions) | Defendant pleaded guilty to violating § 2339B. The defendant with others provided the FARC with logical assistance, secured transportation for cocaine across Africa with assistance from al Qaeda, and provided false identification documents. | Revolutionary Armed Forces of Colombia (FARC) & al Qaeda |
| *U.S. v. Hodzic* | Jasminka Ramic | E.D. Mo. | 4:15-cr-00049 | Feb. 05, 2015 | 36 months' imprisonment + 3 years' supervised release | Defendant pleaded guilty to conspiracy to kill or maim persons in a foreign country, which carried a maximum sentence of 60 months.  She made three payments totaling $700 to a co-conspirator with the intent that the funds be transferred to, and used in support of, a fellow Bosnian-American who was fighting in Syria. | |
| *U.S. v. Aguilar Ramirez* | Luz Mery Gutierrez Vergara / Ana Islabel Pena Arevalo | D.D.C. | 1:07-cr-00248 | Sept. 25, 2007 | 31 months' imprisonment +  3 years' supervised release | Defendants pleaded guilty to one count of violating § 2339B. The defendants worked as radio call center operators, patching through high frequency radio calls from FARC leaders. | Revolutionary Armed Forces of Colombia (FARC) |
| *U.S. v. Warsame* | Abdirizak Warsame | D. Minn. | 0:16-cr-00037 | Feb. 04, 2016 | 30 months' imprisonment +  20 years' supervised release | Defendant pleaded guilty to one count of violating § 2339B. The defendant conspired and attempted to assist his co-conspirators with traveling to Syria to fight with ISIS but the defendant had no such plans to travel. The court found the downward variance was appropriate based on the amount of assistance the defendant provided to the government. | ISIS |
| *U.S. v. Esse* | Amina Esse | D. Minn. | 0:14-cr-00369 | Nov. 14, 2014 | 5 years' Probation | Defendant pleaded guilty to violating § 2339B. The defendant delivered money to her co-conspirators upwards of $850 over six transactions. The defendant cooperated with the FBI and provided testimony against co-conspirators. | al-Shabaab |

| Case | Defendant | District | Docket No. | Date | Sentence | Description | Group |
|---|---|---|---|---|---|---|---|
| *U.S. v. Yusuf* | Abdullahi Yusuf | D. Minn. | 0:15-cr-00046 | Feb. 12, 2015 | Time served (approx. 12 months) + 20 years' supervised release | Defendant pleaded guilty to one count of violating § 2339B. The defendant had planned to travel to support ISIS. | ISIS |
| *U.S. v. Daniels* | Aaron T. Daniels | S.D. Ohio | 2:16-cr-00222 | Nov. 10, 2016 | 80 months' imprisonment + lifetime supervised release | Defendant pleaded guilty to one count of violating § 2339B. He was arrested before boarding a flight to Trinidad and Tobago and later admitted his intention was to travel abroad and join ISIS. | ISIS |