# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# SENIOR JUDGE JOHN L. KANE

Courtroom Deputy: Bernique Abiakam  
Court Reporter: Terri Lindblom  
Probation Officer: Andrea L. Bell  
Interpreters:  Irina Kamensky  
                        Tatiana Dautkhanova

Date:  July 18, 2018

Criminal Action No.: 12-cr-00033-JLK-2

*Parties:*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    BAKHTIYOR JUMAEV,

    Defendant.

*Counsel:*

Gregory A. Holloway  
Julia K. Martinez

David B. Savitz  
Mitchell Baker

## SENTENCING MINUTES

**10:01 a.m.**    **Court in session.**

Court calls case.  Appearances of counsel.  Defendant present in custody.

**Jury Trial:**

**Defendant found guilty as to Counts One and Two of the Second Superseding Indictment.**

Parties received and reviewed the presentence report.

10:04 a.m.    Statement read by the Court.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

10:22 a.m.    Statement by Mr. Holloway (Government counsel).

*12-cr-00033-JLK-2*
*Sentencing*
*July 18, 2018*

10:32 a.m.     Statement by Mr. Savitz (defense counsel).

**11:02 a.m.     Court in recess.**

**11:08 a.m.     Court in session.**

Continued statement by Mr. Savitz.

**Request by Mr. Savitz that the Court sends the RECOMMENDATION to the Department of Justice, through its Department of Homeland Security and Immigration Customs, that the Defense counsel be kept informed of Mr. Jumaev's whereabouts during his immigration process.**

11:14 a.m.     Further statement by Mr. Holloway.

11:16 a.m.     Statement by Mr. Jumaev (Defendant).

11:25 a.m.     Comments by the Court.

**ORDERED:     The Probation Department shall maintain a constant understanding of where the Defendant, Mr. Jumaev, is, what institution he might be in, and make that available information, upon inquiry from the prosecution, defense, or from this Court.**

**11:29 a.m.     Court in recess.**

**1:32 a.m.     Court in session.**

Comments and rulings by the Court.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Counts One and Two to a term of imprisonment of **time already served** - *(a total of 76 months, 3 days)*.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **10 years**.

*12-cr-00033-JLK-2*
*Sentencing*
*July 18, 2018*

**Conditions of supervised release:**
    (X)    If not deported, within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the Probation Office in the district to which the Defendant is released.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 200.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:**  Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**1:55 p.m.     Court in recess.**
Hearing concluded.
Total in-court time: 1 hour, 45 minutes.