**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 12-cr-00033-JLK

UNITED STATES OF AMERICA,
    Plaintiff,
v.

2.  BAKHTIYOR JUMAEV,
    Defendant.

---

## NOTICE OF APPEAL

---

NOTICE is hereby given that Bakhtiyor Jumaev, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final Judgment of Conviction (EFC Doc. 1922) entered against him in this action on July 18, 2018.

Dated this 26th day of July, 2018.

                              Respectfully submitted,

                              /s/ David Barry Savitz
                              David Barry Savitz
                              Law Office of David B. Savitz
                              1512 Larimer Street, Suite 600
                              Denver, CO  80202
                              Telephone: (303) 825-3109
                              savmaster@aol.com

                              /s/ Mitchell Baker
                              Mitchell Baker
                              1543 Champa Street, #400
                              Denver, CO 80202

Telephone: (303) 592-7353
mitchbaker@estreet.com

*Attorneys for Bakhtiyor Jumaev*

## CERTIFICATE OF SERVICE

I hereby certify that on 26th day of July, 2018, I electronically filed the foregoing Notice of Appeal with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

<u>/s/ Pat Austin</u>
Pat Austin

2