**FILED**
United States Court of Appeals
Tenth Circuit

**August 2, 2018**

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>BAKHTIYOR JUMAEV,<br><br>    Defendant - Appellant. | No. 18-1296<br>(D.C. No. 1:12-CR-00033-JLK-2)<br>(D. Colo.) |

_____

**ORDER**
_____

Before **KELLY**, Circuit Judge.
_____

    This matter is before the court on the appellant's Motion to Withdraw, which was filed the appellant's appointed trial counsel, David Barry Savitz and Mitchell Baker (the "Motion"). The minimum required preliminary appellate documents have been filed. 10th Cir. R. 46.3(A). Upon consideration, the Motion is GRANTED.

    David Barry Savitz and Mitchell Baker are appointed pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, effective nunc pro tunc to the date the notice of appeal was filed in this matter. Messrs. Savitz and Baker's appointment ends with the entry of this order appointing new counsel.

    With Messrs. Savitz and Baker's withdrawal, and because the district court has made the requisite finding of eligibility for appointed counsel, this court finds the interests of justice require the appointment of other counsel to assist with this appeal in

accordance with 18 U.S.C. § 3006A. Therefore, attorney Zachary Ives is appointed as counsel for the appellant.

The court also directs as follows:

1. Within 14 days of the date of this order, the appellant's former counsel shall transmit copies of all documents in their possession pertinent to this appeal not otherwise available electronically on PACER to Mr. Ives (mailing address: P.O. Box 27469, Albuquerque, NM 87125-7469; telephone: 505-453-2330; email: zach@zachiveslaw.com).

2. Also within 14 days of the date of this order, Mr. Ives shall file and serve an entry of appearance. *See* 10th Cir. R. 46.1.

3. This appeal is partially perfected. Within 21 days of the date of this order, Mr. Ives must file in the district court a designation of record. *Id.* 10.2. Additionally, Mr. Ives must file a transcript order form or notice that no transcript is necessary within 21 days. *Id.* 10.1. Notice to this court should be provided when documents are filed in the district court.

4. The Clerk of the U.S. District Court for the District of Colorado shall wait at least 21 days before transmitting the record on appeal to this court. Briefing will begin after the district court transmits the record on appeal to this court.

5. The Clerk's Office shall transmit a copy of this order to the Clerk of the U.S. District Court for the District of Colorado. Messrs. Savitz and Baker shall transmit a copy of this order to the appellant forthwith.

Finally, interpreting services appear necessary to an adequate defense. Therefore, prior approval is granted for Mr. Ives to incur up to $800 of interpreting services. If additional interpreting services are needed Mr. Ives should seek prior approval by sealed, *ex parte* motion. Mr. Ives is encouraged to conduct client interviews by conference call with the interpreter and client on the call where possible. Interpreting time should be documented in the expenses section of Mr. Ives's CJA 20 voucher. A copy of the interpreter's itemized invoice must be attached to the voucher.

                                  Entered for the Court
                                  ELISABETH A. SHUMAKER, Clerk

                                  by: Lara Smith
                                        Counsel to the Clerk

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

August 02, 2018

Chris Wolpert
Chief Deputy Clerk

Mr. Zachary Ives
P.O. Box 27469
Albuquerque, NM 87125-7469

**RE:** 18-1296, United States v. Jumaev
Dist/Ag docket: 1:12-CR-00033-JLK-2

Dear Counsel:

You have been appointed as counsel for appellant/appellee under the Criminal Justice Act, 18 U.S.C. 3006A. The order appointing you has been docketed in the above-referenced appeal.

Effective July 20, 2015, all Tenth Circuit Appellate Criminal Justice Act ("CJA") vouchers must be prepared and submitted electronically via eVoucher. eVoucher is a nationally-supported, web-based solution for the preparation, submission, monitoring and approval of CJA vouchers. The Tenth Circuit's eVoucher database can be accessed by clicking here, or by pasting the following URL into your web browser:

https://evsdweb.ev.uscourts.gov/CJA_c10_prod/CJAeVoucher/

**For eVoucher Technical Support** please review the Court's eVoucher Resources Page (http://www.ca10.uscourts.gov/cja/evoucher), or contact the Clerk's Office at (303) 844-3157 or eVoucher@ca10.uscourts.gov.

**For substantive questions regarding the content of a voucher, required documentation, and related issues** please consult the Court's CJA Policies and Procedures Webpage (http://www.ca10.uscourts.gov/cja/tenth-circuit-and-national-cja-policies-and-procedures), or contact a CJA case analyst at (303) 844-5306 or CJA_Vouchers@ca10.uscourts.gov.

If an adverse decision is rendered you must advise your client of the right to seek review of this court's decision by petition for writ of certiorari. If the client requests, and you believe a petition for writ of certiorari to be legally sound, you must file one with the Clerk of the Supreme Court of the United States. *See* Criminal Justice Act Plan, 10th Cir.

R., Addendum I. If you claim compensation on the CJA 20 voucher for services rendered in petitioning for certiorari, you must attach a PDF copy of the petition in the "Documents" tab of your electronic voucher.

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court


cc:     Mitchell Baker
        Beth N. Gibson
        J. Bishop Grewell
        Gregory Allen Holloway
        Julia K. Martinez
        David B. Savitz
        David A. Tonini


EAS/at