APPEAL,INTERPRETER,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: <u>1:12–cr–00033–JLK–2</u>

Case title: USA v. Muhtorov et al
Magistrate judge case number:  1:12–mj–01039–KLM

Date Filed: 01/23/2012
Date Terminated: 07/19/2018

Assigned to: Judge John L. Kane

Appeals court case number:
18–1296 Tenth Circuit Court of
Appeals

**Defendant (2)**

| | | |
|---|---|---|
| **Bakhtiyor Jumaev**<br>*TERMINATED: 07/19/2018* | represented by | **David Barry Savitz**<br>David B. Savitz, Law Office of<br>1512 Larimer Street<br>Suit 600<br>Denver, CO 80202<br>303–825–3109<br>Fax: 303–607–0472<br>Email: <u>savmaster@aol.com</u><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |
| | | **Daniel Joseph Sears**<br>Daniel J. Sears, P.C.<br>999 18th Street<br>Suite 3000<br>Denver, CO 80202<br>303–357–4639<br>Fax: 303–297–2536<br>Email: <u>djsearspc@aol.com</u><br>*TERMINATED: 01/09/2014*<br>*Designation: CJA Appointment* |
| | | **Emily Elizabeth Boehme**<br>Emily Boehme, Attorney at Law<br>1543 Champa Street<br>Suite 400<br>Denver, CO 80202<br>720–301–1866<br>Fax: 303–571–1001<br>Email: <u>emboehme@gmail.com</u> |

*TERMINATED: 06/25/2018*
*Designation: CJA Appointment*

**Mitchell Baker**
Mitch Baker, Attorney at Law
1543 Champa Street
#400
Denver, CO 80202
303–592–7353
Fax: 303–571–1001
Email: mitchbaker@estreet.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2339B.F–Material Support of a Designated Foreign Terrorist Organization and Attempt and Conspiracy to do the Same (1ss) | Defendant to be sentenced to a term of TIME SERVED, as to Counts One and Two, to be served concurrently. Defendant shall be placed on Supervised Release for a term of 10 years on Counts One and Two, to be served concurrently. Assessment $200. |
| 18:2339B.F–Material Support of a Designated Foreign Terrorist Organization and Attempt and Conspiracy to do the Same (2ss) | Defendant to be sentenced to a term of TIME SERVED, as to Counts One and Two, to be served concurrently. Defendant shall be placed on Supervised Release for a term of 10 years on Counts One and Two, to be served concurrently. Assessment $200. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| PROVIDING MATERIAL SUPPORT OR RESOURCES TO TERRORISTS (1–4) | Dismissed. |
| PROVIDING MATERIAL SUPPORT OR RESOURCES TO TERRORISTS (1s–2s) | Dismissed. |
| 18:2339A.F Conspiracy to Provide Material Support to Terrorism (5ss) | Dismissed |
| 18:2339B.F–Material Support of a Designated Foreign Terrorist Organization and Attempt and Conspiracy to do the Same | Dismissed |

(6ss)

**Highest Offense Level
(Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| 18:2339B.F Providing Material Support or Resources to Terrorists | |

---

**Interested Party**

**Department of Justice**     represented by  **Erin Martha Creegan**
(See above for address)
*TERMINATED: 11/03/2017*
*Designation: Retained*

---

**Interested Party**

**Department of Justice**

---

**Plaintiff**

**USA**     represented by  **Gregory Allen Holloway**
U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0100
Fax: 454–0403
Email: Gregory.Holloway@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Beth N. Gibson**
U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0100
Fax: 303–454–0406
Email: Beth.Gibson@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**David Alan Tonini**
U.S. Attorney's Office–Denver

1801 California Street
Suite 1600
Denver, CO 80202
303–454–0100
Fax: 303–454–0403
Email: David.Tonini@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Erin Martha Creegan**
U.S. Department of
Justice–DC–Counterterrorism
National Security Division,
Counterterrorism Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
202–514–0127
Fax: 202–514–8714
Email: erin.creegan@usdoj.gov
*TERMINATED: 11/03/2017*
*Designation: Federal Agency Attorney*

**Jason Michael Kellhofer**
U.S. Department of
Justice–DC–Counterterrorism
National Security Division,
Counterterrorism Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
202–353–7371
Fax: 202–353–0778
Email: Jason.Kellhofer@usdoj.gov
*TERMINATED: 10/01/2012*
*Designation: Federal Agency Attorney*

**Julia K. Martinez**
U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0100
Email: julia.martinez@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Kiersten Jennifer Korczynski**
U.S. Department of
Justice–DC–Counterterrorism
National Security Division,
Counterterrorism Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

202–353–9007
Fax: 202–514–8714
Email: kiersten.korczynski@usdoj.gov
*TERMINATED: 10/25/2017*
*Designation: Federal Agency Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/14/2012 | 1 | | COMPLAINT as to Bakhtiyor Jumaev (1). (kltsl, ) (Additional attachment(s) added on 3/15/2012: # 1 Criminal Information Sheet) (kltsl, ). [1:12–mj–01039–KLM] (Entered: 03/15/2012) |
| 03/14/2012 | 2 | | Arrest Warrant Issued in case as to Bakhtiyor Jumaev. (kltsl, ) [1:12–mj–01039–KLM] (Entered: 03/15/2012) |
| 03/14/2012 | 3 | | MOTION for Leave to Restrict Case by USA as to Bakhtiyor Jumaev. (kltsl, ) [1:12–mj–01039–KLM] (Entered: 03/15/2012) |
| 03/14/2012 | 4 | | ORDER granting 3 Motion for Leave to Restrict as to Bakhtiyor Jumaev (1) by Magistrate Judge Kristen L. Mix on 3/14/2012. (kltsl, ) [1:12–mj–01039–KLM] (Entered: 03/15/2012) |
| 03/20/2012 | 50 | | SUPERSEDING INDICTMENT as to Jamshid Muhtorov (1) count(s) 1s–4s, Bakhtiyor Jumaev (2) count(s) 1–4. Modified as specified in doc #52. (Attachments: # 1 Criminal Information Sheet, # 2 Criminal Information Sheet) (jjhsl, ) Modified on 3/23/2012 (jjhsl, ). (Entered: 03/20/2012) |
| 03/20/2012 | 52 | | ORDER. The alias names for Defendant No. 1, JAMSHID MUHTOROV, set forth in the caption of the Superseding Indictment filed this date, and the alias names for Defendant No. 2, BAKHTIYOR UMAEV, are ordered STRICKEN as surplussage and shall not be used again in the caption of any document or pleading by Judge John L. Kane on 03/20/12. (jjhsl, ) Modified on 3/21/2012 to correct text (jjhsl, ). (Entered: 03/21/2012) |
| 03/21/2012 | 53 | | MINUTE ORDER as to Jamshid Muhtorov, Bakhtiyor Jumaev. The Protective Order entered in this case will remain operative pending my resolution of Defendant Muhtorov's Motion for Reconsideration 49 by Judge John L. Kane on 03/21/12. (jjhsl, ) (Entered: 03/21/2012) |
| 03/21/2012 | 54 | | ORDER granting 40 Motion for Leave to Restrict as to Jamshid Muhtorov (1). Access to Docket 42 and the exhibits accompanying it shall be limited to the parties and the court pursuant to D.C.COLO.LCrR 47.1 by Judge John L. Kane on 3/21/12. (jjhsl, ) (Entered: 03/21/2012) |
| 03/22/2012 | 59 | | SECOND SUPERSEDING INDICTMENT as to Jamshid Muhtorov (1) count(s) 1ss–4ss, Bakhtiyor Jumaev (2) count(s) 1s–2s. (Attachments: # 1 Criminal Information Sheet, # 2 Criminal Information Sheet) (jjhsl, ) (Entered: 03/23/2012) |
| 03/23/2012 | 57 | | Translation of Document re: 50 Indictment as to Jamshid Muhtorov, Bakhtiyor Jumaev. Modified as specified in doc #58. (jjhsl, ) Modified on 3/23/2012 (jjhsl, ). (Entered: 03/23/2012) |
| 03/23/2012 | 58 | | ORDER. The alias names for Defendant No. 1, JAMSHID MUHTOROV, set forth in the caption of the Superseding Indictment filed this date, and the alias |

| | | | |
|---|---|---|---|
| | | | names for Defendant No. 2, BAKHTIYOR UMAEV, are ordered STRICKEN as surplussage and shall not be used again in the caption of any document or pleading re: <u>57</u> by Judge John L. Kane on 03/23/12. (jjhsl, ) Modified on 3/23/2012 to correct text (jjhsl, ). (Entered: 03/23/2012) |
| 03/26/2012 | <u>61</u> | | Translation of Document re: <u>59</u> Indictment as to Jamshid Muhtorov, Bakhtiyor Jumaev (jjhsl, ) (Entered: 03/26/2012) |
| 03/29/2012 | <u>63</u> | | Rule 5(c)(3) Documents Received as to Bakhtiyor Jumaev (jjhsl, ) (Entered: 03/29/2012) |
| 03/29/2012 | <u>64</u> | | CJA 23 Financial Affidavit by Bakhtiyor Jumaev. (jjhsl, ) (Entered: 03/29/2012) |
| 04/02/2012 | 65 | | MINUTE ENTRY for proceedings held before Magistrate Judge Kristen L. Mix: Initial Appearance as to Bakhtiyor Jumaev held on 4/2/2012; AUSA Gregory Halloway. Defendant present in custody without counsel. Pretrial Christine Zorn. Interpreter: Yuliya Fedasenka–Cloud. Defendant advised. CJA appointed. Arraignment, Discovery and Detention set for 4/5/2012 10:00 AM in Courtroom A 401 before Magistrate Judge Boyd N. Boland. Defendant remanded. Total time: 5 minutes. Hearing time: 2:13–2:18. TEXT ONLY ENTRY. (Court Reporter: FTR – Monique Wiles) (klmcd, ) (Entered: 04/02/2012) |
| 04/02/2012 | <u>66</u> | | CJA 23 Financial Affidavit by Bakhtiyor Jumaev. (klmcd, ) (Entered: 04/02/2012) |
| 04/03/2012 | <u>67</u> | | CJA 20/30 Appointment of David Barry Savitz for Bakhtiyor Jumaev by Magistrate Judge Boyd N. Boland on 04/03/2012. (pponi, ) (Entered: 04/03/2012) |
| 04/04/2012 | <u>68</u> | | NOTICE *of Intent to Use Foreign Intelligence Surveillance Information* by USA as to Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 04/04/2012) |
| 04/05/2012 | 70 | | MINUTE ENTRY for proceedings held before Magistrate Judge Boyd N. Boland: Arraignment, Discovery and Detention hearing held on 4/5/2012 for Bakhiyor Jumaev. Interpreter: Alla Seletskaya. Present were AUSA Greg Holloway; CJA counsel David Savitz; Probation Officer Christine Zorn. Joint oral motion to continue procedings. ORDERED: Motion granted. Hearing continued to 4/12/2012 02:00 PM in Courtroom A 401 before Magistrate Judge Boyd N. Boland. Hearing time 10:09 to 10:13. Total time 4 minutes. Text Entry Only. (FTR: BNB Criminal AM) (kltsl, ) Modified on 4/6/2012 to add defendants name (kltsl, ). (Entered: 04/05/2012) |
| 04/05/2012 | <u>71</u> | | CJA Request for Interim Payment as to Bakhtiyor Jumaev. (Savitz, David) (Entered: 04/05/2012) |
| 04/05/2012 | <u>72</u> | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # <u>1</u> CJA Attachment)(Savitz, David) (Entered: 04/05/2012) |
| 04/05/2012 | <u>73</u> | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # <u>1</u> CJA Attachment)(Savitz, David) (Entered: 04/05/2012) |
| 04/05/2012 | <u>74</u> | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # <u>1</u> CJA Attachment)(Savitz, David) (Entered: 04/05/2012) |

| 04/09/2012 | 91 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 4/9/2012. (smatl, ) (Entered: 04/18/2012) |
|---|---|---|---|
| 04/09/2012 | 92 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 4/9/2012. (smatl, ) (Entered: 04/18/2012) |
| 04/09/2012 | 93 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 4/9/2012. (smatl, ) (Entered: 04/18/2012) |
| 04/09/2012 | 94 | | CJA Order for Interim Payment as to Bakhtiyor Jumaev by Judge John L. Kane on 4/9/2012. (smatl, ) (Entered: 04/18/2012) |
| 04/11/2012 | 78 | | MOTION for Leave to Restrict Document by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 04/11/2012) |
| 04/11/2012 | 79 | | REPLY by Jamshid Muhtorov, Bakhtiyor Jumaev to 77 Statement (Holloway, Gregory) (Entered: 04/11/2012) |
| 04/11/2012 | 80 | | RESTRICTED DOCUMENT – Level 1: by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 04/11/2012) |
| 04/11/2012 | 81 | | RESTRICTED DOCUMENT – Level 1: by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Attachments: # 1 Exhibit)(Holloway, Gregory) (Entered: 04/11/2012) |
| 04/11/2012 | 82 | | MOTION for Protective Order *to Add Defendant Jumaev to the Protective Order* by USA as to Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 04/11/2012) |
| 04/11/2012 | 83 | | MOTION to Declare Case Complex by USA as to Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 04/11/2012) |
| 04/11/2012 | 84 | | MOTION for Hearing *Pretrial Conference Pursuant to the Classified Information Procedures Act and Supporting Memorandum of Law* by USA as to Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 04/11/2012) |
| 04/12/2012 | 85 | | ORDER as to Bakhtiyor Jumaev (2). Order Applying Rules/Deadlines to Co–Defendant Jumaev. The Motion 87 to Add Mr. Jumaev to the currently operative Protective Order 47 is GRANTED. The Motion 83 to add Mr. Jumaev to the Motion Declaration of Complexity Pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) filed for co–defendant Jamshid Muhtorov 35 and granted at the March 19, 2012 status conference, is also GRANTED. A minimum of 90 days shall be excluded from Mr. Jumaev's speedy trial calculation as a result of the FISA–related complexities identified in Doc. 35, and reiterated in Doc. 83. The Motion 84 to add Mr. Jumaev to the May 23, 2012, CIPA § 2 pretrial conference already set with regard to Mr. Muhtorov, is also GRANTED by Judge John L. Kane on 04/12/12. (jjhsl, ) (Entered: 04/12/2012) |
| 04/12/2012 | 87 | | MINUTE ENTRY for proceedings held before Magistrate Judge Boyd N. Boland: Arraignment, Discovery, and Detention hearing as to Bakhtiyor Jumaev held on 4/12/2012. AUSA Greg Holloway; Defendant present in custody with David Savitz; Pretrial Matt Farwell; Interpreter: Alla Selefskaya. Plea NOT GUILTY entered on all counts by Bakhtiyor Jumaev. Discovery memorandum executed. ORDERED: Defendant detained. Counsel to chambers. Defendant remanded. Total time: 5 minutes. Hearing time: 2:03–2:08. Text Only Entry. (FTR: Robin Mason) (cbscd, ) Modified on |

| | | | |
|---|---|---|---|
| | | | 4/13/2012 to correct the judge (romsl, ). (Entered: 04/12/2012) |
| 04/12/2012 | 88 | | ORDER OF DETENTION as to Bakhtiyor Jumaev by Magistrate Judge Boyd N. Boland on 4/12/2012. (cbscd, ) Modified on 4/13/2012 to correct Magistrate Judge (jjhsl, ). (Entered: 04/12/2012) |
| 04/12/2012 | 89 | | Discovery Conference Memorandum and ORDER: Estimated Trial Time – over 5 days as to Bakhtiyor Jumaev by Magistrate Judge Boyd N. Boland on 4/12/2012. (cbscd, ) (Entered: 04/13/2012) |
| 04/19/2012 | 95 | | MOTION for Extension of Time to File Response/Reply *to and Including April 26, 2012 Within Which to File a Response, if necessary, to Defendant Muhtorov's Motion for Reconsideration (doc. 49)* by Bakhtiyor Jumaev. (Attachments: # 1 Proposed Order (PDF Only))(Savitz, David) (Entered: 04/19/2012) |
| 04/19/2012 | 96 | | ORDER granting 95 Motion for Extension of Time to File Response to the Motion for Reconsideration as to Bakhtiyor Jumaev (2). Defendant Jumaev's shall have to and including April 26, 2012, to file a Response, if any, to the Motion for Reconsideration. The government shall have to and including May 3, 2012, to file a single responsive pleading to the Motion for Reconsideration 49 and to any Response filed by Mr. Jumaev by Judge John L. Kane on 04/19/12. (jjhsl, ) (Entered: 04/19/2012) |
| 04/26/2012 | 97 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 04/26/2012) |
| 04/26/2012 | 98 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 04/26/2012) |
| 04/26/2012 | 99 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 04/26/2012) |
| 04/26/2012 | 100 | | RESPONSE to Motion by Bakhtiyor Jumaev as to Jamshid Muhtorov, Bakhtiyor Jumaev re 49 MOTION for Reconsideration re 47 Order on Motion for Protective Order (Savitz, David) (Entered: 04/26/2012) |
| 04/26/2012 | 101 | | RESTRICTED DOCUMENT – Level 1: by Bakhtiyor Jumaev as to Jamshid Muhtorov, Bakhtiyor Jumaev (Savitz, David) (Entered: 04/26/2012) |
| 04/26/2012 | 102 | | MOTION for Leave to Restrict Document by Bakhtiyor Jumaev as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Attachments: # 1 Proposed Order (PDF Only))(Savitz, David) (Entered: 04/26/2012) |
| 04/26/2012 | 103 | | ORDER granting 102 Motion for Leave to Restrict as to Bakhtiyor Jumaev (2). ORDERED Exhibits 1, 2, and 3 101 of Defendant Jumaev's Response 100 to Defendant Muhtorov's Motion 49 to Reconsider this Courts Order Granting the Governments Motion for a Protective Order by Judge John L. Kane on 04/26/12. (jjhsl, ) Modified on 4/26/2012 to add linkage (jjhsl, ). Modified on 4/27/2012 to add linkage (jjhsl, ). (Entered: 04/26/2012) |
| 05/02/2012 | 104 | | CJA 21/31 Payment Request as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 05/02/2012) |
| 05/03/2012 | 106 | | |

| | | | |
|---|---|---|---|
| | | | RESPONSE by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev re: 101 Restricted Document – Level 1 filed by Bakhtiyor Jumaev, 76 Brief filed by Jamshid Muhtorov, 100 Response to Motion filed by Bakhtiyor Jumaev, 49 MOTION for Reconsideration re 47 Order on Motion for Protective Order filed by Jamshid Muhtorov (Attachments: # 1 Proposed Order (PDF Only), # 2 Proposed Document)(Holloway, Gregory) (Entered: 05/03/2012) |
| 05/08/2012 | 108 | | CJA 21/31 Payment Request as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 05/08/2012) |
| 05/08/2012 | 109 | | CJA 21/31 Payment Request as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 05/08/2012) |
| 05/08/2012 | 110 | | CJA 21/31 Payment Request as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 05/08/2012) |
| 05/08/2012 | 111 | | MINUTE ORDER as to Jamshid Muhtorov, Bakhtiyor Jumaev. This matter is set for a Status Conference and Motions Hearing on May 14, 2012 at 1:30 p.m. in Courtroom A802. The court will address protective order and FISA issues at this hearing (doc. #s 49 and 107). The defendants' presence is not required before Judge John L. Kane by Judge John L. Kane on 05/08/12. (jjhsl, ) (Entered: 05/08/2012) |
| 05/08/2012 | 112 | | NOTICE OF NONCOMPLIANCE WITH CM/ECF PROCEDURES: The court notes that Jason Kellhofer has failed to register for electronic case filing (CM/ECF) in violation of D.C.COLO.LCrR 49.4A. and III.3.2.A. of the Electronic Case Filing Procedures for the District of Colorado (Criminal Cases). Counsel is advised that continued failure to file electronically through CM/ECF may lead to sanctions by the court. Counsel must register for CM/ECF within 10 days of the date of this docket entry or further action may be taken by the court. Text Only Entry (mjfsl, ) (Entered: 05/08/2012) |
| 05/09/2012 | 113 | | CJA 20/30 Payment Request as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment, # 3 CJA Attachment)(Savitz, David) (Entered: 05/09/2012) |
| 05/10/2012 | 114 | | CJA 21/31 Payment Request as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 05/10/2012) |
| 05/11/2012 | 115 | | Objections to Newly Proposed Protective Order and MOU 106 by Bakhtiyor Jumaev as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Savitz, David) Modified on 5/14/2012 to correct title of document (jjhsl, ). (Entered: 05/11/2012) |
| 05/11/2012 | 136 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 5/11/12. (smatl, ) (Entered: 06/21/2012) |
| 05/14/2012 | 118 | | MINUTE ENTRY for Status Conference proceedings held before Judge John L. Kane on 5/14/2012 as to Jamshid Muhtorov (1),and Bakhtiyor Jumaev (2). Defendants not present. Granting 107 Motion for Order as to Jamshid Muhtorov (1), to and including 7/30/2012. (Court Reporter: Gwen Daniel)(babia) (Entered: 05/16/2012) |
| 05/16/2012 | 117 | | ORDER re Doc. 116 as to Jamshid Muhtorov, Bakhtiyor Jumaev. The requests for relief embedded in the "Memorandum of Law on Procedures to |

| | | | |
|---|---|---|---|
| | | | be Followed at an CIPA 4 Proceedings" 116 filed on behalf of Mr. Muhtorov are Denied as Premature. The May 23 hearing is not a CIPA § 4 hearing and was not converted into one by operation of the March 19 Minute Entry 55 . However, that Minute Entry 55 is AMENDED to clarify that the May 23 hearing is not in camera or ex parte. To the extent specific matters arise during the course of the May 23 hearing that require in camera or ex parte attention, they will be addressed accordingly at that time by Judge John L. Kane on 05/16/12. (jjhsl, ) (Entered: 05/16/2012) |
| 05/17/2012 | 119 | | CJA 24 Transcript Request as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Savitz, David) (Entered: 05/17/2012) |
| 05/17/2012 | 120 | | CJA 21/31 Payment Request as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 05/17/2012) |
| 05/17/2012 | 121 | | CJA 21/31 Payment Request as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 05/17/2012) |
| 05/17/2012 | 122 | | CJA 21/31 Payment Request as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 05/17/2012) |
| 05/17/2012 | 123 | | CJA 21/31 Payment Request as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 05/17/2012) |
| 05/23/2012 | 124 | | MINUTE ENTRY for proceedings held before Judge John L. Kane: Pretrial Conference as to Jamshid Muhtorov, Bakhtiyor Jumaev held on 5/23/2012. ORDERED: Oral Request by the Government to conduct a preliminary CIPA § 4 (ex parte) hearing within the week of June 18, 2012 is GRANTED. Counsel shall contact Chambers to schedule a time (Court Reporter: Tamara Hoffschildt) (jjhsl, ) (Entered: 05/23/2012) |
| 05/29/2012 | 126 | | CJA 24 Transcript Request as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Savitz, David) (Entered: 05/29/2012) |
| 05/29/2012 | 127 | | CJA 21/31 Payment Request as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 05/29/2012) |
| 06/04/2012 | 138 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 6/4/12. (smatl, ) (Entered: 06/22/2012) |
| 06/04/2012 | 139 | | CJA 20/30 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 6/4/12. (smatl, ) (Entered: 06/22/2012) |
| 06/05/2012 | 129 | | CJA 21/31 Payment Request as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 06/05/2012) |
| 06/05/2012 | 130 | | CJA 21/31 Payment Request as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 06/05/2012) |
| 06/07/2012 | 140 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 6/7/12. (smatl, ) (Entered: 06/22/2012) |
| 06/07/2012 | 141 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 6/7/12. (smatl, ) (Entered: 06/22/2012) |

| 06/07/2012 | 142 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 6/7/12. (smatl, ) (Entered: 06/22/2012) |
|---|---|---|---|
| 06/07/2012 | 143 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 6/7/12. (smatl, ) (Entered: 06/22/2012) |
| 06/13/2012 | 132 | | CJA 20/30 Payment Request as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 06/13/2012) |
| 06/13/2012 | 133 | | TRANSCRIPT of Pretrial Conference as to Bakhtiyor Jumaev held on May 23, 2012 before Judge Kane. Pages: 21. <P> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.</P>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 9/14/2012. (Hoffschildt, Tamara) (Entered: 06/13/2012) |
| 06/18/2012 | 134 | | CJA 21/31 Payment Request as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 06/18/2012) |
| 06/19/2012 | 146 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 6/19/12. (smatl, ) (Entered: 06/26/2012) |
| 06/19/2012 | 147 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 6/19/12. (smatl, ) (Entered: 06/26/2012) |
| 06/20/2012 | 135 | | ORDER granting in part and denying in part 128 Motion for Reconsideration as to Jamshid Muhtorov (1). Ex Parte Hearing set for 6/21/2012 02:00 PM in Courtroom A 802 before Judge John L. Kane. Ex Parte Hearing set for 6/21/2012 03:00 PM in Courtroom A 802 before Judge John L. Kane by Judge John L. Kane on 06/20/12. (jjhsl, ) (Entered: 06/20/2012) |
| 06/21/2012 | 137 | | Courtroom Minutes for proceedings held before Judge John L. Kane held on 6/21/2012. (jjhsl, ) (Entered: 06/21/2012) |
| 06/22/2012 | 144 | | TRANSCRIPT of Status Conference as to Jamshid Muhtorov, Bakhtiyor Jumaev held on 5/14/2012 before Judge Kane. Pages: 1–25. <P> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.</P>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 9/24/2012. (Daniel, Gwen) (Entered: 06/22/2012) |

| 06/26/2012 | 145 | | ORDER as to Jamshid Muhtorov, Bakhtiyor Jumaev. Pursuant to counsel's representations and stipulations related in a joint conference call to chambers this morning, the deadline for the government's FISA response is EXTENDED one month from July 30, 2012 to August 31, 2012, and Mr. Jumaev shall have to July 26, 2012, to file a SUPPLEMENTAL PLEADING or JOINDER related to Mr. Muhtorov's FISA–related Motion to Suppress 125 by Judge John L. Kane on 06/26/12. Text Only Entry (jjhsl, ) (Entered: 06/26/2012) |
|---|---|---|---|
| 06/26/2012 | 148 | | CJA 21/31 Payment Request as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 06/26/2012) |
| 06/27/2012 | 149 | | Amended TRANSCRIPT of Status Conference as to Jamshid Muhtorov, Bakhtiyor Jumaev held on 5/14/2012 before Judge Kane. Pages: 1–25. <P> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.</P>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 9/28/2012. (Daniel, Gwen) (Entered: 06/27/2012) |
| 06/27/2012 | 150 | | Amended TRANSCRIPT of Pretrial Conference as to Jamshid Muhtorov, Bakhtiyor Jumaev held on May 23, 2012 before Judge Kane. Pages: 1–21. <P> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.</P>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 9/28/2012. (Hoffschildt, Tamara) (Entered: 06/27/2012) |
| 06/27/2012 | 154 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 6/27/2012. (smatl, ) (Entered: 07/24/2012) |
| 06/27/2012 | 155 | | CJA 24 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 6/27/2012. (smatl, ) (Entered: 07/24/2012) |
| 06/28/2012 | 151 | | MINUTE ENTRY for proceedings held before Judge John L. Kane: Ex Parte Hearing as to Jamshid Muhtorov, Bakhtiyor Jumaev held on 6/28/2012 re: 135 . Court Reporter: Tamara Hoffschildt. (jjhsl, ) (Entered: 06/28/2012) |
| 06/29/2012 | 156 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 6/29/2012. (smatl, ) (Entered: 07/24/2012) |
| 07/02/2012 | 166 | | CJA 20/30 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 7/2/2012. (smatl, ) (Entered: 08/04/2012) |

| 07/05/2012 | 167 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 7/5/12. (dbrow, ) (Entered: 08/06/2012) |
|---|---|---|---|
| 07/17/2012 | 168 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 7/17/12. (dbrow, ) (Entered: 08/06/2012) |
| 07/30/2012 | 157 | | MOTION for Order *Combined FISA–Related Motions: (1) To Adopt Defendant Muhtorov's "Motion to Suppress FISA Acquired Evidence (Supplement to Doc. 14)" (Doc. 125); (2) for Disclosure of FISA Materials; (3) for a Preliminary Challenge to Suppress FISA Acquired Evidence; and (4) for Leave to File a Franks Motion After Receipt of All the Government's Discovery* by Bakhtiyor Jumaev as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Savitz, David) (Entered: 07/30/2012) |
| 07/30/2012 | 158 | | RESTRICTED DOCUMENT – Level 1: by Bakhtiyor Jumaev as to Jamshid Muhtorov, Bakhtiyor Jumaev (Attachments: # 1 Exhibits Q–W)(Savitz, David) (Entered: 07/30/2012) |
| 07/30/2012 | 159 | | MOTION for Leave to Restrict Document by Bakhtiyor Jumaev as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Attachments: # 1 Proposed Order (PDF Only))(Savitz, David) (Entered: 07/30/2012) |
| 07/30/2012 | 160 | | MOTION for Leave to File *Out of Time, Namely, on July 30, 2012, Defendant Jumaev's Combined FISA–Related Motions: (1) to Adopt Defendant Muhtorov's "Motion to Suppress FISA Acquired Evidence (Supplement to Doc. 14)" (Doc. 125; (2) For Disclosure of FISA Materials; (3) for a Preliminary Challenge to Suppress FISA Acquired Evidence; and (4) for Leave to File a Franks Motion After Receipt of All the Government's Discovery (Doc. No. 157)* by Bakhtiyor Jumaev as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Attachments: # 1 Proposed Order (PDF Only))(Savitz, David) (Entered: 07/30/2012) |
| 07/30/2012 | 161 | | CJA 21/31 Payment Request as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 07/30/2012) |
| 07/30/2012 | 162 | | CJA 21/31 Payment Request as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 07/30/2012) |
| 07/30/2012 | 163 | | ORDER. ORDERED that Defendant Jumaev's Motion for Leave to Restrict Exhibits Attached to his Combined FISA–Related Motions 159 is GRANTED. Exhibits A–W of Doc 157 are RESTRICTED from public view at Level 1, by Judge John L. Kane on 7/30/12. Text Only Entry (sgrim) (Entered: 07/31/2012) |
| 07/30/2012 | 164 | | ORDER. ORDERED that Defendant Jumaev's Motion 160 for Leave to File Doc. 157 Out of Time is GRANTED. The Combined FISA–Related Motions 157 is ACCEPTED for filing, by Judge John L. Kane on 7/30/12. Text Only Entry (sgrim) (Entered: 07/31/2012) |
| 08/01/2012 | 165 | | CJA 20/30 Payment Request as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 08/01/2012) |
| 08/02/2012 | 169 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 8/2/12. (dbrow, ) (Entered: 08/07/2012) |

| 08/02/2012 | 170 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 8/2/12. (dbrow, ) (Entered: 08/07/2012) |
|---|---|---|---|
| 08/09/2012 | 171 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) Modified on 8/9/2012 to correct filer (jjhsl, ). (Entered: 08/09/2012) |
| 08/09/2012 | 172 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) Modified on 8/9/2012 to correct filer (jjhsl, ). (Entered: 08/09/2012) |
| 08/16/2012 | 173 | | CJA 20/30 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 8/16/2012. (mjwcd) (Entered: 08/22/2012) |
| 08/29/2012 | 174 | | NOTICE of Change of Address/Contact Information as to Bakhtiyor Jumaev (2) (Savitz, David) Modified on 8/29/2012 to add filer (jjhsl, ). (Entered: 08/29/2012) |
| 08/30/2012 | 175 | | MINUTE ORDER notifying counsel of ex parte telephone communication between Court and counsel re delivery of CIPA Section 4 materials as to Jamshid Muhtorov and Bakhtiyor Jumaev, by Judge John L. Kane on 8/30/12. Text Only Entry (sgrim) (Entered: 08/30/2012) |
| 08/31/2012 | 176 | | MOTION for Leave to Restrict Document by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 08/31/2012) |
| 08/31/2012 | 177 | | RESTRICTED DOCUMENT – Level 1: by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 08/31/2012) |
| 08/31/2012 | 178 | | RESTRICTED DOCUMENT – Level 1: by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Attachments: # 1 Exhibit)(Holloway, Gregory) (Entered: 08/31/2012) |
| 09/04/2012 | 179 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 09/04/2012) |
| 09/04/2012 | 180 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 09/04/2012) |
| 09/04/2012 | 181 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 09/04/2012) |
| 09/05/2012 | 182 | | RESPONSE in Opposition by Bakhtiyor Jumaev re 176 MOTION for Leave to Restrict Document *Defendant Bakhtiyor Jumaev's Objections to the Government's Filing its Memorandum and Declaration, Document Nos. 178 and 178−1, and Its Motion to Restrict and Brief, Document Nos. 176 and 177, as Restricted Level 1 Documents* (Attachments: # 1 Proposed Order (PDF Only))(Savitz, David) (Entered: 09/05/2012) |
| 09/05/2012 | 183 | | EXHIBITS to 182 In Support by Bakhtiyor Jumaev (Savitz, David) Modified on 9/10/2012 to create document link (sgrim). (Entered: 09/05/2012) |
| 09/06/2012 | 185 | | MINUTE ORDER re 182 . Defendant Jumaev's Objection to the Government's Motion 176 to Restrict its Memorandum and Declaration 178 and [178−1] and its Motion to Restrict and Brief 176 and 177 at Restriction Level 1 is OVERRULED and the Motion 176 is GRANTED. The Labyrinth of security statutes, rules and regulations the court and the parties are forced |

14

| | | | |
|---|---|---|---|
| | | | to wander through do not need any fine line distinctions at this point in the proceedings. There will come a time when we are safely beyond the reach of the minotaur, but not now, by Judge John L. Kane on 9/6/12. Text Only Entry (sgrim) (Entered: 09/06/2012) |
| 09/10/2012 | 186 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 09/10/2012) |
| 09/10/2012 | 187 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 09/10/2012) |
| 09/10/2012 | 188 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 9/10/2012. (mjwcd) (Entered: 09/14/2012) |
| 09/10/2012 | 189 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 9/10/2012. (mjwcd) (Entered: 09/14/2012) |
| 09/11/2012 | 197 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 9/11/2012. (mjwcd) (Entered: 09/25/2012) |
| 09/19/2012 | 190 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 09/19/2012) |
| 09/19/2012 | 191 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 09/19/2012) |
| 09/19/2012 | 192 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 09/19/2012) |
| 09/20/2012 | 193 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 09/20/2012) |
| 09/21/2012 | 194 | | Superseding Protective Order as to Jamshid Muhtorov and Bakhtiyor Jumaev, by Judge John L. Kane on 9/21/12. (Attachments: # 1 Attachment) (sgrim) (Entered: 09/21/2012) |
| 09/24/2012 | 195 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 09/24/2012) |
| 09/24/2012 | 196 | | ORDER on Pending Motions Regarding FISA–Acquired Evidence. Defendant Muhtorov's Motion to Suppress 14 and Supplement 125 , and the Combined FISA–Related Motions of Defendant Jumaev 157 are DENIED, by Judge John L. Kane on 9/24/12. (lygsl, ) (Entered: 09/24/2012) |
| 09/25/2012 | 221 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 9/25/2012. (mjwcd) (Entered: 10/15/2012) |
| 09/26/2012 | 198 | | NOTICE *to Defendants of In Camera, Ex Parte Under Seal Filing by the United States Pursuant to Classified Information Procedures Act* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 09/26/2012) |
| 09/27/2012 | 199 | | MOTION to Continue *Pursuant to Declaration of Complexity* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 09/27/2012) |
| 09/28/2012 | 200 | | |

| | | | |
|---|---|---|---|
| | | | MOTION to Withdraw as Attorney *of Record* by Jason Kellhofer by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 09/28/2012) |
| 09/28/2012 | 201 | | MOTION to Disclose Grand Jury Material to Defendant by Bakhtiyor Jumaev. (Attachments: # 1 Proposed Order (PDF Only))(Savitz, David) (Entered: 09/28/2012) |
| 09/28/2012 | 202 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 09/28/2012) |
| 10/01/2012 | 204 | | MINUTE ORDER as to Jamshid Muhtorov, Bakhtiyor Jumaev. MINUTE ORDER setting STATUS CONFERENCE/CIPA Section 2 hearing. At some time before 4 p.m. on Tuesday, October 2, 2012, counsel for the government and both defendants shall call in jointly to chambers to set a time for a status conference/CIPA section 2 hearing. The conference/hearing will be open (not ex parte) and topics for discussion shall be the status of discovery, including discovery of information designated as classified, and plans for proceeding on pending motions, by Judge John L. Kane on 10/1/12. Text Only Entry (sgrim, ) (Entered: 10/01/2012) |
| 10/01/2012 | 205 | | ORDER Granting Motion 199 for Tolling of Speedy Trial as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2). The government's Motion for (90–Day) Tolling of Speedy Trial pursuant to a declaration of complexity 199 is GRANTED. An additional 90 days SHALL BE EXCLUDED from speedy trial calculations, by Judge John L. Kane on 10/1/12. (sgrim) (Entered: 10/01/2012) |
| 10/01/2012 | 206 | | ORDER granting 200 Motion to Withdraw as Attorney. Jason Michael Kellhofer withdrawn from case as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2), by Judge John L. Kane on 10/1/12. (sgrim) (Entered: 10/01/2012) |
| 10/01/2012 | 207 | | ORDER granting 200 Motion to Withdraw as Attorney. Jason Michael Kellhofer withdrawn from case as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2), by Judge John L. Kane on 10/1/12. (sgrim) Modified on 10/1/2012 duplicate entry. (sgrim). (Entered: 10/01/2012) |
| 10/01/2012 | 208 | | ORDER granting 200 Motion to Withdraw as Attorney. Jason Michael Kellhofer withdrawn from case as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2), by Judge John L. Kane on 10/1/12. (sgrim) Modified on 10/1/2012 duplicate entry. (sgrim). (Entered: 10/01/2012) |
| 10/01/2012 | 209 | | ORDER granting 200 Motion to Withdraw as Attorney. Jason Michael Kellhofer withdrawn from case as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2), by Judge John L. Kane on 10/1/12. (sgrim) Modified on 10/1/2012 duplicate entry. (sgrim). (Entered: 10/01/2012) |
| 10/01/2012 | 224 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 10/1/2012. (mjwcd) (Entered: 10/24/2012) |
| 10/01/2012 | 225 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 10/1/2012. (mjwcd) (Entered: 10/24/2012) |
| 10/01/2012 | 226 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 10/1/2012. (mjwcd) (Entered: 10/24/2012) |

| | | | |
|---|---|---|---|
| 10/01/2012 | 227 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 10/1/2012. (mjwcd) (Entered: 10/24/2012) |
| 10/02/2012 | 210 | | MINUTE ORDER as to Jamshid Muhtorov, Bakhtiyor Jumaev. Status Conference/CIPA section 2 hearing set for 10/11/2012 at 03:00 PM in Courtroom A 802, Alfred A. Arraj U.S. District Courthouse, before Judge John L. Kane, by Judge John L. Kane on 10/2/12. Text Only Entry. (sgrim) (Entered: 10/02/2012) |
| 10/02/2012 | 211 | | MOTION for Order *for Appointment of Otabek Hasanov as the Court's Qualified Interpreter to Perform Translation Services* by Bakhtiyor Jumaev. (Attachments: # 1 Exhibit, # 2 Proposed Order (PDF Only))(Savitz, David) (Entered: 10/02/2012) |
| 10/02/2012 | 212 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 10/02/2012) |
| 10/02/2012 | 245 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 10/2/2012. (smatl, ) (Entered: 11/19/2012) |
| 10/02/2012 | 251 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 10/2/2012. (mjwcd) (Entered: 11/21/2012) |
| 10/03/2012 | 213 | | PROTECTIVE ORDER as to Jamshid Muhtorov and Bakhtiyor Jumaev re 198 Notice to Defendants of in Camera, ex Parte under Seal Filing By the United States Pursuant to the Classified Information Procedures Act, by Judge John L. Kane on 10/3/12. (sgrim) (Entered: 10/03/2012) |
| 10/08/2012 | 214 | | CJA 20/30 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 10/08/2012) |
| 10/09/2012 | 215 | | NOTICE *of Absence from Jurisdiction* by Bakhtiyor Jumaev (Savitz, David) (Entered: 10/09/2012) |
| 10/09/2012 | 216 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 10/09/2012) |
| 10/09/2012 | 217 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 10/09/2012) |
| 10/09/2012 | 218 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 10/09/2012) |
| 10/09/2012 | 219 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 10/09/2012) |
| 10/09/2012 | 220 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 10/09/2012) |
| 10/11/2012 | 223 | | MINUTE ENTRY for Status Conference as to Jamshid Muhtorov, Bakhtiyor Jumaev held on 10/11/2012 before Judge John L. Kane. ORDERED: If there is no plea disposition filed, counsel shall have to and including November 19, 2012 to file responses to the three pending motions 184 , 203 , and 201 . ORDERED: The Government shall file its response to 211 , on or before October 31, 2012, otherwise the motion will be ruled on as submitted. Court Reporter: Kara Spitler. Interpreter: Alla Seletskaya. (sgrim) (Entered: 10/17/2012) |

| 10/15/2012 | 239 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 10/15/2012. (mjwcd) (Entered: 11/07/2012) |
|---|---|---|---|
| 10/16/2012 | 222 | | CJA 24 Transcript Request as to Bakhtiyor Jumaev. (Savitz, David) (Entered: 10/16/2012) |
| 10/16/2012 | 228 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 10/16/2012. (mjwcd) (Entered: 10/25/2012) |
| 10/16/2012 | 229 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 10/16/2012. (mjwcd) (Entered: 10/25/2012) |
| 10/24/2012 | 238 | | CJA 20/30 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 10/24/2012. (mjwcd) (Entered: 11/07/2012) |
| 10/24/2012 | 248 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 10/24/2012. (mjwcd) (Entered: 11/21/2012) |
| 10/24/2012 | 249 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 10/24/2012. (mjwcd) (Entered: 11/21/2012) |
| 10/24/2012 | 250 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 10/24/2012. (mjwcd) Modified on 11/21/2012 to correct judge.(sgrim) (Entered: 11/21/2012) |
| 10/24/2012 | 258 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 10/24/2012. (mjwcd) (Entered: 12/05/2012) |
| 10/24/2012 | 259 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 10/24/2012. (mjwcd) (Entered: 12/05/2012) |
| 10/28/2012 | 230 | | TRANSCRIPT of Status Conference as to Jamshid Muhtorov, Bakhtiyor Jumaev held on 10–11–12 before Judge Kane. Pages: 1–23. <P> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.</P>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 1/31/2013. (Spitler, Kara) (Entered: 10/28/2012) |
| 10/30/2012 | 231 | | RESPONSE to Motion by USA as to Bakhtiyor Jumaev re 211 MOTION for Order *for Appointment of Otabek Hasanov as the Court's Qualified Interpreter to Perform Translation Services* (Holloway, Gregory) (Entered: 10/30/2012) |
| 10/30/2012 | 232 | | MINUTE ORDER Defendant Bakhtiyor Jumaev shall file a reply re 231 Response to Motion filed by USA no later than 11/2/12, by Judge John L. Kane on 10/30/12. Text Only Entry (jlksec) (Entered: 10/30/2012) |
| 11/01/2012 | 233 | | MOTION for Extension of Time to File Response/Reply as to 231 Response to Motion by Bakhtiyor Jumaev. (Savitz, David) (Entered: 11/01/2012) |

| 11/01/2012 | 234 | | ORDER granting 233 Motion for Extension of Time to File Response/Reply as to Bakhtiyor Jumaev (2). Defendant Jumaev's Request (Motion) for Extension of Time is GRANTED. Mr. Jumaev may have to November 13, 2012, in which to file a Reply in support of his Motion for Appointment of Otabek Hasanov as Court's Qualified Interpreter to Perform Translation Services (Doc. 231), by Judge John L. Kane on 11/1/12. Text Only Entry (jlksec) (Entered: 11/01/2012) |
|---|---|---|---|
| 11/05/2012 | 235 | | MOTION for Extension of Time to File Response/Reply as to 184 Joint MOTION for Discovery *of their Statements and Translations Thereof*, 203 MOTION to Disclose Grand Jury Material to Defendant , 201 MOTION to Disclose Grand Jury Material to Defendant by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 11/05/2012) |
| 11/05/2012 | 252 | | CJA 24 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 11/5/2012. (mjwcd) (Entered: 11/21/2012) |
| 11/06/2012 | 236 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 11/06/2012) |
| 11/06/2012 | 237 | | MINUTE ORDER GRANTING Government's Motion 235 for Extension of Time in Which to File Responses to Pending Defense Motions as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2). The Government's response(s) to the pending defense Motions 184 , 201 , 203 are due on or before December 21, 2012, by Judge John L. Kane on 11/6/12. Text Only Entry. (sgrim) (Entered: 11/06/2012) |
| 11/13/2012 | 240 | | REPLY TO RESPONSE to Motion by Bakhtiyor Jumaev re 211 MOTION for Order *for Appointment of Otabek Hasanov as the Court's Qualified Interpreter to Perform Translation Services Reply to the Government's Response to Defendant's Motion for Appointment of Otabek Hasanov as the Court's Qualified Interpreter to Perform Translation Services (Doc. No. 231)* (Savitz, David) (Entered: 11/13/2012) |
| 11/13/2012 | 241 | | RESTRICTED DOCUMENT – Level 1: by Bakhtiyor Jumaev. (Savitz, David) (Entered: 11/13/2012) |
| 11/13/2012 | 242 | | MOTION for Order *to Seal Exhibits 241 (Motion for Leave to Restrict)* by Bakhtiyor Jumaev. (Attachments: # 1 Proposed Order (PDF Only))(Savitz, David) Modified on 11/14/2012 to create document link. (sgrim). Modified on 11/16/2012 to reflect this as motion for leave to restrict (mjgsl, ). (Entered: 11/13/2012) |
| 11/15/2012 | 243 | | VACATED ORDER as to Bakhtiyor Jumaev (2). Defendant Bakhtiyor Jumaev's Motion for Appointment of Otabek Hasanov as the Court's Qualified Interpreter to Perform Translation Services 211 is GRANTED, by Judge John L. Kane on 11/15/12. (sgrim) Modified on 8/6/2015 vacated pursuant to the minute order of 08/06/15 (jhawk, ). (Entered: 11/15/2012) |
| 11/16/2012 | 244 | | ORDER granting 242 Motion for Leave to Restrict as to Bakhtiyor Jumaev (2). Defendant Jumaev's Motion (Doc. 242) to Seal Exhibits Attached to his Reply in support of Motion for Appointment of Otabek Hasanov as the court's qualified interpreter in this case is GRANTED. The exhibits include names and historical information of individuals not charged with any wrongdoing in this case whose privacy is entitled to be protected from |

| | | | |
|---|---|---|---|
| | | | disclosure to the public in a matter that allegedly implicates national security interests. Exhibits C, D−1, D−2, D−3, and E, filed as Doc. 241, are therefore RESTRICTED at Level 1. by Judge John L. Kane on 11/16/12. Text Only Entry (jlksec) (Entered: 11/16/2012) |
| 11/20/2012 | 246 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 11/20/2012) |
| 11/20/2012 | 247 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 11/20/2012) |
| 11/26/2012 | 253 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 11/26/2012) |
| 11/26/2012 | 254 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 11/26/2012) |
| 11/26/2012 | 255 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 11/26/2012) |
| 11/26/2012 | 256 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 11/26/2012) |
| 11/26/2012 | 257 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 11/26/2012) |
| 11/30/2012 | 261 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 11/30/2012. (smatl, ) (Entered: 12/14/2012) |
| 12/03/2012 | 262 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 12/3/2012. (mjwcd) (Entered: 12/17/2012) |
| 12/13/2012 | 260 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 12/13/2012) |
| 12/17/2012 | 265 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 12/17/2012. (mjwcd) (Entered: 12/26/2012) |
| 12/20/2012 | 263 | | RESPONSE to Motion by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev re 184 Joint MOTION for Discovery *of their Statements and Translations Thereof* (Holloway, Gregory) (Entered: 12/20/2012) |
| 12/20/2012 | 264 | | RESPONSE to Motion by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev re 203 MOTION to Disclose Grand Jury Material to Defendant , 201 MOTION to Disclose Grand Jury Material to Defendant (Holloway, Gregory) (Entered: 12/20/2012) |
| 12/28/2012 | 275 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 12/28/2012. (mjwcd) (Entered: 02/01/2013) |
| 12/28/2012 | 276 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 12/28/2012. (mjwcd) (Entered: 02/01/2013) |
| 12/28/2012 | 277 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 12/28/2012. (mjwcd) (Entered: 02/01/2013) |
| 12/28/2012 | 278 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 12/28/2012. (mjwcd) (Entered: 02/01/2013) |

| | | | |
|---|---|---|---|
| 12/28/2012 | 279 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 12/28/2012. (mjwcd) (Entered: 02/01/2013) |
| 12/28/2012 | 290 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 12/28/2012. (mjwcd) (Entered: 03/07/2013) |
| 01/09/2013 | 267 | | MINUTE ORDER re Doc 184 as to Jamshid Muhtorov (1) and Bakhtiyor Jumaev (2). Defendants' Joint Motion for Discovery of their Statements and Translations Thereof is DENIED without prejudice, by Judge John L. Kane on 1/9/13. (sgrim) (Entered: 01/09/2013) |
| 01/15/2013 | 268 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 01/15/2013) |
| 01/15/2013 | 269 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 01/15/2013) |
| 01/15/2013 | 270 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 01/15/2013) |
| 01/15/2013 | 271 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 01/15/2013) |
| 01/15/2013 | 272 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 01/15/2013) |
| 01/16/2013 | 273 | | CJA 20/30 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 01/16/2013) |
| 01/23/2013 | 274 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 01/23/2013) |
| 02/13/2013 | 280 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 02/13/2013) |
| 02/13/2013 | 281 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 02/13/2013) |
| 02/13/2013 | 282 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 02/13/2013) |
| 02/13/2013 | 283 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 02/13/2013) |
| 02/13/2013 | 284 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 02/13/2013) |
| 02/13/2013 | 285 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 02/13/2013) |
| 02/13/2013 | 286 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 02/13/2013) |
| 02/15/2013 | 287 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 02/15/2013) |
| 02/22/2013 | 288 | | MOTION to Continue *For Tolling of Speedy Trial Pursuan to 18 USC 3161(h)(7)(7)(B)(ii)* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. |

| | | | |
|---|---|---|---|
| | | | (Holloway, Gregory) (Entered: 02/22/2013) |
| 02/26/2013 | 289 | | ORDER granting 288 Government's Motion for Tolling of Speedy Trial as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2). ORDERED that an additional 120 days shall be excluded from speedy trial calculations by Judge John L. Kane on 2/26/13. (sgrim) (Entered: 02/26/2013) |
| 02/26/2013 | 301 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 2/26/13. (dbrow, ) (Entered: 03/12/2013) |
| 03/01/2013 | 315 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 3/1/2013. (smatl, ) (Entered: 04/09/2013) |
| 03/01/2013 | 316 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 3/1/2013. (smatl, ) (Entered: 04/09/2013) |
| 03/01/2013 | 317 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 3/1/2013. (smatl, ) (Entered: 04/09/2013) |
| 03/01/2013 | 318 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 3/1/2013. (smatl, ) (Entered: 04/09/2013) |
| 03/01/2013 | 319 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 3/1/2013. (smatl, ) (Entered: 04/09/2013) |
| 03/04/2013 | 299 | | CJA 20/30 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 3/4/2013. (mjwcd) (Entered: 03/12/2013) |
| 03/06/2013 | 305 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 3/6/2013. (mjwcd) (Entered: 03/20/2013) |
| 03/11/2013 | 291 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 03/11/2013) |
| 03/11/2013 | 292 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 03/11/2013) |
| 03/11/2013 | 293 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 03/11/2013) |
| 03/11/2013 | 294 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 03/11/2013) |
| 03/11/2013 | 295 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 03/11/2013) |
| 03/11/2013 | 296 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 03/11/2013) |
| 03/11/2013 | 297 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 03/11/2013) |
| 03/11/2013 | 298 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 03/11/2013) |
| 03/11/2013 | 306 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 3/11/2013. (mjwcd) (Entered: 03/20/2013) |

| 03/11/2013 | 307 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 3/11/2013. (mjwcd) (Entered: 03/20/2013) |
| 03/12/2013 | 300 | | CJA 20/30 Payment Request as to Bakhtiyor Jumaev. (Savitz, David) (Entered: 03/12/2013) |
| 03/12/2013 | 302 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 03/12/2013) |
| 03/15/2013 | 303 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 CJA Attachment, # 4 CJA Attachment)(Savitz, David) (Entered: 03/15/2013) |
| 03/18/2013 | 304 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 03/18/2013) |
| 03/18/2013 | 308 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 3/18/13. (dbrow, ) (Entered: 03/26/2013) |
| 03/18/2013 | 310 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 3/18/2013. (mjwcd) (Entered: 03/29/2013) |
| 03/18/2013 | 311 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 03/18/13. (dbrow, ) (Entered: 04/01/2013) |
| 03/18/2013 | 312 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 03/18/13. (dbrow, ) (Entered: 04/01/2013) |
| 03/18/2013 | 313 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 03/18/13. (dbrow, ) (Entered: 04/01/2013) |
| 03/19/2013 | 322 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 3/19/13. (dbrow, ) (Entered: 04/11/2013) |
| 03/20/2013 | 321 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 3/20/13. (dbrow, ) (Entered: 04/11/2013) |
| 03/20/2013 | 323 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 3/20/13. (dbrow, ) (Entered: 04/11/2013) |
| 03/28/2013 | 309 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 03/28/2013) |
| 03/29/2013 | 327 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 3/29/13. (dbrow, ) (Entered: 04/17/2013) |
| 04/03/2013 | 314 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 04/03/2013) |
| 04/04/2013 | 320 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 4/4/2013. (smatl, ) (Entered: 04/10/2013) |
| 04/11/2013 | 324 | | CJA 20/30 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 04/11/2013) |
| 04/11/2013 | 325 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 04/11/2013) |

| 04/15/2013 | 326 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 04/15/2013) |
| 04/15/2013 | 328 | | CJA 20/30 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 4/15/13. (dbrow, ) (Entered: 04/22/2013) |
| 04/15/2013 | 329 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 4/15/13. (dbrow, ) (Entered: 04/22/2013) |
| 04/16/2013 | 330 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 4/16/13. (dbrow, ) (Entered: 04/22/2013) |
| 04/24/2013 | 334 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 04/24/2013) |
| 04/25/2013 | 335 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 04/25/2013) |
| 04/25/2013 | 338 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 4/25/13. (dbrow, ) (Entered: 04/30/2013) |
| 04/26/2013 | 336 | | NOTICE *To Defendant of In Camera, Ex Parte Under Seal Filing By the United States Pursuant to the Classified Information Procedures Act* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 04/26/2013) |
| 04/29/2013 | 340 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 4/29/2013. (smatl, ) (Entered: 05/01/2013) |
| 04/30/2013 | 339 | | PROTECTIVE ORDER as to Jamshid Muhtorov, Bakhtiyor Jumaev by Judge John L. Kane on 04/30/13. (jjhsl, ) (Entered: 04/30/2013) |
| 05/10/2013 | 341 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 05/10/2013) |
| 05/13/2013 | 342 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 05/13/2013) |
| 05/15/2013 | 343 | | CJA 20/30 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 05/15/2013) |
| 05/15/2013 | 344 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 05/15/13. (dbrow, ) (Entered: 05/21/2013) |
| 05/15/2013 | 345 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 05/15/13. (dbrow, ) (Entered: 05/21/2013) |
| 05/21/2013 | 346 | | CJA 20/30 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 05/21/13. (dbrow, ) (Entered: 05/22/2013) |
| 05/23/2013 | 347 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 05/23/2013) |
| 05/28/2013 | 348 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment, # 3 CJA Attachment)(Savitz, David) (Entered: 05/28/2013) |
| 05/28/2013 | 350 | | |

| | | | |
|---|---|---|---|
| | | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 05/28/13. (dbrow, ) (Entered: 05/30/2013) |
| 05/29/2013 | 349 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment, # 3 CJA Attachment)(Savitz, David) (Entered: 05/29/2013) |
| 05/30/2013 | 358 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 5/30/2013. (smatl, ) (Entered: 06/17/2013) |
| 06/05/2013 | 351 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment, # 3 CJA Attachment)(Savitz, David) (Entered: 06/05/2013) |
| 06/05/2013 | 352 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 06/05/2013) |
| 06/05/2013 | 353 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 06/05/2013) |
| 06/07/2013 | 361 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 6/7/2013. (smatl, ) (Entered: 06/18/2013) |
| 06/07/2013 | 367 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 6/7/2013. (smatl, ) (Entered: 07/03/2013) |
| 06/10/2013 | 362 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 6/10/2013. (smatl, ) (Entered: 06/18/2013) |
| 06/13/2013 | 355 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 06/13/2013) |
| 06/14/2013 | 357 | | MOTION for Tolling of Speedy Trial by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Holloway, Gregory) Modified on 6/14/2013 correct title of document (jjhsl, ). (Entered: 06/14/2013) |
| 06/17/2013 | 360 | | CJA 21/31 Payment Request as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment Invoice, # 2 CJA Attachment Signed Copy)(Stimson, Kathryn) (Entered: 06/17/2013) |
| 06/19/2013 | 364 | | CJA 21/31 Payment Request as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Stimson, Kathryn) (Entered: 06/19/2013) |
| 06/20/2013 | 371 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 6/20/2013. (smatl, ) (Entered: 07/03/2013) |
| 06/27/2013 | 365 | | ORDER granting 357 Motion for Tolling of Speedy Trial as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2). ORDERED that an additional 120 days shall be excluded from speedy trial calculations by Judge John L. Kane on 06/27/13. (jjhsl, ) (Entered: 06/27/2013) |
| 07/03/2013 | 369 | | CJA 20/30 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 07/03/2013) |
| 07/10/2013 | 373 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 07/10/2013) |

| 07/10/2013 | 374 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 07/10/2013) |
| 07/10/2013 | 378 | | CJA 20/30 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 7/10/2013. (smatl, ) (Entered: 07/18/2013) |
| 07/15/2013 | 375 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 07/15/2013) |
| 07/18/2013 | 376 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 07/18/2013) |
| 07/22/2013 | 383 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 7/22/2013. (smatl, ) (Entered: 08/01/2013) |
| 07/22/2013 | 384 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 7/22/2013. (smatl, ) (Entered: 08/01/2013) |
| 07/29/2013 | 380 | | RESTRICTED DOCUMENT – Level 3: by Bakhtiyor Jumaev. (Attachments: # 1 Exhibit, # 2 Exhibit)(Savitz, David) (Entered: 07/29/2013) |
| 07/30/2013 | 381 | | CJA 20/30 Appointment of Daniel Joseph Sears as co–counsel for Bakhtiyor Jumaev by Judge John L. Kane on 7/30/2013. (smatl, ) (Entered: 07/30/2013) |
| 07/31/2013 | 382 | | NOTICE OF ATTORNEY APPEARANCE: Daniel Joseph Sears appearing for Bakhtiyor Jumaev (Sears, Daniel) (Entered: 07/31/2013) |
| 07/31/2013 | 394 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 7/31/13. (dbrow, ) (Entered: 08/15/2013) |
| 07/31/2013 | 395 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 7/31/13. (dbrow, ) (Entered: 08/15/2013) |
| 08/01/2013 | 385 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 08/01/2013) |
| 08/07/2013 | 389 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 08/07/2013) |
| 08/07/2013 | 390 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 08/07/2013) |
| 08/08/2013 | 402 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 8/8/2013. (smatl, ) (Entered: 08/23/2013) |
| 08/09/2013 | 403 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 8/9/13. (dbrow, ) (Entered: 08/23/2013) |
| 08/09/2013 | 405 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 8/9/13. (dbrow, ) (Entered: 08/23/2013) |
| 08/15/2013 | 392 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 08/15/2013) |
| 08/15/2013 | 396 | | CJA 20/30 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 08/15/2013) |
| 08/15/2013 | 397 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA |

| | | | |
|---|---|---|---|
| | | | Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 08/15/2013) |
| 08/15/2013 | 398 | | CJA 21/31 Payment Request as to Bakhtiyar Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 08/15/2013) |
| 08/21/2013 | 400 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 08/21/2013) |
| 08/21/2013 | 401 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 08/21/2013) |
| 08/22/2013 | 414 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 8/22/2013. (smatl, ) (Entered: 09/06/2013) |
| 08/26/2013 | 407 | | RESTRICTED DOCUMENT – Level 3: by Bakhtiyor Jumaev. (Savitz, David) Modified on 8/27/2013 to indicate document filed in error – attorney will refile using correct event) (dbrow, ). (Entered: 08/26/2013) |
| 08/26/2013 | 415 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 8/26/2013. (smatl, ) (Entered: 09/06/2013) |
| 08/26/2013 | 422 | | CJA 20/30 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 8/26/13. (dbrow, ) (Entered: 09/17/2013) |
| 08/26/2013 | 423 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 8/26/13. (dbrow, ) (Entered: 09/17/2013) |
| 08/26/2013 | 424 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 8/26/13. (dbrow, ) (Entered: 09/17/2013) |
| 08/26/2013 | 425 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 8/26/13. (dbrow, ) (Entered: 09/17/2013) |
| 08/27/2013 | 410 | | CJA Travel Request (Non–Defendant) as to Bakhtiyor Jumaev. (Savitz, David) (Entered: 08/27/2013) |
| 08/30/2013 | 411 | | CJA 20/30 Payment Request as to Bakhtiyor Jumaev. (Sears, Daniel) (Entered: 08/30/2013) |
| 09/05/2013 | 413 | | CJA Travel Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 9/5/2013. (smatl, ) (Entered: 09/06/2013) |
| 09/06/2013 | 416 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 09/06/2013) |
| 09/10/2013 | 431 | | CJA 20/30 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 9/10/2013. (smatl, ) (Entered: 09/27/2013) |
| 09/12/2013 | 418 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 09/12/2013) |
| 09/12/2013 | 433 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 9/12/2013. (smatl, ) (Entered: 09/27/2013) |
| 09/17/2013 | 442 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 9/17/2013. (smatl, ) (Entered: 10/09/2013) |
| 09/20/2013 | 428 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA |

| | | | |
|---|---|---|---|
| | | | Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 09/20/2013) |
| 09/24/2013 | 444 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 9/24/2013. (smatl, ) (Entered: 10/09/2013) |
| 10/01/2013 | 434 | | CJA 20/30 Payment Request as to Bakhtiyor Jumaev. (Sears, Daniel) (Entered: 10/01/2013) |
| 10/02/2013 | 435 | | MOTION to Continue *For Tolling of Speedy Trial Pursuant to 18 USC 3161(h)(7)(B)(ii)* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 10/02/2013) |
| 10/02/2013 | 436 | | ORDER granting 435 Motion to Continue –tolling of speedy trial, as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2). ORDERED that an additional 120 days SHALL BE EXCLUDED from speedy trial calculations pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii). by Judge John L. Kane on 10/2/2013. (trlee, ) (Entered: 10/02/2013) |
| 10/03/2013 | 438 | | CJA 20/30 Payment Request as to Bakhtiyor Jumaev. (Sears, Daniel) (Entered: 10/03/2013) |
| 10/04/2013 | 439 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment, # 3 CJA Attachment)(Savitz, David) (Entered: 10/04/2013) |
| 10/04/2013 | 440 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 10/04/2013) |
| 10/08/2013 | 450 | | CJA 20/30 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 10/8/13. (dbrow, ) (Entered: 10/15/2013) |
| 10/09/2013 | 445 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment, # 3 CJA Attachment)(Savitz, David) (Entered: 10/09/2013) |
| 10/09/2013 | 451 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 10/9/13. (dbrow, ) (Entered: 10/15/2013) |
| 10/09/2013 | 473 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 10/9/2013. (smatl, ) (Entered: 12/02/2013) |
| 10/10/2013 | 447 | | CJA 20/30 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 10/10/2013) |
| 10/22/2013 | 452 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 10/22/2013) |
| 10/23/2013 | 459 | | CJA 20/30 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 10/23/2013. (smatl, ) (Entered: 10/29/2013) |
| 10/25/2013 | 456 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 10/25/2013) |
| 10/25/2013 | 460 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 10/25/2013. (smatl, ) (Entered: 11/01/2013) |
| 10/25/2013 | 466 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 10/25/2013. (smatl, ) (Entered: 11/18/2013) |

| | | | |
|---|---|---|---|
| 10/28/2013 | 458 | | MOTION for Order *for Notice of Whether the Government Intends to Use Evidence Obtained Under or Derived from Surveillance Authorized by the FISA Amendment Act of 2008 ("FAA")* by Bakhtiyor Jumaev. (Attachments: # 1 Exhibit Exhibits A–D, # 2 Exhibit Exhibit E–1, # 3 Exhibit Exhibit E–2, # 4 Exhibit Exhibit F, # 5 Exhibit Exhibit G, # 6 Exhibit Exhibit H)(Savitz, David) (Entered: 10/28/2013) |
| 10/30/2013 | 467 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 10/30/2013. (smatl, ) (Entered: 11/18/2013) |
| 11/01/2013 | 461 | | CJA 20/30 Payment Request as to Bakhtiyor Jumaev. (Sears, Daniel) (Entered: 11/01/2013) |
| 11/01/2013 | 462 | | CJA 20/30 Payment Request as to Bakhtiyor Jumaev. (Sears, Daniel) (Entered: 11/01/2013) |
| 11/07/2013 | 463 | | MINUTE ORDER. In light of the FAA matters that have arisen in this case (Docs. 457 & 458) and potential motions practice related to Mr. Hasanov's appointment as Court's Qualified Interpreter (Doc. 243), this case is set for a STATUS CONFERENCE. For ease of scheduling, the Conference is unilaterally set for 10:00 a.m. on Friday, November 15, 2013. If that date is unworkable for one or more counsel, the parties are asked to call in jointly to set one that is mutually agreeable. In anticipation of the conference, counsel are directed to CONFER regarding a list of agenda items they wish to be discussed at the conference and any filing and briefing timelines to which they may be able to agree regarding FAA–related motions, including a deadline for the government's response to Mr. Jumaev's Motion for Notice of Intent to use FAA–related evidence. (Doc. 458.) Counsel for Mr. Muhtorov shall cause the resulting Joint Status Report to be filed by 9:00 a.m. the day before the Status Conference set pursuant to this Minute Order by Judge John L. Kane on 11/07/13. Text Only Entry (jjhsl, ) (Entered: 11/07/2013) |
| 11/12/2013 | 472 | | CJA 20/30 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 11/12/2013. (smatl, ) (Entered: 12/02/2013) |
| 11/13/2013 | 464 | | MOTION for Order to Show Cause *Re: Otabek Hasanov (Related to [ 243] by Bakhtiyor Jumaev. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Proposed Order (PDF Only))(Savitz, David) (Entered: 11/13/2013)* |
| 11/13/2013 | 465 | | ORDER TO SHOW CAUSE DIRECTED TO MR. OTABEK HASANOV. If Mr. Hasanov prepares and delivers a final transcript to Mr. David Savitz at his office at 1512 Larimer St., Ste 600, Denver, Colorado 80202 on or before November 30, 2013, he will be deemed to have complied with this Order and the Order shall be discharged. The Clerk is directed to send a copy of this Order to Show Cause to Mr. Hasanov at otabekuz@gmail.com by Judge John L. Kane on 11/13/13. (jjhsl, ) (Entered: 11/14/2013) |
| 11/15/2013 | 471 | | MINUTE ENTRY for Status Conference proceedings held before Judge John L. Kane on 11/15/2013 as to Jamshid Muhtorov (1) and Bakhtiyor Jumaev (2). Defendants present in custody. ORDERED: Government's Response to Doc. No. 458 is due on or before 11/19/2013. Reply due by 12/12/2013. Granting 203 Motion to Disclose Grand Jury Material as to Jamshid Muhtorov (1); Granting 201 Motion to Disclose Grand Jury Material as to Bakhtiyor Jumaev (2). Defendants are REMANDED. Court Reporter: Mary George. Interpreter: Yuliya Fedasenka. (babia) (Entered: 11/19/2013) |

| | | | |
|---|---|---|---|
| 11/19/2013 | 470 | | RESPONSE to Motion by USA as to Bakhtiyor Jumaev re 458 MOTION for Order *for Notice of Whether the Government Intends to Use Evidence Obtained Under or Derived from Surveillance Authorized by the FISA Amendment Act of 2008 ("FAA")* (Holloway, Gregory) (Entered: 11/19/2013) |
| 12/02/2013 | 474 | | CJA 20/30 Payment Request as to Bakhtiyor Jumaev. (Sears, Daniel) (Entered: 12/02/2013) |
| 12/03/2013 | 475 | | CJA 24 Transcript Request as to Bakhtiyor Jumaev. (Savitz, David) (Entered: 12/03/2013) |
| 12/05/2013 | 477 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 12/05/2013) |
| 12/05/2013 | 478 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 12/05/2013) |
| 12/09/2013 | 479 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 12/09/2013) |
| 12/10/2013 | 507 | | CJA 20/30 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 12/10/2013. (smatl, ) (Entered: 01/15/2014) |
| 12/11/2013 | 481 | | MOTION for Order *Defendant Jumaev's Unopposed Request for an Extension of Time to File a Reply to the "Government's Response to Defendant Jumaev's Motion for Notice of Whether the Government Intends to Use Evidence Obtained Under or Derived from Sruveillance Authorized by the FISA Amendment Act of 2008 ("FAA")(Doc. 458)" (Doc. No. 470)* by Bakhtiyor Jumaev. (Attachments: # 1 Proposed Order (PDF Only))(Savitz, David) (Entered: 12/11/2013) |
| 12/11/2013 | 482 | | ORDER granting 481 Motion for Order as to Bakhtiyor Jumaev (2). Defendant has up to and including January 13, 2014 to file a Reply in support of his MOTION 458 for Order for Notice of Whether the Government Intends to Use Evidence Obtained Under or Derived from Surveillance Authorized by the FISA Amendment Act of 2008 ("FAA"), by Judge John L. Kane on 12/11/13. Text Only Entry (jlksec, ) (Entered: 12/11/2013) |
| 12/11/2013 | 483 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 12/11/2013) |
| 12/12/2013 | 484 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 12/12/2013) |
| 12/12/2013 | 485 | | CJA 20/30 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 12/12/2013) |
| 12/13/2013 | 486 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 Exhibit, # 2 Proposed Order (PDF Only))(Sears, Daniel) (Entered: 12/13/2013) |
| 12/13/2013 | 508 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 12/13/2013. (smatl, ) (Entered: 01/15/2014) |
| 12/17/2013 | 509 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 12/17/2013. (smatl, ) (Entered: 01/15/2014) |

| 12/17/2013 | 511 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 12/17/2013. (smatl, ) (Entered: 01/15/2014) |
|---|---|---|---|
| 12/20/2013 | 487 | | TRANSCRIPT of Status Conference as to Bakhtiyor Jumaev held on November 15, 2013 before Judge Kane. Pages: 1–18. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. Release of Transcript Restriction set for 3/24/2014. (George, Mary) (Entered: 12/20/2013) |
| 12/23/2013 | 512 | | CJA 20/30 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 12/23/2013. (smatl, ) (Entered: 01/15/2014) |
| 12/27/2013 | 488 | | CJA Travel Request (Non–Defendant) as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 12/27/2013) |
| 12/30/2013 | 516 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 12/30/2013. (smatl, ) (Entered: 01/22/2014) |
| 12/30/2013 | 522 | | CJA 24 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 12/30/13. (sgrim) (Entered: 01/30/2014) |
| 12/31/2013 | 489 | | CJA 20/30 Payment Request as to Bakhtiyor Jumaev. (Sears, Daniel) (Entered: 12/31/2013) |
| 01/06/2014 | 492 | | MINUTE ORDER directing Mr. Jumaev to file a status report re Order to Show Cause (Doc. 465). Specifically, Mr. Jumaev shall inform the Court whether Mr. Hasanov delivered the transcript he was ordered to deliver to Mr. Savitz by November 30, 2013. Mr. Jumaev's silence on the matter has been interpreted by the Court as suggesting Mr. Hasanov had complied, but if this is not the case, the Court will issue an Order finding Mr. Hasanov in contempt and a subpoena for his appearance by Judge John L. Kane on 01/06/14. Text Only Entry (jjhsl, ) (Entered: 01/06/2014) |
| 01/06/2014 | 493 | | CJA Travel Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 1/6/14. (dbrow, ) (Entered: 01/06/2014) |
| 01/06/2014 | 494 | | CJA Travel Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 1/6/14. (dbrow, ) (Entered: 01/06/2014) |
| 01/07/2014 | 495 | | REPORT *Regarding Order to Show Cause Directed to Mr. Otabek Hasanov (Doc. 465)* by Bakhtiyor Jumaev (Savitz, David) (Entered: 01/07/2014) |
| 01/09/2014 | 496 | | MOTION to Withdraw as Attorney *anand to appoint substitute counsel* by Daniel J. Sears by Bakhtiyor Jumaev. (Attachments: # 1 Proposed Order (PDF Only))(Sears, Daniel) (Entered: 01/09/2014) |
| 01/09/2014 | 497 | | ORDER granting 496 Motion to Withdraw as Attorney. Daniel Joseph Sears withdrawn from case as to Bakhtiyor Jumaev (2). Mitchell Baker shall be |

| | | | |
|---|---|---|---|
| | | | appointed as co−counsel to further represent defendant Jumaev in this case, by Judge John L. Kane on 1/9/14. Text Only Entry (jlksec, ) (Entered: 01/09/2014) |
| 01/09/2014 | 502 | | CJA 20/30 Appointment of Mitchell Baker as co−counsel for Bakhtiyor Jumaev by Judge John L. Kane on 1/9/2014.(smatl) Modified on 3/4/2014(shugh). (Entered: 01/14/2014) |
| 01/10/2014 | 498 | | NOTICE OF ATTORNEY APPEARANCE: Mitchell Baker appearing for Bakhtiyor JumaevAttorney Mitchell Baker added to party Bakhtiyor Jumaev(pty:dft) (Baker, Mitchell) (Entered: 01/10/2014) |
| 01/10/2014 | 499 | | REPLY TO RESPONSE to Motion by Bakhtiyor Jumaev re 458 MOTION for Order *for Notice of Whether the Government Intends to Use Evidence Obtained Under or Derived from Surveillance Authorized by the FISA Amendment Act of 2008 ("FAA") Redacted* (Attachments: # 1 Exhibit)(Savitz, David) (Entered: 01/10/2014) |
| 01/10/2014 | 500 | | MOTION for Order *to Restrict to Level 1 the Non−Redacted Version of "Defendant Jumaev's Reply to 'Government's Response to Defendant Jumaev's Motion for Notice of Whether the Government Intends to Use Evidece Obtained Under or Derived from Surveillance Authorized by the FISA Amendment Act of 2008 ("FAA")(Doc. 458)' (Doc. 470)* by Bakhtiyor Jumaev. (Attachments: # 1 Proposed Order (PDF Only))(Savitz, David) (Entered: 01/10/2014) |
| 01/10/2014 | 501 | | RESTRICTED DOCUMENT − Level 1: by Bakhtiyor Jumaev.Motion to Restrict per LCivR 7.2(e) and LCrR 47.1(e) due 1/24/2014 if not already filed. (Attachments: # 1 Exhibit)(Savitz, David) (Entered: 01/10/2014) |
| 01/14/2014 | 504 | | RESTRICTED DOCUMENT − Level 3 (jjhsl, ) (Entered: 01/14/2014) |
| 01/14/2014 | 505 | | ORDER granting 500 Motion for Order as to Bakhtiyor Jumaev (2). Doc. #501 shall be RESTRICTED at Level 1, by Judge John L. Kane on 1/14/13. Text Only Entry (jlksec, ) (Entered: 01/14/2014) |
| 01/14/2014 | 506 | | MINUTE ORDER as to Bakhtiyor Jumaev. The Government may file a Surreply to doc. #501 on or before 1/27/14, by Judge John L. Kane on 1/14/14. Text Only Entry (jlksec, ) (Entered: 01/14/2014) |
| 01/14/2014 | 527 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 1/14/2014. (shugh, ) (Entered: 02/13/2014) |
| 01/20/2014 | 513 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 01/20/2014) |
| 01/23/2014 | 517 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 01/23/2014) |
| 01/24/2014 | 518 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 501 Restricted Document − Level 1 *Government's Unopposed Motion for Extension of Time for the Government to file Surreply to Doc. 501* by USA as to Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 01/24/2014) |
| 01/27/2014 | 519 | | ORDER granting 518 Motion for Extension of Time to File Response/Reply as to Bakhtiyor Jumaev (2). The government shall have up to and including |

| | | | |
|---|---|---|---|
| | | | February 4, 2014 to file a Surreply to Defendant Jumaev's Document #501, by Judge John L. Kane on 1/27/14. Text Only Entry (jlksec, ) (Entered: 01/27/2014) |
| 01/28/2014 | 533 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 1/28/2014. (babia) (Entered: 02/28/2014) |
| 01/29/2014 | 530 | | CJA 20/30 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 1/29/2014. (babia) (Entered: 02/26/2014) |
| 01/30/2014 | 521 | | MOTION to Suppress *Evidence Obtained or Derived from Surveillance Under the FISA Amendments Act and Motion for Discovery (Related to Doc. No. 520)* by Bakhtiyor Jumaev. (Attachments: # 1 Exhibit)(Savitz, David) (Entered: 01/30/2014) |
| 01/31/2014 | 523 | | CJA 20/30 Payment Request as to Bakhtiyor Jumaev. (Sears, Daniel) (Entered: 01/31/2014) |
| 01/31/2014 | 524 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 01/31/2014) |
| 02/04/2014 | 525 | | REPLY TO RESPONSE to Motion by USA as to Bakhtiyor Jumaev re 458 MOTION for Order *for Notice of Whether the Government Intends to Use Evidence Obtained Under or Derived from Surveillance Authorized by the FISA Amendment Act of 2008 ("FAA")* (Holloway, Gregory) (Entered: 02/04/2014) |
| 02/07/2014 | 526 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 02/07/2014) |
| 02/07/2014 | 534 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 2/7/2014. (babia) (Entered: 03/04/2014) |
| 02/17/2014 | 529 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment Ex Parte Motion for Paralegal Services (Connolly))(Baker, Mitchell) (Entered: 02/17/2014) |
| 02/19/2014 | 541 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 2/19/2014. (shugh) (Entered: 03/18/2014) |
| 02/20/2014 | 537 | | CJA 20/30 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 2/20/14. (dbrow, ) (Entered: 03/06/2014) |
| 02/20/2014 | 542 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 2/20/2014. (shugh) (Entered: 03/18/2014) |
| 02/26/2014 | 531 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment, # 3 CJA Attachment)(Savitz, David) (Entered: 02/26/2014) |
| 02/26/2014 | 539 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 2/26/2014. (shugh, ) (Entered: 03/10/2014) |
| 02/28/2014 | 532 | | CJA 20/30 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 02/28/2014) |
| 03/07/2014 | 538 | | |

| | | | |
|---|---|---|---|
| | | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment CJA Attachment – Invoice 9 (Thompson) – Jumaev)(Baker, Mitchell) (Entered: 03/07/2014) |
| 03/10/2014 | 544 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 3/10/2014. (shugh) (Entered: 03/25/2014) |
| 03/17/2014 | 540 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 03/17/2014) |
| 03/19/2014 | 543 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment CJA Attachment Invoice 031914 (Seletskya) – Jumaev)(Baker, Mitchell) (Entered: 03/19/2014) |
| 03/28/2014 | 552 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 3/28/2014. (babia) (Entered: 04/22/2014) |
| 04/01/2014 | 545 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment Motion for Translation Services (Khodjaev), # 2 CJA Attachment Exhibit A)(Baker, Mitchell) Modified to correct text on 4/17/2018 (cthom, ). (Entered: 04/01/2014) |
| 04/04/2014 | 546 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 04/04/2014) |
| 04/04/2014 | 547 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 04/04/2014) |
| 04/04/2014 | 549 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 4/4/2014. (shugh) (Entered: 04/16/2014) |
| 04/04/2014 | 550 | | CJA 20/30 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 4/4/2014. (babia) (Entered: 04/17/2014) |
| 04/08/2014 | 553 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 4/8/2014. (shugh) (Entered: 04/23/2014) |
| 04/09/2014 | 548 | | CJA 21/31 Request for Service as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Stimson, Kathryn) (Entered: 04/09/2014) |
| 04/11/2014 | 560 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 4/10/2014. (shugh) (Entered: 05/12/2014) |
| 04/17/2014 | 551 | | MINUTE ORDER as to Jamshid Muhtorov, Bakhtiyor Jumaev. The government's informal request for an extension of time to file its Response to Mr. Muhtorov's Motion to Suppress (Doc. 520), which was communicated via email and is unopposed, is GRANTED. The government's Response, originally due April 29, 2014, is now due on or before May 9, 2014. The Court notes Mr. Jumaev has joined in Mr. Muhtorov's Motion (see Doc. 521). by Judge John L. Kane on 4/17/14. Text Only Entry (jlksec) (Entered: 04/17/2014) |
| 04/22/2014 | 563 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 4/22/2014. (shugh) (Entered: 05/15/2014) |
| 04/23/2014 | 564 | | |

| | | | |
|---|---|---|---|
| | | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 4/23/2014. (shugh) (Entered: 05/15/2014) |
| 05/05/2014 | 561 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 5/5/2014. (shugh) (Entered: 05/12/2014) |
| 05/09/2014 | 558 | | CJA 21/31 Request for Service as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Stimson, Kathryn) (Entered: 05/09/2014) |
| 05/09/2014 | 559 | | RESPONSE to Motion by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev re 521 MOTION to Suppress *Evidence Obtained or Derived from Surveillance Under the FISA Amendments Act and Motion for Discovery (Related to Doc. No. 520)*, 520 MOTION to Suppress *Evidence Obtained or Derived from Surveillance under the FISA Amendments Act and Motion for Discovery* (Attachments: # 1 Exhibit)(Holloway, Gregory) (Entered: 05/09/2014) |
| 05/13/2014 | 562 | | CJA 21/31 Request for Service as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Stimson, Kathryn) (Entered: 05/13/2014) |
| 05/22/2014 | 566 | | CJA 20/30 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 05/22/2014) |
| 05/22/2014 | 569 | | NOTICE *of Government's Classified Memorandum In Opposition to Defendant's Motion to Suppress Evidence Obtained or Derived From Surveilance Under the FISA Amendments Act and Motion for Discovery* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 05/22/2014) |
| 05/27/2014 | 570 | | ORDER Concerning Disclosure of Grand Jury Material as to Jamshid Muhtorov, Bakhtiyor Jumaev by Judge John L. Kane on 05/27/14. (jhawk, ) (Entered: 05/28/2014) |
| 05/29/2014 | 571 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Baker, Mitchell) (Entered: 05/29/2014) |
| 05/29/2014 | 572 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 05/29/2014) |
| 06/02/2014 | 574 | | CJA 21/31 Payment Request as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Stimson, Kathryn) (Entered: 06/02/2014) |
| 06/03/2014 | 576 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 06/03/2014) |
| 06/04/2014 | 577 | | NOTICE *Defendant Muhtorov's Proposed Briefing Schedule to Complete Briefing on Mr. Muhtorov's Motion to Suppress* by Jamshid Muhtorov as to Jamshid Muhtorov, Bakhtiyor Jumaev (Stimson, Kathryn) (Entered: 06/04/2014) |
| 06/07/2014 | 578 | | REPLY TO RESPONSE to Motion by Bakhtiyor Jumaev re 521 MOTION to Suppress *Evidence Obtained or Derived from Surveillance Under the FISA Amendments Act and Motion for Discovery (Related to Doc. No. 520)* |

| | | | |
|---|---|---|---|
| | | | (Savitz, David) (Entered: 06/07/2014) |
| 06/09/2014 | 579 | | MOTION to Amend/Correct 578 Reply to Response filed by Bakhtiyor Jumaev *Amended Proposed Schedule to Complete Briefing on Mr. Jumaev's Motion to Suppress and Request to File His Reply on or Before July 3, 2014 (Related to Docs. 521, 559 & 577) (Related to Doc. 578)* by Bakhtiyor Jumaev. (Attachments: # 1 Proposed Order (PDF Only))(Savitz, David) (Entered: 06/09/2014) |
| 06/10/2014 | 581 | | ORDER granting 579 Motion to Amend/Correct as to Bakhtiyor Jumaev (2). Defendant Jumaev's "Amended Proposed Schedule to Complete Briefing on Mr. Jumaev's Motion to Suppress and Request to File His Reply on or Before July 3, 2014" (which the Court construes simply as a Motion for Leave to File Reply), is GRANTED. Mr. Jumaev may file a Reply in support of the pending Motion to Suppress (Doc. 521) on or before July 3, 2014, by Judge John L. Kane on 6/10/14. Text Only Entry (jlksec) (Entered: 06/10/2014) |
| 06/10/2014 | 582 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 06/10/2014) |
| 06/10/2014 | 583 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 06/10/2014) |
| 06/12/2014 | 584 | | MOTION for Order *Requiring Government to Disclose or Provide His Counsel Access to Its Classified Pleadings and Objection to Ex Parte Proceedings* by Jamshid Muhtorov as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Stimson, Kathryn) (Entered: 06/12/2014) |
| 06/16/2014 | 586 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 06/16/2014) |
| 06/16/2014 | 587 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 06/16/2014) |
| 06/17/2014 | 588 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 06/17/2014) |
| 06/17/2014 | 589 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 06/17/2014) |
| 06/17/2014 | 592 | | CJA 20/30 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 6/17/2014. (shugh) (Entered: 06/19/2014) |
| 06/18/2014 | 590 | | MOTION for Disclosure *Defendant Bakhtiyor Jumaev's Motion to Require the Government to Disclose, or Otherwise Provide Him Access to, its Classified Pleadings (Doc. 569) and Objection to the Ex Parte, In Camera Submission to and Final Determination by the Court of Such Pleadings and Related Documents Without Disclosure and Attendant Proceedings First Afforded to Defendant* by Bakhtiyor Jumaev. (Savitz, David) (Entered: 06/18/2014) |
| 06/18/2014 | 596 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 6/18/2014. (shugh) (Entered: 06/26/2014) |
| 06/20/2014 | 593 | | MOTION for Extension of Time to File Response/Reply as to 581 Order on Motion to Amend/Correct,, *Request for an Extension of Time to File His* |

36

| | | | |
|---|---|---|---|
| | | | *Reply in Support of His Pending Motion to Suppress (Doc. No. 521)* by Bakhtiyor Jumaev. (Attachments: # 1 Proposed Order (PDF Only))(Savitz, David) (Entered: 06/20/2014) |
| 06/20/2014 | 597 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 6/20/2014. (shugh) (Entered: 06/26/2014) |
| 06/20/2014 | 605 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 6/20/2014. (shugh) (Entered: 07/14/2014) |
| 06/20/2014 | 606 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 6/20/2014. (shugh) (Entered: 07/14/2014) |
| 06/23/2014 | 594 | | ORDER granting 593 Motion for Extension of Time to File Response/Reply as to Bakhtiyor Jumaev (2). Defendant Jumaev's Unopposed Request for an Extension Time to File His Reply in Support of His Pending Motion to Suppress is granted. Mr. Jumaev's Reply is due ten (10) days after Mr. Muhtorov's files his Reply in support of his Motion to Suppress, by Judge John L. Kane on 6/23/14. Text Only Entry (jlksec) (Entered: 06/23/2014) |
| 06/25/2014 | 595 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 06/25/2014) |
| 06/27/2014 | 609 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 6/27/2014. (shugh) (Entered: 07/14/2014) |
| 06/30/2014 | 598 | | CJA 21/31 Payment Request as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Stimson, Kathryn) (Entered: 06/30/2014) |
| 07/01/2014 | 599 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 07/01/2014) |
| 07/02/2014 | 600 | | RESPONSE to Motion by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev re 584 MOTION for Order *Requiring Government to Disclose or Provide His Counsel Access to Its Classified Pleadings and Objection to Ex Parte Proceedings*, 590 MOTION for Disclosure *Defendant Bakhtiyor Jumaev's Motion to Require the Government to Disclose, or Otherwise Provide Him Access to, its Classified Pleadings (Doc. 569) and Objection to the Ex Parte, In Camera Submission to and Final Determina (Holloway, Gregory) (Entered: 07/02/2014)* |
| 07/02/2014 | 601 | | SUPPLEMENT *Authority* to 559 Response to Motion, 569 Notice (Other), by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Attachments: # 1 Exhibit)(Holloway, Gregory) (Entered: 07/02/2014) |
| 07/02/2014 | 604 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 7/2/2014. (shugh) (Entered: 07/11/2014) |
| 07/07/2014 | 611 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 7/7/2014. (shugh) (Entered: 07/14/2014) |
| 07/07/2014 | 612 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 7/7/2014. (shugh) (Entered: 07/14/2014) |
| 07/08/2014 | 613 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 7/8/2014. (shugh) (Entered: 07/14/2014) |

| | | | |
|---|---|---|---|
| 07/11/2014 | 603 | | REPLY TO RESPONSE to Motion by Bakhtiyor Jumaev re 521 MOTION to Suppress *Evidence Obtained or Derived from Surveillance Under the FISA Amendments Act and Motion for Discovery (Related to Doc. No. 520) Defendant Jumaev's Reply to "Government's Unclassified Memorandum in Opposition to Defendants' Motion to Suppress Evidence Obtained or Derived from Surveillance Under the FISA Amendments Act and Motion for Discovery" (Related to Doc. 559)* (Savitz, David) (Entered: 07/11/2014) |
| 07/11/2014 | 615 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 7/11/2014. (shugh) (Entered: 07/17/2014) |
| 07/17/2014 | 621 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 7/17/2014. (shugh) (Entered: 07/31/2014) |
| 07/23/2014 | 618 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 07/23/2014) |
| 07/30/2014 | 628 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 7/30/2014. (shugh) (Entered: 08/20/2014) |
| 07/31/2014 | 622 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 07/31/2014) |
| 08/01/2014 | 624 | | CJA 20/30 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 08/01/2014) |
| 08/22/2014 | 630 | | CJA 20/30 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Baker, Mitchell) (Entered: 08/22/2014) |
| 08/27/2014 | 635 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 8/27/2014. (shugh) (Entered: 09/04/2014) |
| 08/29/2014 | 636 | | CJA 20/30 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 8/29/2014. (shugh) (Entered: 09/10/2014) |
| 09/12/2014 | 641 | | CJA 20/30 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 9/12/2014. (shugh) (Entered: 09/19/2014) |
| 09/13/2014 | 638 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 09/13/2014) |
| 09/13/2014 | 639 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 09/13/2014) |
| 09/16/2014 | 640 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 09/16/2014) |
| 09/25/2014 | 645 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 09/25/2014) |
| 09/29/2014 | 654 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 9/29/2014. (shugh) (Entered: 10/23/2014) |
| 09/29/2014 | 657 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 9/29/2014. (shugh) (Entered: 10/23/2014) |
| 10/01/2014 | 655 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 10/1/2014. (shugh) (Entered: 10/23/2014) |

| 10/05/2014 | <u>646</u> | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # <u>1</u> CJA Attachment)(Baker, Mitchell) (Entered: 10/05/2014) |
| 10/05/2014 | <u>647</u> | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # <u>1</u> CJA Attachment, # <u>2</u> Exhibit)(Baker, Mitchell) (Entered: 10/05/2014) |
| 10/07/2014 | <u>650</u> | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 10/7/2014. (shugh) (Entered: 10/20/2014) |
| 10/07/2014 | <u>656</u> | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 10/7/2014. (shugh) (Entered: 10/23/2014) |
| 10/08/2014 | <u>648</u> | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # <u>1</u> CJA Attachment)(Baker, Mitchell) (Entered: 10/08/2014) |
| 10/13/2014 | <u>649</u> | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # <u>1</u> CJA Attachment)(Baker, Mitchell) (Entered: 10/13/2014) |
| 10/16/2014 | <u>675</u> | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 10/16/2014. (shugh) (Entered: 11/19/2014) |
| 10/17/2014 | <u>676</u> | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 10/17/2014. (shugh) (Entered: 11/19/2014) |
| 10/20/2014 | <u>651</u> | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # <u>1</u> CJA Attachment, # <u>2</u> CJA Attachment)(Savitz, David) (Entered: 10/20/2014) |
| 10/20/2014 | <u>652</u> | | First MOTION for Order Defendant Jumaev's Motion Requiring the Government to Provide Notice of Interceptions and/or Surveillance of His Defense Counsel and Members of His Defense Team by Bakhtiyor Jumaev. (Attachments: # <u>1</u> Exhibit)(Savitz, David) Modified on 10/20/2014 to correct text (jhawk, ). (Entered: 10/20/2014) |
| 10/20/2014 | <u>653</u> | | Joint MOTION for Order *for Notice of the Surveillance Techniques Utilized by the Government in its Investigation of said Defendants* by Jamshid Muhtorov as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Williamson, Warren) (Entered: 10/20/2014) |
| 10/20/2014 | <u>662</u> | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 10/20/2014. (shugh) (Entered: 10/31/2014) |
| 10/31/2014 | <u>659</u> | | MOTION for Leave to Restrict by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 10/31/2014) |
| 10/31/2014 | <u>660</u> | | UNRESTRICTED DOCUMENT – Level 1: by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) Modified on 11/13/2014 to unrestrict pursuant to doc #669 (jhawk, ). (Entered: 10/31/2014) |
| 10/31/2014 | <u>661</u> | | UNRESTRICTED DOCUMENT – Level 1: by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Attachments: # <u>1</u> Exhibit)(Holloway, Gregory) Modified on 1/15/2016 pursuant to doc 669 (jhawk, ). (Entered: 10/31/2014) |
| 11/03/2014 | 663 | | MINUTE ORDER as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2) re Docs. 659 & 661. Document 661 is a Restricted filing entitled Government's Motion to Clarify Protective Order., filed re Extrajudicial Statements The Government's Motion to Clarify and Motion for. Government's Motion (Doc. |

| | | | |
|---|---|---|---|
| | | | 660) to Restrict Doc. 661, filed October 31, 2014, is GRANTED. The government's Document 661, a Motion for Clarification of the Court's Protective Order, shall remain restricted to the public at Restriction Level 1. FURTHER ORDERED that a Response to the Government's Motion for Clarification (Doc. 661) is due on or before November 12, 2014. Any Reply is due on or before November 19, 2014. After reviewing these filings, the Court may set the matter for hearing by Judge John L. Kane on 11/03/14. Text Only Entry (jhawk, ) (Entered: 11/03/2014) |
| 11/07/2014 | 664 | | UNRESTRICTED DOCUMENT – Level 1: by Bakhtiyor Jumaev. (Attachments: # 1 Exhibit)(Savitz, David) Modified on 1/15/2016 to unrestrict pursuant to doc 669 (jhawk, ). (Entered: 11/07/2014) |
| 11/07/2014 | 665 | | MOTION for Leave to Restrict by Bakhtiyor Jumaev. (Savitz, David) (Entered: 11/07/2014) |
| 11/07/2014 | 666 | | UNRESTRICTED DOCUMENT – Level 1: by Bakhtiyor Jumaev. (Savitz, David) Modified on 1/15/2016 to unrestrict pursuant to doc 669 (jhawk, ). (Entered: 11/07/2014) |
| 11/07/2014 | 667 | | MINUTE ORDER. Defendant Bakhtiyor Jumaev has filed a Response (Doc. 664) to the Government's Motion to Clarify (Doc. 661), together with a Motion (Doc. 665) to Restrict the Response and a Brief in Support of the Motion to Restrict (Doc. 666). It appears from Mr. Jumaev's filings that he disagrees with the Restricted status afforded the government's Motion to Clarify Protective Order. The parties are therefore directed to CONFER regarding the restricted status of Docs. 660, 661, 664, and 666. The parties shall file a Joint Status Report stating the result of their discussion on or before Wednesday, November 12, 2014. Given the Court's antipathy for restricting the public's access to court filings generally, the preference would be for lifting the existing restrictions rather than imposing more. Entered by Judge John L. Kane on 11/07/14. Text Only Entry (jhawk, ) (Entered: 11/07/2014) |
| 11/10/2014 | 682 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 11/10/2014. (shugh) (Entered: 12/01/2014) |
| 11/12/2014 | 668 | | STATUS REPORT *Regarding Restricted Status of Pleadings Related to Government's Motion to Clarify* by USA as to Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 11/12/2014) |
| 11/12/2014 | 669 | | MINUTE ORDER as to Jamshid Muhtorov, and Bakhtiyor Jumaev. At the direction of chambers and pursuant to the parties' Status Report Re Restrict Status of Pleadings Related to Government's Motion to Clarify [Doc. 668], the restricted status of Documents 660, 661, 664, and 666 is lifted, by Judge John L. Kane on 11/12/2014. Text Only Entry. (agarc, ) (Entered: 11/12/2014) |
| 11/13/2014 | 670 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 11/13/2014) |
| 11/13/2014 | 671 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 11/13/2014) |
| 11/18/2014 | 673 | | |

| | | | |
|---|---|---|---|
| | | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 11/18/2014) |
| 11/18/2014 | 674 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 11/18/2014) |
| 11/19/2014 | 677 | | REPLY by USA as to Bakhtiyor Jumaev to 664 Restricted Document – Level 1 (Holloway, Gregory) (Entered: 11/19/2014) |
| 11/20/2014 | 678 | | Joint MOTION for Order *Parties' Joint Proposed Briefing Schedule* by Jamshid Muhtorov as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Williamson, Warren) (Entered: 11/20/2014) |
| 11/20/2014 | 679 | | MINUTE ORDER adopting as an ORDER of the Court the Joint Proposed Briefing Schedule submitted by the parties (Doc. 678). The Government's responses to the Motions found at Docs. 652, 653, and 658 are due on or before February 26, 2015. Any Replies by Defendants are due on or before April 24, 2015. Entered by Judge John L. Kane on 11/20/14. Text Only Entry (jhawk, ) (Entered: 11/20/2014) |
| 11/21/2014 | 680 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 11/21/2014) |
| 11/25/2014 | 681 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 11/25/2014) |
| 12/01/2014 | 683 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment, # 3 CJA Attachment)(Baker, Mitchell) (Entered: 12/01/2014) |
| 12/02/2014 | 688 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 12/2/2014. (shugh) (Entered: 12/18/2014) |
| 12/03/2014 | 684 | | MINUTE ORDER as to Jamshid Muhtorov, Bakhtiyor Jumaev. Given the nature of the filings and counsel's acknowledgments regarding the same in the 11/12/14 Joint Status Report (Doc. 668) the restricted status of Docs. 660, 661, and 666 is LIFTED. Entered by Judge John L. Kane on 12/03/14. Text Only Entry (jhawk, ) (Entered: 12/03/2014) |
| 12/03/2014 | 685 | | ORDER on Government's Motion for Clarification 661 as to Jamshid Muhtorov, Bakhtiyor Jumaev by Judge John L. Kane on 12/02/14. (jhawk, ) (Entered: 12/03/2014) |
| 12/03/2014 | 686 | | CJA 20/30 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 12/03/2014) |
| 12/15/2014 | 695 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 12/15/2014. (shugh) (Entered: 02/06/2015) |
| 12/15/2014 | 696 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 12/15/2014. (shugh) (Entered: 02/06/2015) |
| 12/15/2014 | 697 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 12/15/2014. (shugh) (Entered: 02/06/2015) |
| 12/15/2014 | 698 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 12/15/2014. (shugh) (Entered: 02/06/2015) |

| 12/16/2014 | 699 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 12/16/2014. (shugh) (Entered: 02/06/2015) |
| 12/30/2014 | 703 | | CJA 20/30 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 12/30/2014. (shugh) (Entered: 02/12/2015) |
| 01/13/2015 | 689 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 01/13/2015) |
| 01/13/2015 | 690 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 01/13/2015) |
| 02/03/2015 | 707 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 2/3/2015. (shugh) (Entered: 02/19/2015) |
| 02/03/2015 | 708 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 2/3/2015. (shugh) (Entered: 02/19/2015) |
| 02/05/2015 | 691 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 02/05/2015) |
| 02/05/2015 | 692 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 02/05/2015) |
| 02/06/2015 | 693 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 02/06/2015) |
| 02/06/2015 | 700 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 Exhibit, # 3 Exhibit)(Baker, Mitchell) (Entered: 02/06/2015) |
| 02/06/2015 | 701 | | Joint MOTION for Order *Defendants' Joint Request that an Order Enter Requiring Their Statements Be Provided by the Government* by Jamshid Muhtorov, Bakhtiyor Jumaev. (Williamson, Warren) (Entered: 02/06/2015) |
| 02/11/2015 | 716 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 2/11/2015. (shugh) (Entered: 03/04/2015) |
| 02/11/2015 | 717 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 2/11/2015. (shugh) (Entered: 03/04/2015) |
| 02/12/2015 | 704 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 02/12/2015) |
| 02/17/2015 | 718 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 2/17/2015. (shugh) (Entered: 03/04/2015) |
| 02/24/2015 | 710 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 02/24/2015) |
| 02/26/2015 | 711 | | RESPONSE to Motion by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev re 652 MOTION for Disclosure of 404(b) Evidence First MOTION for Order *Defendant Jumaev's Motion Requiring the Government to Provide Notice of Interceptions and/or Surveillance of His Defense Counsel and Members of His Defense Team*, 653 Joint MOTION for Order *for Notice of the Surveillance Techniques Utilized by the Government in its Investigation of said Defendants* (Holloway, Gregory) (Entered: 02/26/2015) |

| 02/26/2015 | 712 | | MOTION for Leave to Restrict by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 02/26/2015) |
|---|---|---|---|
| 02/26/2015 | 713 | | RESTRICTED DOCUMENT – Level 1: by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 02/26/2015) |
| 02/26/2015 | 714 | | RESTRICTED DOCUMENT – Level 1: by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 02/26/2015) |
| 02/27/2015 | 715 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 02/27/2015) |
| 03/05/2015 | 719 | | CJA 20/30 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Baker, Mitchell) (Entered: 03/05/2015) |
| 03/06/2015 | 720 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 03/06/2015) |
| 03/06/2015 | 721 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment, # 3 CJA Attachment, # 4 CJA Attachment)(Baker, Mitchell) (Entered: 03/06/2015) |
| 03/06/2015 | 731 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 3/6/2015. (shugh) (Entered: 04/15/2015) |
| 03/10/2015 | 724 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 3/10/2015. (shugh) (Entered: 03/25/2015) |
| 03/10/2015 | 726 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 3/10/2015. (shugh) (Entered: 03/27/2015) |
| 03/12/2015 | 722 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 03/12/2015) |
| 03/19/2015 | 732 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 3/19/2015. (shugh) (Entered: 04/15/2015) |
| 03/27/2015 | 727 | | CJA 20/30 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 03/27/2015) |
| 03/27/2015 | 728 | | CJA 20/30 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 03/27/2015) |
| 03/30/2015 | 729 | | CJA 20/30 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 03/30/2015) |
| 04/03/2015 | 734 | | CJA 20/30 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 4/3/2015. (shugh) (Entered: 04/16/2015) |
| 04/09/2015 | 735 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 4/9/2015. (shugh) (Entered: 04/16/2015) |
| 04/14/2015 | 738 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 4/14/2015. (shugh) (Entered: 04/22/2015) |
| 04/20/2015 | 736 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 04/20/2015) |

| 04/21/2015 | 737 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 04/21/2015) |
|---|---|---|---|
| 04/24/2015 | 746 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 4/24/2015. (shugh) (Entered: 05/05/2015) |
| 04/27/2015 | 741 | | REPLY TO RESPONSE to Motion by Bakhtiyor Jumaev re 652 MOTION for Disclosure of 404(b) Evidence First MOTION for Order *Defendant Jumaev's Motion Requiring the Government to Provide Notice of Interceptions and/or Surveillance of His Defense Counsel and Members of His Defense Team*, 653 Joint MOTION for Order *for Notice of the Surveillance Techniques Utilized by the Government in its Investigation of said Defendants* (Baker, Mitchell) (Entered: 04/27/2015) |
| 04/27/2015 | 742 | | REPLY TO RESPONSE to Motion by Jamshid Muhtorov, Bakhtiyor Jumaev re 653 Joint MOTION for Order *for Notice of the Surveillance Techniques Utilized by the Government in its Investigation of said Defendants* (Williamson, Warren) Modified to restrict the document at Level 2 on 4/27/2015 (tshea, ). Modified on 5/24/2016 to unrestrict pursuant to JLK Chambers instruction (jhawk, ). Modified on 6/30/2016 to restrict pursuant to the Order of 06/30/16 (jhawk, ). (Entered: 04/27/2015) |
| 04/27/2015 | 743 | | MOTION for Order *Defendant Jumaev's Motion for Order Requiring Production of Brady, Giglio, and Kyles Materials* by Bakhtiyor Jumaev. (Attachments: # 1 Exhibit, # 2 Exhibit)(Savitz, David) (Entered: 04/27/2015) |
| 04/28/2015 | 744 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 04/28/2015) |
| 04/28/2015 | 745 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 04/28/2015) |
| 04/30/2015 | 753 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 4/30/2015. (shugh) (Entered: 05/22/2015) |
| 05/04/2015 | 757 | | CJA 20/30 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 5/4/2015. (shugh) (Entered: 05/27/2015) |
| 05/04/2015 | 758 | | CJA 20/30 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 5/4/2015. (shugh) (Entered: 05/27/2015) |
| 05/11/2015 | 747 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 05/11/2015) |
| 05/13/2015 | 748 | | NOTICE *of Supplemental Authority* by Jamshid Muhtorov, Bakhtiyor Jumaev (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Williamson, Warren) (Entered: 05/13/2015) |
| 05/13/2015 | 749 | | RESTRICTED DOCUMENT – Level 3: by Bakhtiyor Jumaev. (Attachments: # 1 Exhibit)(Savitz, David) (Entered: 05/13/2015) |
| 05/15/2015 | 750 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 Exhibit)(Savitz, David) (Entered: 05/15/2015) |
| 05/21/2015 | 751 | | CJA 20/30 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 05/21/2015) |

| 05/21/2015 | 752 | | NOTICE *of Supplemental Authority in Support of Defendants' Joint Motion for Motion for Notice of the Surveillance Techniques Utilized by the Government in its Investigation (Doc. 653)* by Jamshid Muhtorov, Bakhtiyor Jumaev (Attachments: # 1 Attachment)(Williamson, Warren) (Entered: 05/21/2015) |
| --- | --- | --- | --- |
| 05/22/2015 | 754 | | MOTION for Order *to Unrestrict Doc. 742* by Jamshid Muhtorov, Bakhtiyor Jumaev. (Williamson, Warren) Modified on 5/24/2016 to term pursuant to Chambers instruction (jhawk, ). Modified on 6/30/2016 to add gavel pursuant to the Order of 06/30/16 (jhawk, ). (Entered: 05/22/2015) |
| 05/26/2015 | 755 | | MINUTE ORDER re 749 Restricted Document – Level 3. Defendant Bakhtiyor Jumaev's Ex Parte CJA Request for Advance Authorization for Expert Services is DENIED as Moot. The Authorization requested in Doc. 750–1 was granted. By Judge John L. Kane on 5/26/2015. Text Only Entry (tscha, ) (Entered: 05/26/2015) |
| 05/26/2015 | 756 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 05/26/2015) |
| 05/26/2015 | 763 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 5/26/2015. (shugh) (Entered: 06/09/2015) |
| 05/26/2015 | 765 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 5/26/2015. (shugh) (Entered: 06/10/2015) |
| 05/27/2015 | 766 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 5/27/2015. (shugh) (Entered: 06/10/2015) |
| 05/27/2015 | 767 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 5/27/2015. (shugh) (Entered: 06/10/2015) |
| 05/29/2015 | 760 | | NOTICE *of Supplemental Authority* re 652 MOTION for Disclosure of 404(b) Evidence First MOTION for Order *Defendant Jumaev's Motion Requiring the Government to Provide Notice of Interceptions and/or Surveillance of His Defense Counsel and Members of His Defense Team* by Bakhtiyor Jumaev (Baker, Mitchell) (Entered: 05/29/2015) |
| 06/03/2015 | 761 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 06/03/2015) |
| 06/03/2015 | 762 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 06/03/2015) |
| 06/09/2015 | 764 | | MINUTE ORDER as to Jamshid Muhtorov, Bakhtiyor Jumaev. This matter is set for a Status Conference/Motions Hearing on June 17, 2015, at 3:00 p.m. in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The court will address the restriction of documents and case management expectations. Entered by Judge John L. Kane on 06/09/15. (jhawk, ) (Entered: 06/09/2015) |
| 06/09/2015 | 773 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 6/9/2015. (shugh) (Entered: 06/24/2015) |
| 06/17/2015 | 768 | | RESPONSE in Opposition by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev re 701 Joint MOTION for Order *Defendants' Joint Request that an* |

| | | | |
|---|---|---|---|
| | | | *Order Enter Requiring Their Statements Be Provided by the Government* (Holloway, Gregory) (Entered: 06/17/2015) |
| 06/17/2015 | 769 | | NOTICE *Defendant Jumaev's Notice of Pending and "At Issue" Matters for Case Management Resolution at Status Conference on June 17, 2015* by Bakhtiyor Jumaev (Attachments: # 1 Appendix)(Savitz, David) (Entered: 06/17/2015) |
| 06/17/2015 | 770 | | MINUTE ENTRY for Status Conference proceedings held before Judge John L. Kane on 6/17/2015 as to Jamshid Muhtorov and Bakhtiyor Jumaev. Defendants present in custody. Denying 584 Motion for Order as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2). Defendants are REMANDED. Court Reporter: Mary George. Interpreter: Yuliya Fedasenka. (babia) (Entered: 06/19/2015) |
| 06/17/2015 | 771 | | AMENDED MINUTE ENTRY for proceedings held before Judge John L. Kane on 6/17/2015 as to Jamshid Muhtorov, Bakhtiyor Jumaev. Denying Without Prejudice 653 Motion for Order as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2). Court Reporter: Mary George. Interpreter: Yuliya Fedasenka. (babia) (Entered: 06/22/2015) |
| 06/22/2015 | 772 | | CJA 24 Transcript Request as to Bakhtiyor Jumaev. (Baker, Mitchell) (Entered: 06/22/2015) |
| 06/25/2015 | 774 | | TRANSCRIPT of Status Conference as to Jamshid Muhtorov, Bakhtiyor Jumaev held on June 17, 2015 before Judge Kane. Pages: 1–13.<br><br>**NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (mgeor, ) Modified on 7/2/2015 to correct text (jhawk, ). (Main Document 774 replaced on 6/22/2016) (kweck, ). Modified on 6/22/2016 to add docket text (jhawk, ). (Entered: 06/25/2015) |
| 07/01/2015 | 776 | | MOTION for Leave to Restrict by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 07/01/2015) |
| 07/01/2015 | 777 | | RESTRICTED DOCUMENT – Level 1: by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 07/01/2015) |
| 07/01/2015 | 778 | | RESTRICTED DOCUMENT – Level 1: by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 07/01/2015) |
| 07/01/2015 | 779 | | MINUTE ORDER. Granting Government's Motion to Restrict Document (778) 776 . Documents 777 and 778 will remain under Level 1 Restriction. The Court grants requests outlined in Document 778 as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2). Entered by Judge John L. Kane on 07/01/15. Text Only Entry (jhawk, ) (Entered: 07/01/2015) |

| 07/01/2015 | 818 | | CJA 24 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 7/1/15. (dbrow, ) (Entered: 09/02/2015) |
|---|---|---|---|
| 07/06/2015 | 781 | | RESPONSE in Opposition by Bakhtiyor Jumaev re 776 MOTION for Leave to Restrict *Document 778* (Savitz, David) (Entered: 07/06/2015) |
| 07/08/2015 | 782 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 07/08/2015) |
| 07/22/2015 | 819 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev, by Judge John L. Kane on 7/22/2015. (tscha, ) (Entered: 09/02/2015) |
| 07/22/2015 | 820 | | CJA 20/30 Payment Authorization as to Bakhtiyor Jumaev, by Judge John L. Kane on 7/22/2015. (tscha, ) (Entered: 09/02/2015) |
| 07/23/2015 | 785 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 07/23/2015) |
| 07/24/2015 | 786 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 07/24/2015) |
| 07/27/2015 | 787 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 07/27/2015) |
| 07/27/2015 | 788 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 07/27/2015) |
| 07/27/2015 | 789 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 07/27/2015) |
| 07/27/2015 | 790 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 07/27/2015) |
| 07/30/2015 | 791 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Baker, Mitchell) (Entered: 07/30/2015) |
| 07/30/2015 | 792 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 07/30/2015) |
| 07/30/2015 | 793 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Baker, Mitchell) (Entered: 07/30/2015) |
| 07/30/2015 | 794 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 07/30/2015) |
| 07/30/2015 | 804 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 7/30/2015. (shugh) (Entered: 08/17/2015) |
| 07/30/2015 | 805 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 7/30/2015. (shugh) (Entered: 08/17/2015) |
| 07/30/2015 | 806 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 7/30/2015. (shugh) (Entered: 08/17/2015) |
| 07/30/2015 | 822 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev, by Judge John L. Kane on 7/30/2015. (tscha, ) (Entered: 09/02/2015) |
| 07/30/2015 | 823 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev, by Judge John L. |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Kane on 7/30/2015. (tscha, ) (Entered: 09/02/2015) |
| 07/31/2015 | 795 |  | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Baker, Mitchell) (Entered: 07/31/2015) |
| 08/03/2015 | 796 |  | CJA 20/30 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 08/03/2015) |
| 08/04/2015 | 797 |  | CJA 20/30 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 08/04/2015) |
| 08/04/2015 | 807 |  | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 8/4/2015. (shugh) (Entered: 08/17/2015) |
| 08/04/2015 | 808 |  | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 8/4/2015. (shugh) (Entered: 08/17/2015) |
| 08/06/2015 | 798 |  | MINUTE ORDER as to Bakhtiyor Jumaev. The subject dispute having been rendered moot by the course of events, Order dated November 15, 2012 243 is VACATED. Entered by Judge John L. Kane on 08/06/15. Text Only Entry (jhawk, ) (Entered: 08/06/2015) |
| 08/20/2015 | 810 |  | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 08/20/2015) |
| 08/21/2015 | 811 |  | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 08/21/2015) |
| 08/24/2015 | 812 |  | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 08/24/2015) |
| 08/24/2015 | 830 |  | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 8/24/2015. (shugh) (Entered: 09/14/2015) |
| 08/26/2015 | 816 |  | MINUTE ENTRY for Ex Parte proceedings held in chambers at 1:30 p.m. on August 26, 2015. The purpose of the meeting was the discussion of necessary transcript and document redactions to accommodate classified information. Those in attendance included counsel of record for the government, the court's Classified Information Security Officer and other government counsel. The meeting concluded at 3:25 p.m. Entered by Judge John L. Kane on 08/26/15. Text Only Entry (jhawk, ) (Entered: 08/27/2015) |
| 08/31/2015 | 834 |  | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev, by Judge John L. Kane on 8/31/2015. (tscha, ) (Entered: 09/22/2015) |
| 09/01/2015 | 835 |  | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev, by Judge John L. Kane on 9/1/2015. (tscha, ) (Entered: 09/22/2015) |
| 09/01/2015 | 836 |  | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev, by Judge John L. Kane on 9/1/2015. (tscha, ) (Entered: 09/22/2015) |
| 09/01/2015 | 837 |  | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev, by Judge John L. Kane on 9/1/2015. (tscha, ) (Entered: 09/22/2015) |
| 09/02/2015 | 817 |  | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 09/02/2015) |
| 09/02/2015 | 821 |  |  |

|  |  |  | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # <u>1</u> CJA Attachment)(Baker, Mitchell) (Entered: 09/02/2015) |
|---|---|---|---|
| 09/02/2015 | <u>838</u> |  | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev, by Judge John L. Kane on 9/2/2015. (tscha, ) (Entered: 09/22/2015) |
| 09/02/2015 | <u>839</u> |  | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev, by Judge John L. Kane on 9/2/2015. (tscha, ) (Entered: 09/22/2015) |
| 09/03/2015 | <u>840</u> |  | CJA 20/30 Payment Authorization as to Bakhtiyor Jumaev, by Judge John L. Kane on 9/3/2015. (tscha, ) (Entered: 09/23/2015) |
| 09/05/2015 | <u>825</u> |  | MOTION for Hearing *Evidentiary Hearing Regarding Otabek Hasanov* by Bakhtiyor Jumaev. (Savitz, David) (Entered: 09/05/2015) |
| 09/08/2015 | 826 |  | MINUTE ORDER The Government is ORDERED to file responses to Defendants' Motion for Immediate Hearing on Violation of Attorney Client Privilege Doc. 813 , Defendant Jumaev's Motion for an Evidentiary Hearing Doc. <u>825</u> , as well as responding to Defendants' Joint Notice of Statutory Prohibition and Supplemental Motion for Discovery Doc. 824 by Friday, September 18, 2015. Entered by Judge John L. Kane on 9/8/2015. Text Only Entry (evana, ) (Entered: 09/08/2015) |
| 09/09/2015 | <u>841</u> |  | CJA 20/30 Payment Authorization as to Bakhtiyor Jumaev, by Judge John L. Kane on 9/9/2015. (tscha, ) (Entered: 09/23/2015) |
| 09/10/2015 | <u>844</u> |  | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 9/10/2015. (shugh) (Entered: 09/25/2015) |
| 09/11/2015 | <u>827</u> |  | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # <u>1</u> CJA Attachment)(Baker, Mitchell) (Entered: 09/11/2015) |
| 09/11/2015 | <u>828</u> |  | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # <u>1</u> CJA Attachment)(Baker, Mitchell) (Entered: 09/11/2015) |
| 09/14/2015 | <u>867</u> |  | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 9/14/15. (dbrow, ) (Entered: 11/04/2015) |
| 09/18/2015 | <u>831</u> |  | RESPONSE to Motion by USA as to Bakhtiyor Jumaev re <u>743</u> MOTION for Order *Defendant Jumaev's Motion for Order Requiring Production of Brady, Giglio, and Kyles Materials* (Holloway, Gregory) (Entered: 09/18/2015) |
| 09/18/2015 | <u>832</u> |  | RESPONSE to Motion by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev re <u>825</u> MOTION for Hearing *Evidentiary Hearing Regarding Otabek Hasanov*, 813 MOTION for Order *For Immediate Hearing on Violation of Attorney Client Privilege – Otabek Hasanov and The F.B.I.* (Holloway, Gregory) (Entered: 09/18/2015) |
| 09/18/2015 | <u>833</u> |  | RESPONSE by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev re: 824 Notice (Other) filed by Jamshid Muhtorov (Holloway, Gregory) (Entered: 09/18/2015) |
| 09/21/2015 | <u>871</u> |  | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 9/21/15. (dbrow, ) (Entered: 11/05/2015) |
| 09/25/2015 | 843 |  | MINUTE ORDER as to Jamshid Muhtorov, Bakhtiyor Jumaev. The Court would like to set a Status Conference/Motions Hearing on Docket No. 774. |

| | | | Counsel are directed to call in JOINTLY on or before October 1, 2015, to set a date and time for the conference, 303–844–6118. Entered by Judge John L. Kane on 09/25/15. Text Only Entry (jhawk, ) (Entered: 09/25/2015) |
|---|---|---|---|
| 09/30/2015 | 873 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 9/30/15. (dbrow, ) (Entered: 11/05/2015) |
| 10/01/2015 | 846 | | MINUTE ORDER: An In Court Hearing is SET as to Jamshid Muhtorov, Bakhtiyor Jumaev for 10:00 AM on December 2, 2015, in Courtroom A802 of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, before Judge John L. Kane. Entered by Judge John L. Kane on 10/01/15. Text Only Entry (jhawk, ) (Entered: 10/01/2015) |
| 10/06/2015 | 847 | | CJA 20/30 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 10/06/2015) |
| 10/07/2015 | 848 | | CJA Travel Request (Non–Defendant) as to Bakhtiyor Jumaev. (Baker, Mitchell) (Entered: 10/07/2015) |
| 10/14/2015 | 849 | | CJA Travel Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 10/14/2015. (shugh) (Entered: 10/16/2015) |
| 10/14/2015 | 874 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev, by Judge John L. Kane on 10/14/2015. (tscha, ) (Entered: 11/09/2015) |
| 10/14/2015 | 876 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev, by Judge John L. Kane on 10/14/2015. (tscha, ) (Entered: 11/09/2015) |
| 10/16/2015 | 850 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 10/16/2015) |
| 10/21/2015 | 851 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 10/21/2015) |
| 10/21/2015 | 852 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 10/21/2015) |
| 10/23/2015 | 853 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 10/23/2015) |
| 10/23/2015 | 854 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 10/23/2015) |
| 10/26/2015 | 855 | | MOTION for Leave to Restrict by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 10/26/2015) |
| 10/26/2015 | 856 | | RESTRICTED DOCUMENT – Level 1: by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 10/26/2015) |
| 10/26/2015 | 857 | | RESTRICTED DOCUMENT – Level 1: by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Attachments: # 1 Proposed Order (PDF Only), # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Holloway, Gregory) (Entered: 10/26/2015) |
| 10/28/2015 | 858 | | ORDER granting 855 Motion for Leave to Restrict as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2). Entered by Judge John L. Kane on 10/28/2015. (agarc, ) (Entered: 10/28/2015) |
| 10/28/2015 | 882 | | |

| | | | |
|---|---|---|---|
| | | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 10/28/2015. (shugh) (Entered: 11/13/2015) |
| 10/29/2015 | 859 | | MINUTE ORDER. A Status Conference regarding Document No. 857 is set for Friday, October 30, 2015, at 1:00 p.m. at 901 19th Street, Courtroom A802, Denver, Colorado, before Judge John L. Kane. Defendants are required to attend the hearing. Entered by Judge John L. Kane on 10/29/15. Text Only Entry (jhawk, ) (Entered: 10/29/2015) |
| 10/30/2015 | 860 | | RESTRICTED DOCUMENT – Level 1. (jhawk, ) (Entered: 11/02/2015) |
| 10/30/2015 | 861 | | Courtroom Minutes for Closed to the Public Status Conference held before Judge John L. Kane as to Jamshid Muhtorov, Bakhtiyor Jumaev on 10/30/2015. Court Reporter: Terri Lindblom. Interpreter: Irina Kamensky. (jhawk, ) Text Only Entry (Entered: 11/02/2015) |
| 11/03/2015 | 862 | | MOTION for Leave to Restrict by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 11/03/2015) |
| 11/03/2015 | 863 | | RESTRICTED DOCUMENT – Level 1: by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 11/03/2015) |
| 11/03/2015 | 864 | | RESTRICTED DOCUMENT – Level 1: by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 11/03/2015) |
| 11/03/2015 | 865 | | ORDER granting 862 Motion for Leave to Restrict as to Bakhtiyor Jumaev (2). Access to Docket 864 shall be limited to the parties and the court pursuant to D.C.COLO.LCrR 47.1(A). Signed by Judge John L. Kane on 11/03/15. (jhawk, ) (Entered: 11/03/2015) |
| 11/04/2015 | 866 | | CJA 24 Transcript Request as to Bakhtiyor Jumaev. (Savitz, David) (Entered: 11/04/2015) |
| 11/04/2015 | 868 | | MOTION for Leave to Restrict by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Holloway, Gregory) Modified on 11/5/2015 to term motion pursuant to the order of 11/05/15, as our system won't term it. (jhawk, ). (Entered: 11/04/2015) |
| 11/04/2015 | 869 | | RESTRICTED DOCUMENT – Level 1: by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 11/04/2015) |
| 11/04/2015 | 870 | | RESTRICTED DOCUMENT – Level 1: by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 11/04/2015) |
| 11/04/2015 | 911 | | CJA 20/30 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 11/4/2015. (shugh) (Entered: 12/22/2015) |
| 11/05/2015 | 872 | | ORDER granting 868 Motion for Leave to Restrict as to Bakhtiyor Jumaev (2). Access to Docket 870 shall be limited to the parties and the court pursuant to D.C.COLO.LCrR 47.1(A). Signed by Judge John L. Kane on 11/05/15. (jhawk, ) (Entered: 11/05/2015) |
| 11/10/2015 | 879 | | NOTICE of Government's Ex Parte Filing of Additional Materials with The Court Relating to Documents 559 and 569 by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) Modified to add linkage on 11/12/2015 (agarc, ). (Entered: 11/10/2015) |

| | | | |
|---|---|---|---|
| 11/11/2015 | 880 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 11/11/2015) |
| 11/11/2015 | 881 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 11/11/2015) |
| 11/13/2015 | 883 | | CJA MOTION by Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Baker, Mitchell) (Entered: 11/13/2015) |
| 11/13/2015 | 884 | | ORDER granting 883 CJA Motion as to Bakhtiyor Jumaev (2). Signed by Judge John L. Kane on 11/13/15. (jhawk, ) (Entered: 11/13/2015) |
| 11/18/2015 | 940 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 11/18/2015. (babia) (Entered: 02/03/2016) |
| 11/19/2015 | 886 | | Order Declaring Moot Mr. Jumaev's Motion 521 to Suppress FAA–Acquired Evidence. Signed by Judge John L. Kane on 11/19/15. (jhawk, ) (Entered: 11/19/2015) |
| 11/20/2015 | 941 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 11/20/2015. (babia) (Entered: 02/03/2016) |
| 11/20/2015 | 942 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 11/20/2015. (babia) (Entered: 02/03/2016) |
| 11/20/2015 | 943 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 11/20/2015. (babia) (Entered: 02/03/2016) |
| 11/23/2015 | 887 | | RESTRICTED DOCUMENT – Level 3: by Bakhtiyor Jumaev. (jhawk, ) (Entered: 11/23/2015) |
| 11/30/2015 | 891 | | ORDER granting Defendants' 890 Motion for Leave to Restrict. Access to Docket Nos. 888 and 889 shall be limited to the parties and the court pursuant to D.C.COLO.LCrR 47.1(A). Signed by Judge John L. Kane on 11/30/15. (jhawk, ) (Entered: 11/30/2015) |
| 11/30/2015 | 892 | | MOTION for Leave to Restrict by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 11/30/2015) |
| 11/30/2015 | 893 | | RESTRICTED DOCUMENT – Level 1: by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 11/30/2015) |
| 11/30/2015 | 894 | | RESTRICTED DOCUMENT – Level 1: by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 11/30/2015) |
| 12/01/2015 | 895 | | ORDER granting 892 Motion for Leave to Restrict as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2). Access to Docket Nos. 893 and 894 shall be limited to the parties and the court pursuant to D.C.COLO.LCrR 47.1(A). Signed by Judge John L. Kane on 12/01/15. (jhawk, ) (Entered: 12/01/2015) |
| 12/01/2015 | 896 | | TRANSCRIPT of Motion Hearing as to Jamshid Muhtorov, Bakhtiyor Jumaev held on 10/30/2015 before Judge Kane. Pages: 1–26. <br><br>**NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made** |

| | | |
|---|---|---|
| | | **electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br><br>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 12/01/2015) |
| 12/02/2015 | 897 | CJA 24 Transcript Request as to Bakhtiyor Jumaev. (Baker, Mitchell) (Entered: 12/02/2015) |
| 12/02/2015 | 898 | RESTRICTED DOCUMENT – Level 1: re Jamshid Muhtorov, Bakhtiyor Jumaev. (jhawk, ) (Entered: 12/02/2015) |
| 12/02/2015 | 899 | Courtroom Minutes for proceedings held before Judge John L. Kane: In Court Hearing as to Jamshid Muhtorov, Bakhtiyor Jumaev held on 12/2/2015. ORDERED: Government's Request 870 is GRANTED, as specified. Transcripts shall be surrendered, as specified. ORDERED: Government shall file an AMENDED Protective Order, as specified. ORDERED: Government's Motion 864 is DENIED as MOOT. ORDERED: An In Court hearing is set for Monday, January 4, 2016 at 9:00 a.m. ORDERED: Defendants are REMANDED to the custody of the United States Marshal for the District of Colorado. Court Reporter: Terri Lindblom. Interpreter: Yuliya Fedasenka–Cloud and Alla Seletskaya. (jhawk, ) (Entered: 12/03/2015) |
| 12/04/2015 | 901 | NOTICE OF ATTORNEY APPEARANCE Kiersten Jennifer Korczynski appearing for USA. Attorney Kiersten Jennifer Korczynski added to party USA(pty:pla) (Korczynski, Kiersten) (Entered: 12/04/2015) |
| 12/04/2015 | 914 | CJA 24 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 12/4/2015. (shugh) (Entered: 12/31/2015) |
| 12/07/2015 | 913 | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 12/7/2015. (shugh) (Entered: 12/31/2015) |
| 12/07/2015 | 915 | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 12/7/2015. (shugh) (Entered: 12/31/2015) |
| 12/10/2015 | 904 | NOTICE *OF COMPLIANCE* by Bakhtiyor Jumaev (Baker, Mitchell) (Entered: 12/10/2015) |
| 12/11/2015 | 905 | TRANSCRIPT of Motion Hearing as to Jamshid Muhtorov, Bakhtiyor Jumaev held on 12/02/2015 before Judge Kane. Pages: 1–40. <br>**NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br><br>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 12/11/2015) |
| 12/18/2015 | 906 | CJA 20/30 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Savitz, David) (Entered: 12/18/2015) |

| | | | |
|---|---|---|---|
| 12/18/2015 | 907 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 12/18/2015) |
| 12/18/2015 | 908 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 12/18/2015) |
| 12/18/2015 | 909 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 12/18/2015) |
| 12/18/2015 | 910 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 12/18/2015) |
| 01/11/2016 | 917 | | SECOND SUPERSEDING PROTECTIVE ORDER as to Jamshid Muhtorov, Bakhtiyor Jumaev. Signed by Judge John L. Kane on 1/11/2016. (agarc, ) (Entered: 01/11/2016) |
| 01/12/2016 | 918 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 01/12/2016) |
| 01/12/2016 | 919 | | MINUTE ENTRY for proceedings held before Judge John L. Kane: Ex Parte In–Court Hearing as to Jamshid Muhtorov, Bakhtiyor Jumaev held on 1/12/2016. Court Reporter: Terri Lindblom. (agarc, ) (Entered: 01/12/2016) |
| 01/13/2016 | 920 | | Objection *Defendants' Joint Objections to Entry of the Second Superseding Protective Order (Doc. 917) and Motion for its Withdrawal and Reconsideration* by Jamshid Muhtorov, Bakhtiyor Jumaev re 917 Order (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Savitz, David) (Entered: 01/13/2016) |
| 01/15/2016 | 921 | | MINUTE ORDER. Discovery is ongoing. Therefore, the Motions contained in the Court's Docket Nos. 652 , 701 and 743 are DENIED with leave to refile at a later date as Motions to Compel, if appropriate. Entered by Judge John L. Kane on 01/15/16. Text Only Entry (jhawk, ) (Entered: 01/15/2016) |
| 01/15/2016 | 922 | | ORDER granting 800 Motion for Leave to Restrict as to Jamshid Muhtorov (1). Access to Docket Nos. 801 and 802 shall be limited to the parties and the court pursuant to D.C.COLO.LCrR 47.1(A). Signed by Judge John L. Kane on 01/15/16. (jhawk, ) (Entered: 01/15/2016) |
| 01/15/2016 | 923 | | Minute ORDER denying as moot documents 458 , 590 , 813 , 825 as to Jamshid Muhtorov (1) and Bakhtiyor Jumaev (2). Pursuant to JLK Chambers instruction. Text Only Entry (jhawk, ) (Entered: 01/15/2016) |
| 01/15/2016 | 924 | | ORDER granting 712 Motion for Leave to Restrict as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2). Access to Docket Nos. 713 and 714 shall be limited to the parties and the court pursuant to D.C.COLO.LCrR 47.1(A). Signed by Judge John L. Kane on 01/15/16. (jhawk, ) (Entered: 01/15/2016) |
| 01/15/2016 | 925 | | Minute ORDER re 701 Motion for Order as to Bakhtiyor Jumaev (2). Pursuant to document #921. on 01/15/16. Text Only Entry (jhawk, ) (Entered: 01/19/2016) |
| 01/19/2016 | 926 | | RESTRICTED DOCUMENT – Level 1–Motion for Severance by Bakhtiyor Jumaev. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Savitz, David) Modified on 1/20/2016 to add text pursuant to JLK instructions (jhawk, ). (Entered: 01/19/2016) |

| 01/19/2016 | 927 | | RESTRICTED DOCUMENT – Level 1: by Bakhtiyor Jumaev. (Savitz, David) (Entered: 01/19/2016) |
|---|---|---|---|
| 01/19/2016 | 928 | | MOTION for Leave to Restrict Defendant Bakhtiyor Jumaev's Restrict Documents 926 and 927 by Bakhtiyor Jumaev. (Savitz, David) Modified on 1/19/2016 to correct title (jhawk, ). (Entered: 01/19/2016) |
| 01/19/2016 | 931 | | ORDER granting 928 Motion for Leave to Restrict as to Bakhtiyor Jumaev (2). Access to Docket Nos. 926 and 927 shall be limited to the parties and the court pursuant to D.C.COLO.LCrR 47.1(A). Signed by Judge John L. Kane on 1/19/16. (jhawk, ) (Entered: 01/20/2016) |
| 01/19/2016 | 932 | | NOTICE of Conventionally Submitted Material re 926 Restricted Document – Level 1 by Bakhtiyor Jumaev. One Disk, located in the Clerks Office. Text Only Entry. (jhawk, ) (Entered: 01/20/2016) |
| 01/21/2016 | 934 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 01/21/2016) |
| 01/22/2016 | 935 | | RESPONSE by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev re: 920 Objection (Other), filed by Jamshid Muhtorov, Bakhtiyor Jumaev (Attachments: # 1 Proposed Order (PDF Only))(Holloway, Gregory) (Entered: 01/22/2016) |
| 01/25/2016 | 955 | | CJA 24 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 01/25/2016. (sglee,) (Entered: 02/26/2016) |
| 01/29/2016 | 936 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 01/29/2016) |
| 01/29/2016 | 937 | | CJA 20/30 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 01/29/2016) |
| 01/29/2016 | 938 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 01/29/2016) |
| 01/29/2016 | 939 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 01/29/2016) |
| 02/04/2016 | 957 | | CJA 20/30 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 2/4/2016. (shugh) (Entered: 02/29/2016) |
| 02/04/2016 | 958 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 2/4/16. (limart) (Entered: 03/01/2016) |
| 02/04/2016 | 959 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 2/4/16. (limart) (Entered: 03/01/2016) |
| 02/04/2016 | 960 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 2/4/16. (limart) (Entered: 03/01/2016) |
| 02/04/2016 | 961 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 2/4/16. (limart) (Entered: 03/01/2016) |
| 02/05/2016 | 948 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 2/5/2016. (shugh) (Entered: 02/12/2016) |
| 02/08/2016 | 947 | | |

|  |  |  | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 2/8/2016. (shugh) (Entered: 02/12/2016) |
|---|---|---|---|
| 02/12/2016 | 945 |  | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Baker, Mitchell) (Entered: 02/12/2016) |
| 02/12/2016 | 946 |  | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 02/12/2016) |
| 02/17/2016 | 949 |  | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 02/17/2016) |
| 02/17/2016 | 950 |  | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment, # 3 CJA Attachment, # 4 CJA Attachment, # 5 CJA Attachment)(Baker, Mitchell) (Entered: 02/17/2016) |
| 02/17/2016 | 951 |  | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 02/17/2016) |
| 02/17/2016 | 952 |  | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 02/17/2016) |
| 02/18/2016 | 953 |  | CJA 20/30 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment, # 3 CJA Attachment, # 4 CJA Attachment, # 5 CJA Attachment, # 6 CJA Attachment, # 7 CJA Attachment)(Savitz, David) (Entered: 02/18/2016) |
| 02/22/2016 | 954 |  | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 2/22/2016. (shugh) (Entered: 02/24/2016) |
| 02/23/2016 | 969 |  | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 2/23/2016. (shugh) (Entered: 03/04/2016) |
| 02/23/2016 | 970 |  | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 2/23/2016. (shugh) (Entered: 03/04/2016) |
| 03/01/2016 | 962 |  | MOTION for Leave to Restrict by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 03/01/2016) |
| 03/01/2016 | 963 |  | RESTRICTED DOCUMENT – Level 1: by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 03/01/2016) |
| 03/01/2016 | 964 |  | RESTRICTED DOCUMENT – Level 1–Response to Motion for Severance by USA as to Bakhtiyor Jumaev (Holloway, Gregory) Modified on 3/3/2016 to add text pursuant to JLK instructions (jhawk, ). (Entered: 03/01/2016) |
| 03/02/2016 | 965 |  | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 03/02/2016) |
| 03/03/2016 | 967 |  | ORDER granting 962 Motion for Leave to Restrict as to Jamshid Muhtorov (1) and Bakhtiyor Jumaev (2). Access to Docket Nos. 963 and 964 shall be limited to the parties and the court pursuant to D.C.COLO.LCrR 47.1(A). Signed by Judge John L. Kane on 03/03/16. (jhawk, ) (Entered: 03/03/2016) |
| 03/03/2016 | 968 |  | ORDER as to Bakhtiyor Jumaev re: Motion for Severance 926 . Having reviewed the motion and the relevant pleadings and finding good cause appearing, the motion is DENIED without prejudice to renew in the event a |

| | | | |
|---|---|---|---|
| | | | superseding indictment is filed. Signed by Judge John L. Kane on 03/03/16. (jhawk, ) (Entered: 03/03/2016) |
| 03/04/2016 | 977 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 3/4/16. (limart) (Entered: 03/25/2016) |
| 03/14/2016 | 974 | | CJA 20/30 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 03/14/2016. (sglee, ) (Entered: 03/25/2016) |
| 03/14/2016 | 975 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 03/14/2016. (sglee, ) (Entered: 03/25/2016) |
| 03/14/2016 | 976 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 03/14/2016. (sglee, ) (Entered: 03/25/2016) |
| 03/17/2016 | 971 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 03/17/2016) |
| 03/24/2016 | 972 | | Joint MOTION for Order *To Set Pretrial Deadlines and Trial Date Pursuant to a Scheduling Order* by Jamshid Muhtorov, Bakhtiyor Jumaev. (Savitz, David) (Entered: 03/24/2016) |
| 03/24/2016 | 973 | | ORDER granting 972 Motion to Set Pretrial Deadlines and a Trial Date as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2). The parties are ordered to meet and confer on or before May 5, 2016. The parties shall submit a proposed scheduling order on or before June 1, 2016. The parties are ordered to call chambers JOINTLY on or before June 8, 2016, to set a date and time for a status conference. Signed by Judge John L. Kane on 03/24/16. (jhawk, ) (Entered: 03/24/2016) |
| 03/25/2016 | 983 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 3/25/16. (limart, ) (Entered: 04/07/2016) |
| 03/31/2016 | 978 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 03/31/2016) |
| 04/01/2016 | 979 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 04/01/2016) |
| 04/04/2016 | 987 | | CJA 20/30 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 4/4/16. (limart, ) (Entered: 04/11/2016) |
| 04/04/2016 | 988 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 4/4/16. (limart, ) (Entered: 04/11/2016) |
| 04/04/2016 | 989 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 4/4/166. (limart, ) (Entered: 04/11/2016) |
| 04/06/2016 | 994 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 4/6/16. (limart) (Entered: 04/19/2016) |
| 04/08/2016 | 984 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 04/08/2016) |
| 04/08/2016 | 985 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 04/08/2016) |
| 04/08/2016 | 986 | | |

| | | | |
|---|---|---|---|
| | | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 04/08/2016) |
| 04/14/2016 | 992 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 04/14/2016) |
| 04/14/2016 | 993 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 04/14/2016) |
| 04/20/2016 | 996 | | CJA 20/30 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment, # 3 CJA Attachment, # 4 CJA Attachment)(Savitz, David) (Entered: 04/20/2016) |
| 04/25/2016 | 998 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 4/25/2016. (shugh) (Entered: 04/29/2016) |
| 04/25/2016 | 1002 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 4/25/2016. (shugh) (Entered: 05/05/2016) |
| 04/27/2016 | 997 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Savitz, David) (Entered: 04/27/2016) |
| 05/04/2016 | 1000 | | MOTION for Order *Government's Motion for Tolling of Speedy Trial Pursuant to 18 U.S.C. Section 3161(h)(7)(B)(ii)* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 05/04/2016) |
| 05/04/2016 | 1001 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 05/04/2016) |
| 05/06/2016 | 1009 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 5/6/2016. (shugh) (Entered: 05/12/2016) |
| 05/12/2016 | 1003 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 05/12/2016) |
| 05/12/2016 | 1004 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 05/12/2016) |
| 05/12/2016 | 1005 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 05/12/2016) |
| 05/12/2016 | 1006 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Baker, Mitchell) (Entered: 05/12/2016) |
| 05/12/2016 | 1007 | | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 05/12/2016) |
| 05/12/2016 | 1008 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 05/12/2016) |
| 05/13/2016 | 1010 | | MINUTE ORDER as to Jamshid Muhtorov, Bakhtiyor Jumaev. The parties are directed to call chambers jointly on or before May 25, 2016, to set a Motion Hearing date regarding Defendants' Joint Objections to Entry of the Second Superseding Protective Order (Doc. 917) and Motion for its Withdrawal and Reconsideration (Doc. 920) and related documents – 303–844–6118. Ordered by Judge John L. Kane on 5/13/2016. Text Only Entry (jlksec) (Entered: 05/13/2016) |

| 05/13/2016 | 1011 | CJA 21/31 Payment Request as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 05/13/2016) |
| 05/16/2016 | 1012 | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 Exhibit)(Savitz, David) (Entered: 05/16/2016) |
| 05/17/2016 | 1019 | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 5/17/2016. (shugh) (Entered: 05/23/2016) |
| 05/17/2016 | 1051 | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 5/17/2016. (shugh) (Entered: 06/28/2016) |
| 05/18/2016 | 1014 | Third Superseding Indictment as to Jamshid Muhtorov (1) count(s) 1sss−4sss, 5sss, 6sss, Bakhtiyor Jumaev (2) count(s) 1ss−2ss, 5ss, 6ss. (Attachments: # 1 Criminal Information Sheet, # 2 Criminal Information Sheet) (jhawk, ) (Entered: 05/19/2016) |
| 05/18/2016 | 1015 | RESTRICTED DOCUMENT – Level 4: by Jamshid Muhtorov, Bakhtiyor Jumaev. (jhawk, ) (Entered: 05/19/2016) |
| 05/19/2016 | 1016 | MINUTE ORDER Setting Re−Arraignment on Third Superseding Indictment 1014 for 6/1/2016 02:00 PM before Magistrate Judge Shaffer as to Jamshid Muhtorov, Bakhtiyor Jumaev. Text Only Entry on 05/19/16 (jhawk, ) (Entered: 05/19/2016) |
| 05/20/2016 | 1017 | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 05/20/2016) |
| 05/20/2016 | 1018 | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 05/20/2016) |
| 05/24/2016 | 1020 | MINUTE ORDER. This matter is set for a Status Conference/Motions Hearing on June 7, 2016, at 10:00 a.m. in Courtroom A802. Entered by Judge John L. Kane on 05/24/16. (jhawk, ) (Entered: 05/24/2016) |
| 05/24/2016 | 1052 | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 5/24/2016. (shugh) (Entered: 06/28/2016) |
| 05/25/2016 | 1021 | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 05/25/2016) |
| 05/25/2016 | 1022 | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 05/25/2016) |
| 05/25/2016 | 1023 | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment)(Baker, Mitchell) (Entered: 05/25/2016) |
| 05/26/2016 | 1024 | MOTION for Order *Defendants' Proposed Scheduling Order in Response to the Court's Order for the Submission of Same (Doc. 973)* by Bakhtiyor Jumaev. (Savitz, David) (Entered: 05/26/2016) |
| 05/26/2016 | 1025 | MOTION to Disclose Grand Jury Material to Defendant *Defendant Bakhtiyor Jumaev's Motion for Disclosure of Grand Jury Materials* by Bakhtiyor Jumaev. (Savitz, David) (Entered: 05/26/2016) |
| 05/31/2016 | 1026 | STATEMENT *Regarding Scheduling Order: Government's Proposed Scheduling Order* by Plaintiff USA (Holloway, Gregory) (Entered: |

| | | | |
|---|---|---|---|
| | | | 05/31/2016) |
| 05/31/2016 | 1041 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 5/31/2016. (shugh) (Entered: 06/17/2016) |
| 05/31/2016 | 1042 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 5/31/2016. (shugh) (Entered: 06/17/2016) |
| 05/31/2016 | 1053 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 5/31/2016. (shugh) (Entered: 06/28/2016) |
| 05/31/2016 | 1054 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 5/31/2016. (shugh) (Entered: 06/28/2016) |
| 05/31/2016 | 1055 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 5/31/2016. (shugh) (Entered: 06/28/2016) |
| 06/01/2016 | 1028 | | COURTROOM MINUTES for proceedings held before Magistrate Judge Craig B. Shaffer: Re−Arraignment on Third Superseding Indictment as to Bakhtiyor Jumaev held on 6/1/2016. Defendant present in custody. Interpreter sworn by phone. Defendant advised of new charges. Defendant waives further reading of indictment. Plea of NOT GUILTY entered by defendant. Defendant remanded. (Total time: 10 minutes, Hearing time: 2:16−2:26 p.m.) **APPEARANCES**: Greg Holloway on behalf of the Government, David Savitz and Mitchell Baker on behalf of the defendant. FTR: CRIMINAL DUTY PM. Interpreter: Sanjar Babadjanov (by phone). (amont, ) Text Only Entry (Entered: 06/01/2016) |
| 06/06/2016 | 1029 | | CJA 21/31 Request for Service as to Bakhtiyor Jumaev. (Attachments: # 1 CJA Attachment, # 2 CJA Attachment)(Baker, Mitchell) (Entered: 06/06/2016) |
| 06/06/2016 | 1030 | | CJA Travel Request (Non−Defendant) as to Bakhtiyor Jumaev. (Baker, Mitchell) (Entered: 06/06/2016) |
| 06/06/2016 | 1031 | | CJA Travel Request (Non−Defendant) as to Bakhtiyor Jumaev. (Baker, Mitchell) (Entered: 06/06/2016) |
| 06/06/2016 | 1043 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 6/6/2016. (shugh) (Entered: 06/20/2016) |
| 06/06/2016 | 1044 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 6/6/2016. (shugh) (Entered: 06/20/2016) |
| 06/07/2016 | 1032 | | COURTROOM MINUTES for Status Conference / Motions Hearing as to Jamshid Muhtorov and Bakhtiyor Jumaev held before Judge John L. Kane on 6/7/2016. Granting 1000 Government's Motion for Tolling of Speedy Trial as to Jamshid Muhtorov and Bakhtiyor Jumaev. On or before 6/16/2016, Government shall file its objections to Motion for Disclosure of Grand Jury Materials. Court adopts Scheduling Order. Four week Jury Trial set for 3/13/2017 09:00 AM in Courtroom A 802 before Judge John L. Kane. Five day Suppression Hearing set for 1/9/2017 at 10:00 AM in Courtroom A 802 before Judge John L. Kane. Counsel shall submit their at issue memorandums no later than 6/30/2016. Defendants remanded. Court Reporter: Terri |

| | | | |
|---|---|---|---|
| | | | Lindblom. Interpreters: Yuliya Fedasenka–Cloud and Sanjar Babadjanov. (ebuch) (Entered: 06/07/2016) |
| 06/07/2016 | 1033 | | CJA Travel Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 6/7/2016. (shugh) (Entered: 06/09/2016) |
| 06/07/2016 | 1034 | | CJA Travel Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 6/7/2016. (shugh) (Entered: 06/09/2016) |
| 06/07/2016 | 1056 | | CJA 21/31 Authorization for Service as to Bakhtiyor Jumaev by Judge John L. Kane on 6/7/2016. (shugh) (Entered: 06/28/2016) |
| 06/10/2016 | 1036 | | CJA 24 Transcript Request as to Bakhtiyor Jumaev. (Savitz, David) (Entered: 06/10/2016) |
| 06/10/2016 | 1037 | | MOTION for Extension of Time to File Response/Reply as to 1035 MOTION for Disclosure *of Grand Jury Materials*, 1025 MOTION to Disclose Grand Jury Material to Defendant *Defendant Bakhtiyor Jumaev's Motion for Disclosure of Grand Jury Materials* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 06/10/2016) |
| 06/10/2016 | 1038 | | ORDER GRANTING 1037 Government's Motion to Enlarge Time for Filing a Response to Defendants' Motions for Disclosure of Grand Jury Materials as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2). The Government's response(s) to the pending Motions (Doc. 1025) and (Doc. 1035) are due on or before June 23, 2016. Ordered by Judge John L. Kane on 6/10/2016. Text Only Entry (jlksec) (Entered: 06/10/2016) |
| 06/14/2016 | 1039 | | Third Superseding Protective Order as to Jamshid Muhtorov, Bakhtiyor Jumaev. Signed by Judge John L. Kane on 06/14/16. (jhawk, ) (Entered: 06/14/2016) |
| 06/15/2016 | 1045 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 6/15/2016. (shugh) (Entered: 06/21/2016) |
| 06/20/2016 | 1046 | | CJA 20/30 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 6/20/2016. (shugh) (Entered: 06/23/2016) |
| 06/23/2016 | 1048 | | RESPONSE to Motion by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev re 1035 MOTION for Disclosure *of Grand Jury Materials*, 1025 MOTION to Disclose Grand Jury Material to Defendant *Defendant Bakhtiyor Jumaev's Motion for Disclosure of Grand Jury Materials* (Holloway, Gregory) (Entered: 06/23/2016) |
| 06/24/2016 | 1069 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 6/24/2016. (shugh) (Entered: 07/14/2016) |
| 06/24/2016 | 1070 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 6/24/2016. (shugh) (Entered: 07/14/2016) |
| 06/24/2016 | 1071 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 6/24/2016. (shugh) (Entered: 07/14/2016) |
| 06/24/2016 | 1072 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 6/24/2016. (shugh) (Entered: 07/14/2016) |
| 06/24/2016 | 1073 | | |

| | | | |
|---|---|---|---|
| | | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 6/24/2016. (shugh) (Entered: 07/14/2016) |
| 06/24/2016 | 1074 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 6/24/2016. (shugh) (Entered: 07/15/2016) |
| 06/27/2016 | 1049 | | MOTION for Leave to File *A REPLY TO GOVERNMENTS RESPONSE TO DEFENDANTS MOTIONS FOR DISCLOSURE OF GRAND JURY MATERIALS (DOC.1048)* by Bakhtiyor Jumaev. (Baker, Mitchell) (Entered: 06/27/2016) |
| 06/27/2016 | 1050 | | ORDER granting 1049 Motion for Leave to File as to Bakhtiyor Jumaev (2). Defendant Jumaev shall file his reply to his Motion for Disclosure of Grand Jury Materials (Doc. 1025) on or before July 7, 2016. Ordered by Judge John L. Kane on 6/27/2016. Text Only Entry (jlksec) (Entered: 06/27/2016) |
| 06/28/2016 | 1075 | | CJA 21/31 Payment Authorization as to Bakhtiyor Jumaev by Judge John L. Kane on 6/28/2016. (shugh) (Entered: 07/15/2016) |
| 06/30/2016 | 1058 | | NOTICE *of Defendant Jumaev's At Issue Memorandum* by Bakhtiyor Jumaev (Baker, Mitchell) (Entered: 06/30/2016) |
| 06/30/2016 | 1059 | | MOTION for Leave to Restrict by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 06/30/2016) |
| 06/30/2016 | 1060 | | Amended MOTION for Leave to Restrict by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 06/30/2016) |
| 06/30/2016 | 1061 | | RESTRICTED DOCUMENT – Level 1: by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 06/30/2016) |
| 06/30/2016 | 1062 | | UNRESTRICTED DOCUMENT – Level 1: by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) Modified on 6/30/2016 unrestricted pursuant to the Order of 06/30/16 and Chambers instructions (jhawk, ). (Entered: 06/30/2016) |
| 06/30/2016 | 1063 | | ORDER. Government's Motion to [re–]Restrict Document 742 (Doc. 1062 ) pending resolution of defendants' motion to unrestrict it is GRANTED. The Clerk shall re–restrict Doc. 742 , signal that Doc. 754 remains pending, and the parties shall CONFER and NOTIFY the Court of a preferred briefing schedule. Government's Amended Motion to Restrict Document No. 1062 (Doc. 1060 ) is DENIED. However, the brief (Doc. 1061 ) shall be limited to the parties and the court pursuant to D.C.COLO.LCrR 47.1(A). Signed by Judge John L. Kane on 06/30/16. (jhawk, ) (Entered: 06/30/2016) |
| 06/30/2016 | 1064 | | MINUTE ORDER. Back in October 2014, Defendant Muhtorov filed a procedural motion (Doc. 658 ) seeking to "adopt," or join, in Defendant Jumaev's Motion Requiring the Government ot Provide Notice of Interceptions and/or Surveillance of his Defense Counsel and Members of his Defense Team (Doc. 652 ). While the court denied Doc. 652 with leave to refile at a later date as a Motion to Compel and directed the Clerk to term Doc. 658 as moot, Mr. Jumaev reminds the court that Doc. 658 was never formally ruled on. Accordingly, and for the record, Mr. Muhtorov's Motion (Doc. 658 ) to Adopt a Motion (Doc. 652 ) that is not currently pending, is DENIED, as MOOT. Entered by Judge John L. Kane on 06/30/16. Text Only Entry (jhawk, ) (Entered: 06/30/2016) |

| 06/30/2016 | 1065 | | NOTICE *of Government's Notice of Items At Issue* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 06/30/2016) |
| 06/30/2016 | 1066 | | NOTICE OF ATTORNEY APPEARANCE David Alan Tonini appearing for USA. Attorney David Alan Tonini added to party USA(pty:pla) (Tonini, David) (Entered: 06/30/2016) |
| 07/07/2016 | 1067 | | REPLY TO RESPONSE to Motion by Bakhtiyor Jumaev re 1049 MOTION for Leave to File *A REPLY TO GOVERNMENTS RESPONSE TO DEFENDANTS MOTIONS FOR DISCLOSURE OF GRAND JURY MATERIALS (DOC.1048)* (Attachments: # 1 Exhibit)(Savitz, David) (Entered: 07/07/2016) |
| 07/13/2016 | 1068 | | TRANSCRIPT of Status Conference as to Jamshid Muhtorov, Bakhtiyor Jumaev held on 6/7/2016 before Judge Kane. Pages: 1–50. <br>**<br> NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 07/13/2016) |
| 07/21/2016 | 1083 | | ORDER Denying Motions 1025 and 1035 for Disclosure [Additional] Grand Jury Materials as to Jamshid Muhtorov and Bakhtiyor Jumaev (2). Signed by Judge John L. Kane on 07/21/16. (jhawk, ) (Entered: 07/21/2016) |
| 07/22/2016 | 1084 | | MINUTE ORDER. The Government is DIRECTED to file its response to Defendants' Joint Motion to Unrestrict 742 754 on or before August 18, 2016. Defendants shall file their replies, if any, on or before September 9, 2016. Entered by Judge John L. Kane on 0722/16. Text Only Entry (jhawk, ) (Entered: 07/22/2016) |
| 08/17/2016 | 1085 | | STIPULATION *TO CLARIFY/MODIFY CERTAIN PROVISIONS OF THE SCHEDULING ORDER (DOC.1032)* by Bakhtiyor Jumaev (Baker, Mitchell) (Entered: 08/17/2016) |
| 08/17/2016 | 1086 | | ORDER Adopting Stipulation to Amend the Scheduling Order 1032 as to Jamshid Muhtorov, Bakhtiyor Jumaev. Signed by Judge John L. Kane on 08/17/16. (jhawk, ) (Entered: 08/17/2016) |
| 08/18/2016 | 1087 | | RESPONSE to Motion by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev re 754 MOTION for Order *to Unrestrict Doc. 742* (Holloway, Gregory) (Entered: 08/18/2016) |
| 08/18/2016 | 1088 | | MOTION for Leave to Restrict by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 08/18/2016) |
| 08/18/2016 | 1089 | | RESTRICTED DOCUMENT – Level 1: by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 08/18/2016) |
| 08/18/2016 | 1090 | | RESTRICTED DOCUMENT – Level 1–Response in Opposition to Defendants' Joint Motion to Unrestrict doc. 752 (doc. 754) by USA as to |

| | | | |
|---|---|---|---|
| | | | Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) Modified on 9/9/2016 to add text (jhawk, ). (Entered: 08/18/2016) |
| 08/18/2016 | 1091 | | RESPONSE in Opposition to Motion by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev re 754 MOTION for Order *to Unrestrict Doc. 742*. (Public entry for restricted document 1090 filed on 08/18/16) Text only entry (jhawk, ) (Entered: 08/19/2016) |
| 08/24/2016 | 1092 | | NOTICE *to Defendants of In Camera, Ex Parte Under Seal Filing by the United States Pursuant to the Classified Information Procedures Act* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 08/24/2016) |
| 08/25/2016 | 1093 | | MINUTE ENTRY for Ex Parte In Court Hearing proceedings held before Judge John L. Kane on 8/25/2016 as to Jamshid Muhtorov (1), and Bakhtiyor Jumaev (2). Pursuant to 1092 . Court Reporter: Terri Lindblom. (babia) (Entered: 08/25/2016) |
| 08/29/2016 | 1094 | | Protective Order as to Jamshid Muhtorov, Bakhtiyor Jumaev. Signed by Judge John L. Kane on 08/29/16. (jhawk, ) (Entered: 08/29/2016) |
| 09/09/2016 | 1095 | | Joint MOTION for Leave to Restrict by Jamshid Muhtorov, Bakhtiyor Jumaev as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Leedy, Brian) Modified on 9/9/2016 to correct filers (jhawk, ). (Entered: 09/09/2016) |
| 09/09/2016 | 1096 | | RESTRICTED DOCUMENT – Level 1: by Jamshid Muhtorov, Bakhtiyor Jumaev as to Jamshid Muhtorov, Bakhtiyor Jumaev (Leedy, Brian) Modified on 9/9/2016 to correct filers (jhawk, ). (Entered: 09/09/2016) |
| 09/09/2016 | 1097 | | RESTRICTED DOCUMENT – Level 1–Reply in Support of Their Motion to Unrestrict Document 742 by Jamshid Muhtorov, Bakhtiyor Jumaev as to Jamshid Muhtorov, Bakhtiyor Jumaev (Attachments: # 1 Attachment 1)(Leedy, Brian) Modified on 9/9/2016 to correct filers (jhawk, ). (Entered: 09/09/2016) |
| 09/09/2016 | 1098 | | ORDER as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2). Order granting 1088 Motion for Leave to Restrict. Access to Docket Nos. 1089 and 1090 shall be limited to the parties and the court pursuant to D.C.COLO.LCrR 47.1 (A). Signed by Judge John L. Kane on 09/9/16. (jhawk, ) (Entered: 09/09/2016) |
| 09/09/2016 | 1099 | | ORDER as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2). Order granting 1095 Motion for Leave to Restrict. Access to Docket Nos. 1096 and 1097 shall be limited to the parties and the court pursuant to D.C.COLO.LCrR 47.1 (A). Signed by Judge John L. Kane on 09/09/16. (jhawk, ) (Entered: 09/09/2016) |
| 09/19/2016 | 1100 | | MOTION for Order *Stipulation to Modify Certain Provisions of the Scheduling Order* by Bakhtiyor Jumaev. (Attachments: # 1 Proposed Order (PDF Only))(Savitz, David) (Entered: 09/19/2016) |
| 09/19/2016 | 1101 | | ORDER re: Stipulation to Modify Certain Provisions of the Scheduling Order 1100 as to Jamshid Muhtorov, Bakhtiyor Jumaev. The Rule 12 motions: October 14, 2016: deadline for filing of the defendants' Rule 12 Motions; November 14: deadline for filing of the government's responses to defendants' Rule 12 motions; and November 25, 2016: deadline for filing of |

| | | | |
|---|---|---|---|
| | | | defendants' replies to government's responses to Rule 12 motions; (B) The Suppression motions; November 7, 2016: deadline for filing of the defendants' suppression motions; December 7, 2016: deadline for filing of the government's responses to defendants' suppression motions; and December 16, 2016: deadline for filing of defendants' replies to the government's responses to the defendants' suppression motions. Except as noted by the foregoing modifications, the scheduling orders (Docs. 1032 and 1086 ) are re–adopted and re–affirmed. Signed by Judge John L. Kane on 09/19/16. (jhawk, ) (Entered: 09/20/2016) |
| 09/29/2016 | 1102 | | STIPULATION *to Modify Scheduling Order* by Bakhtiyor Jumaev (Attachments: # 1 Proposed Order (PDF Only))(Baker, Mitchell) (Entered: 09/29/2016) |
| 09/30/2016 | 1103 | | ORDER as to Jamshid Muhtorov, Bakhtiyor Jumaev. The Court having reviewed the stipulation (Doc. 1102 ) and being fully informed in this matter does hereby modify the scheduling order (Docs. 1032 , 1086 , and 1101 ) in the following respects only: discovery motions are to be filed on or before October 14, 2016; the governments response to be filed on or before October 28, 2016; and any defense reply to be filed on or before November 8, 2016. Except as noted by the foregoing modifications, the scheduling orders (Docs. 1032 , 1086 and 1101 ) are re–adopted and re–affirmed. Signed by Judge John L. Kane on 09/30/16. (jhawk, ) (Entered: 09/30/2016) |
| 09/30/2016 | 1104 | | NOTICE *Government's Case in Chief Expert Disclosure* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Attachments: # 1 Exhibit)(Holloway, Gregory) (Entered: 09/30/2016) |
| 10/03/2016 | 1105 | | MOTION for Order *for Notice of the Surveillance Techniques Utilized by the Government in its Investigation* by Jamshid Muhtorov, Bakhtiyor Jumaev. (Attachments: # 1 Attachment)(Williamson, Warren) Modified on 10/3/2016 terminated as refiled in document 1107 (jhawk, ). (Entered: 10/03/2016) |
| 10/03/2016 | 1106 | | Joint MOTION for Disclosure *and Objection to Secret Litigation of Fourth Amendment Suppression Issues* by Jamshid Muhtorov, Bakhtiyor Jumaev. (Williamson, Warren) Modified on 10/3/2016 Motion terminated and refiled in document 1108 (jhawk, ). (Entered: 10/03/2016) |
| 10/03/2016 | 1107 | | Joint MOTION for Order *for Notice of the Surveillance Techniques Utilized by the Government in its Investigation* by Jamshid Muhtorov, Bakhtiyor Jumaev. (Williamson, Warren) (Entered: 10/03/2016) |
| 10/03/2016 | 1108 | | Joint MOTION for Disclosure *and Objection to Secret Litigation of Fourth Amendment Suppression Issues* by Jamshid Muhtorov, Bakhtiyor Jumaev. (Attachments: # 1 Attachment)(Williamson, Warren) (Entered: 10/03/2016) |
| 10/04/2016 | 1109 | | Joint MOTION for Clarification *and Reconsideration* by Jamshid Muhtorov, Bakhtiyor Jumaev. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Williamson, Warren) (Entered: 10/04/2016) |
| 10/12/2016 | 1110 | | MOTION to Appoint Counsel by Jamshid Muhtorov as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Leedy, Brian) (Entered: 10/12/2016) |
| 10/14/2016 | 1112 | | MOTION to Dismiss Counts *Five* by Bakhtiyor Jumaev. (Baker, Mitchell) (Entered: 10/14/2016) |

| | | | |
|---|---|---|---|
| 10/14/2016 | 1113 | | WITHDRAWN RESTRICTED DOCUMENT – Level 1: by Jamshid Muhtorov, Bakhtiyor Jumaev. (Attachments: # 1 Exhibit Attachment A, # 2 Exhibit Attachment B)(Leedy, Brian) Modified on 10/24/2016 withdrawn pursuant to the minute order of 10/24/16 (jhawk, ). (Entered: 10/14/2016) |
| 10/14/2016 | 1114 | | WITHDRAWN RESTRICTED DOCUMENT – Level 1: by Jamshid Muhtorov, Bakhtiyor Jumaev. (Attachments: # 1 Exhibit Attachment A)(Leedy, Brian) Modified on 10/24/2016 withdrawn pursuant to the minute order of 10/24/16 (jhawk, ). (Entered: 10/14/2016) |
| 10/19/2016 | 1120 | | MOTION for Order *to Adopt Codefendant's Pleading Doc. 1115* by Bakhtiyor Jumaev. (Baker, Mitchell) (Entered: 10/19/2016) |
| 10/19/2016 | 1121 | | ORDER granting 1120 Defendant Jumaev's Motion to Adopt Codefendant's Motion, Doc. 1115. Defendant Bakhtiyor Jumaev (2) is allowed to adopt the motion filed by Defendant Jamshid Muhtorov in Doc. 1115. Text Only Entry (jlksec) (Entered: 10/19/2016) |
| 10/20/2016 | 1122 | | RESTRICTED DOCUMENT – Level 1: by Bakhtiyor Jumaev. (Attachments: # 1 Exhibit)(Baker, Mitchell) (Entered: 10/20/2016) |
| 10/20/2016 | 1123 | | RESTRICTED DOCUMENT – Level 1: by Bakhtiyor Jumaev. (Attachments: # 1 Exhibit)(Baker, Mitchell) (Entered: 10/20/2016) |
| 10/20/2016 | 1124 | | MINUTE ORDER. Defendants' Joint Motion to Supplement Doc. 1113 (Doc. 1122 ) and Defendants' Joint Motion to Supplement Doc. 1114 (Doc. 1123 ) are DENIED. Rather than clutter the docket with duplicative filings, the parties are directed to withdraw Nos. 1113 and 1114 and refile the supplements as corrected versions of the same. The refiled documents will be accepted as timely filed if they are received by Friday, October 21, 2016. Entered by Judge John L. Kane on 10/20/16. Text Only Entry (jhawk, ) Modified on 10/20/2016 to correct DUE DATE (jhawk, ). (Entered: 10/20/2016) |
| 10/21/2016 | 1125 | | MOTION to Withdraw Document 1114 Restricted Document – Level 1, 1113 Restricted Document – Level 1 by Bakhtiyor Jumaev. (Baker, Mitchell) (Entered: 10/21/2016) |
| 10/21/2016 | 1126 | | RESTRICTED DOCUMENT – Level 1: by Bakhtiyor Jumaev. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Baker, Mitchell) (Entered: 10/21/2016) |
| 10/21/2016 | 1127 | | RESTRICTED DOCUMENT – Level 1–Memorandum in Support of Defendants' Joint Motion for Discovery by Bakhtiyor Jumaev. (Attachments: # 1 Exhibit)(Baker, Mitchell) Modified on 10/24/2016 to add text (jhawk, ). (Entered: 10/21/2016) |
| 10/24/2016 | 1128 | | MINUTE ORDER granting Motion to Withdraw Doc. 1113 and Doc. 1114 (Doc. 1125 ). The Clerk is directed to withdraw Document Nos. 1113 and 1114 and mooting the motion contained therein. The documents have been refiled as Document Nos. 1126 and 1127. Entered by Judge John L. Kane on 10/24/16. Text Only Entry (jhawk, ) (Entered: 10/24/2016) |
| 10/26/2016 | 1129 | | MOTION for Order *Motion for Tolling of Speedy Trial Pursuant to 18 U.S.C., Section 3161(h)(7)(B)(ii)* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 10/26/2016) |

| 10/27/2016 | 1130 | | ORDER granting 1129 Motion for Tolling of Speedy Trial as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2). ORDERED that an additional 137 days SHALL BE EXCLUDED from speedy trial calculations pursuant to 18 U.S.C. § 3161 (h)(7)(B)(ii). Signed by Judge John L. Kane on 10/27/16. (jhawk, ) (Entered: 10/27/2016) |
|---|---|---|---|
| 10/28/2016 | 1131 | | RESPONSE to Motion by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev re 1106 Joint MOTION for Disclosure *and Objection to Secret Litigation of Fourth Amendment Suppression Issues* (Holloway, Gregory) (Entered: 10/28/2016) |
| 10/28/2016 | 1132 | | RESPONSE to Motion by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev re 1107 Joint MOTION for Order *for Notice of the Surveillance Techniques Utilized by the Government in its Investigation* (Holloway, Gregory) (Entered: 10/28/2016) |
| 10/28/2016 | 1133 | | RESPONSE to Motion by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev re 1109 Joint MOTION for Clarification *and Reconsideration* (Holloway, Gregory) (Entered: 10/28/2016) |
| 10/28/2016 | 1134 | | MOTION for Leave to Restrict by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 10/28/2016) |
| 10/28/2016 | 1135 | | RESTRICTED DOCUMENT – Level 1–Response to 1126 by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) Modified on 10/31/2016 to add text pursuant to JLK instructions (jhawk, ). (Entered: 10/28/2016) |
| 10/28/2016 | 1136 | | NOTICE *Defendant Jumaev's Expert Witness Endorsement of Professor Adeeb Khalid* by Bakhtiyor Jumaev (Attachments: # 1 Exhibit)(Savitz, David) (Entered: 10/28/2016) |
| 10/28/2016 | 1137 | | ORDER granting 1134 Motion for Leave to Restrict as to Bakhtiyor Jumaev (2). Access to Docket No. 1135 shall be limited to the parties and the court pursuant to D.C.COLO.LCrR 47.1(A). Signed by Judge John L. Kane on 10/28/16. (jhawk, ) (Entered: 10/31/2016) |
| 10/31/2016 | 1138 | | RESTRICTED DOCUMENT – Level 1–Expert Witness Endorsement by Bakhtiyor Jumaev. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Savitz, David) Modified on 11/1/2016 to add text (jhawk, ). (Entered: 10/31/2016) |
| 11/01/2016 | 1139 | | NOTICE *Defendant Jumaev's Expert Witness Endorsement of Dr. Marc Sageman* by Bakhtiyor Jumaev (Attachments: # 1 Exhibit, # 2 Exhibit)(Savitz, David) (Entered: 11/01/2016) |
| 11/01/2016 | 1140 | | RESTRICTED DOCUMENT – Level 1–Expert Witness Endorsement by Bakhtiyor Jumaev. (Attachments: # 1 Exhibit, # 2 Exhibit)(Savitz, David) Modified on 11/1/2016 to add text (jhawk, ). (Entered: 11/01/2016) |
| 11/01/2016 | 1142 | | NOTICE by Bakhtiyor Jumaev (Attachments: # 1 Exhibit, # 2 Exhibit)(Baker, Mitchell) Modified to correct text on 4/17/2018 (cthom, ). (Entered: 11/01/2016) |
| 11/01/2016 | 1143 | | RESTRICTED DOCUMENT – Level 1–Proffer in Support of Co–Conspirator Statements Admissible by USA as to Jamshid Muhtorov, |

| | | | |
|---|---|---|---|
| | | | Bakhtiyor Jumaev (Attachments: # 1 Exhibit CO–CONSPIRATOR STATEMENTS)(Tonini, David) Modified on 11/2/2016 to add text (jhawk, ). (Entered: 11/01/2016) |
| 11/01/2016 | 1144 | | MOTION for Leave to Restrict by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Tonini, David) (Entered: 11/01/2016) |
| 11/01/2016 | 1145 | | NOTICE *of Defendant Jumaev's Expert Witness Endorsement of Dr. Robert A. Leonard* by Bakhtiyor Jumaev (Attachments: # 1 Exhibit, # 2 Exhibit)(Baker, Mitchell) (Entered: 11/01/2016) |
| 11/01/2016 | 1146 | | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 1143 Restricted Document – Level 1, filed by attorney David A. Tonini. The document is incorrectly formatted–DOUBLE SPACE ALL DOCUMENTS **DO NOT REFILE THE DOCUMENT. Action to take –** future documents must be filed pursuant to D.C.COLO.LCrR 49.3. (Text Only Entry) (jhawk, ) (Entered: 11/02/2016) |
| 11/02/2016 | 1147 | | ORDER granting 1144 Motion for Leave to Restrict as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2). Access to Docket No. 1143 shall be limited to the parties and the court pursuant to D.C.COLO.LCrR 47.1(A). Signed by Judge John L. Kane on 11/02/16. (jhawk, ) (Entered: 11/02/2016) |
| 11/03/2016 | 1148 | | MOTION for Leave to Restrict by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 11/03/2016) |
| 11/03/2016 | 1149 | | RESTRICTED DOCUMENT – Level 1–Response to Motion to Sever Case from Codefendant 1118 by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) Modified on 11/4/2016 to add text (jhawk, ). (Entered: 11/03/2016) |
| 11/04/2016 | 1150 | | ORDER granting 1148 Motion for Leave to Restrict as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2). Access to Docket No. 1143 shall be limited to the parties and the court pursuant to D.C.COLO.LCrR 47.1(A). Signed by Judge John L. Kane on 11/04/16. (jhawk, ) (Entered: 11/04/2016) |
| 11/04/2016 | 1151 | | RESTRICTED DOCUMENT – Level 1: MOTION to Suppress *Defendant Jumaev's Motion to Suppress Evidence Derived from Execution of Illegal Extra–Territorial Warrants* by Bakhtiyor Jumaev. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Savitz, David) Modified on 11/10/2016 to restrict at a level 1 pursuant to 1165 (slibi, ). (Entered: 11/04/2016) |
| 11/04/2016 | 1152 | | RESTRICTED DOCUMENT – Level 1–Motion to Suppress filed November 4, 2016 by Bakhtiyor Jumaev. (Savitz, David) Modified on 11/4/2016 to add text pursuant to Chambers instruction (jhawk, ). (Entered: 11/04/2016) |
| 11/04/2016 | 1153 | | CORRECTED ORDER re: 1150 as to Jamshid Muhtorov, Bakhtiyor Jumaev. Access to 1149 shall be limited to the parties and the court pursuant to D.C.COLO.LCrR 47.1(A). Signed by Judge John L. Kane on 11/04/16. (jhawk, ) (Entered: 11/04/2016) |
| 11/04/2016 | 1154 | | RESTRICTED DOCUMENT – Level 1–Motion to Suppress and Request for Hearing by Bakhtiyor Jumaev. (Savitz, David) Modified on 11/4/2016 to add text pursuant to Chambers instruction (jhawk, ). (Entered: 11/04/2016) |

| 11/07/2016 | 1156 | | MOTION to Suppress *Statements* by Jamshid Muhtorov as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Leedy, Brian) (Entered: 11/07/2016) |
|---|---|---|---|
| 11/08/2016 | 1159 | | Joint MOTION for Leave to Restrict by Jamshid Muhtorov as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Williamson, Warren) (Entered: 11/08/2016) |
| 11/08/2016 | 1160 | | UNRESTRICTED DOCUMENT – Level 1: by Jamshid Muhtorov as to Jamshid Muhtorov, Bakhtiyor Jumaev (Williamson, Warren) Modified on 11/8/2016 unrestricted pursuant to the Minute Order of 11/08/16 (jhawk, ). (Entered: 11/08/2016) |
| 11/08/2016 | 1161 | | RESTRICTED DOCUMENT – Level 1–Joint Reply to Motions 1107 and 1108 by Jamshid Muhtorov as to Jamshid Muhtorov, Bakhtiyor Jumaev (Williamson, Warren) Modified on 11/8/2016 to add description pursuant to JLK (jhawk, ). (Entered: 11/08/2016) |
| 11/08/2016 | 1162 | | ORDER granting in part and denying in part 1159 Motion for Leave to Restrict as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2). There is nothing private or restrictable in the brief in Support of the Motion to Restrict Access (Doc. 1160 ) and the Motion is DENIED. The Motion to Restrict Access to Defendants' Joint Reply to ECF Nos. 1107 and 1108 (Doc. 1161 ) is GRANTED and shall be limited to the parties and the court pursuant to D.C.COLO.LCrR 47.1(A). Signed by Judge John L. Kane on 11/08/16. (jhawk, ) (Entered: 11/08/2016) |
| 11/08/2016 | 1163 | | MOTION for Leave to Restrict by Bakhtiyor Jumaev. (Savitz, David) (Entered: 11/08/2016) |
| 11/08/2016 | 1164 | | RESTRICTED DOCUMENT – Level 1–Reply in Support of Defendants' Joint Motion for Discovery 1126 and 1135 by Bakhtiyor Jumaev. (Baker, Mitchell) Modified on 11/9/2016 to add text (jhawk, ). (Entered: 11/09/2016) |
| 11/08/2016 | 1165 | | ORDER granting 1163 Motion for Leave to Restrict as to Bakhtiyor Jumaev (2). Access to Docket No. 1151 shall be limited to the parties and the court pursuant to D.C.COLO.LCrR 47.1(A). Signed by Judge John L. Kane on 11/08/16. (jhawk, ) (Entered: 11/09/2016) |
| 11/08/2016 | 1166 | | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 1161 Restricted Document – Level 1 filed by attorney Warren R. Williamson. The format for the attorneys signature block is not correct. **DO NOT REFILE THE DOCUMENT. Action to take –** future documents must be filed pursuant to D.C.COLO.LCr49.1(a) and 4.3(d) of the Electronic Case Filing Procedures (Criminal Cases). (Text Only Entry) (jhawk, ) (Entered: 11/09/2016) |
| 11/14/2016 | 1167 | | UNRESTRICTED DOCUMENT – Level 1–Response to Motion to Dismiss Count 5 1112 by USA as to Bakhtiyor Jumaev (Tonini, David) Modified on 11/15/2016 to add text pursuant to JLK instructions (jhawk, ). Modified on 12/8/2016 to unrestrict pursuant to the Order of 12/08/16 (jhawk, ). (Entered: 11/14/2016) |
| 11/14/2016 | 1168 | | UNRESTRICTED DOCUMENT – Level 1–Response Motion to Dismiss Count 5 of the Indictment 1115 by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Tonini, David) Modified on 11/15/2016 to add text pursuant to JLK instructions (jhawk, ). Modified on 12/8/2016 to unrestrict pursuant to the |

| | | | |
|---|---|---|---|
| | | | Order of 12/08/16(jhawk, ). (Entered: 11/14/2016) |
| 11/16/2016 | 1169 | | MOTION to Unrestrict Document 1167 Restricted Document – Level 1 filed by USA, 1168 Restricted Document – Level 1 filed by USA by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Tonini, David) (Entered: 11/16/2016) |
| 11/18/2016 | 1170 | | MOTION for Order *Pursuant to Rule 16(d) for Confidential Human Source Protections* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Attachments: # 1 Exhibit, # 2 Proposed Order (PDF Only))(Holloway, Gregory) (Entered: 11/18/2016) |
| 11/18/2016 | 1171 | | NOTICE *to Defendants of In Camera, Ex Parte Under Seal Filing by the United States Pursuant to the Classified Information Procedures Act* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 11/18/2016) |
| 11/25/2016 | 1172 | | REPLY TO RESPONSE to Motion by Bakhtiyor Jumaev re 1112 MOTION to Dismiss Counts *Five* (Baker, Mitchell) (Entered: 11/25/2016) |
| 11/28/2016 | 1173 | | Unopposed MOTION for Leave to File *Appendix to Doc. 1172* by Bakhtiyor Jumaev. (Baker, Mitchell) (Entered: 11/28/2016) |
| 11/28/2016 | 1174 | | ORDER granting 1173 Motion for Leave to File an Appendix to Doc. 1172 as to Bakhtiyor Jumaev (2). The defendant may file an appendix to Doc. 1172. Ordered by Judge John L. Kane on 11/28/2016. Text Only Entry (jlksec) (Entered: 11/28/2016) |
| 11/28/2016 | 1175 | | APPENDIX by Bakhtiyor Jumaev re 1172 Reply to Response filed by Bakhtiyor Jumaev (Attachments: # 1 Continuation of Main Document, # 2 Continuation of Main Document)(Baker, Mitchell) (Entered: 11/28/2016) |
| 11/28/2016 | 1176 | | MOTION for Order *MOTION FOR DISCOVERY AND ENLARGEMENT OF TIME FOR GOVERNMENT EXPERT WITNESS RESPONSES AND REBUTTAL* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 11/28/2016) |
| 11/30/2016 | 1178 | | MINUTE ORDER as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2). Given the pendency of the government's Motion for Discovery and Enlargement of Time for Government Expert Witness Responses and Rebuttal 1176 , the December 1, 2016, deadline for Government rebuttal experts disclosure is tolled until further order of the court. The December 7, 2016, deadline for the Government's response to pending motions to suppress remains in effect. Entered by Judge John L. Kane on 11/30/16. Text Only Entry (jhawk, ) (Entered: 11/30/2016) |
| 12/02/2016 | 1180 | | RESPONSE to Motion by Bakhtiyor Jumaev as to Jamshid Muhtorov, Bakhtiyor Jumaev re 1170 MOTION for Order *Pursuant to Rule 16(d) for Confidential Human Source Protections* (Baker, Mitchell) (Entered: 12/02/2016) |
| 12/07/2016 | 1181 | | RESTRICTED DOCUMENT – Level 1: Response in Opposition 1176 Motion for Discovery and Enlargement of Time by Bakhtiyor Jumaev. (Attachments: # 1 Exhibit)(Savitz, David)(Modified on 12/7/2016 added text to reflect the title of the document filed)(evana, ). (Entered: 12/07/2016) |

| 12/07/2016 | 1182 | | RESPONSE to Motion by USA as to Bakhtiyor Jumaev re 1151 MOTION to Suppress *Defendant Jumaev's Motion to Suppress Evidence Derived from Execution of Illegal Extra−Territorial Warrants* (Tonini, David) (Entered: 12/07/2016) |
| --- | --- | --- | --- |
| 12/07/2016 | 1183 | | MOTION for Leave to Restrict by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 12/07/2016) |
| 12/07/2016 | 1184 | | RESTRICTED DOCUMENT − Level 1: Response to 1152 Motion by USA as to Bakhtiyor Jumaev (Holloway, Gregory) (Modified on 12/7/2016 edited to add title of document)(evana, ). (Entered: 12/07/2016) |
| 12/07/2016 | 1186 | | RESPONSE by USA as to Bakhtiyor Jumaev re: 1154 Restricted Document − Level 1 filed by Bakhtiyor Jumaev (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Tonini, David) (Entered: 12/07/2016) |
| 12/07/2016 | 1187 | | ORDER This matter is currently before me on the Government's Motion to Restrict Document 1184 Doc. 1183 . Having reviewed the motion and the relevant pleadings and finding good cause appearing, the motion is GRANTED. Access to Docket No. 1184 shall be limited to the parties and the court pursuant to D.C.COLO.LCrR 47.1(A), by Judge John L. Kane on 12/7/2016. (evana, ) (Entered: 12/07/2016) |
| 12/07/2016 | 1189 | | MOTION for Leave to Restrict by USA as to Bakhtiyor Jumaev. (Tonini, David) (Entered: 12/07/2016) |
| 12/07/2016 | 1191 | | RESTRICTED DOCUMENT − Level 1: Conventionally Submitted Material: 2 CDs− Exhibit 1 to 1186 Response filed by USA as to Bakhtiyor Jumaev. Text Only Entry. (jhawk, ) (Entered: 12/08/2016) |
| 12/08/2016 | 1192 | | ORDER as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2). This matter is currently before me on the Government's Motion to Unrestrict Documents 1167 and 1168 (Doc. 1169 ); Government's Unopposed Motion to Restrict Document 1185−01 (Doc. 1188 ); Government's Motion to Restrict Document Nos. 1186−01 and 1186−02 (Doc. 1189 ). Having reviewed the motions and the relevant pleadings and finding good cause appearing, the motions are GRANTED. Access to Docket Nos. 1185−01, a CD, and 1186−01 and 1186−02, two CDs, shall be limited to the parties and the court pursuant to D.C.COLO.LCrR 47.1(A). The clerk is instructed to unrestrict Document Nos. 1167 and 1168 . by Judge John L. Kane on 12/08/16. (jhawk, ) (Entered: 12/08/2016) |
| 12/08/2016 | 1193 | | MINUTE ORDER as to Jamshid Muhtorov, Bakhtiyor Jumaev re 1118 Restricted Document − Level 1 filed by Jamshid Muhtorov. A Status Conference is set for Tuesday, December 20, 2016, at 10:00 AM in Courtroom A802 before Judge John L. Kane. The presence of the defendants is not necessary and no interpreter will be present. Ordered by Judge John L. Kane on 12/8/2016. Text Only Entry (jlksec) (Entered: 12/08/2016) |
| 12/13/2016 | 1194 | | ORDER on Motion Pursuant to Rule 16(d) for Confidential Human Source Protections as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2) re: 1170 . Signed by Judge John L. Kane on 12/13/16. (jhawk, ) (Entered: 12/13/2016) |
| 12/13/2016 | 1195 | | MOTION for Order by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Tonini, David) (Entered: 12/13/2016) |

| 12/13/2016 | 1196 | | PROTECTIVE ORDER re: 1171 as to Jamshid Muhtorov, Bakhtiyor Jumaev. Signed by Judge John L. Kane on 12/13/16. (jhawk, ) (Entered: 12/14/2016) |
|---|---|---|---|
| 12/14/2016 | 1197 | | MINUTE ORDER. In order to maximize the time available for the December 20, 2016 Status Conference, counsel are to CONFER and PREPARE a jointly proposed Notice of Agenda Items to be addressed at that time flowing from the court's 11/29/16 Order 1177 Granting Defendant Muhtorov's Motion 1118 to Sever. The Status Conference is currently scheduled for two hours (from 10:00 a.m. to noon), but could re–convene after lunch if necessary. The Notice should be filed no later than noon on Monday, December 19, 2016. Entered by Judge John L. Kane on 12/14/16. Text Only Entry (jhawk, ) (Entered: 12/14/2016) |
| 12/14/2016 | 1198 | | MINUTE ORDER. Government's Motion 1195 to Hold Deadlines in Abeyance until ten days after an order setting the trial schedule after severance is GRANTED. The operative scheduling order's December 15 and 16 deadlines for disclosure of information on confidential human source, Giglio, Jencks, FRE 404(b), expert challenges, and FRE 801(d)(2)(E) disclosures shall be TOLLED until 10 days after the entry of an order finalizing the post–severance trial schedule or other order of the court. It is the court's intention to finalize that trial schedule at the December 20, 2016 status conference 1193 , so these extended deadlines should be expected to run on or shortly after December 30, 2016. Under no circumstances will the extensions affect the January 9–13 hearing dates on the pending Motions to Suppress, which remain firm. Entered by Judge John L. Kane on 12/14/16. Text Only Entry (jhawk, ) (Entered: 12/15/2016) |
| 12/16/2016 | 1200 | | RESTRICTED DOCUMENT – Level 1–Reply in Support of Defendant Jumaev's MOTION 1152 and to the Government's Response 1184 by Bakhtiyor Jumaev. (Savitz, David) Modified on 12/16/2016 to add text pursuant to JLK instructions (jhawk, ). (Entered: 12/16/2016) |
| 12/16/2016 | 1201 | | RESTRICTED DOCUMENT – Level 1–Reply in Support of Defendant Jumaev's Motion 1154 and to the Government's Response 1186 by Bakhtiyor Jumaev. (Savitz, David) Modified on 12/16/2016 to add text pursuant to JLK Chambers instructions (jhawk, ). (Entered: 12/16/2016) |
| 12/16/2016 | 1202 | | RESTRICTED DOCUMENT – Level 1–Reply in Support of Defendant Jumaev's Motion 1151 and to the Governments Response 1185 by Bakhtiyor Jumaev. (Savitz, David) Modified on 12/16/2016 to add text pursuant to JLK Chambers instructions (jhawk, ). (Entered: 12/16/2016) |
| 12/20/2016 | 1204 | | COURTROOM MINUTES for Status Conference as to Jamshid Muhtorov and Bakhtiyor Jumaev held before Judge John L. Kane on 12/20/2016. Court will adhere to its ruling, keep the severance, and try Mr. Jumaev first. Portion of the transcript in camera shall be placed under Level 3 restriction. A seven week jury trial regarding Mr. Jumaev is set for March 13, 2017 at 9:00 a.m. A seven week jury trial regarding Mr. Muhtorov is set for July 31, 2017 at 9:00 a.m. Court Reporter: Terri Lindblom. (ebuch) (Entered: 12/20/2016) |
| 12/22/2016 | 1206 | | MOTION to Strike Government's Case–In–Chief Expert Disclosure (Doc. 1104 ) and To Exclude Expert Testimony by Bakhtiyor Jumaev. (Savitz, David) Modified on 12/23/2016 to correct text (jhawk, ). (Entered: |

| | | | |
|---|---|---|---|
| | | | 12/22/2016) |
| 12/22/2016 | 1207 | | MOTION for Leave to Restrict by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Tonini, David) (Entered: 12/22/2016) |
| 12/22/2016 | 1208 | | RESTRICTED DOCUMENT – Level 3: by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Tonini, David) (Entered: 12/22/2016) |
| 12/22/2016 | 1209 | | RESTRICTED DOCUMENT – Level 3–Motion for Protective Order by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Tonini, David) Modified on 12/23/2016 to add text pursuant to JLK instructions (jhawk, ). (Entered: 12/22/2016) |
| 12/23/2016 | 1210 | | ORDER as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2) granting 1207 Motion for Leave to Restrict Access to Docket Nos. 1208 and 1209 shall be limited to the parties and the court pursuant to D.C.COLO.LCrR 47.1( A). Signed by Judge John L. Kane on 12/23/16. (jhawk, ) (Entered: 12/23/2016) |
| 12/23/2016 | 1211 | | MOTION in Limine *to Exclude Improper Evidence and Argument in Support of Jury Nullification* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 12/23/2016) |
| 12/23/2016 | 1212 | | MOTION to Exclude *the Testimony of Leo and Obolsky* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 12/23/2016) |
| 12/23/2016 | 1214 | | MINUTE ORDER clarifying Order (Doc. 1210 ), restricting access to Docs. 1208 and 1209 . Given that the restriction level granted was Restriction Level 3, access to Docket Nos. 1208 and 1209 is limited to the filer (in this case the government) and the court under D.C.COLO. LCr.R. 47.2(A) only, not the "parties" and the court. Entered by Judge John L. Kane on 12/23/16. Text Only Entry (jhawk, ) (Entered: 12/23/2016) |
| 12/30/2016 | 1216 | | NOTICE *Government's Rebuttal Expert Disclosures* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Holloway, Gregory) (Entered: 12/30/2016) |
| 12/30/2016 | 1217 | | RESTRICTED DOCUMENT – Level 1–Motion to Strike Government's Proffer in Support of Co–Conspirator Statements 1143 by Bakhtiyor Jumaev. (Attachments: # 1 Continuation of Main Document, # 2 Appendix, # 3 Appendix, # 4 Appendix, # 5 Appendix, # 6 Appendix, # 7 Appendix)(Baker, Mitchell) Modified on 1/3/2017 to add text pursuant to JLK instructions (jhawk, ). (Entered: 12/30/2016) |
| 01/04/2017 | 1218 | | WITNESS LIST *For January 9, 2017 Hearing* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Attachments: # 1 Exhibit)(Tonini, David) (Entered: 01/04/2017) |
| 01/04/2017 | 1219 | | EXHIBIT LIST *For January 9, 2017 Hearing* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Attachments: # 1 Exhibit)(Tonini, David) (Entered: 01/04/2017) |
| 01/05/2017 | 1220 | | WITNESS LIST by Bakhtiyor Jumaev (Baker, Mitchell) (Entered: 01/05/2017) |
| 01/05/2017 | 1221 | | |

| | | | |
|---|---|---|---|
| | | | RESPONSE to Motion by Bakhtiyor Jumaev re 1212 MOTION to Exclude *the Testimony of Leo and Obolsky Response to Government's Motion to Exclude the Testimony of Drs. Leo and Obolsky (Doc. 1212)* (Savitz, David) (Entered: 01/05/2017) |
| 01/05/2017 | 1222 | | EXHIBIT LIST by Bakhtiyor Jumaev (Baker, Mitchell) (Entered: 01/05/2017) |
| 01/06/2017 | 1223 | | MINUTE ENTRY for In Camera, Ex Parte proceedings held before Judge John L. Kane with the United States Government on 1/6/2017, pursuant to Classified Rule 16(d) Motion 1209 . Court Reporter: Terri Lindblom. (babia) Text Only Entry Modified on 1/6/2017 (babia). (Entered: 01/06/2017) |
| 01/08/2017 | 1224 | | RESPONSE in Opposition by Bakhtiyor Jumaev re 1212 MOTION to Exclude *the Testimony of Leo and Obolsky Supplemental Authority in Support of Response to Government's Motion to Exclude the Testimony of Drs. Leo and Obolsky* (Savitz, David) (Entered: 01/08/2017) |
| 01/09/2017 | 1225 | | MOTION to Strike *Exhibits* by USA as to Bakhtiyor Jumaev. (Attachments: # 1 Exhibit)(Tonini, David) (Entered: 01/09/2017) |
| 01/09/2017 | 1226 | | EXHIBIT LIST *Amended* by Bakhtiyor Jumaev (Baker, Mitchell) (Entered: 01/09/2017) |
| 01/09/2017 | 1227 | | MINUTE ENTRY for proceedings held before Judge John L. Kane. Motion Hearing as to Jamshid Muhtorov, Bakhtiyor Jumaev held on 1/9/2017. Interpreters: Irina Kamensky, Hasmik Jorgensen, Sanjar Babadjanov and Nodira Matyakubova are sworn. ORDER denying 1225 Motion to Strike as to Bakhtiyor Jumaev (2).Defendants are remanded. Court Reporter: Terri Lindblom. (kpreu) (Entered: 01/10/2017) |
| 01/09/2017 | 1229 | | Utility Setting/Resetting Deadlines/Hearings as to Jamshid Muhtorov, Bakhtiyor Jumaev: Suppression Hearing terminated as being held starting on 01/09/17. Text Only Entry (jhawk, ) (Entered: 01/12/2017) |
| 01/10/2017 | 1228 | | MINUTE ENTRY for Suppression Hearing – Day 2 proceedings held before Judge John L. Kane on 1/10/2017 as to Jamshid Muhtorov (1), and, Bakhtiyor Jumaev (2). Defendants present in custody. Defendants REMANDED. Court Reporter: Terri Lindblom. Interpreter: Hasmik Jorgensen, Irina Kamensky, Nodira Matyakubova, and Sanjar Babadjanov. (babia) (Entered: 01/11/2017) |
| 01/11/2017 | 1230 | | MINUTE ENTRY for Suppression Hearing – Day 3 proceedings held before Judge John L. Kane on 1/11/2017 as to Jamshid Muhtorov (1), and Bakhtiyor Jumaev (2). Defendants present in custody. Defendants REMANDED. Court Reporter: Terri Lindblom. Interpreter: Hasmik Jorgensen, Irina Kamensky, Nodira Matyakubova, and Sanjar Babadjanov. (babia) (Entered: 01/12/2017) |
| 01/12/2017 | 1231 | | MINUTE ENTRY for Suppression Hearing – Day 4 proceedings held before Judge John L. Kane on 1/12/2017 as to Jamshid Muhtorov (1), and Bakhtiyor Jumaev (2). Defendants present in custody. Defendants REMANDED. Court Reporter: Terri Lindblom. Interpreter: Irina Kamensky, Hasmik Jorgensen, Sanjar Babadjanov, and Nodira Matyakubova. (babia) (Entered: 01/13/2017) |
| 01/13/2017 | 1233 | | MINUTE ENTRY for Suppression Hearing – Day 5 proceedings held before Judge John L. Kane on 1/13/2017 as to Jamshid Muhtorov (1), and Bakhtiyor |

| | | | |
|---|---|---|---|
| | | | Jumaev (2). Defendants present in custody. Defendants REMANDED. Court Reporter: Tamara Hoffschildt. Interpreter: Hasmik Jorgensen, Irina Kamensky, Nodira Matyakubova, and Sanjar Babadjanov. (babia) (Entered: 01/17/2017) |
| 01/17/2017 | 1232 | | Order Setting Agenda Items for consideration January 17, 2017. Signed by Judge John L. Kane on 01/17/17. (jhawk, ) (Entered: 01/17/2017) |
| 01/17/2017 | 1234 | | MINUTE ENTRY for Suppression Hearing – Day 6 proceedings held before Judge John L. Kane on 1/17/2017 as to Jamshid Muhtorov, Bakhtiyor Jumaev. Defendants present in custody. Taking under advisement 1151 Motion to Suppress as to Bakhtiyor Jumaev (2); Taking under advisement 1154 Motion as to Bakhtiyor Jumaev (2); Taking under advisement 1156 Motion to Suppress as to Bakhtiyor Jumaev (2). Defendants REMANDED. Court Reporter: Terri Lindblom. Interpreter: Hasmik Jorgensen and Irina Kamensky. (babia) (Entered: 01/18/2017) |
| 01/19/2017 | 1235 | | MINUTE ORDER as to Jamshid Muhtorov, Bakhtiyor Jumaev directing counsel to call in to set oral argument on Defendants' Motions [1112 and 1115] to Dismiss Count 5 of the Indictment. Representatives for each party shall confer and call in to set a time for oral argument on either January 27, 30, or 31st – 303–844–6118. The time chosen may be set to run concurrently with the weekly status conference. by Judge John L. Kane on 1/19/2017. Text Only Entry (jlksec, ) (Entered: 01/19/2017) |
| 01/19/2017 | 1236 | | MINUTE ORDER as to Jamshid Muhtorov, Bakhtiyor Jumaev re 1115 MOTION to Dismiss *Count 5 of the Indictment* filed by Jamshid Muhtorov, 1112 MOTION to Dismiss Counts *Five* filed by Bakhtiyor Jumaev. A motions and status conference is set for January 31, 2017, at 11:00 AM in Courtroom A802 before Judge John L. Kane. The defendants' presence is not necessary and no interpreter will be in court. Ordered by Judge John L. Kane on 1/19/2017. Text Only Entry (jlksec) (Entered: 01/19/2017) |
| 01/19/2017 | 1237 | | MINUTE ORDER as to Jamshid Muhtorov, Bakhtiyor Jumaev. A Status Conference is set for Wednesday, January 25, 2017, at 11:00 AM in Courtroom A802 before Judge John L. Kane. The defendants' presence is not necessary and no interpreter will be present. Ordered by Judge John L. Kane on 1/19/2017. Text Only Entry (jlksec) (Entered: 01/19/2017) |
| 01/19/2017 | 1238 | | MINUTE ORDER as to Jamshid Muhtorov, Bakhtiyor Jumaev. A Status Conference is set for Wednesday, February 8, 2017, at 11:00 AM in Courtroom A802 before Judge John L. Kane. The defendants' presence is not necessary and no interpreter will be present. Ordered by Judge John L. Kane on 1/19/2017. Text Only Entry (jlksec) (Entered: 01/19/2017) |
| 01/19/2017 | 1239 | | MINUTE ORDER as to Jamshid Muhtorov, Bakhtiyor Jumaev. A Status Conference is set for Wednesday, February 15, 2017, at 11:00 AM in Courtroom A802 before Judge John L. Kane. The defendants' presence is not necessary and no interpreter will be present. Ordered by Judge John L. Kane on 1/19/2017. Text Only Entry (jlksec) (Entered: 01/19/2017) |
| 01/19/2017 | 1240 | | MINUTE ORDER as to Jamshid Muhtorov, Bakhtiyor Jumaev. A Status Conference is set for Wednesday, February 22, 2017, at 11:00 AM in Courtroom A802 before Judge John L. Kane. The defendants' presence is not necessary and no interpreter will be present. ORdered by Judge John L. Kane |

| | | | |
|---|---|---|---|
| | | | on 1/19/2017. Text Only Entry (jlksec) (Entered: 01/19/2017) |
| 01/19/2017 | 1241 | | MINUTE ORDER as to Jamshid Muhtorov, Bakhtiyor Jumaev. A Status Conference is set for Wednesday, March 1, 2017, at 11:00 AM in Courtroom A802 before Judge John L. Kane. The defendants' presence is not necessary and no interpreter will be present. Ordered by Judge John L. Kane on 1/19/2017. Text Only Entry (jlksec) (Entered: 01/19/2017) |
| 01/19/2017 | 1242 | | MINUTE ORDER as to Jamshid Muhtorov, Bakhtiyor Jumaev. A Status Conference is set for Wednesday, March 8, 2017, at 11:00 AM in Courtroom A802 before Judge John L. Kane. The defendants' presence is not necessary and no interpreter will be present. Ordered by Judge John L. Kane on 1/19/2017. Text Only Entry (jlksec) (Entered: 01/19/2017) |
| 01/25/2017 | 1243 | | NOTICE of "At−Issue" Motions by Bakhtiyor Jumaev (Savitz, David) (Entered: 01/25/2017) |
| 01/25/2017 | 1244 | | MINUTE ENTRY for Status Conference proceedings held before Judge John L. Kane on 1/25/2017 as to Jamshid Muhtorov (1), and Bakhtiyor Jumaev (2). Court Reporter: Terri Lindblom. (babia) (Entered: 01/25/2017) |
| 01/25/2017 | 1245 | | RESTRICTED DOCUMENT − Level 1−Notice of Intent to Use Evidence by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Attachments: # 1 Exhibit)(Tonini, David) Modified on 1/26/2017 to add text (jhawk, ). (Entered: 01/25/2017) |
| 01/25/2017 | 1246 | | MOTION for Leave to Restrict by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Tonini, David) (Entered: 01/25/2017) |
| 01/26/2017 | 1247 | | ORDER granting 1246 Motion for Leave to Restrict as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2). Access to Docket No. 1245 shall be limited to the parties and the court pursuant to D.C.COLO.LCrR 47.1(A). Signed by Judge John L. Kane on 01/26/17. (jhawk, ) (Entered: 01/26/2017) |
| 01/31/2017 | 1248 | | Unopposed MOTION to Modify 1194 Order on Motion for Order by Bakhtiyor Jumaev. (Baker, Mitchell) (Entered: 01/31/2017) |
| 01/31/2017 | 1249 | | MINUTE ORDER GRANTING Unopposed Motion 1248 to Modify Order on Government's 16(d) Motion 1194 . With the government's consent, provisions (5) and (9) of Doc. 1194 are modified/clarified to permit Jumaev defense team members Austin, Boehme, and Thompson the same level of access to information an concomitant responsibilities as to secrecy pertaining to the CHS as defense counsel and the defense investigator. Entered by Judge John L. Kane on 01/31/17. Text Only Entry (jhawk, ) (Entered: 02/01/2017) |
| 01/31/2017 | 1251 | | MINUTE ENTRY for Status Conference proceedings held before Judge John L. Kane on 2/1/2017 as to Jamshid Muhtorov (1), and Bakhtiyor Jumaev (2). Defendants NOT PRESENT. Taking under advisement 1115 Motion to Dismiss as to Jamshid Muhtorov (1). Taking under advisement 1112 Motion to Dismiss Counts as to Bakhtiyor Jumaev (2). Appearance of attorney Jacob R. Rasch−Chabot entered for Jamshid Muhtorov. Motion Hearing set for 2/8/2017 01:30 PM in Courtroom A 802 before Judge John L. Kane. Court Reporter: Terri Lindblom. (babia) Modified on 2/1/2017 to edit date filed(babia). (Entered: 02/01/2017) |
| 02/01/2017 | 1250 | | |

| | | | |
|---|---|---|---|
| | | | NOTICE of Change of Address/Contact Information *for AUSA Gregory Holloway and AUSA David Tonini* (Holloway, Gregory) (Entered: 02/01/2017) |
| 02/06/2017 | 1252 | | MINUTE ORDER re Doc. 1217 , Joint Motion to Strike the Government's James Proffer and Log or, in the Alternative, Joint Objections to the Government's Proffer and Request for Hearing. Defendants' Motion to Strike is DENIED, but the alternative Motion for a James hearing is GRANTED. Counsel are directed to CONFER and call in jointly to chambers to set the date and time for the hearing. In preparation for the hearing, to be submitted at least 48 hours before hand, counsel for the government and each defendant SHALL SUBMIT proposed JURY INSTRUCTIONS for each of the conspiracy claims in the operative Indictment. Entered by Judge John L. Kane on 02/06/17. Text Only Entry (jhawk, ) (Entered: 02/06/2017) |
| 02/06/2017 | 1253 | | RESTRICTED DOCUMENT – Level 3– by Bakhtiyor Jumaev. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Baker, Mitchell) (Entered: 02/06/2017) |
| 02/06/2017 | 1254 | | NOTICE *of Mr. Jumaev's Filing of* re 1253 Restricted Document – Level 3 by Bakhtiyor Jumaev (Baker, Mitchell) (Entered: 02/06/2017) |
| 02/06/2017 | 1255 | | TRANSCRIPT of Suppression Hearing as to Bakhtiyor Jumaev held on January 13, 2017 before Judge Kane. Pages: 657–827.<br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br>(thoff, ) Modified to restrict on 4/17/2018 (cthom, ). (Entered: 02/06/2017) |
| 02/08/2017 | 1256 | | MINUTE ENTRY for Status Conference proceedings held before Judge John L. Kane on 2/8/2017 as to Jamshid Muhtorov(1), and Bakhtiyor Jumaev (2). Defendants not present, in custody. Daubert Hearing set for 3/8/2017 01:30 PM in Courtroom A 802 before Judge John L. Kane. DEFENDANTS SHALL BE PRESENT. Court Reporter: Terri Lindblom. (babia) Modified on 2/9/2017 to correct hearing date (babia). (Entered: 02/08/2017) |
| 02/08/2017 | 1257 | | AMENDED MINUTE ENTRY for Status Conference proceedings held before Judge John L. Kane on 2/8/2017 as to Jamshid Muhtorov (1), and Bakhtiyor Jumaev(2). Amended re 1256 . Court Reporter: Terri Lindblom. (babia) (Entered: 02/08/2017) |
| 02/08/2017 | 1258 | | MINUTE ENTRY for Motion Hearing proceedings held before Judge John L. Kane on 2/8/2017 as to Jamshid Muhtorov (1), and Bakhtiyor Jumaev (2). Defendants not present, in custody. James Hearing set for 2/22/2017 01:00 PM in Courtroom A 802 before Judge John L. Kane – Defendants Jamshid Muhtorov (1) and Bakhtiyor Jumaev (2), and interpreters shall be present. Today's Motion Hearing is set to continue on 2/10/2017 at 11:00 AM – Ms. Korczynski (Government counsel) may appear via telephone. Court Reporter: |

| | | | |
|---|---|---|---|
| | | | Terri Lindblom. (babia) (Entered: 02/09/2017) |
| 02/10/2017 | 1259 | | MINUTE ORDER modifying start time for the James Hearing on Wednesday, February 22, 2017, and the Daubert Hearing on Wednesday, March 8, 2017. ORDERED that the hearings will begin at 9:30 a.m. rather than the original time of 1:00 p.m. and 1:30 p.m. in Courtroom A–802, Alfred A. Arraj United Stated District Courthouse, 901 19th St., Denver Colorado. Entered Text Only Entry (jhawk, ) (Entered: 02/10/2017) |
| 02/10/2017 | 1260 | | RESTRICTED DOCUMENT – Level 3–Minute Order by Court for Government and Court Only (jhawk, ) (Entered: 02/10/2017) |
| 02/10/2017 | 1261 | | MINUTE ENTRY for Motion Hearing proceedings held before Judge John L. Kane on 2/10/2017 as to Jamshid Muhtorov (1), and Bakhtiyor Jumaev (2). Defendants not present, in custody. Court Reporter: Terri Lindblom. (babia) (Entered: 02/10/2017) |
| 02/10/2017 | 1285 | | Utility Setting/Resetting Deadlines/Hearings as to Jamshid Muhtorov, Bakhtiyor Jumaev: Daubert Hearing set for 3/8/2017 09:30 AM before Judge John L. Kane. Pursuant to document 1259 . Defendants' presence is required. Text Only Entry (jhawk, ) (Entered: 02/27/2017) |
| 02/14/2017 | 1262 | | MINUTE ORDER. Agenda items for this week's status conference set for 11:00 a.m. tomorrow, February 15, 2017, include: (1) status of discovery requests/orders issued 2/8 and 2/10 during proceedings on Defendants' Joint Motion for Discovery (Doc. 1126); (2) status/needs regarding of USA's Motion 1176 re Expert Witness Responses and Rebuttal; and (3) schedule for jury selection/juror questionnaires. Counsel are advised Judge Kane is considering a 1:00 p.m. report time for prospective jurors on March 13 to accommodate other trials set on that date. In that event, jurors would complete their questionnaires Monday afternoon, and completed questionnaires would be available for counsel to review later that afternoon and overnight. If 20–30 jurors were cleared by Monday afternoon, notice could go out that evening and voir dire could begin Tuesday. Otherwise, it would commence on Wednesday. Judge Kane would like jurors brought up in small groups of 15–20 for voir dire. ORDERED as to Jamshid Muhtorov and Bakhtiyor Jumaev by Judge John L. Kane on 02/14/2017. Text Only Entry. (cthom, ) (Entered: 02/14/2017) |
| 02/14/2017 | 1263 | | MOTION for Reconsideration *OR TO MODIFY ORDER REQUIRING DISCLOSURE OF DEFENSE WITNESSES AND EXHIBITS* by Bakhtiyor Jumaev. (Baker, Mitchell) (Entered: 02/14/2017) |
| 02/15/2017 | 1264 | | RESPONSE to Motion by USA as to Bakhtiyor Jumaev re 1263 MOTION for Reconsideration *OR TO MODIFY ORDER REQUIRING DISCLOSURE OF DEFENSE WITNESSES AND EXHIBITS* (Tonini, David) (Entered: 02/15/2017) |
| 02/15/2017 | 1265 | | RESTRICTED TRANSCRIPT of proceedings held on 2/8/2017 before Judge Kane. Pages: 1–125. (tlind, ) (Entered: 02/15/2017) |
| 02/15/2017 | 1266 | | RESTRICTED TRANSCRIPT of proceedings held on 2/10/2017 before Judge Kane. Pages: 126–189. (tlind, ) (Entered: 02/15/2017) |
| 02/15/2017 | 1267 | | |

| | | | |
|---|---|---|---|
| | | | MINUTE ENTRY for Status Conference proceedings held before Judge John L. Kane on 2/15/2017 as to Jamshid Muhtorov (1), and Bakhtiyor Jumaev (2). Finding as Moot 1176 Motion for Order as to Jamshid Muhtorov (1); Granting 1263 Motion for Reconsideration as to Bakhtiyor Jumaev (2). ORDERED: The Government shall produce the Grand Jury transcripts, as specified, as soon as practicable. Court Reporter: Tamara Hoffschildt. (babia) (Entered: 02/15/2017) |
| 02/16/2017 | 1268 | | MINUTE ORDER re Jury Instructions. A set of Judge Kane's most recent criminal case jury instructions is available on the court's website following the art. III Senior Judges, Judge Kane, and Sample Jury Instructions links. In anticipation of the James hearing on next week, Judge Kane is also drafting his own versions of elements of the offense instructions, specifically including the instruction(s) for Count 5. The Count 5 elements instruction will follow the 1, 2, 3 format discussed in U.S. v. Stewart, 590 F.3d 93, 114–116 (2d Cir. 2009)(proof of underlying conspiracy first, then material support, then applicable mens rea), and include reference to First Amendment defenses/distinctions. ORDERED by Judge John L. Kane on 02/16/2017. Text Only Entry. (cthom, ) (Entered: 02/16/2017) |
| 02/16/2017 | 1269 | | MINUTE ENTRY for In Camera Hearing, Ex Parte, Classified proceedings held before Judge John L. Kane with the United States Government on 2/16/2017. Court Reporter: Terri Lindblom. (babia) Text Only Entry (Entered: 02/16/2017) |
| 02/17/2017 | 1270 | | (RESTRICTED DOCUMENT – Level 1) Gov Trial Witness List, first draft by USA as to Bakhtiyor Jumaev (Attachments: # 1 Exhibit)(Holloway, Gregory) Modified to add title on 2/23/2017 (cthom, ). (Entered: 02/17/2017) |
| 02/17/2017 | 1271 | | (RESTRICTED DOCUMENT – Level 1) Gov Trial Exhibit List, first draft by USA as to Bakhtiyor Jumaev (Attachments: # 1 Exhibit)(Holloway, Gregory) Modified to add title on 2/23/2017 (cthom, ). (Entered: 02/17/2017) |
| 02/17/2017 | 1272 | | (RESTRICTED DOCUMENT – Level 1) Gov submission of Grand Jury transcripts by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Holloway, Gregory) Modified to add title on 2/23/2017 (cthom, ). (Entered: 02/17/2017) |
| 02/17/2017 | 1273 | | NOTICE *First NOTICE OF INTENT TO OFFER CERTIFIED DOMESTIC RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Attachments: # 1 Exhibit)(Tonini, David) (Entered: 02/17/2017) |
| 02/21/2017 | 1274 | | Proposed Jury Instructions *Conspiracy Jury Instructions* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Tonini, David) (Entered: 02/21/2017) |
| 02/21/2017 | 1275 | | (RESTRICTED DOCUMENT – Level 1) MINUTE ORDER Regarding Jury Instruction for Count 5. ORDERED as to Jamshid Muhtorov and Bakhtiyor Jumaev by Judge John L. Kane on 02/21/2017. (cthom, ) (Entered: 02/21/2017) |
| 02/21/2017 | 1276 | | MINUTE ENTRY for In Camera Hearing, Ex Parte, Classified proceedings held before Judge John L. Kane with the United Stated Government on 2/21/2017. Court Reporter: Terri Lindblom. (babia) Text Only Entry |

| | | | |
|---|---|---|---|
| | | | (Entered: 02/21/2017) |
| 02/22/2017 | 1279 | | MINUTE ENTRY for James Hearing proceedings held before Judge John L. Kane on 2/22/2017 as to Jamshid Muhtorov (1), and Bakhtiyor Jumaev (2). Defendants present, in custody. The James Hearing is continued and set for 2/24/2017 08:00 AM in Courtroom A 802 before Judge John L. Kane. Defendants are REMANDED. Court Reporter: Tamara Hoffschildt. Interpreter: Nodira Isamiddinova, and Bakhodir Abdullaev. (babia) (Entered: 02/23/2017) |
| 02/23/2017 | 1277 | | (RESTRICTED DOCUMENT – Level 1) ORDER re Counts 5 and 6 of the Third Superseding Indictment In Light of the Government's Proffer and the Evidence Adduced During Day 1 of this Court's February 22, 2017 James Hearing as to Jamshid Muhtorov and Bakhtiyor Jumaev. ORDERED by Judge John L. Kane on 02/23/2017. (cthom, ) (Entered: 02/23/2017) |
| 02/23/2017 | 1278 | | (RESTRICTED DOCUMENT – Level 1) AMENDED 1277 ORDER re Counts 5 and 6 of the Third Superseding Indictment In Light of the Government's Proffer and the Evidence Adduced During Day 1 of this Court's February 22, 2017 James Hearing as to Jamshid Muhtorov and Bakhtiyor Jumaev. ORDERED by Judge John L. Kane on 02/23/2017. (cthom, ) (Entered: 02/23/2017) |
| 02/24/2017 | 1280 | | RESTRICTED DOCUMENT – Level 1–Letter to Counsel by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) Modified on 2/27/2017 to add text pursuant to JLK instructions (jhawk, ). (Entered: 02/24/2017) |
| 02/24/2017 | 1281 | | MINUTE ENTRY for James Hearing – Day 2 proceedings held before Judge John L. Kane on 2/24/2017 as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2). Defendants present, in custody. A further James Hearing set for 2/27/2017 08:30 AM in Courtroom A 802 before Judge John L. Kane. Defendants REMANDED. Court Reporter: Tamara Hoffschildt. Interpreter: Nodira Isamiddinova and Bakhodir Abdullaev. (babia) (Entered: 02/24/2017) |
| 02/27/2017 | 1282 | | RESTRICTED DOCUMENT – Level 1–Minute Order by the Court. (jhawk, ) (Entered: 02/27/2017) |
| 02/27/2017 | 1283 | | RESTRICTED DOCUMENT – Level 1–Letter to Counsel by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) Modified on 2/27/2017 to add text pursuant to JLK instructions (jhawk, ). (Entered: 02/27/2017) |
| 02/27/2017 | 1284 | | RESTRICTED DOCUMENT – Level 1–Letter to Counsel. Not to be shared with defendants. Filed by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) Modified on 2/27/2017 to add text pursuant to JLK instructions (jhawk, ). (Entered: 02/27/2017) |
| 02/27/2017 | 1286 | | RESTRICTED DOCUMENT – Level 1: by Jamshid Muhtorov (1), Bakhtiyor Jumaev (2). (babia) (Entered: 02/27/2017) |
| 02/27/2017 | 1287 | | MINUTE ENTRY for James Hearing proceedings held before Judge John L. Kane on 2/27/2017 as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2). Defendants present, in custody. Pursuant to 1286 . Defendants REMANDED. Court Reporter: Tamara Hoffschildt. Interpreter: Nodira Isamiddinova and |

| | | | Bakhodir Abdullaev. (babia) Text Only Entry (Entered: 02/27/2017) |
|---|---|---|---|
| 02/27/2017 | 1288 | | RESTRICTED DOCUMENT – Level 3–Minute Order by Court for Government Counsel and Court Only (jhawk, ) (Entered: 02/28/2017) |
| 02/28/2017 | 1289 | | MINUTE ORDER re Agenda Items for 03/01/17 Status Conference as to Jamshid Muhtorov, Bakhtiyor Jumaev. Entered by Judge John L. Kane on 02/28/17. (jhawk, ) (Entered: 02/28/2017) |
| 02/28/2017 | 1290 | | NOTICE *Government's Submission Regarding Multiplcity* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 02/28/2017) |
| 02/28/2017 | 1291 | | MOTION for Order *Tolling of Speedy Trial Pursuant to 18 U.S.C. Section 3161(h)(7)(B)(ii)* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 02/28/2017) |
| 02/28/2017 | 1292 | | RESTRICTED DOCUMENT – Level 1: Motion to Dismiss and Failure to Disclose Brady Materials by Bakhtiyor Jumaev. (Attachments: # 1 Exhibit)(Baker, Mitchell) Modified on 3/10/2017 to add text pursuant to JLK instructions (jhawk, ). (Entered: 02/28/2017) |
| 03/01/2017 | 1293 | | MINUTE ENTRY for Status Conference proceedings held before Judge John L. Kane on 3/1/2017 as to Jamshid Muhtorov (1),and Bakhtiyor Jumaev (2). Defendants not present, in custody. Finding as moot 1115 Motion to Dismiss as to Jamshid Muhtorov (1); Granting 1291 Motion for Order as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2); Finding as moot 1112 Motion to Dismiss Counts as to Bakhtiyor Jumaev (2). ORDERED: The Governments (Unopposed) Oral Motion to Dismiss Counts Five and Six of The Third Superseding Indictment is GRANTED. Only Counts One, Two, Three and Four remain to be tried. Status Conference set for 3/2/2017 10:00 AM in Courtroom A 802 before Judge John L. Kane. Status Conference set for 3/6/2017 02:00 PM in Courtroom A 802 before Judge John L. Kane. ORDERED:The Government has to and including Thursday, March 9, 2017 to file its response to Doc. No. 1292. If the Defense files a reply, it needs to be done in an expedited manner. Court Reporter: Tamara Hoffschildt. (babia) (Entered: 03/01/2017) |
| 03/02/2017 | 1294 | | MINUTE ENTRY for Status Conference proceedings held before Judge John L. Kane on 3/2/2017 as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2). Court Reporter: Terri Lindblom. (babia) (Entered: 03/02/2017) |
| 03/03/2017 | 1295 | | RESTRICTED DOCUMENT – Level 3: Minute Order by Court for Government Counsel and Court Only (jhawk, ) (Entered: 03/03/2017) |
| 03/06/2017 | 1296 | | MINUTE ENTRY for Status Conference proceedings held before Judge John L. Kane on 3/6/2017 as to Bakhtiyor Jumaev. Court Reporter: Terri Lindblom. (babia) (Entered: 03/06/2017) |
| 03/06/2017 | 1297 | | RESTRICTED DOCUMENT – Level 3: Order by Court for Government Counsel and Court Only (jhawk, ) (Entered: 03/06/2017) |
| 03/06/2017 | 1298 | | Proposed Verdict Form as to Bakhtiyor Jumaev (Tonini, David) (Entered: 03/06/2017) |
| 03/06/2017 | 1299 | | |

| | | | |
|---|---|---|---|
| | | | Proposed Jury Instructions by USA as to Bakhtiyor Jumaev (Tonini, David) (Entered: 03/06/2017) |
| 03/07/2017 | 1300 | | MOTION for Leave to File *Expert Endorsements* by Bakhtiyor Jumaev. (Baker, Mitchell) (Entered: 03/07/2017) |
| 03/07/2017 | 1301 | | RESTRICTED DOCUMENT – Level 1: Letter to Counsel. Not to be shared with defendants by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Tonini, David) Modified on 3/8/2017 to add text pursuant to JLK instructions (jhawk, ). (Entered: 03/07/2017) |
| 03/07/2017 | 1302 | | RESTRICTED DOCUMENT – Level 3: Government Response to Multiple Court Orders for Government Counsel and Court Only by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Attachments: # 1 Exhibit)(Tonini, David) Modified on 3/8/2017 to add text pursuant to JLK instrucions (jhawk, ). (Entered: 03/07/2017) |
| 03/08/2017 | 1303 | | MINUTE ENTRY for Daubert Hearing proceedings held before Judge John L. Kane on 3/8/2017 as to Jamshid Muhtorov (1), and Bakhtiyor Jumaev (2). Defendants present, in custody. Denying 1199 Motion to Exclude as to Jamshid Muhtorov (1); Denying 1206 Motion to Strike as to Bakhtiyor Jumaev (2). Defendants REMANDED. Court Reporter: Terri Lindblom. Interpreter: Nodira Isamiddinova and Bakhodir Abdullaev. (babia) (Entered: 03/09/2017) |
| 03/08/2017 | 1304 | | MINUTE ENTRY for In Camera Hearing, Ex Parte, Classified proceedings held before Judge John L. Kane with the United States Government on 3/8/2017. Court Reporter: Terri Lindblom. (babia) Text Only Entry (Entered: 03/09/2017) |
| 03/09/2017 | 1305 | | NOTICE *OF DEFENDANT JUMAEVS EXPERT WITNESS ENDORSEMENT OF MR. ROBERT KELSO* by Bakhtiyor Jumaev (Attachments: # 1 Exhibit, # 2 Exhibit)(Baker, Mitchell) (Entered: 03/09/2017) |
| 03/09/2017 | 1306 | | RESTRICTED DOCUMENT – Level 1: UNCLASSIFIED ORDER re in camera DISCOVERY REVIEWS UNDER CIPA §4 as to Jamshid Muhtorov, Bakhtiyor Jumaev. (athom, ) (Entered: 03/09/2017) |
| 03/09/2017 | 1307 | | RESTRICTED DOCUMENT – Level 1: Response to Motion to Dismiss and Timely Disclose Brady Material 1292 by USA as to Bakhtiyor Jumaev (Holloway, Gregory) Modified on 3/10/2017 to add text pursuant to JLK instructions (jhawk, ). (Entered: 03/09/2017) |
| 03/10/2017 | 1308 | | ORDER as to Bakhtiyor Jumaev. ORDERED that the clerk shall pay jurors in the above–entitled case the sum of $50.00 per day beginning on each juror's eleventh day of service and continuing thereafter until service has been completed and jurors are released by the court. Signed by Judge John L. Kane on 03/10/17. (jhawk, ) (Entered: 03/10/2017) |
| 03/10/2017 | 1309 | | RESTRICTED DOCUMENT – Level 3: by Bakhtiyor Jumaev. (Attachments: # 1 Appendix, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 |

| | | | |
|---|---|---|---|
| | | | Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Exhibit, # 29 Exhibit, # 30 Exhibit, # 31 Exhibit, # 32 Exhibit, # 33 Exhibit, # 34 Exhibit, # 35 Exhibit, # 36 Exhibit, # 37 Exhibit, # 38 Exhibit)(Baker, Mitchell) (Entered: 03/10/2017) |
| 03/10/2017 | 1310 | | RESTRICTED DOCUMENT – Level 1: Letter to Counsel. Not to be shared with defendants by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) Modified on 3/13/2017 to add text pursuant to JLK instructions (jhawk, ). (Entered: 03/10/2017) |
| 03/10/2017 | 1311 | | RESTRICTED DOCUMENT – Level 1: Updated Witness List by USA as to Bakhtiyor Jumaev (Attachments: # 1 Exhibit)(Holloway, Gregory) Modified on 3/13/2017 to add text (jhawk, ). (Entered: 03/10/2017) |
| 03/11/2017 | 1312 | | RESTRICTED DOCUMENT – Level 1: Reply to Document 1292 by Bakhtiyor Jumaev. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit)(Baker, Mitchell) Modified on 3/13/2017 to add text (jhawk, ). (Entered: 03/11/2017) |
| 03/12/2017 | 1313 | | RESTRICTED DOCUMENT – Level 1: Government's Corrected Response to 1292 by USA as to Bakhtiyor Jumaev (Holloway, Gregory) Modified on 3/13/2017 to add text (jhawk, ). (Entered: 03/12/2017) |
| 03/12/2017 | 1314 | | TRANSCRIPT of Rule 702 Hearing as to Jamshid Muhtorov, Bakhtiyor Jumaev held on 3/8/2017 before Judge Kane. Pages: 1–153. <br>**<br>NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 03/12/2017) |
| 03/13/2017 | 1315 | | RESTRICTED DOCUMENT – Level 3: Order by the Court re: Bakhtiyor Jumaev. (jhawk, ) (Entered: 03/13/2017) |
| 03/13/2017 | 1316 | | MOTION to Continue by Bakhtiyor Jumaev. (Baker, Mitchell) (Entered: 03/13/2017) |
| 03/13/2017 | 1317 | | MINUTE ORDER as to Jamshid Muhtorov, Bakhtiyor Jumaev. A Status Conference is set for 3/14/2017 at 1:00 PM in Courtroom A–802 before Judge John L. Kane. The defendants' presence is required. Mr. Williamson is instructed to call chambers immediately prior to 1:00 p.m. and the telephone call will be transferred into the courtroom 303–844–6118. Defendants will be transported to the courthouse and available –– with interpreters –– for counsel to meet with at 10:00 a.m. Ordered by Judge John L. Kane on 3/13/2017. Text Only Entry (jlksec) (Entered: 03/13/2017) |
| 03/13/2017 | 1318 | | MINUTE ENTRY for Jury Trial – Day 1 proceedings held before Judge John L. Kane on 3/13/2017 as to Bakhtiyor Jumaev. Defendant present, in custody. Granting 1316 Motion to Continue as to Bakhtiyor Jumaev(2). ORDERED: |

| | | |
|---|---|---|
| | | Doc. No. 1292 is DENIED. Jury Trial set to be continued on 1/8/2018 09:00 AM in Courtroom A 802 before Judge John L. Kane. Defendant is REMANDED. Court Reporter: Terri Lindblom. Interpreter: Hamik Jorgensen and Nodira Matyakubova. (babia) (Entered: 03/14/2017) |
| 03/13/2017 | 1320 | AMENDED MINUTE ENTRY for proceedings held before Judge John L. Kane on 3/13/2017 as to Bakhtiyor Jumaev. Amended re 1318 to change hearing to a Pretrial Conference and conclude. Defendant Bakhtiyor Jumaev (2) is set to begin a new jury trial on January 8, 2018 at 9:00 a.m. with a new jury venire. Court Reporter: Terri Lindblom. Interpreter: Hasmik Jorgensen and Nodira Matyakubova. (babia) (Entered: 03/15/2017) |
| 03/13/2017 | | ***Set/Reset Hearings as to Bakhtiyor Jumaev: Jury Trial set for 1/8/2018 09:00 AM in Courtroom A 802 before Judge John L. Kane. (babia) (Entered: 03/21/2017) |
| 03/14/2017 | 1319 | MINUTE ENTRY for Status Conference proceedings held before Judge John L. Kane on 3/14/2017 as to Jamshid Muhtorov (1), and Bakhtiyor Jumaev (2). Defendants present, in custody. The Court states that a new Jury venire will be secured for the trial of Defendant Jamshid Muhtorov, which is set to begin July 31, 2017 at 9:00 a.m. Defendants REMANDED. Court Reporter: Terri Lindblom. Interpreter: Hasmik Jorgensen and Nodira Matyakubova. (babia) (Entered: 03/14/2017) |
| 03/16/2017 | 1321 | RESTRICTED DOCUMENT – Level 1: Motion to Reconsider Order 1194 by USA as to Bakhtiyor Jumaev (Tonini, David) Modified on 3/17/2017 to add text pursuant to JLK chambers (jhawk, ). (Entered: 03/16/2017) |
| 03/24/2017 | 1323 | RESTRICTED DOCUMENT – Level 1: Unopposed MOTION to Modify 1194 Order by Bakhtiyor Jumaev. (Baker, Mitchell) Modified on 3/24/2017 to add text pursuant to JLK instructions (jhawk, ). (Entered: 03/24/2017) |
| 03/24/2017 | 1324 | MINUTE ORDER GRANTING Unopposed Motion 1323 to Modify Order on Government's 16(d) Motion 1194 . With the government's consent, provisions (5) and (9) of Doc. 1194 are modified/clarified to permit Jumaev defense team members Phil Landreth and Hobie Landreth the same level of access to information and concomitant responsibilities as to secrecy pertaining to the CHS as defense counsel and the defense investigator. Entered by Judge John L. Kane on 03/24/17. (jhawk, ) (Entered: 03/24/2017) |
| 03/27/2017 | 1325 | MINUTE ORDER as to Jamshid Muhtorov, Bakhtiyor Jumaev. The court would like to hold monthly status conferences beginning either the week of April 17 or 24, 2017. Please confer, pick a day and time for the meetings, and let chambers know on or before March 31, 2017 – 303–844–6118. Ordered by Judge John L. Kane on 3/27/2017. Text Only Entry (jlksec) (Entered: 03/27/2017) |
| 03/28/2017 | 1326 | MINUTE ORDER as to Jamshid Muhtorov, Bakhtiyor Jumaev. Monthly Status Conferences are set for 10:00 a.m. on 4/20/2017, 5/11/2017, 6/15/2017 and 7/13/2017 in Courtroom A–802 before Judge John L. Kane. Ordered by Judge John L. Kane on 3/28/2017. Text Only Entry (jlksec) (Entered: 03/28/2017) |
| 03/31/2017 | 1328 | ORDER Setting Agenda Items for 04/20/17 Status Conference as to Jamshid Muhtorov, Bakhtiyor Jumaev. Signed by Judge John L. Kane on 03/31/17. |

| | | | |
|---|---|---|---|
| | | | (jhawk, ) (Entered: 03/31/2017) |
| 04/06/2017 | 1333 | | Unopposed MOTION for Order *FOR ISSUANCE OF LETTERS ROGATORY* by Bakhtiyor Jumaev. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Baker, Mitchell) (Entered: 04/06/2017) |
| 04/07/2017 | 1336 | | NOTICE OF ATTORNEY APPEARANCE Beth N. Gibson appearing for USA. Attorney Beth N. Gibson added to party USA(pty:pla) (Gibson, Beth) (Entered: 04/07/2017) |
| 04/07/2017 | 1337 | | STATUS REPORT *Refgarding The Minute Order Re Sauerland Cell Verdict and Related Motion (Doc 1331)* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Tonini, David) (Entered: 04/07/2017) |
| 04/10/2017 | 1338 | | Letter by Clerk of Court. (Exhibit # 1 Request for Letter Rogatory by Judge John L. Kane and Attachment A) (jhawk, ) (Entered: 04/10/2017) |
| 04/10/2017 | 1339 | | Certificate of Service by Deputy Clerk re 1338 Letter mailed to Judicial Assistance Officer, U.S. Department of State, Office of Legal Affairs, SA−17, 10th Floor, 2201 C Street, NW, Washington DC 20522−1710. Text only entry. (jhawk, ) (Entered: 04/10/2017) |
| 04/12/2017 | 1346 | | MOTION for Reconsideration re 1151 MOTION to Suppress *Defendant Jumaev's Motion to Suppress Evidence Derived from Execution of Illegal Extra−Territorial Warrants* filed by Bakhtiyor Jumaev by Bakhtiyor Jumaev. (Savitz, David) (Entered: 04/12/2017) |
| 04/17/2017 | 1352 | | STATUS REPORT *Re Court's Order Setting Agenda Items for April 20, 2017 Status Conference (Doc.1328)* by Bakhtiyor Jumaev (Savitz, David) (Entered: 04/17/2017) |
| 04/17/2017 | 1358 | | RESTRICTED DOCUMENT – Level 1: Response to Document No. 1321, Motion to Reconsider Order 1194 by Bakhtiyor Jumaev. (Savitz, David) Modified on 4/17/2017 to add text pursuant to JLK Chambers instruction (jhawk, ). (Entered: 04/17/2017) |
| 04/19/2017 | 1367 | | MINUTE ORDER as to Jamshid Muhtorov, Bakhtiyor Jumaev. At the government's request, an ex parte classified hearing is set for 9:00 a.m. tomorrow, April 20, 2017, before the 10:00 a.m. status conference. The government's request was general and did not indicate that CIPA or CIPA classified materials would be discussed. Defense counsel will be apprised of any non−classified subject matter discussed at the hearing. Ordered by Judge John L. Kane on 4/19/2017. Text Only Entry (jlksec) (Entered: 04/19/2017) |
| 04/20/2017 | 1368 | | ORDER as to Jamshid Muhtorov, Bakhtiyor Jumaev. Government's Motion to Reconsider is Denied 1321 . Signed by Judge John L. Kane on 04/20/17. (jhawk, ) (Entered: 04/20/2017) |
| 04/20/2017 | 1369 | | MINUTE ENTRY for In Camera Hearing, Ex Parte, Classified proceedings held before Judge John L. Kane with the United States Government on 4/20/2017. Court Reporter: Terri Lindblom. (babia) Text Only Entry (Entered: 04/20/2017) |
| 04/20/2017 | 1370 | | MINUTE ENTRY for Status Conference proceedings held before Judge John L. Kane on 4/20/2017 as to Jamshid Muhtorov (1) and Bakhtiyor Jumaev (2). Defendants not present, in custody. Granting 1334 Motion for Order as to |

| | | | |
|---|---|---|---|
| | | | Jamshid Muhtorov (1); Finding as moot <u>1333</u> Motion for Order as to Bakhtiyor Jumaev (2), based on in–court discussion. Motion Hearing set for 5/18/2017 10:00 AM in Courtroom A 802 before Judge John L. Kane. THE APPEARANCES OF BOTH DEFENDANTS JAMSHID MUHTOROV(1) AND BAKHTIYOR JUMAEV (2) ARE REQUIRED. Court Reporter: Terri Lindblom. (babia) (Main Document 1370 replaced on 4/20/2017) (babia, ). (Entered: 04/20/2017) |
| 04/21/2017 | <u>1375</u> | | TRANSCRIPT of Motion Hearing – Day One as to Jamshid Muhtorov, Bakhtiyor Jumaev held on 1/09/2017 before Judge Kane. Pages: 1–172. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 04/21/2017) |
| 04/21/2017 | <u>1376</u> | | TRANSCRIPT of Motion Hearing – Day Two as to Jamshid Muhtorov, Bakhtiyor Jumaev held on 1/10/2017 before Judge Kane. Pages: 173–341. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 04/21/2017) |
| 04/21/2017 | <u>1377</u> | | RESTRICTED TRANSCRIPT of proceedings held on 1/10/2017 before Judge Kane. Pages: 207–213. (tlind, ) (Entered: 04/21/2017) |
| 04/21/2017 | <u>1378</u> | | TRANSCRIPT of Motion Hearing – Day Three as to Jamshid Muhtorov, Bakhtiyor Jumaev held on 1/11/2017 before Judge Kane. Pages: 341–518. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 04/21/2017) |

| 04/21/2017 | 1379 | | TRANSCRIPT of Motion Hearing – Day Four as to Jamshid Muhtorov, Bakhtiyor Jumaev held on 1/12/2017 before Judge Kane. Pages: 519–656. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 04/21/2017) |
| 04/21/2017 | 1380 | | TRANSCRIPT of Motion Hearing – Day Six as to Jamshid Muhtorov, Bakhtiyor Jumaev held on 1/17/2017 before Judge Kane. Pages: 845–925. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 04/21/2017) |
| 04/21/2017 | 1381 | | RESTRICTED TRANSCRIPT of proceedings held on 1/17/2017 before Judge Kane. Pages: 828–844. (tlind, ) (Entered: 04/21/2017) |
| 04/21/2017 | 1382 | | TRANSCRIPT of Hearing as to Jamshid Muhtorov, Bakhtiyor Jumaev held on 3/13/2017 before Judge Kane. Pages: 1–80. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 04/21/2017) |
| 04/21/2017 | 1383 | | TRANSCRIPT of Status Conference as to Jamshid Muhtorov, Bakhtiyor Jumaev held on 3/14/2017 before Judge Kane. Pages: 1–13. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> |

| | | | |
|---|---|---|---|
| | | | Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 04/21/2017) |
| 04/21/2017 | 1384 | | RESTRICTED TRANSCRIPT of proceedings held on 3/2/2017 before Judge Kane. Pages: 1–33. (tlind, ) (Entered: 04/21/2017) |
| 04/21/2017 | 1385 | | RESTRICTED TRANSCRIPT of proceedings held on 1/25/2017 before Judge Kane. Pages: 1–51. (tlind, ) (Entered: 04/21/2017) |
| 04/21/2017 | 1386 | | RESTRICTED TRANSCRIPT of proceedings held on 1/31/2017 before Judge Kane. Pages: 1–68. (tlind, ) (Entered: 04/21/2017) |
| 04/21/2017 | 1387 | | RESTRICTED TRANSCRIPT of proceedings held on 12/20/2016 before Judge Kane. Pages: 1–54. (tlind, ) (Entered: 04/21/2017) |
| 04/21/2017 | 1388 | | TRANSCRIPT of Status Conference as to Jamshid Muhtorov, Bakhtiyor Jumaev held on 6/7/2016 before Judge Kane. Pages: 1–50. <br><br>**NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 04/21/2017) |
| 04/27/2017 | 1392 | | MOTION for Order *Directing the Government to Grant Parole of Foreign Witnesses and His Adoption of Mr. Muhtorov's "Motion for Parole" (Doc. 1334)* by Bakhtiyor Jumaev. (Attachments: # 1 Proposed Order (PDF Only))(Savitz, David) (Entered: 04/27/2017) |
| 05/08/2017 | 1395 | | MINUTE ORDER as to Jamshid Muhtorov, Bakhtiyor Jumaev. Counsel for the parties are directed to CONFER and PREPARE a jointly proposed Notice of Agenda Items to be addressed at the Status Conference scheduled for Thursday, May 11, 2017, at 10:00 a.m. The Notice should be filed no later than noon on Wednesday, May 10, 2017. Ordered by Judge John L. Kane on 5/8/2017. Text Only Entry (jlksec) (Entered: 05/08/2017) |
| 05/08/2017 | 1396 | | RESPONSE to Motion by USA as to Bakhtiyor Jumaev re 1392 MOTION for Order *Directing the Government to Grant Parole of Foreign Witnesses and His Adoption of Mr. Muhtorov's "Motion for Parole" (Doc. 1334)* (Attachments: # 1 Exhibit)(Gibson, Beth) (Entered: 05/08/2017) |
| 05/09/2017 | 1397 | | MINUTE ORDER. The government's "Response to Motion for Parole of Witnesses and Request for Reconsideration" 1396 , filed with regard to Defendant 2 Bakhtiyor Jumaev only, is both a Response to Mr. Jumaev's Motion to Parole Witnesses 1392 and a separate Motion to Reconsider the court's 4/21/17 Order 1389 granting Mr. Muhtorov's Motion to Parole of Witnesses. Mr. Muhtorov is ORDERED to respond to the Motion to Reconsider on or before Tuesday, May 16, 2017, so that the witness parole question as it applies to his trial may be addressed on May 18, 2017, when the parties will be before the court on Mr. Muhtorov's Motion 1327 to |

| | | | |
|---|---|---|---|
| | | | Dismiss for Violation of Speedy Trial. Mr. Jumaev's Motion will be addressed in the normal course. Entered by Judge John L. Kane on 05/09/17. Text Only Entry (jhawk, ) (Entered: 05/09/2017) |
| 05/10/2017 | 1398 | | STATUS REPORT *Regarding Agenda Items for Status Conference on May 11, 2017* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Gibson, Beth) (Entered: 05/10/2017) |
| 05/11/2017 | 1399 | | ORDER re: 1346 Motion for Reconsideration of Ruling Denying Motion to Suppress Evidence Derived from Execution of Extra–Territorial Warrants 1151 as to Bakhtiyor Jumaev (2). Signed by Judge John L. Kane on 05/11/17. (jhawk, ) (Entered: 05/11/2017) |
| 05/11/2017 | 1400 | | MINUTE ENTRY for Status Conference proceedings held before Judge John L. Kane on 5/11/2017 as to Jamshid Muhtorov, Bakhtiyor Jumaev. Defendants NOT present, in custody. Court Reporter: Terri Lindblom. (babia) (Entered: 05/11/2017) |
| 05/16/2017 | 1404 | | REPLY TO RESPONSE to Motion by Jamshid Muhtorov as to Jamshid Muhtorov, Bakhtiyor Jumaev re 1392 MOTION for Order *Directing the Government to Grant Parole of Foreign Witnesses and His Adoption of Mr. Muhtorov's "Motion for Parole" (Doc. 1334) – Mr. Muhtorov's Reply to the Government's "Request for Reconsideration," Doc. 1396* (Attachments: # 1 Attachment A)(Williamson, Warren) (Entered: 05/16/2017) |
| 05/18/2017 | 1409 | | MINUTE ENTRY for Motion Hearing proceedings held before Judge John L. Kane on 5/18/2017 as to Jamshid Muhtorov (1), and Bakhtiyor Jumaev (2). Defendants present, in custody. Denying 1327 Motion to Dismiss as to Jamshid Muhtorov (1). ORDERED: The Governments Motion for Reconsideration (Doc. No. 1396) is GRANTED to VACATE language directing the Executive to parole into the country any particular witness. ORDERED: The Order (Doc. No. 1389) is REAFFIRMED to the extent it directs the Prosecution to continue working with Defense counsel to secure the presence of Mr. Muhtorovs witnesses for trial. Defendants are REMANDED. Court Reporter: Tamara Hoffschildt. Interpreter: Hasmik Jorgensen and Nodira Matyakubova. (babia) (Entered: 05/19/2017) |
| 05/18/2017 | 1410 | | RESTRICTED DOCUMENT – Level 1: Defendant's Exhibit A, offered and admitted, by Jamshid Muhtorov as to Motions Hearing held for Jamshid Muhtorov (1), and Bakhtiyor Jumaev (2) on May 18, 2017. (babia) (Entered: 05/19/2017) |
| 05/25/2017 | 1415 | | Joint MOTION for Order *approving a Jointly Proposed Pretrial Schedule* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Tonini, David) (Entered: 05/25/2017) |
| 05/25/2017 | 1417 | | MINUTE ORDER: The Status Conference scheduled for Thursday, June 15, 2017, at 10:00 AM is VACATED and RESET for 10:00 AM on Wednesday, June 14, 2017, in Courtroom A802 of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, before Judge John L. Kane. Entered by Judge John L. Kane on 05/25/17. Text Only Entry (jhawk, ) (Entered: 05/25/2017) |
| 05/26/2017 | 1418 | | MOTION for Order *for Pretrial Release* by Jamshid Muhtorov as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Attachments: # 1 Attachment A)(Williamson, |

| | | | |
|---|---|---|---|
| | | | Warren) (Entered: 05/26/2017) |
| 05/30/2017 | 1419 | | MOTION for Leave to Restrict by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Gibson, Beth) (Entered: 05/30/2017) |
| 05/30/2017 | 1420 | | RESTRICTED DOCUMENT – Level 1: Motion to Sever the Deposition by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Gibson, Beth) Modified on 6/1/2017 to add text (jhawk, ). (Entered: 05/30/2017) |
| 05/30/2017 | 1421 | | RESTRICTED DOCUMENT – Level 1– Withdrawal of Request for Videotaping of Deposition and Request for the Court's Denial of 1420 as Moot by Bakhtiyor Jumaev. (Savitz, David) Modified on 6/1/2017 to add text (jhawk, ). (Entered: 05/30/2017) |
| 05/30/2017 | 1422 | | Ordered as to as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2). Government's Motion to Restrict Document 1419 is Granted. Document 1420 shall remain under Level 1 Restriction. Entered by Judge John L. Kane on 05/30/17. Text Only Entry (jhawk, ) (Entered: 05/30/2017) |
| 06/02/2017 | 1423 | | RESTRICTED DOCUMENT – Level 1: by Bakhtiyor Jumaev. (Baker, Mitchell) (Entered: 06/02/2017) |
| 06/02/2017 | 1424 | | MINUTE ORDER GRANTING third Unopposed Motion to Modify Order re Government's Rule 16(d) Motion 1194 . With the government's consent, provisions (5) and (9) of Doc. 1194 are modified to permit Jumaev team member Darren McClaury the same level of access to information, subject to the same responsibilities as to secrecy, as other authorized defense team members. Entered by Judge John L. Kane on 06/02/17. Text Only Entry (jhawk, ) (Entered: 06/02/2017) |
| 06/05/2017 | 1425 | | TRANSCRIPT of Motion hearing as to Bakhtiyor Jumaev held on May 18, 2017 before Judge Kane. Pages: 1–48. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br><br>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (thoff, ) (Entered: 06/05/2017) |
| 06/09/2017 | 1434 | | MINUTE ORDER: The Status Conference scheduled for Wednesday, June 14, 2017, at 10:00 AM is VACATED. Entered by Judge John L. Kane on 06/09/17. Text Only Entry (jhawk, ) (Entered: 06/09/2017) |
| 06/14/2017 | 1439 | | REPLY TO RESPONSE to Motion by Jamshid Muhtorov as to Jamshid Muhtorov, Bakhtiyor Jumaev re 1418 MOTION for Order *for Pretrial Release – – Defendant's Reply to Government Response (Doc. 1438) In Opposition to His Bail Motion (Doc. 1418)* (Williamson, Warren) (Entered: 06/14/2017) |
| 06/16/2017 | 1440 | | NOTICE of Intent to Use Evidence by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Attachments: # 1 Exhibit)(Tonini, David) (Entered: |

| | | | |
|---|---|---|---|
| | | | 06/16/2017) |
| 06/16/2017 | 1441 | | NOTICE of Intent to Use Evidence by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Attachments: # 1 Exhibit)(Tonini, David) (Entered: 06/16/2017) |
| 06/16/2017 | 1442 | | NOTICE of Intent to Use Evidence by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Attachments: # 1 Exhibit)(Tonini, David) (Entered: 06/16/2017) |
| 06/16/2017 | 1443 | | NOTICE of Intent to Use Evidence by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Attachments: # 1 Exhibit)(Tonini, David) (Entered: 06/16/2017) |
| 06/22/2017 | 1445 | | TRANSCRIPT of Status Conference as to Jamshid Muhtorov, Bakhtiyor Jumaev held on 4/20/2017 before Judge Kane. Pages: 1–38. <br><br>**NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 06/22/2017) |
| 06/22/2017 | 1446 | | TRANSCRIPT of Status Conference as to Jamshid Muhtorov, Bakhtiyor Jumaev held on 5/11/2017 before Judge Kane. Pages: 1–17. <br><br>**NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 06/22/2017) |
| 07/12/2017 | 1465 | | MINUTE ORDER: The Status Conference scheduled for Thursday, July 13, 2017, at 10:00 AM is VACATED. Ordered by Judge John L. Kane on 7/12/2017. Text Only Entry (jlksec) (Entered: 07/12/2017) |
| 07/13/2017 | 1466 | | MINUTE ENTRY for In Camera Hearing, Ex Parte, proceedings held before Judge John L. Kane with the United States Government on 7/13/2017. Court Reporter: Terri Lindblom. (babia) Text Only Entry (Entered: 07/13/2017) |
| 07/13/2017 | 1467 | | RESTRICTED DOCUMENT – Level 1: by Bakhtiyor Jumaev. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Savitz, David) (Entered: 07/13/2017) |
| 07/27/2017 | 1471 | | MOTION for Leave to Restrict by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Gibson, Beth) (Entered: 07/27/2017) |

| 07/27/2017 | 1472 | | MOTION for Leave to Restrict by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Gibson, Beth) (Entered: 07/27/2017) |
|---|---|---|---|
| 07/27/2017 | 1473 | | (RESTRICTED DOCUMENT – Level 1) Response to 1467 by USA as to Bakhtiyor Jumaev (Gibson, Beth) Modified to add text on 9/18/2017 (cthom, ). (Entered: 07/27/2017) |
| 07/28/2017 | 1474 | | ORDER granting 1472 Motion for Leave to Restrict as to Bakhtiyor Jumaev (2) by Judge John L. Kane on 7/28/2017. (cthom, ) (Entered: 07/28/2017) |
| 08/02/2017 | 1475 | | (RESTRICTED DOCUMENT – Level 1) Preliminary Reply to 1467 by Bakhtiyor Jumaev. (Savitz, David) Modified to add text on 9/18/2017 (cthom, ). (Entered: 08/02/2017) |
| 08/04/2017 | 1476 | | RESTRICTED DOCUMENT – Level 3: by Bakhtiyor Jumaev. (Attachments: # 1 Appendix, # 2 Exhibit, # 3 Proposed Order (PDF Only), # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Exhibit, # 29 Exhibit, # 30 Exhibit, # 31 Exhibit, # 32 Exhibit, # 33 Exhibit, # 34 Exhibit, # 35 Exhibit, # 36 Exhibit, # 37 Exhibit, # 38 Exhibit, # 39 Exhibit, # 40 Exhibit, # 41 Exhibit, # 42 Exhibit, # 43 Exhibit, # 44 Exhibit, # 45 Exhibit, # 46 Exhibit)(Baker, Mitchell) (Entered: 08/04/2017) |
| 08/07/2017 | 1477 | | RESTRICTED DOCUMENT – Level 3 as to Bakhtiyor Jumaev. (cthom, ) (Entered: 08/07/2017) |
| 08/21/2017 | 1478 | | MINUTE ORDER as to Jamshid Muhtorov, Bakhtiyor Jumaev re 1467 Restricted Document – Level 1 filed by Bakhtiyor Jumaev. Defendant Muhtorov's Response to Defendant Jumaev's motion 1467 shall be filed on or before August 30, 2017. Counsel for all parties should confer and call chambers jointly on or before August 31, 2017, in order to set a status conference – 303–844–6118. The status conference will be held before September 25, 2017. Ordered by Judge John L. Kane on 8/21/2017. Text Only Entry (jlksec) (Entered: 08/21/2017) |
| 08/23/2017 | 1480 | | MINUTE ORDER as to Jamshid Muhtorov, Bakhtiyor Jumaev. The Government's request for an outright denial of Defendant Jumaev's Motion for Videotaping Deposition 1467 is denied. The Government shall submit any additional briefing it would like the court to consider on or before Friday, September 1, 2017. Mr. Jumaev's Reply is due on or before September 12, 2017. Ordered by Judge John L. Kane on 8/23/2017. Text Only Entry (jlksec) (Entered: 08/23/2017) |
| 08/23/2017 | 1481 | | MINUTE ORDER as to Jamshid Muhtorov, Bakhtiyor Jumaev. A Status Conference is set for 9/25/2017 at 10:00 AM in Courtroom A802 before Judge John L. Kane. The presence of the Defendants is NOT required. Ordered by Judge John L. Kane on 8/23/2017. Text Only Entry (jlksec) (Entered: 08/23/2017) |
| 08/28/2017 | 1482 | | RESTRICTED DOCUMENT – Level 3: by Bakhtiyor Jumaev. (Attachments: # 1 Exhibit, # 2 Proposed Order (PDF Only))(Baker, Mitchell) (Entered: 08/28/2017) |

| 09/01/2017 | 1483 | | MOTION for Leave to Restrict by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 09/01/2017) |
|---|---|---|---|
| 09/01/2017 | 1484 | | (RESTRICTED DOCUMENT – Level 1) 2nd Response to 1467 by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) Modified to add text on 9/18/2017 (cthom, ). (Entered: 09/01/2017) |
| 09/05/2017 | 1485 | | ORDER granting 1483 Motion for Leave to Restrict as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2). ORDERED by Judge John L. Kane on 9/5/2017. (cthom, ) (Entered: 09/05/2017) |
| 09/12/2017 | 1486 | | (RESTRICTED DOCUMENT – Level 1) Reply to 1467 by Bakhtiyor Jumaev. (Savitz, David) Modified to add text on 9/18/2017 (cthom, ). (Entered: 09/12/2017) |
| 09/13/2017 | 1489 | | NOTICE *of Classified Ex Parte, In Camera Motion Filed* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 09/13/2017) |
| 09/13/2017 | 1490 | | MOTION for Leave to Restrict by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 09/13/2017) |
| 09/14/2017 | 1491 | | ORDER granting 1490 Motion for Leave to Restrict as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2). ORDERED by Judge John L. Kane on 9/14/2017. (cthom, ) (Entered: 09/14/2017) |
| 09/14/2017 | 1492 | | Renewed MOTION for Order *DIRECTING THE GOVERNMENT TO GRANT PAROLE OF FOREIGN WITNESSES (Related to Doc. 1392)* by Bakhtiyor Jumaev. (Attachments: # 1 Proposed Order (PDF Only))(Baker, Mitchell) (Entered: 09/14/2017) |
| 09/15/2017 | 1493 | | RESTRICTED DOCUMENT – Level 1: by Bakhtiyor Jumaev. (Savitz, David) (Entered: 09/15/2017) |
| 09/18/2017 | 1494 | | ORDER Setting Agenda Items for 9/25/2017 Status Conference as to Jamshid Muhtorov, Bakhtiyor Jumaev. ORDERED by Judge John L. Kane on 9/18/2017. (cthom, ) (Entered: 09/18/2017) |
| 09/18/2017 | 1495 | | (RESTRICTED DOCUMENT – Level 1) Order re 1467 as to Bakhtiyor Jumaev. (cthom, ) (Entered: 09/18/2017) |
| 09/18/2017 | 1496 | | (RESTRICTED DOCUMENT–Level 1) MINUTE ORDER as to Bakhtiyor Jumaev Setting ex Parte Hearing. ORDERED by Judge John L. Kane on 9/18/2017. (cthom, ) (Entered: 09/18/2017) |
| 09/20/2017 | 1497 | | MINUTE ENTRY for In Court Hearing proceedings held before Judge John L. Kane on 9/20/2017 as to Bakhtiyor Jumaev (2). Court Reporter: Terri Lindblom. (babia) (Entered: 09/20/2017) |
| 09/20/2017 | 1498 | | MINUTE ORDER. Judge John L. Kane directs counsel to ADD Doc. 1300, Motion for Leave to File Expert Endorsements, as an AGENDA ITEM for the 9/25/17 Status Conference. Ordered by Judge John L. Kane on 9/20/2017. Text Only Entry (jlksec) (Entered: 09/20/2017) |
| 09/21/2017 | 1499 | | (RESTRICTED DOCUMENT – Level 1) Joint Status Report: Agenda Items by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Gibson, Beth) Modified to add title on 9/22/2017 (cthom, ). (Entered: 09/21/2017) |

| 09/21/2017 | 1500 | | MOTION for Leave to Restrict by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Gibson, Beth) (Entered: 09/21/2017) |
|---|---|---|---|
| 09/22/2017 | 1501 | | ORDER granting 1500 Motion for Leave to Restrict as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2). ORDERED by Judge John L. Kane on 9/22/2017. (cthom, ) (Entered: 09/22/2017) |
| 09/22/2017 | 1502 | | RESTRICTED DOCUMENT – Level 3 as to Bakhtiyor Jumaev. (Attachments: # 1 Exhibit)(cthom, ) (Entered: 09/22/2017) |
| 09/25/2017 | 1503 | | MINUTE ENTRY for Status Conference proceedings held before Judge John L. Kane on 9/25/2017 as to Defendants Jamshid Muhtorov (1), and Bakhtiyor Jumaev (2). Defendants not present, in custody. Granting 1300 Motion for Leave to File as to Bakhtiyor Jumaev (2). A Discovery Hearing is set for 10/30/2017 at 01:00 PM and 10/31/2017 at 09:00 AM in Courtroom A 802 before Judge John L. Kane. A Status Conference is set for 9/28/2017 10:00 AM in Courtroom A 802 before Judge John L. Kane. Court Reporter: Tamara Hoffschildt. (babia) (Entered: 09/25/2017) |
| 09/26/2017 | 1504 | | RESTRICTED DOCUMENT – Level 3 as to Bakhtiyor Jumaev. (cthom, ) (Entered: 09/27/2017) |
| 09/28/2017 | 1505 | | MINUTE ENTRY for Status Conference proceedings held before Judge John L. Kane on 9/28/2017 as to Bakhtiyor Jumaev. Court Reporter: Tamara Hoffschildt. (babia) (Entered: 09/28/2017) |
| 10/03/2017 | 1507 | | (RESTRICTED DOCUMENT – Level 1) Motion for Disclosure of Government Analysis of Records by Bakhtiyor Jumaev. (Baker, Mitchell) Modified to add title on 10/3/2017 (cthom, ). (Entered: 10/03/2017) |
| 10/03/2017 | 1508 | | (RESTRICTED DOCUMENT – Level 1) Motion to Compel by Bakhtiyor Jumaev. (Baker, Mitchell) Modified to add title on 10/3/2017 (cthom, ). (Entered: 10/03/2017) |
| 10/03/2017 | 1509 | | (RESTRICTED DOCUMENT – Level 1) Motion for Disclosure of Communications by Bakhtiyor Jumaev. (Baker, Mitchell) Modified to add title on 10/3/2017 (cthom, ). (Entered: 10/03/2017) |
| 10/03/2017 | 1510 | | (RESTRICTED DOCUMENT – Level 1) Motion for Disclosure of Brady and Giglio Material by Bakhtiyor Jumaev. (Baker, Mitchell) Modified to add title on 10/3/2017 (cthom, ). (Entered: 10/03/2017) |
| 10/03/2017 | 1511 | | RESTRICTED DOCUMENT – Level 3: by Bakhtiyor Jumaev. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Proposed Order (PDF Only))(Baker, Mitchell) (Entered: 10/03/2017) |
| 10/04/2017 | 1513 | | RESTRICTED DOCUMENT – Level 3 as to Bakhtiyor Jumaev. (cthom, ) (Entered: 10/04/2017) |
| 10/05/2017 | 1514 | | RESTRICTED DOCUMENT – Level 3 as to Bakhtiyor Jumaev. (Attachments: # 1 Exhibit, # 2 Exhibit)(cthom, ) (Entered: 10/05/2017) |
| 10/10/2017 | 1516 | | RESTRICTED DOCUMENT – Level 3 as to Bakhtiyor Jumaev. (Attachments: # 1 Exhibit)(cthom, ) (Entered: 10/11/2017) |
| 10/11/2017 | 1517 | | RESTRICTED DOCUMENT – Level 1: by Bakhtiyor Jumaev. (Baker, Mitchell) (Entered: 10/11/2017) |

| 10/12/2017 | 1519 | | MINUTE ORDER as to Jamshid Muhtorov and Bakhtiyor Jumaev. In accordance with my statement at the September 25, 2017 status conference, an evidentiary hearing regarding Docs. 813 , 825 , and 832 is set for November 9, 2017, at 9 a.m. in Courtroom A–802, Alfred A. Arraj U.S. District Courthouse, 901 19th St., Denver, Colorado. Defendants' presence is required. ORDERED by Judge John L. Kane on 10/12/2017. Text Only Entry. (cthom, ) (Entered: 10/12/2017) |
| 10/17/2017 | 1521 | | (RESTRICTED DOCUMENT – Level 1) Response to 1507 by USA as to Bakhtiyor Jumaev (Holloway, Gregory) Modified to add text pursuant to 1527 Order on 10/18/2017 (cthom, ). (Entered: 10/17/2017) |
| 10/17/2017 | 1522 | | (RESTRICTED DOCUMENT – Level 1) Response to 1508 by USA as to Bakhtiyor Jumaev (Holloway, Gregory) Modified to add text pursuant to 1527 Order on 10/18/2017 (cthom, ). (Entered: 10/17/2017) |
| 10/17/2017 | 1523 | | (RESTRICTED DOCUMENT – Level 1) Response to 1509 by USA as to Bakhtiyor Jumaev (Holloway, Gregory) Modified to add text pursuant to 1527 Order on 10/18/2017 (cthom, ). (Entered: 10/17/2017) |
| 10/17/2017 | 1524 | | (RESTRICTED DOCUMENT – Level 1) Response to 1510 by USA as to Bakhtiyor Jumaev (Holloway, Gregory) Modified to add text pursuant to 1527 Order on 10/18/2017 (cthom, ). (Entered: 10/17/2017) |
| 10/17/2017 | 1525 | | (RESTRICTED DOCUMENT – Level 1) Response to 1512 and 1517 by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) Modified to add text pursuant to 1527 Order on 10/18/2017 (cthom, ). (Entered: 10/17/2017) |
| 10/17/2017 | 1528 | | RESTRICTED DOCUMENT – Level 3 as to Bakhtiyor Jumaev. (cthom, ) (Entered: 10/18/2017) |
| 10/18/2017 | 1526 | | MOTION for Leave to Restrict by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 10/18/2017) |
| 10/18/2017 | 1527 | | ORDER granting 1526 Motion for Leave to Restrict by Judge John L. Kane on 10/18/2017. (cthom, ) (Entered: 10/18/2017) |
| 10/20/2017 | 1529 | | RESTRICTED DOCUMENT – Level 3: by Bakhtiyor Jumaev. (Attachments: # 1 Exhibit, # 2 Proposed Order (PDF Only))(Baker, Mitchell) (Entered: 10/20/2017) |
| 10/20/2017 | 1530 | | RESTRICTED DOCUMENT – Level 3 as to Bakhtiyor Jumaev. (Attachments: # 1 Exhibit)(cthom, ) (Entered: 10/20/2017) |
| 10/23/2017 | 1531 | | RESTRICTED DOCUMENT – Level 3: by Bakhtiyor Jumaev. (Attachments: # 1 Exhibit, # 2 Proposed Order (PDF Only))(Baker, Mitchell) (Entered: 10/23/2017) |
| 10/24/2017 | 1532 | | RESTRICTED DOCUMENT – Level 1: by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 10/24/2017) |
| 10/24/2017 | 1533 | | MOTION for Leave to Restrict by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 10/24/2017) |
| 10/24/2017 | 1534 | | NOTICE *Government's Request for CIPA Section 4 Status Hearing* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) (Entered: |

| | | | |
|---|---|---|---|
| | | | 10/24/2017) |
| 10/24/2017 | 1535 | | MINUTE ORDER as to Jamshid Muhtorov, Bakhtiyor Jumaev. At the government's request, an ex parte classified hearing is set for 2:30 p.m. tomorrow, October 25, 2017. The government's request for the hearing was general and nonspecific. Defense counsel will be apprised of any non−classified subject matter discussed at the hearing. Ordered by Judge John L. Kane on 10/24/2017. Text Only Entry (jlksec) (Entered: 10/24/2017) |
| 10/24/2017 | 1536 | | ORDER granting 1533 Motion for Leave to Restrict as to Jamshid Muhtorov (1) and Bakhtiyor Jumaev (2). ORDERED by Judge John L. Kane on 10/24/2017. (cthom, ) (Entered: 10/25/2017) |
| 10/25/2017 | 1537 | | (RESTRICTED DOCUMENT − Level 3) Order re 1531 Restricted Document as to Bakhtiyor Jumaev. (cthom, ) Modified to add title on 10/25/2017 (cthom, ). (Entered: 10/25/2017) |
| 10/25/2017 | 1538 | | NOTICE of Withdrawal of Appearance by Department of Justice as to Jamshid Muhtorov, Bakhtiyor Jumaev (Korczynski, Kiersten) (Entered: 10/25/2017) |
| 10/25/2017 | 1539 | | MINUTE ORDER as to Jamshid Muhtorov, Bakhtiyor Jumaev. The court construes the Government's 1538 Notice of Withdrawal of Appearance as a Motion to Withdraw and GRANTS the request. Given that representation of the Government will continue with Mr. Holloway, Ms. Gibson, and Mr. Tonini, Attorney Kiersten Jennifer Korczynski is authorized to WITHDRAW as counsel. Ms. Korczynski shall be removed from future electronic notifications in this case. ORDERED by Judge John L. Kane on 10/25/2017. (cthom, ) (Entered: 10/25/2017) |
| 10/25/2017 | 1540 | | MINUTE ENTRY for In Camera Hearing, Ex Parte (Status Conference) Classified proceedings held before Judge John L. Kane with United States Government on 10/25/2017. Court Reporter: Terri Lindblom. (babia) Text Only Entry Modified on 10/26/2017 to correct text error. (babia) (Entered: 10/25/2017) |
| 10/25/2017 | 1541 | | RESTRICTED DOCUMENT − Level 3 as to Bakhtiyor Jumaev. (Attachments: # 1 Exhibit)(cthom, ) (Entered: 10/26/2017) |
| 10/30/2017 | 1545 | | MINUTE ENTRY for Discovery Hearing proceedings held before Judge John L. Kane on 10/30/2017 as to Jamshid Muhtorov, Bakhtiyor Jumaev. ORDERED: The United States Marshal Service shall have Defendants Jamshid Muhtorov (1), and Bakhtiyor Jumaev (2) available in person for the Discovery Hearing set October 31, 2017 at 9:00 a.m. Court Reporter: Terri Lindblom. Interpreter: Hasmik Jorgensen and Nodira Matyakubova. (babia) (Entered: 10/30/2017) |
| 10/31/2017 | 1547 | | RESTRICTED DOCUMENT − Level 3 as to Bakhtiyor Jumaev. (athom, ) (Entered: 11/01/2017) |
| 10/31/2017 | 1550 | | MINUTE ENTRY for Discovery Hearing proceedings held before Judge John L. Kane 10/31/2017 as to Jamshid Muhtorov, and Bakhtiyor Jumaev. ***Finding as moot [] Motion as to Bakhtiyor Jumaev (2); ***Granting [] Motion as to Bakhtiyor Jumaev (2). ORDERED:Immediately following todays hearing counsel for the Government and counsel for Defendant |

| | | | |
|---|---|---|---|
| | | | Jumaev shall meet and confer and provide names and contact information of Tajik Interpreters to Interpreter Services (LaDonne Bush) by Wednesday, November 8, 2017. Court Reporter: Terri Lindblom. Interpreter: Hasmik Jorgensen and Nodira Matyakubova. (Attachments: # 1 Exhibit, # 2 Exhibit) (babia) (Entered: 11/01/2017) |
| 11/01/2017 | 1548 | | RESTRICTED DOCUMENT – Level 3: by Bakhtiyor Jumaev. (Attachments: # 1 Proposed Order (PDF Only))(Baker, Mitchell) (Entered: 11/01/2017) |
| 11/01/2017 | 1549 | | RESTRICTED DOCUMENT – Level 3 as to Bakhtiyor Jumaev. (athom, ) (Entered: 11/01/2017) |
| 11/01/2017 | 1551 | | MINUTE ENTRY for Discovery Hearing Day 3 proceedings held before Judge John L. Kane on 11/1/2017 as to Jamshid Muhtorov (1), and Bakhtiyor Jumaev (2). Court Reporter: Terri Lindblom. Interpreter: Hasmik Jorgensen. (Attachments: # 1 Exhibit 3) (babia) (Entered: 11/02/2017) |
| 11/01/2017 | 1552 | | MINUTE ENTRY for In Camera Hearing, Ex Parte (Status Conference) Classified proceedings held before Judge John L. Kane with the Government on 11/1/2017 as to Jamshid Muhtorov (1), and Bakhtiyor Jumaev (2). Court Reporter: Terri Lindblom. (babia) Text Only Entry (Entered: 11/02/2017) |
| 11/02/2017 | 1553 | | MOTION for Leave to Restrict by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 11/02/2017) |
| 11/02/2017 | 1554 | | MOTION to Withdraw as Attorney by Erin Martha Creegan by Department of Justice as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Creegan, Erin) (Entered: 11/02/2017) |
| 11/03/2017 | 1555 | | ORDER granting 1554 Motion to Withdraw as Attorney. Given that representation of the Government will continue with Mr. Holloway, Ms. Gibson, and Mr. Tonini, Attorney Erin Creegan is authorized to WITHDRAW as counsel. Ms. Creegan shall be removed from future electronic notifications in this case. ORDERED by Judge John L. Kane on 11/3/2017. Text Only Entry (cthom, ) (Entered: 11/03/2017) |
| 11/03/2017 | 1556 | | MINUTE ORDER GRANTING Government's 1553 Motion to Restrict Document No. 1551–1, despite the fact that it refers to a seemingly unrelated 1194 Protective Order. As a warning to the government, informal, ex parte requests of the Court are unacceptable. Written motions must be filed including some justification substantiating any request. ORDERED by Judge John L. Kane on 11/3/2017. Text Only Entry (cthom, ) (Entered: 11/03/2017) |
| 11/06/2017 | 1557 | | RESTRICTED DOCUMENT – Level 3: by Bakhtiyor Jumaev. (Attachments: # 1 Proposed Order (PDF Only))(Baker, Mitchell) (Entered: 11/06/2017) |
| 11/06/2017 | 1558 | | RESTRICTED DOCUMENT – Level 3 as to Bakhtiyor Jumaev. (cthom, ) (Entered: 11/06/2017) |
| 11/06/2017 | 1559 | | Proposed Jury Instructions *Proposed Revised Juror Questionnaire* by Bakhtiyor Jumaev (Attachments: # 1 Exhibit)(Savitz, David) (Entered: 11/06/2017) |
| 11/06/2017 | 1560 | | |

| | | | |
|---|---|---|---|
| | | | NOTICE *to Defendants of In Camera, Ex Parte Under Seal Filing by the United States Pursuant to the Classified Information Procedures Act* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 11/06/2017) |
| 11/08/2017 | 1562 | | (RESTRICTED DOCUMENT – Level 1) Order re November 9, 2017 Evidentiary Hearing. ORDERED by Judge John L. Kane on 11/8/2017. (cthom, ) (Entered: 11/08/2017) |
| 11/09/2017 | 1563 | | MINUTE ENTRY for Evidentiary Hearing proceedings held before Judge John L. Kane on 11/9/2017 as to Jamshid Muhtorov (1), and Bakhtiyor Jumaev (2). Defendants present, in custody. ORDERED:Defendants Motion To Dismiss, (as related to Doc. Nos. 813 and 825), is DENIED. In Court Hearing set for 12/21/2017 at 10:30 AM in Courtroom A 802 before Judge John L. Kane. Defendant Jumaev (2) and Interpreter shall be present. ORDERED: Counsel shall file a Joint Status report by December 18, 2017. Trial Preparation Conference set for 1/3/2018 at 10:30 AM in Courtroom A 802 before Judge John L. Kane. Defendants REMANDED. Court Reporter: Tamara Hoffschildt. Interpreter: Hasmik Jorgensen and Nodira Matyakubova. (babia) (Additional attachment(s) added on 11/9/2017: # 1 Exhibit) (babia, ). (Entered: 11/09/2017) |
| 11/13/2017 | 1564 | | MINUTE ENTRY for In Camera Hearing, Ex Parte Status Conference proceedings held before Judge John L. Kane with the Government on 11/13/2017 as to Jamshid Muhtorov (1), and Bakhtiyor Jumaev (2). Court Reporter: Terri Lindblom. (babia) Text Only Entry (Entered: 11/13/2017) |
| 11/13/2017 | 1565 | | (RESTRICTED DOCUMENT – Level 1) Notice of Classified Order by Judge John L. Kane on 11/13/2017. (cthom, ) (Entered: 11/13/2017) |
| 11/20/2017 | 1566 | | MINUTE ORDER as to Bakhtiyor Jumaev re 1563 . Defendant Jumaev's presence is required for the In Court Hearing set for 12/21/2017 at 10:30 AM as well as the Trial Preparation Conference set for 1/3/2018 at 10:30 AM in Courtroom A802. Ordered by Judge John L. Kane on 11/20/2017. Text Only Entry (jlksec) (Entered: 11/20/2017) |
| 11/21/2017 | 1567 | | NOTICE *to Defendants of In Camera, Ex Parte Under Seal Filing* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 11/21/2017) |
| 11/22/2017 | 1568 | | MOTION for Order *Defendant Jumaev's Motion to Revise the Protocol for Jury Selection* by Bakhtiyor Jumaev. (Savitz, David) (Entered: 11/22/2017) |
| 11/24/2017 | 1569 | | RESTRICTED DOCUMENT – Level 3: by Bakhtiyor Jumaev. (Attachments: # 1 Proposed Order (PDF Only))(Baker, Mitchell) (Entered: 11/24/2017) |
| 11/24/2017 | 1570 | | RESTRICTED DOCUMENT – Level 3: by Bakhtiyor Jumaev. (Attachments: # 1 Proposed Order (PDF Only), # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit)(Baker, Mitchell) (Entered: 11/24/2017) |
| 11/24/2017 | 1571 | | TRANSCRIPT of Motion Hearing – Day 1 as to Jamshid Muhtorov, Bakhtiyor Jumaev held on 10/30/2017 before Judge Kane. Pages: 1–6. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven** |

| | | | |
|---|---|---|---|
| | | | **calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 11/24/2017) |
| 11/24/2017 | 1572 | | TRANSCRIPT of Motion Hearing – Day 2 as to Jamshid Muhtorov, Bakhtiyor Jumaev held on 10/31/2017 before Judge Kane. Pages: 7–166. <br><**br> NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 11/24/2017) |
| 11/24/2017 | 1573 | | TRANSCRIPT of Motion Hearing – Day 3 as to Jamshid Muhtorov, Bakhtiyor Jumaev held on 11/1/2017 before Judge Kane. Pages: 167–226. <br><**br> NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 11/24/2017) |
| 11/24/2017 | 1574 | | RESTRICTED TRANSCRIPT of proceedings held on 11/1/2017 before Judge Kane. Pages: 227–234. (tlind, ) (Entered: 11/24/2017) |
| 11/28/2017 | 1575 | | RESTRICTED DOCUMENT – Level 3 as to Bakhtiyor Jumaev. (cthom, ) (Entered: 11/28/2017) |
| 11/28/2017 | 1576 | | RESTRICTED DOCUMENT – Level 3 as to Bakhtiyor Jumaev. (Attachments: # 1 Exhibit, # 2 Subpoena, # 3 Subpoena, # 4 Subpoena, # 5 Subpoena, # 6 Subpoena)(cthom, ) (Entered: 11/28/2017) |
| 11/30/2017 | 1577 | | RESPONSE to Motion by USA as to Bakhtiyor Jumaev re 1568 MOTION for Order *Defendant Jumaev's Motion to Revise the Protocol for Jury Selection* (Holloway, Gregory) (Entered: 11/30/2017) |
| 11/30/2017 | 1578 | | |

| | | | |
|---|---|---|---|
| | | | MINUTE ENTRY for Status Conference proceedings held before Judge John L. Kane: as to Jamshid Muhtorov, and Bakhtiyor Jumaev on 11/30/2017. Court Reporter: Terri Lindblom. (babia) (Entered: 11/30/2017) |
| 12/01/2017 | 1579 | | NOTICE of Classified Order by Judge John L. Kane on 12/1/2017. (cthom, ) (Entered: 12/01/2017) |
| 12/05/2017 | 1580 | | RESTRICTED DOCUMENT – Level 3: by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 12/05/2017) |
| 12/05/2017 | 1581 | | RESTRICTED DOCUMENT – Level 3 as to Jamshid Muhtorov, Bakhtiyor Jumaev re: 1580 Restricted Document. (cthom, ) (Entered: 12/05/2017) |
| 12/08/2017 | 1582 | | STATUS REPORT by Bakhtiyor Jumaev (Baker, Mitchell) (Entered: 12/08/2017) |
| 12/08/2017 | 1584 | | NOTICE *of the Government's Position* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Gibson, Beth) (Entered: 12/08/2017) |
| 12/12/2017 | 1585 | | ORDER Vacating and Resetting Trial Dates and Deadlines as to Defendants Jamshid Muhtorov and Bakhtiyor Jumaev. Defendant Bakhtiyor Jumaev's trial set to begin January 8, 2018, is VACATED and is reset to begin March 12, 2018, and to run for seven weeks. Defendant Jamshid Muhtorov's trial set to begin March 12, 2018, is also VACATED and is reset to begin May 14, 2018, and to run for seven weeks. ORDERED by Judge John L. Kane on 12/12/2017. (cthom, ) (Entered: 12/12/2017) |
| 12/12/2017 | 1587 | | Utility Setting/Resetting Deadlines/Hearings as to Bakhtiyor Jumaev: 7 week Jury Trial set for 3/12/2018 at 09:00 AM in Courtroom A 802 before Judge John L. Kane and a Final Trial Preparation Conference set for 3/7/2018 at 10:30 AM in Courtroom A 802 before Judge John L. Kane pursuant to 1585 Order. Text Only Entry (cthom, ) (Entered: 12/12/2017) |
| 12/14/2017 | 1589 | | MOTION to Continue *Subpoenas to New Trial Date* by Bakhtiyor Jumaev. (Baker, Mitchell) (Entered: 12/14/2017) |
| 12/15/2017 | 1590 | | NOTICE *to Defendants of In Camera, Ex Parte Under Seal Filing by the United States Pursuant to the Classified Information Procedures Act* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 12/15/2017) |
| 12/15/2017 | 1591 | | MOTION for Leave to Restrict by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 12/15/2017) |
| 12/18/2017 | 1592 | | ORDER granting 1591 Motion for Leave to Restrict as to Jamshid Muhtorov (1) and Bakhtiyor Jumaev (2). ORDERED by Judge John L. Kane on 12/18/2017. (cthom, ) (Entered: 12/18/2017) |
| 12/19/2017 | 1593 | | NOTICE *of Intent to Rely on FRE 902(14) to Autheniticate Certain Communications* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Attachments: # 1 Exhibit, # 2 Exhibit)(Gibson, Beth) (Entered: 12/19/2017) |
| 12/19/2017 | 1594 | | ORDER granting 1588 and 1589 Defendants' Motions to Continue Subpoenas to New Trial Dates. All the subpoenas that have been issued returnable for the March 12, 2018, trial as to Jamshid Muhtorov (1) are now returnable for the new trial date May 14, 2018. All the subpoenas that have |

| | | | |
|---|---|---|---|
| | | | been issued returnable for the January 8, 2018, trial as to Bakhtiyor Jumaev (2) are now returnable for the new trial date March 12, 2018. Ordered by Judge John L. Kane on 12/19/2017. Text Only Entry (jlksec) Modified to correct date on 12/19/2017 (cthom, ). (Entered: 12/19/2017) |
| 12/22/2017 | 1595 | | RESTRICTED DOCUMENT – Level 1: by Bakhtiyor Jumaev. (Baker, Mitchell) (Entered: 12/22/2017) |
| 01/02/2018 | 1596 | | RESTRICTED DOCUMENT – Level 1: by Bakhtiyor Jumaev. (Baker, Mitchell) (Entered: 01/02/2018) |
| 01/02/2018 | 1597 | | MINUTE ORDER as to Bakhtiyor Jumaev re 1595 Restricted Document – Level 1 filed by Bakhtiyor Jumaev. The parties' Joint Proposed Scheduling Order is approved. Ordered by Judge John L. Kane on 1/2/2018. Text Only Entry (jlksec) (Entered: 01/02/2018) |
| 01/04/2018 | 1598 | | MINUTE ORDER GRANTING Fourth Unopposed Motion to Modify Order re Government's Rule 16(d) Motion 1596 . With the government's consent, provisions (5) and (9) of Doc. 1194 are modified to permit Jumaev team member David Wise the same level of access to information, subject to the same responsibilities as to secrecy, as other authorized defense team members. Ordered by Judge John L. Kane on 1/4/18. Text Only Entry (jlksec) (Entered: 01/04/2018) |
| 01/12/2018 | 1599 | | Proposed Voir Dire by Bakhtiyor Jumaev (Savitz, David) (Entered: 01/12/2018) |
| 01/12/2018 | 1600 | | Proposed Jury Instructions by USA as to Bakhtiyor Jumaev (Gibson, Beth) (Entered: 01/12/2018) |
| 01/12/2018 | 1601 | | Proposed Jury Instructions *Disputed* by USA as to Bakhtiyor Jumaev (Gibson, Beth) (Entered: 01/12/2018) |
| 01/16/2018 | 1602 | | (RESTRICTED DOCUMENT – Level 1) Motion to Compel by Bakhtiyor Jumaev. (Baker, Mitchell) Modified to add title on 1/29/2018 (cthom, ). (Entered: 01/16/2018) |
| 01/17/2018 | 1603 | | MINUTE ORDER as to Bakhtiyor Jumaev re 1602 Restricted Document – Level 1 filed by Bakhtiyor Jumaev. The government's Response is due on or before January 26, 2018, and any Reply is due on or before February 1, 2018. Ordered by Judge John L. Kane on 1/17/2018. Text Only Entry (jlksec) (Entered: 01/17/2018) |
| 01/18/2018 | 1604 | | RESTRICTED DOCUMENT – Level 1: by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 01/18/2018) |
| 01/18/2018 | 1605 | | MOTION for Leave to Restrict by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 01/18/2018) |
| 01/19/2018 | 1606 | | ORDER granting 1605 Motion for Leave to Restrict as to Jamshid Muhtorov (1) and Bakhtiyor Jumaev (2). ORDERED by Judge John L. Kane on 1/19/2018. (cthom, ) (Entered: 01/19/2018) |
| 01/22/2018 | 1607 | | MOTION in Limine by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Holloway, Gregory) (Entered: 01/22/2018) |
| 01/22/2018 | 1609 | | |

| | | | |
|---|---|---|---|
| | | | MOTION in Limine by Bakhtiyor Jumaev. (Baker, Mitchell) (Entered: 01/22/2018) |
| 01/26/2018 | 1610 | | NOTICE OF ATTORNEY APPEARANCE Julia K. Martinez appearing for USA. Attorney Julia K. Martinez added to party USA(pty:pla) (Martinez, Julia) (Entered: 01/26/2018) |
| 01/26/2018 | 1611 | | (RESTRICTED DOCUMENT – Level 1) Protective Order by Judge John L Kane. (cthom, ) (Entered: 01/26/2018) |
| 01/26/2018 | 1612 | | (RESTRICTED DOCUMENT – Level 1) Response to 1602 Motion to Compel by USA as to Bakhtiyor Jumaev (Gibson, Beth) Modified to add title on 1/29/2018 (cthom, ). (Entered: 01/26/2018) |
| 01/26/2018 | 1613 | | (RESTRICTED DOCUMENT – Level 1) Order on Defendants 1507 , 1509 , 1510 , 1512 Discovery Motions. ORDERED Judge John L Kane. (cthom, ) (Entered: 01/26/2018) |
| 01/26/2018 | 1614 | | MOTION for Leave to Restrict by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev. (Gibson, Beth) (Entered: 01/26/2018) |
| 01/29/2018 | 1615 | | ORDER granting 1614 Motion for Leave to Restrict as to Jamshid Muhtorov (1) and Bakhtiyor Jumaev (2). ORDERED by Judge John L. Kane on 1/29/2018. (cthom, ) (Entered: 01/29/2018) |
| 01/30/2018 | 1620 | | MINUTE ENTRY for In Camera Hearing, Ex Parte Classified proceedings held before Judge John L. Kane with the Government on 1/30/2018 as to Jamshid Muhtorov (1), and Bakhtiyor Jumaev (2). Court Reporter: Terri Lindblom. (jlksec) Text Only Entry Modified to correct date on 2/2/2018 (cthom, ). (Entered: 02/01/2018) |
| 01/31/2018 | 1616 | | (RESTRICTED DOCUMENT – Level 1) Notice of Classified Orders by Judge L. Kane. (cthom, ) (Entered: 01/31/2018) |
| 01/31/2018 | 1617 | | ORDER regarding Jury Questionnaire, Jury Instructions, and Jury Selection Protocol as to Bakhtiyor Jumaev (2). Defendant Jumaev's 1568 Motion to Revise the Protocol for Jury Selection is GRANTED as detailed in this Order. The parties are DIRECTED to jointly call chambers at (303) 844–6118 on or before February 7, 2018, to set a hearing on the attached documents. ORDERED by Judge John L. Kane on 1/31/2018. (Attachments: # 1 Jury Questionnaire, # 2 Jury Instructions, # 3 Rulings on Disputed Instructions) (cthom, ) (Entered: 01/31/2018) |
| 02/01/2018 | 1619 | | RESPONSE to Motion by USA as to Bakhtiyor Jumaev re 1609 MOTION in Limine *to Exclude Evidence From Muhtorov's Electronics* (Holloway, Gregory) (Entered: 02/01/2018) |
| 02/01/2018 | 1621 | | MINUTE ENTRY for In Camera hearing on deposition objections held before Judge John L. Kane on 1/30/2018 as to Jamshid Muhtorov (1), and Bakhtiyor Jumaev (2). Court Reporter: Terri Lindblom. (jlksec) Text Only Entry (Entered: 02/01/2018) |
| 02/01/2018 | 1622 | | RESTRICTED DOCUMENT – Level 1: by Bakhtiyor Jumaev. (Baker, Mitchell) (Entered: 02/01/2018) |
| 02/01/2018 | 1623 | | |

| | | | |
|---|---|---|---|
| | | | RESTRICTED DOCUMENT – Level 1: by Bakhtiyor Jumaev. (Baker, Mitchell) (Entered: 02/01/2018) |
| 02/05/2018 | 1625 | | (RESTRICTED DOCUMENT – Level 3) Subpoena Returns as to Bakhtiyor Jumaev. (Attachments: # 1 Exhibit)(cthom, ) (Entered: 02/06/2018) |
| 02/06/2018 | 1626 | | ORDER Setting Hearings and Agenda Items for Hearing as to Jamshid Muhtorov and Bakhtiyor Jumaev. A hearing is set for February 21, 2018, at 1:30 p.m., to continue February 22, 2018, at 1:30 p.m., if necessary. Defendant Muhtorov's 1608 Motion to Adopt Codefendant Jumaev's 1602 Motion to Compel Discovery of Material and for Sanctions, is GRANTED. The presence of both Defendants Muhtorov and Jumaev is, therefore, required. ORDERED by Judge John L. Kane on 2/6/2018. (cthom, ) (Entered: 02/06/2018) |
| 02/06/2018 | 1627 | | (RESTRICTED DOCUMENT – Level 3) Subpoena Returns as to Bakhtiyor Jumaev. (Attachments: # 1 Exhibit, # 2 Exhibit)(cthom, ) (Entered: 02/07/2018) |
| 02/07/2018 | 1628 | | (RESTRICTED DOCUMENT – Level 1) Response from State Department to 1332 Request for International Judicial Assistance Letter Rogatory re: 1329 Motion for Order as to Jamshid Muhtorov. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(cthom, ) (Entered: 02/07/2018) |
| 02/07/2018 | 1629 | | RESPONSE to Motion by Bakhtiyor Jumaev re 1607 MOTION in Limine *and Adoption of "Defendant Muhtorov's Response to Government's Motion in Limne, Doc. 1607: A Defendant's Self Serving Out−of−Court Statements are Inadmissible Hearsay" (Doc. 1624)* (Savitz, David) (Entered: 02/07/2018) |
| 02/07/2018 | 1630 | | MOTION for Extension of Time to File Response/Reply as to 1629 Response to Motion, *Unopposed Motion to File out of Deadline its Response (Doc. 1629) to the Government's Motion in Limine (Doc. 1607)* by Bakhtiyor Jumaev. (Savitz, David) (Entered: 02/07/2018) |
| 02/07/2018 | 1631 | | ORDER granting 1630 Unopposed Motion to File Out of Deadline Its Response Doc. 1629 to the Government's Motion in Limine Doc. 1607 as to Bakhtiyor Jumaev (2). The court accepts the Response [Doc. 1629]. Ordered by Judge John L. Kane on 2/7/2018. Text Only Entry (jlksec) (Entered: 02/07/2018) |
| 02/07/2018 | 1633 | | (RESTRICTED DOCUMENT – Level 1) Reply in Support of 1609 Motion in Limine to Exclude by Bakhtiyor Jumaev. (Baker, Mitchell) Modified to add title on 2/8/2018 (cthom, ). (Entered: 02/07/2018) |
| 02/07/2018 | 1634 | | MOTION for Extension of Time to File *DEFENDANT JUMAEVS REPLY IN SUPPORT OF HIS MOTION IN LIMINE* by Bakhtiyor Jumaev. (Baker, Mitchell) (Entered: 02/07/2018) |
| 02/07/2018 | 1635 | | Proposed Jury Instructions *Revised Proposed Jury Instruction No. 2* by USA as to Bakhtiyor Jumaev (Martinez, Julia) (Entered: 02/07/2018) |
| 02/07/2018 | 1637 | | (RESTRICTED DOCUMENT – Level 3) Subpoena Return as to Bakhtiyor Jumaev. (cthom, ) (Entered: 02/08/2018) |
| 02/08/2018 | 1636 | | ORDER granting 1634 Motion to File Out of Deadline Its Reply Doc. 1633 to the Government's Response Doc. 1619 to the Motion in Limine Doc. 1609 |

| | | | |
|---|---|---|---|
| | | | as to Bakhtiyor Jumaev (2). The court accepts the Reply [Doc. 1633]. Ordered by Judge John L. Kane on 2/8/2018. Text Only Entry (jlksec) (Entered: 02/08/2018) |
| 02/12/2018 | 1638 | | RESTRICTED DOCUMENT – Level 1: by USA as to Bakhtiyor Jumaev (Attachments: # 1 Exhibit)(Holloway, Gregory) (Entered: 02/12/2018) |
| 02/12/2018 | 1639 | | (RESTRICTED DOCUMENT – Level 1) Government's Exhibit List by USA as to Bakhtiyor Jumaev (Attachments: # 1 Exhibit)(Holloway, Gregory) Modified to add title on 2/14/2018 (cthom, ). (Entered: 02/12/2018) |
| 02/13/2018 | 1640 | | RESTRICTED DOCUMENT – Level 1: by USA as to Bakhtiyor Jumaev (Attachments: # 1 Exhibit)(Holloway, Gregory) (Entered: 02/13/2018) |
| 02/14/2018 | 1641 | | MINUTE ORDER GRANTING 1640 Government's Motion to Amend Witness List for Trial Set for March 12, 2018 as to Bakhtiyor Jumaev. The Government shall file an Amended Witness List on or before Friday, February 16, 2018. ORDERED by Judge John L. Kane on 2/14/2018. (cthom, ) (Entered: 02/14/2018) |
| 02/14/2018 | 1642 | | MINUTE ORDER as to Bakhtiyor Jumaev re 1609 . In Defendant Jumaev's Reply in Support of his Motion In Limine to Exclude Evidence Seized from Mutorov's Computer [Doc. 1633], he requests the opportunity to supplement his Motion [Doc. 1609] after receiving the government's exhibit list containing the specific evidence from Defendant Jamshid Muthorov's computer and cell phones the government intends to use at trial. The government has now filed its Exhibit List [Doc. 1639–1], and Mr. Jumaev's Motion is on the agenda for the February 21, 2018, hearing. Mr. Jumaev is, therefore, DIRECTED to file any supplement to his Motion on or before February 20, 2018, at noon. Ordered by Judge John L. Kane on 2/14/2018. Text Only Entry (jlksec) (Entered: 02/14/2018) |
| 02/14/2018 | 1643 | | NOTICE *to Defendants of in Camera, Ex Parte Under Seal Filing by the United States Pursuant to the Classified Information Procedures Act* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 02/14/2018) |
| 02/15/2018 | 1644 | | (RESTRICTED DOCUMENT – Level 1) Unclassified Order and Notice of Classified Order by Judge John L. Kane.(cthom, ) (Entered: 02/15/2018) |
| 02/15/2018 | 1645 | | (RESTRICTED DOCUMENT – Level 3) Subpoena Return as to Bakhtiyor Jumaev. (Attachments: # 1 Exhibit)(cthom, ) (Entered: 02/15/2018) |
| 02/15/2018 | 1646 | | (RESTRICTED DOCUMENT – Level 3) Subpoena Returned Unexecuted as to Bakhtiyor Jumaev. (cthom, ) (Entered: 02/15/2018) |
| 02/16/2018 | 1647 | | RESTRICTED DOCUMENT – Level 1: by Bakhtiyor Jumaev. (Savitz, David) (Entered: 02/16/2018) |
| 02/20/2018 | 1650 | | RESTRICTED DOCUMENT – Level 1: by Bakhtiyor Jumaev. (Baker, Mitchell) (Entered: 02/20/2018) |
| 02/20/2018 | 1651 | | RESTRICTED DOCUMENT – Level 1: by USA as to Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 02/20/2018) |
| 02/20/2018 | 1652 | | |

| | | | |
|---|---|---|---|
| | | | RESTRICTED DOCUMENT – Level 1: by Bakhtiyor Jumaev. (Attachments: # 1 Exhibit)(Savitz, David) (Entered: 02/20/2018) |
| 02/20/2018 | 1653 | | (RESTRICTED DOCUMENT – Level 1) ORDER on Revised Agenda for 2/21/2018 Hearing as to Jamshid Muhtorov and Bakhtiyor Jumaev. ORDERED by Judge John L. Kane. (Attachments: # 1 Jury Instructions, # 2 Verdict Form, # 3 Jury Introductory Remarks)(cthom, ) (Entered: 02/20/2018) |
| 02/20/2018 | 1654 | | Utility Setting/Resetting Deadlines/Hearings as to Bakhtiyor Jumaev. Ex parte hearing is set for 3/1/2018 at 01:30 PM in Courtroom A 802 before Judge John L. Kane, Mr. Jumaev's presence is not required, pursuant to 1653 Restricted Order. Text Only Entry. (cthom, ) (Entered: 02/20/2018) |
| 02/20/2018 | 1655 | | NOTICE *OF INTENT TO RELY ON FED.R.EVID. 902(13) AND (14) SUPPORT OF AUTHENTICITY OF RECORDS* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Attachments: # 1 Exhibit, # 2 Exhibit)(Gibson, Beth) (Entered: 02/20/2018) |
| 02/21/2018 | 1656 | | RESTRICTED DOCUMENT – Level 1: by USA as to Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 02/21/2018) |
| 02/21/2018 | 1657 | | MINUTE ENTRY for In Camera Hearing, Ex Parte, Classified proceedings held before Judge John L. Kane with the United States Government on 2/21/2018. Court Reporter: Tamara Hoffschildt. (babia) Text Only Entry Modified on 3/2/2018 to correct spelling of court reporter's last name (lrobe). (Entered: 02/22/2018) |
| 02/21/2018 | 1660 | | MINUTE ENTRY for In Court Hearing proceedings held before Judge John L. Kane on 2/21/2018 as to Jamshid Muhtorov (1), and Bakhtiyor Jumaev (2). Defendants present. in custody. Denying Without Prejudice 1607 Motion in Limine as to Jamshid Muhtorov (1), Bakhtiyor Jumaev (2). ORDERED: Doc. No. 1602 is taken UNDER ADVISEMENT. ORDERED: Any additional expert disclosures shall be made on or before April 23, 2018. ORDERED: The Government needs to submit the list of Jumaev Exhibits, to the Court and to Defense counsel by Thursday, March 1, 2018. Motions due by 3/30/2018. Responses due by 4/13/2018. Replies due by 4/23/2018. Motion Hearing set for 4/27/2018 10:00 AM in Courtroom A 802 before Judge John L. Kane. Defendants REMANDED. Court Reporter: Tamara Hoffschildt. Interpreters: Hasmik Jorgensen and Tatiana Dautkhanova. (babia) (Entered: 02/23/2018) |
| 02/22/2018 | 1658 | | ORDER re Final Trial Preparation Conference as to Bakhtiyor Jumaev. ORDERED by Judge John L. Kane on 2/22/2018. (cthom, ) (Entered: 02/22/2018) |
| 02/23/2018 | 1662 | | RESTRICTED DOCUMENT – Level 1: by USA as to Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 02/23/2018) |
| 02/26/2018 | 1663 | | RESTRICTED DOCUMENT – Level 1: by Bakhtiyor Jumaev. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Baker, Mitchell) (Entered: 02/26/2018) |
| 02/27/2018 | 1664 | | NOTICE *OF INTENT TO RELY ON FED. R. EVID. 902(13) AND (14)* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Attachments: # 1 Exhibit, |

| | | | |
|---|---|---|---|
| | | | # 2 Exhibit, # 3 Exhibit)(Holloway, Gregory) (Entered: 02/27/2018) |
| 02/27/2018 | 1665 | | RESTRICTED DOCUMENT – Level 1: by USA as to Bakhtiyor Jumaev (Attachments: # 1 Proposed Order (PDF Only), # 2 Proposed Document)(Holloway, Gregory) (Entered: 02/27/2018) |
| 02/27/2018 | 1666 | | RESTRICTED DOCUMENT – Level 1: by USA as to Bakhtiyor Jumaev (Attachments: # 1 Proposed Order (PDF Only), # 2 Proposed Document)(Holloway, Gregory) (Entered: 02/27/2018) |
| 02/27/2018 | 1667 | | NOTICE *2nd AMENDED NOTICE OF INTENT TO RELY ON FED. R. EVID. 902(13) AND (14)* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Holloway, Gregory) (Entered: 02/27/2018) |
| 02/27/2018 | 1668 | | (RESTRICTED DOCUMENT – Level 1) Notice of Classified Order by Judge John L. Kane. (cthom, ) (Entered: 02/27/2018) |
| 02/27/2018 | 1670 | | RESTRICTED DOCUMENT – Level 3: by Bakhtiyor Jumaev. (Attachments: # 1 Exhibit)(Baker, Mitchell) (Entered: 02/27/2018) |
| 02/27/2018 | 1671 | | RESTRICTED DOCUMENT – Level 1: by Bakhtiyor Jumaev. (Baker, Mitchell) (Entered: 02/27/2018) |
| 02/28/2018 | 1672 | | (RESTRICTED DOCUMENT – Level 1) Motion to Strike and Preclude Testimony by Bakhtiyor Jumaev. (Baker, Mitchell) Modified to add title on 2/28/2018 (cthom, ). (Entered: 02/28/2018) |
| 02/28/2018 | 1674 | | (RESTRICTED DOCUMENT – Level 1) ORDER for Writ of Habeas Corpus Ad Testificandum as to Bakhtiyor Jumaev. (cthom, ) (Entered: 02/28/2018) |
| 02/28/2018 | 1675 | | (RESTRICTED DOCUMENT – Level 1) ORDER for Writ of Habeas Corpus Ad Testificandum as to Bakhtiyor Jumaev. (cthom, ) (Entered: 02/28/2018) |
| 02/28/2018 | 1676 | | MINUTE ORDER as to Defendant Bakhtiyor Jumaev. The government is DIRECTED to respond to Defendant Jumaev's Motion to Strike and to Preclude Testimony at Mr. Jumaev's Trial (Doc. 1672) on or before March 6, 2018, at noon. Argument on the motion will be heard at the Final Trial Preparation Conference on March 7, 2018. Although I have granted the government's Motions for Writs of Habeas Corpus Ad Testificandum (Docs. 1665 & 1666), my doing so has no bearing on Mr. Jumaev's Motion. Ordered by Judge John L. Kane on 2/28/2018. Text Only Entry (jlksec) (Entered: 02/28/2018) |
| 02/28/2018 | 1677 | | Writ of Habeas Corpus ad Testificandum Issued in case as to Bakhtiyor Jumaev (cthom, ) (Entered: 02/28/2018) |
| 02/28/2018 | 1678 | | Writ of Habeas Corpus ad Testificandum Issued in case as to Bakhtiyor Jumaev (cthom, ) (Entered: 02/28/2018) |
| 02/28/2018 | 1679 | | NOTICE *To Defedants of In Camera, Ex Parte Under Seal Filing* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 02/28/2018) |
| 03/01/2018 | 1680 | | |

| | | | |
|---|---|---|---|
| | | | (RESTRICTED DOCUMENT – Level 1) Order re Defendant Jumaev's <u>1671</u> Second Renewed Motion for Order Directing the Government to Grant Parole to Mr. Jakhongir Djumaev. ORDERED by Judge John L. Kane. (cthom, ) (Entered: 03/01/2018) |
| 03/01/2018 | <u>1681</u> | | NOTICE *Amended Notice to Defendants on in Camera, Ex Parte Under Seal Filing* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 03/01/2018) |
| 03/01/2018 | <u>1682</u> | | NOTICE *of Renewed Motion to Exclude Defendant Jumaev's Expert Witness Testimony* by USA as to Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 03/01/2018) |
| 03/01/2018 | <u>1683</u> | | RESTRICTED DOCUMENT – Level 1: by USA as to Bakhtiyor Jumaev (Attachments: # <u>1</u> Exhibit)(Holloway, Gregory) (Entered: 03/01/2018) |
| 03/01/2018 | <u>1685</u> | | RESTRICTED DOCUMENT – Level 3: by Bakhtiyor Jumaev. (Attachments: # <u>1</u> Exhibit, # <u>2</u> Exhibit, # <u>3</u> Exhibit, # <u>4</u> Exhibit, # <u>5</u> Exhibit, # <u>6</u> Exhibit)(babia) (Entered: 03/02/2018) |
| 03/02/2018 | <u>1684</u> | | TRANSCRIPT of hearing as to Bakhtiyor Jumaev held on February 21, 2018 before Judge Kane. Pages: 1–65. <br><br>**NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br><br>** <br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (thoff, ) (Entered: 03/02/2018) |
| 03/02/2018 | <u>1686</u> | | RESTRICTED DOCUMENT – Level 1: Notice of <u>1685</u> Order, by Judge John L. Kane (evana, ) (Entered: 03/02/2018) |
| 03/02/2018 | <u>1687</u> | | RESTRICTED DOCUMENT – Level 1: Order <u>1602</u> Motion to Compel and <u>1622</u> Objections by Judge John L. Kane (Attachments: # <u>1</u> Instruction)(evana, ) (Entered: 03/02/2018) |
| 03/06/2018 | <u>1688</u> | | (RESTRICTED DOCUMENT – Level 1) Objeciton to <u>1683</u> by Bakhtiyor Jumaev. (Attachments: # <u>1</u> Exhibit)(Baker, Mitchell) Modified to add title on 3/6/2018 (cthom, ). (Entered: 03/06/2018) |
| 03/06/2018 | <u>1689</u> | | (RESTRICTED DOCUMENT – Level 1) Government's Updated 404(b) Notice by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) Modified to add title on 3/6/2018 (cthom, ). (Entered: 03/06/2018) |
| 03/06/2018 | <u>1690</u> | | (RESTRICTED DOCUMENT – Level 1) Response to <u>1672</u> Motion by USA as to Bakhtiyor Jumaev (Holloway, Gregory) Modified to add title on 3/6/2018 (cthom, ). (Entered: 03/06/2018) |
| 03/06/2018 | 1691 | | MINUTE ENTRY for In Camera Hearing, Ex Parte, Classified proceedings held before Judge John L. Kane with the United States Government on 3/6/2018. Court Reporter: Terri Lindblom. (babia) Text Only Entry (Entered: 03/06/2018) |

| 03/07/2018 | 1692 | | (RESTRICTED DOCUMENT – Level 3) Order re 1482 Restricted Document as to Bakhtiyor Jumaev by Judge John L. Kane. (cthom, ) (Entered: 03/07/2018) |
|---|---|---|---|
| 03/07/2018 | 1696 | | MINUTE ENTRY for Trial Preparation Conference proceedings held before Judge John L. Kane on 3/7/2018 as to Bakhtiyor Jumaev (2). Granting in Part and Denying in Part 1609 Motion in Limine as to Bakhtiyor Jumaev (2). ORDERED: Doc 1647 is DENIED, as specified. ORDERED:Governments Motion In Limine To Exclude Improper Evidence And Argument In Support Of Jury Nullification (Filed 12/23/16, Doc No. 1211) is DENIED. ORDERED: Governments Motion To Exclude The Testimony Of Leo and Obolsky (Filed 12/23/16; Doc. No. 1212) is DENIED. ORDERED: Governments Renewed Motion as to Doc. Nos. 1211 and 1212 (Filed 2/7/2018, Doc. No. 1628) is DENIED. ORDERED: Doc. No. 1672 GRANTED, as specified. ORDERED: Counsel shall meet and confer to update the exhibit list, as soon as possible. Court Reporter: Terri Lindblom. Interpreters: Hasmik Jorgensen and Tatiana Dautkhanova. (babia) (Entered: 03/09/2018) |
| 03/09/2018 | 1693 | | TRANSCRIPT of Final Trial Preparation Conference as to Bakhtiyor Jumaev held on 3/7/2018 before Judge Kane. Pages: 1–50. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 03/09/2018) |
| 03/09/2018 | 1694 | | NOTICE OF ATTORNEY APPEARANCE: Emily Elizabeth Boehme appearing for Bakhtiyor JumaevAttorney Emily Elizabeth Boehme added to party Bakhtiyor Jumaev(pty:dft) (Boehme, Emily) (Entered: 03/09/2018) |
| 03/09/2018 | 1695 | | (RESTRICTED DOCUMENT – Level 1) Order re Completed Jury Questionnaires as to Bakhtiyor Jumaev. (dkals, ) Modified to add title on 3/20/2018 (cthom, ). (Entered: 03/09/2018) |
| 03/12/2018 | 1697 | | MINUTE ENTRY for Jury Trial – Day 1 proceedings held before Judge John L. Kane on 3/12/2018 as to Bakhtiyor Jumaev (2). Jury selection. Court Reporter: Terri Lindblom. Interpreter: Hasmik Jorgensen, Irina Kamensky, Muhitdin Ahunhodjaev. (babia) (Entered: 03/12/2018) |
| 03/12/2018 | 1698 | | (RESTRICTED DOCUMENT – Level 1) Objection to Admissibility, Failure to Comply and Provide Disclosures, Request to File Ex Parte Supplement by Bakhtiyor Jumaev. (Baker, Mitchell) Modified to add title on 3/14/2018 (cthom, ). (Entered: 03/12/2018) |
| 03/12/2018 | 1699 | | (RESTRICTED DOCUMENT – Level 3) Subpoena Returned Unexecuted as to Bakhtiyor Jumaev. (cthom, ) (Entered: 03/13/2018) |
| 03/13/2018 | 1700 | | MINUTE ENTRY for Jury Trial – Day 2 proceedings held before Judge John L. Kane on 3/13/2018 as to Bakhtiyor Jumaev. Jury selection. Court |

| | | | |
|---|---|---|---|
| | | | Reporter: Terri Lindblom. Interpreter: Hasmik Jorgensen, Irina Kamensky, Muhitdin Ahunhodjaev. (babia) (Entered: 03/13/2018) |
| 03/14/2018 | 1701 | | MINUTE ORDER as to Bakhtiyor Jumaev re 1698 Restricted Document – Level 1 filed by Bakhtiyor Jumaev. Mr. Jumaev is granted leave to file and is DIRECTED to file the ex parte supplement referenced in Doc. 1698 on or before March 15, 2018. Ordered by Judge John L. Kane on 3/14/2018. Text Only Entry (jlksec) (Entered: 03/14/2018) |
| 03/14/2018 | 1702 | | (RESTRICTED DOCUMENT – Level 1) Response to 1698 by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Gibson, Beth) Modified to add title on 3/20/2018 (cthom, ). (Entered: 03/14/2018) |
| 03/14/2018 | 1703 | | (RESTRICTED DOCUMENT – Level 3) Subpoenas Returned Executed as to Bakhtiyor Jumaev. (Attachments: # 1 Exhibit)(cthom, ) (Entered: 03/14/2018) |
| 03/14/2018 | 1704 | | (RESTRICTED DOCUMENT – Level 3) Subpoena Returned Unexecuted by Bakhtiyor Jumaev. (cthom, ) (Entered: 03/14/2018) |
| 03/14/2018 | 1705 | | MINUTE ENTRY for Jury Trial – Day 3 proceedings held before Judge John L. Kane on 3/14/2018 as to Bakhtiyor Jumaev. Jury selection. Court Reporter: Terri Lindblom. Interpreter: Hasmik Jorgensen, Irina Kamensky, and Muhitdin Ahunhodjaev. (babia) (Entered: 03/14/2018) |
| 03/15/2018 | 1706 | | RESTRICTED DOCUMENT – Level 3: by Bakhtiyor Jumaev. (Attachments: # 1 Exhibit, # 2 Exhibit)(Baker, Mitchell) (Entered: 03/15/2018) |
| 03/15/2018 | 1707 | | NOTICE of Intent to Use Evidence by Bakhtiyor Jumaev (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Baker, Mitchell) (Entered: 03/15/2018) |
| 03/15/2018 | 1708 | | MINUTE ENTRY for Jury Trial – Day 4 proceedings held before Judge John L. Kane on 3/15/2018 as to Bakhtiyor Jumaev (2). Jury selection. Court Reporter: Terri Lindblom. Interpreter: Hasmik Jorgensen, Irina Kamensky, and Muhitdin Ahunhodjaev. (babia) (Entered: 03/15/2018) |
| 03/16/2018 | 1709 | | (RESTRICTED DOCUMENT – Level 1) Supplemental Notice of Intent by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit)(Holloway, Gregory) Modified to add title on 3/20/2018 (cthom, ). (Entered: 03/16/2018) |
| 03/16/2018 | 1710 | | (RESTRICTED DOCUMENT – Level 1) Notice of Attempt re 1680 Order by USA as to Bakhtiyor Jumaev (Gibson, Beth) Modified to add title on 3/20/2018 (cthom, ). (Entered: 03/16/2018) |
| 03/19/2018 | 1711 | | (RESTRICTED DOCUMENT – Level 1) Motion to Strike by Bakhtiyor Jumaev. (Baker, Mitchell) Modified to add title on 3/20/2018 (cthom, ). (Entered: 03/19/2018) |
| 03/19/2018 | 1712 | | (RESTRICTED DOCUMENT – Level 1) Continuing Objection by Bakhtiyor Jumaev. (Baker, Mitchell) Modified to add title on 3/20/2018 (cthom, ). (Entered: 03/19/2018) |
| 03/19/2018 | 1713 | | |

| | | (RESTRICTED DOCUMENT – Level 1) Motion to Limine by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) Modified to add title on 3/20/2018 (cthom, ). (Entered: 03/19/2018) |
|---|---|---|
| 03/20/2018 | 1714 | (RESTRICTED DOCUMENT – Level 1) Government's Second Amended Exhibit List by USA as to Bakhtiyor Jumaev (Attachments: # 1 Exhibit)(Holloway, Gregory) Modified to add title on 3/20/2018 (cthom, ). (Entered: 03/20/2018) |
| 03/20/2018 | 1715 | (RESTRICTED DOCUMENT – Level 1) ORDER as to Bakhtiyor Jumaev by Judge John L. Kane. (cthom, ) (Entered: 03/20/2018) |
| 03/20/2018 | 1716 | (RESTRICTED DOCUMENT – Level 1) Order re 1713 by Judge John L. Kane. (cthom, ) (Entered: 03/20/2018) |
| 03/20/2018 | 1717 | (RESTRICTED DOCUMENT – Level 1) Order re The Government's Exhibit List and Defendant Jumaev's Objections by Judge John L. Kane. (cthom, ) (Entered: 03/20/2018) |
| 03/20/2018 | 1718 | (RESTRICTED DOCUMENT – Level 1) Order Denying 1711 Motion to Strike by Bakhtiyor Jumaev. (cthom, ) (Entered: 03/20/2018) |
| 03/22/2018 | 1719 | (RESTRICTED DOCUMENT – Level 1) Order re 1649 and 1712 as to Jamshid Muhtorov and Bakhtiyor Jumaev. (cthom, ) (Entered: 03/22/2018) |
| 03/22/2018 | 1720 | (RESTRICTED DOCUMENT – Level 1) Notice of Classified Order as to Jamshid Muhtorov and Bakhtiyor Jumaev. (cthom, ) (Entered: 03/22/2018) |
| 03/22/2018 | 1721 | MINUTE ENTRY for Jury Trial–Day 5 proceedings held before Judge John L. Kane on 3/22/2018 as to Bakhtiyor Jumaev(2). Court Reporter: Tamara Hoffschildt. Interpreter: Hasmik Jorgensen, Irina Kamensky, and Tatiana Dautkhanova. (babia) (Entered: 03/22/2018) |
| 03/23/2018 | 1722 | (RESTRICTED DOCUMENT – Level 1) Continuing Objection to Electronic Evidence by Bakhtiyor Jumaev. (Attachments: # 1 Exhibit)(Baker, Mitchell) Modified to add title on 3/23/2018 (cthom, ). (Entered: 03/23/2018) |
| 03/23/2018 | 1723 | RESTRICTED DOCUMENT – Level 1: by USA as to Bakhtiyor Jumaev (Attachments: # 1 Exhibit)(Holloway, Gregory) (Entered: 03/23/2018) |
| 03/23/2018 | 1724 | RESTRICTED DOCUMENT – Level 1: by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Gibson, Beth) (Entered: 03/23/2018) |
| 03/25/2018 | 1725 | (RESTRICTED DOCUMENT – Level 1) Motion regarding Steinberg Testimony by Bakhtiyor Jumaev. (Baker, Mitchell) Modified to add title on 3/28/2018 (cthom, ). (Entered: 03/25/2018) |
| 03/25/2018 | 1726 | (RESTRICTED DOCUMENT – Level 1) Notice of Objections to Third Exhibit List by Bakhtiyor Jumaev. (Baker, Mitchell) Modified to add title on 3/28/2018 (cthom, ). (Entered: 03/25/2018) |
| 03/26/2018 | 1729 | MINUTE ENTRY for Jury Trial – Day 6 proceedings held before Judge John L. Kane on 3/26/2018 as to Bakhtiyor Jumaev. ORDERED: Doc. No. 1725 is DENIED. Court Reporter: Tamara Hoffschildt. Interpreter: Nodira Matyakubova, Irina Kamensky, and Muhitdin Ahunhodjaev. (babia) (Entered: 03/27/2018) |

| 03/27/2018 | 1727 | | MOTION to Suppress *Renew Suppression Motions* by Bakhtiyor Jumaev. (Savitz, David) (Entered: 03/27/2018) |
|---|---|---|---|
| 03/27/2018 | 1730 | | MINUTE ENTRY for Jury Trial Day 7 proceedings held before Judge John L. Kane on 3/27/2018 as to Bakhtiyor Jumaev. Denying 1727 Motion to Suppress as to Bakhtiyor Jumaev (2). Court Reporter: Tamara Hoffschildt. Interpreter: Nodira Matyakubova and Irina Kamensky. (babia) (Entered: 03/27/2018) |
| 03/28/2018 | 1731 | | MINUTE ENTRY for Jury Trial Day 8 proceedings held before Judge John L. Kane on 3/28/2018 as to Bakhtiyor Jumaev. Court Reporter: Tamara Hoffschildt. Interpreter: Nodira Matyakubova and Irina Kamensky. (babia) (Additional attachment(s) added on 3/28/2018: # 1 Juror Question 1) (babia). Modified on 3/29/2018 (babia). (Entered: 03/29/2018) |
| 03/29/2018 | 1732 | | MINUTE ENTRY for Jury Trial Day 9 proceedings held before Judge John L. Kane on 3/29/2018 as to Bakhtiyor Jumaev. ORDERED: Defendants Oral Renewed Motion To Suppress is DENIED. Court Reporter: Tamara Hoffschildt. Interpreter: Nodira Matyakubova and Irina Kamensky. (babia) (Entered: 03/29/2018) |
| 04/02/2018 | 1737 | | STIPULATION by Bakhtiyor Jumaev (Baker, Mitchell) (Entered: 04/02/2018) |
| 04/02/2018 | 1743 | | NOTICE *TO DEFENDANTS OF IN CAMERA, EX PARTE UNDER SEAL FILING* by USA as to Jamshid Muhtorov, Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 04/02/2018) |
| 04/02/2018 | 1744 | | MINUTE ENTRY for Jury Trial Day 10 proceedings held before Judge John L. Kane on 4/2/2018 as to Bakhtiyor Jumaev. Court Reporter: Terri Lindblom. Interpreter: Sanjar Babadjanov, Hasmik Jorgensen, and Shahnoza Rahmanova. (babia) (Entered: 04/02/2018) |
| 04/03/2018 | 1745 | | MINUTE ENTRY for Jury Trial Day 11 proceedings held before Judge John L. Kane on 4/3/2018 as to Bakhtiyor Jumaev. Court Reporter: Terri Lindblom. Interpreters: Sanjar Babadjanov, Hasmik Jorgensen, and Shahnoza Rahmanova. (babia) (Additional attachment(s) added on 5/1/2018: # 1 Redacted Jury Note) (babia, ). (Entered: 04/03/2018) |
| 04/06/2018 | 1748 | | RESTRICTED DOCUMENT – Level 1: by USA as to Bakhtiyor Jumaev (Holloway, Gregory) (Entered: 04/06/2018) |
| 04/08/2018 | 1749 | | RESTRICTED DOCUMENT – Level 1: by Bakhtiyor Jumaev. (Attachments: # 1 Exhibit)(Baker, Mitchell) (Entered: 04/08/2018) |
| 04/09/2018 | 1751 | | MINUTE ENTRY for Jury Trial Day 12 proceedings held before Judge John L. Kane on 4/9/2018 as to Bakhtiyor Jumaev. Court Reporter: Terri Lindblom. Interpreter: Nodira Matyakubova, Muhitdin Ahunhodjaev, Tatiana Dautkhanova, and Sanjar Babadjanov. (Attachments: # 1 Juror Question 2) (babia) (Entered: 04/10/2018) |
| 04/10/2018 | 1752 | | MINUTE ENTRY for Jury Trial Day 13 proceedings held before Judge John L. Kane on 4/10/2018 as to Bakhtiyor Jumaev. Court Reporter: Terri Lindblom. Interpreter: Nodira Matyakubova, Muhitdin Ahunhodjaev, tatiana Dautkhanova, and Sanjar Babadjanov. (babia) (Entered: 04/10/2018) |

| 04/11/2018 | 1753 | | MINUTE ENTRY for Jury Trial Day 14 proceedings held before Judge John L. Kane on 4/11/2018 as to Bakhtiyor Jumaev. Court Reporter: Terri Lindblom. Interpreter: Nodira Matyakubova, Muhitdin Ahunhodjaev, and Tatiana Dautkhanova. (Attachments: # 1 Juror Comment) (babia) (Entered: 04/12/2018) |
|---|---|---|---|
| 04/11/2018 | 1754 | | Amended re 1753 MINUTE ENTRY for Jury Trial Day 14 proceedings held before Judge John L. Kane on 4/11/2018 as to Bakhtiyor Jumaev. Court Reporter: Terri Lindblom. Interpreter: Nodira Matyakubova, Muhitdin Ahunhodjaev, and Tatiana Dautkhanova. (babia) (Entered: 04/12/2018) |
| 04/12/2018 | 1755 | | MINUTE ENTRY for Jury Trial Day 15 proceedings held before Judge John L. Kane on 4/12/2018 as to Bakhtiyor Jumaev. Court Reporter: Terri Lindblom. Interpreters: Muhitdin Ahunhodjaev and Nodira Matyakubova. (babia) (Entered: 04/12/2018) |
| 04/15/2018 | 1757 | | (RESTRICTED DOCUMENT – Level 1) Amended Exhibit List by Bakhtiyor Jumaev. (Attachments: # 1 Exhibit)(Baker, Mitchell) Modified to add title on 4/16/2018 (cthom, ). (Entered: 04/15/2018) |
| 04/16/2018 | 1758 | | RESTRICTED DOCUMENT – Level 1: by Bakhtiyor Jumaev. (Attachments: # 1 Exhibit)(Baker, Mitchell) (Entered: 04/16/2018) |
| 04/16/2018 | 1759 | | MINUTE ENTRY for Jury Trial Day 16 proceedings held before Judge John L. Kane on 4/16/2018 as to Bakhtiyor Jumaev. Court Reporter: Terri Lindblom. Interpreter: Sanjar Babadjanov, Hasmik Jorgensen, and Shahnoza Rahmanova. (babia) (Entered: 04/16/2018) |
| 04/17/2018 | 1760 | | RESTRICTED TRANSCRIPT of proceedings held on January 13, 2017 before Judge Kane. Pages: 657–827. (thoff, ) Modified to show same transcript at 1255 on 4/17/2018 (cthom, ). (Entered: 04/17/2018) |
| 04/17/2018 | 1761 | | RESTRICTED DOCUMENT – Level 1: by Bakhtiyor Jumaev. (Baker, Mitchell) (Entered: 04/17/2018) |
| 04/17/2018 | 1762 | | MINUTE ORDER granting 1761 Motion to Restrict. The clerk is directed to place Doc. 1142 and attachments under Restriction Level 1 to be viewable by the parties and the court. The docket entry shall be changed to "Notice." ORDERED by Judge John L. Kane on 4/17/2018. Text Only Entry. (cthom, ) (Entered: 04/17/2018) |
| 04/17/2018 | 1763 | | MINUTE ENTRY for Jury Trial Day 17 proceedings held before Judge John L. Kane on 4/17/2018 as to Bakhtiyor Jumaev. Court Reporter: Terri Lindblom. Interpreters: Sanjar Babadjanov, Hasmik Jorgensen, and Shahnoza Rahmanova. (babia) (Entered: 04/17/2018) |
| 04/18/2018 | 1764 | | TRANSCRIPT of Jury Trial opening statements as to Bakhtiyor Jumaev held on March 22, 2018 before Judge Kane. Pages: 1–91.<br><br>**NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic** |

| | | | |
|---|---|---|---|
| | | | **Availability of Transcripts document at www.cod.uscourts.gov.**<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (thoff, ) (Entered: 04/18/2018) |
| 04/18/2018 | 1765 | | TRANSCRIPT of Jury Trial as to Bakhtiyor Jumaev held on March 26, 2018 before Judge Kane. Pages: 92–252.<br><br>**NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (thoff, ) (Entered: 04/18/2018) |
| 04/18/2018 | 1766 | | TRANSCRIPT of Jury Trial as to Bakhtiyor Jumaev held on March 27, 2018 before Judge Kane. Pages: 253–456.<br><br>**NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (thoff, ) (Entered: 04/18/2018) |
| 04/18/2018 | 1767 | | TRANSCRIPT of Jury Trial as to Bakhtiyor Jumaev held on March 28, 2018 before Judge Kane. Pages: 457–637.<br><br>**NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (thoff, ) (Entered: 04/18/2018) |
| 04/18/2018 | 1768 | | TRANSCRIPT of Jury Trial as to Bakhtiyor Jumaev held on March 29, 2018 before Judge Kane. Pages: 638–730. |

| | | |
|---|---|---|
| | | **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (thoff, ) (Entered: 04/18/2018) |
| 04/18/2018 | 1769 | MINUTE ENTRY for Jury Trial Day 18 proceedings held before Judge John L. Kane on 4/18/2018 as to Bakhtiyor Jumaev. Court Reporter: Terri Lindblom. Interpreter: Sanjar Babadjanov, Hasmik Jorgensen, and Shahnoza Rahmanova. (babia) (Entered: 04/18/2018) |
| 04/19/2018 | 1772 | MINUTE ENTRY for Jury Trial Day 19 proceedings held before Judge John L. Kane on 4/19/2018 as to Bakhtiyor Jumaev. Court Reporter: Terri Lindblom. Interpreter: Sanjar Babadjanov, Hasmik Jorgensen, and Shahnoza Rahmanova. (babia) (Entered: 04/19/2018) |
| 04/19/2018 | 1773 | (RESTRICTED DOCUMENT – Level 1) Response to 1748 Motion by Bakhtiyor Jumaev. (Baker, Mitchell) Modified to add title on 4/20/2018 (cthom, ). (Entered: 04/19/2018) |
| 04/20/2018 | 1774 | MINUTE ORDER as to Bakhtiyor Jumaev. The Motion Hearing scheduled for 2:30 p.m. on Friday, April 20, 2018, is VACATED. The Court will issue a written order today regarding the motion in ECF No. 1748. Ordered by Judge John L. Kane on 4/20/2018. Text Only Entry (jlksec) (Entered: 04/20/2018) |
| 04/20/2018 | 1775 | (RESTRICTED DOCUMENT – Level 1) Order as Bakhtiyor Jumaev by Judge John L. Kane. (cthom, ) (Entered: 04/20/2018) |
| 04/22/2018 | 1777 | RESTRICTED DOCUMENT – Level 1: by Bakhtiyor Jumaev. (Savitz, David) (Entered: 04/22/2018) |
| 04/23/2018 | 1779 | (RESTRICTED DOCUMENT – Level 1) Government's Fourth Amended Exhibit List by USA as to Bakhtiyor Jumaev (Attachments: # 1 Exhibit)(Holloway, Gregory) Modified to add title on 4/24/2018 (cthom, ). (Entered: 04/23/2018) |
| 04/23/2018 | 1782 | (RESTRICTED DOCUMENT – Level 1) Proposed First Amendment Jury Instruction by Bakhtiyor Jumaev. (Attachments: # 1 Exhibit)(Baker, Mitchell) Modified to add title on 4/24/2018 (cthom, ). (Entered: 04/23/2018) |
| 04/23/2018 | 1783 | Proposed Jury Instructions by USA as to Bakhtiyor Jumaev (Attachments: # 1 Exhibit)(Martinez, Julia) (Entered: 04/23/2018) |
| 04/23/2018 | 1789 | MINUTE ENTRY for Jury Trial Day 20 proceedings held before Judge John L. Kane on 4/23/2018 as to Bakhtiyor Jumaev. ORDERED: Defendant Jumaevs Resquest [sic] For A Special Instruction Prior To The CHS Testimony (Filed 4/22/18; Doc. No.1777) is GRANTED. ORDERED: Any |

| | | |
|---|---|---|
| | | exhibit that contains an image of witness (Mr. X) shall be under SEAL. ORDERED: The transcript and notes of the Mr. X are SEALED, and are not to be unsealed, without FIRST OBTAINING THE WRITTEN ORDER OF THIS COURT. It is FURTHER ORDERED that any reference to this testimony in any brief or pleading, hereafter filed, shall be redacted of any reference that identifies this particular witness, and the redactions will likewise be identified and placed under SEAL with the same restriction, and in the same location requiring a WRITTEN ORDER authorizing unsealing. Court Reporter: Tamara Hoffschildt. Interpreter: Nodira Matyakubova, Muhitdin Ahunhodjaev, and Tatiana Dautkhanova. (babia) (Entered: 04/24/2018) |
| 04/24/2018 | 1785 | TRANSCRIPT of Trial to Jury – Day 10 as to Bakhtiyor Jumaev held on 4/2/2018 before Judge Kane. Pages: 731–902. <br>**<br> NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 04/24/2018) |
| 04/24/2018 | 1786 | TRANSCRIPT of Trial to Jury – Day 11 as to Bakhtiyor Jumaev held on 4/3/2018 before Judge Kane. Pages: 903–981. <br>**<br> NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 04/24/2018) |
| 04/24/2018 | 1787 | STIPULATION by Bakhtiyor Jumaev (Baker, Mitchell) (Entered: 04/24/2018) |
| 04/24/2018 | 1788 | (RESTRICTED DOCUMENT – Level 1) Government's Fifth Amended Exhibit List by USA as to Bakhtiyor Jumaev (Attachments: # 1 Exhibit)(Holloway, Gregory) Modified to add title on 4/25/2018 (cthom, ). (Entered: 04/24/2018) |
| 04/24/2018 | 1790 | MINUTE ENTRY for Jury Trial Day 21 proceedings held before Judge John L. Kane on 4/24/2018 as to Bakhtiyor Jumaev. ORDERED: Defendants Renewed Oral Motion for Judgment of Acquittal is DENIED. **After meeting with counsel, the following are confirmed admitted/stipulated exhibits and will accompany the Jury once they are excused to begin their deliberations:Governments Exhibits −1, 14, 22, 23, 23A, 25, 26, 26A, 28, 28A, 28B, 28C, 28D, 28E, 28F, 28G, 40, 41, 42, 43, 44, 45, 46, 47, 49, 50, |

| | | |
|---|---|---|
| | | 51, 52, 53, 71B−1, 71B−2, 73B, 74B, 96, 97B, 101, 101A, 105, 105A, 107, 107A, 109, 109A, 111, 111A, 112, 112A, 113, 113A, 116, 116A, 116B, 116C, 116D, 116E, 116F, 116G, 118, 123, 123A, 125, 125A, 127, 127A, 128, 128A, 129, 129A, 130, 130A, 131, 131A, 131B, 132, 132A, 133, 133A, 138, 138A, 139, 139A, 141, 141A, 144A, 145, 145A, 149, 149A, 157A, 168A, 170, 170A, 200, 201, 203, 220, 222, 229, 231, 234, 235, 236, 237, 240, 241, 242, 245, 247, 258, 259, 271, 272, 276, 282, 302, 305A, 306A, 307, 307A, 307B, 307C, 313, 313A, 332, 332A−1, 332A, 332B, 332C, 332D, 332E, 332F, 332G, 332H, 424, 476, 479, 480, 535, 536, 540, 541, 542, 561A, 561B, and 561C.Defendants Exhibits – 602, 604, 605, 606, 607, 608, 609, 610, 611, 612, 614, 619, 621, 621A, 624, 625, 626A, 627, 627A, 637, 638, 639, 643, 644, 645, 646, 659A, 660A, 661A, 662A, 666A, 670A, 671A, 672A, 673A, 677A, 680A, 683A, 692A, 696A, 698A, 711, 712, 714, 716, 734, 736, 738, 739, 741, 755, 757, 757A, 758, 758A, 761, 763, 777, 778, 779, 780, 782, 789, 799, 801, 802, and 803. Court Reporter: Tamara Hoffschildt. Interpreters: Nodira Matyakubova, Muhitin Ahunhodjaev, and Tatiana Dautkhanova. (babia) (Entered: 04/24/2018) |
| 04/25/2018 | 1794 | MINUTE ENTRY for Jury Trial Day 22 proceedings held before Judge John L. Kane on 4/25/2018 as to Bakhtiyor Jumaev. Court Reporter: Tamara Hoffschildt. Interpreter: Nodira Matyakubova, Muhitin Ahunhodjaev, and Tatiana Dautkhanova. (Attachments: # 1 Jury Question 1, # 2 Final Jury Instructions, # 3 Final Verdict Form) (babia) (Entered: 04/25/2018) |
| 04/25/2018 | 1795 | STIPULATION AND ORDER GOVERNING THE CUSTODY AND DISPOSITION OF TRIAL EXHIBITS, DEPOSITIONS, TRANSCRIPTS, AND PAPERS as to Bakhtiyor Jumaev by Judge John L. Kane on 4/25/2018. (babia) (Entered: 04/25/2018) |
| 04/25/2018 | 1798 | Amended re 1794 MINUTE ENTRY for Jury Trial Day 22 proceedings held before Judge John L. Kane on 4/25/2018 as to Bakhtiyor Jumaev. ORDERED: The Clerks Office is directed to provide lunch for the 12 deliberating Jurors plus 1 alternate Juror in this case. Court Reporter: Tamara Hoffschildt. Interpreter: Nodira Matyakubova, Muhitin Ahunhodjaev, and Tatiana Dautkhanova. (babia) (Entered: 04/26/2018) |
| 04/26/2018 | 1799 | MINUTE ENTRY for Jury Trial Day 23 proceedings held before Judge John L. Kane on 4/26/2018 as to Bakhtiyor Jumaev. ORDERED: The Clerk's Office is directed to provide lunch for the 12 deliberating Jurors plus 1 alternate Juror in this case. Court Reporter: Tamara Hoffschildt. Interpreter: Nodira Matyakubova, Muhitin Ahunhodjaev, and Tatiana Dautkhanova. (babia) (Additional attachment(s) added on 4/30/2018: # 1 Note to the Court1, # 2 note to the Court2, # 3 note to the Court3, # 4 Jury Question 2_Response from the Court) (babia, ). (Entered: 04/26/2018) |
| 04/27/2018 | 1801 | MINUTE ENTRY for Jury Trial Day 24 proceedings held before Judge John L. Kane on 4/27/2018 as to Bakhtiyor Jumaev. ORDERED:The Clerks Office is directed to provide lunch for the 12 deliberating Jurors plus 1 alternate Juror in this case. Court Reporter: Terri Lindblom. Interpreter: Nodira Matyakubova and Muhitin Ahunhodjaev. (babia) (Entered: 04/27/2018) |
| 04/27/2018 | 1802 | AMENDED MINUTE ENTRY re 1801 for Jury Trial Day 24 proceedings held before Judge John L. Kane on 4/27/2018, as to Bakhtiyor Jumaev held. Court Reporter: Terri Lindblom. Interpreter: Nodira Matyakubova and |

| | | | |
|---|---|---|---|
| | | | Muhitdin Ahunhodjaev. (babia) (Additional attachment(s) added on 4/30/2018: # 1 Exhibit) (babia, ). (Additional attachment(s) added on 4/30/2018: # 2 note to the Court) (babia, ). (Entered: 04/30/2018) |
| 04/30/2018 | 1803 | | MINUTE ENTRY for Jury Trial Day 25 proceedings held before Judge John L. Kane on 4/30/2018 as to Bakhtiyor Jumaev. JURY VERDICT as to Bakhtiyor Jumaev (2) Guilty on Counts 1ss–2ss. Sentencing is set for 7/18/2018 10:00 AM in Courtroom A 802 before Judge John L. Kane. Court Reporter: Terri Lindblom. Interpreter: Irina Kamensky and Tatiana Dautkhanova. (Attachments: # 1 Receipt) (babia) (Entered: 04/30/2018) |
| 04/30/2018 | 1804 | | Jury Verdict Un–Redacted – Level 4 – Viewable by Court Only (babia) (Entered: 04/30/2018) |
| 04/30/2018 | 1805 | | JURY VERDICT Redacted as to Bakhtiyor Jumaev (babia) (Entered: 04/30/2018) |
| 05/04/2018 | 1811 | | RESTRICTED TRANSCRIPT of proceedings held on April 23, 2018 before Judge Kane. Pages: 1913–2003. (thoff, ) (Entered: 05/04/2018) |
| 05/04/2018 | 1812 | | TRANSCRIPT of Jury Trial as to Bakhtiyor Jumaev held on April 23, 2018 before Judge Kane. Pages: 2004–2051. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (thoff, ) (Entered: 05/04/2018) |
| 05/04/2018 | 1813 | | TRANSCRIPT of Jury Trial as to Bakhtiyor Jumaev held on April 24, 2018 before Judge Kane. Pages: 2052–2147. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (thoff, ) (Entered: 05/04/2018) |
| 05/04/2018 | 1814 | | TRANSCRIPT of Jury Trial as to Bakhtiyor Jumaev held on April 25, 2018 before Judge Kane. Pages: 2148–2326. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic** |

| | | | |
|---|---|---|---|
| | | | **Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (thoff, ) (Entered: 05/04/2018) |
| 05/09/2018 | <u>1820</u> | | (RESTRICTED DOCUMENT – Level 1) ORDER at to Jamshid Muhtorov and Bakhtiyor Jumaev. (cthom, ) (Entered: 05/09/2018) |
| 05/14/2018 | <u>1827</u> | | (RESTRICTED DOCUMENT – Level 1) Motion to Set Aside Verdict by Bakhtiyor Jumaev. (Attachments: # <u>1</u> Exhibit)(Savitz, David) Modified to add title on 6/5/2018 (cthom, ). (Entered: 05/14/2018) |
| 05/14/2018 | 1828 | | Conventionally Submitted Material : 1 Compact Disc Containing Exhibit B to <u>1827</u> Restricted Document – Level 1 by Defendant Bakhtiyor Jumaev. Text Only Entry. (cthom, ) (Entered: 05/14/2018) |
| 05/15/2018 | 1830 | | MINUTE ORDER as to Bakhtiyor Jumaev. The government is DIRECTED to file a response to Defendant Jumaev's Motion to Set Aside Verdict <u>1827</u> on or before May 29, 2018. Any reply is due on or before June 5, 2018. Ordered by Judge John L. Kane on 5/15/2018. Text Only Entry (jlksec) (Entered: 05/15/2018) |
| 05/15/2018 | <u>1832</u> | | TRANSCRIPT of Trial to Jury – Day 12 as to Bakhtiyor Jumaev held on 4/9/2018 before Judge Kane. Pages: 982–1115. <br>**<br> NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 05/15/2018) |
| 05/18/2018 | 1836 | | MINUTE ORDER as to Defendant Bakhtiyor Jumaev. The sentencing for Defendant Jumaev is set for July 18, 2018, at 10:00 a.m., making the deadline for the initial Presentence Investigation Report June 13, 2018. Any objections to the Presentence Investigation Report are due June 27, 2018. The government is DIRECTED to file its Sentencing Statement on or before June 13, 2018, and Mr. Jumaev is DIRECTED to file his Sentencing Statement on or before June 28, 2018. Ordered by Judge John L. Kane on 5/18/2018. Text Only Entry (jlksec) (Entered: 05/18/2018) |
| 05/22/2018 | <u>1841</u> | | TRANSCRIPT of Trial to Jury – Day 13 as to Bakhtiyor Jumaev held on 4/10/2018 before Judge Kane. Pages: 1117–1206. <br>**<br> NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br>Transcript may only be viewed at the court public terminal or purchased |

| | | | |
|---|---|---|---|
| | | | through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 05/22/2018) |
| 05/22/2018 | 1842 | | TRANSCRIPT of Trial to Jury – Day 14 as to Bakhtiyor Jumaev held on 4/11/2018 before Judge Kane. Pages: 1207–1311. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 05/22/2018) |
| 05/22/2018 | 1843 | | TRANSCRIPT of Trial to Jury – Day 15 as to Bakhtiyor Jumaev held on 4/12/2018 before Judge Kane. Pages: 1312–1418. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 05/22/2018) |
| 05/22/2018 | 1844 | | TRANSCRIPT of Trial to Jury – Day 16 as to Bakhtiyor Jumaev held on 4/16/2018 before Judge Kane. Pages: 1419–1558. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 05/22/2018) |
| 05/22/2018 | 1845 | | TRANSCRIPT of Trial to Jury Day 17 as to Bakhtiyor Jumaev held on 4/17/2018 before Judge Kane. Pages: 1559–1676. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for |

| | | | |
|---|---|---|---|
| | | | electronic posting on PACER. (tlind, ) (Entered: 05/22/2018) |
| 05/22/2018 | 1846 | | TRANSCRIPT of Trial to Jury – Day 18 as to Bakhtiyor Jumaev held on 4/18/2018 before Judge Kane. Pages: 1677–1767. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br><br>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 05/22/2018) |
| 05/22/2018 | 1847 | | TRANSCRIPT of Trial to Jury – Day 19 as to Bakhtiyor Jumaev held on 4/19/2018 before Judge Kane. Pages: 1768–1914. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br><br>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 05/22/2018) |
| 05/29/2018 | 1857 | | (RESTRICTED DOCUMENT – Level 1) Response to 1827 Motion to Set Aside Verdict by USA as to Bakhtiyor Jumaev (Holloway, Gregory) Modified to add title on 6/5/2018 (cthom, ). (Entered: 05/29/2018) |
| 06/01/2018 | 1867 | | Writ of Habeas Corpus ad Testificandum Issued as to Bakhtiyor Jumaev for 6/18/2018 in case as to Jamshid Muhtorov. (cthom, ) (Entered: 06/01/2018) |
| 06/05/2018 | 1872 | | (RESTRICTED DOCUMENT – Level 1) REPLY to Response to 1827 Motion to Set Aside Verdict by Bakhtiyor Jumaev. (Attachments: # 1 Exhibit)(Savitz, David) Modified to add title on 6/5/2018 (cthom, ). (Entered: 06/05/2018) |
| 06/13/2018 | 1883 | | (RESTRICTED DOCUMENT – Level 1) Government's Sentencing Statement by USA as to Bakhtiyor Jumaev (Attachments: # 1 Exhibit)(Holloway, Gregory) Modified to add title on 6/14/2018 (cthom, ). (Entered: 06/13/2018) |
| 06/14/2018 | 1884 | | (RESTRICTED DOCUMENT – Level 1) Amended Sentencing Statement by USA as to Bakhtiyor Jumaev (Attachments: # 1 Exhibit)(Holloway, Gregory) Modified to add title on 6/14/2018 (cthom, ). (Entered: 06/14/2018) |
| 06/14/2018 | 1885 | | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Bakhtiyor Jumaev (sdean, ) (Entered: 06/14/2018) |
| 06/22/2018 | 1902 | | RESTRICTED DOCUMENT – Level 2 Order re: 1827 RESTRICTED DOCUMENT – Level 1 Motion to Set Aside Verdict as to Bakhtiyor Jumaev. (athom, ) Modified on 6/22/2018 to add text (athom, ). (Entered: |

| | | | |
|---|---|---|---|
| | | | 06/22/2018) |
| 06/25/2018 | 1903 | | MOTION to Withdraw as Attorney by Emily Elizabeth Boehme by Bakhtiyor Jumaev. (Boehme, Emily) (Entered: 06/25/2018) |
| 06/25/2018 | 1904 | | ORDER granting 1903 Motion to Withdraw as Attorney. Emily Elizabeth Boehme withdrawn from case as to Bakhtiyor Jumaev (2). The Clerk is directed to remove Emily Elizabeth Boehme from the CM/ECF notification system in connection with this case. ORDERED by Judge John L. Kane on 6/25/2018. (cthom, ) (Entered: 06/25/2018) |
| 06/25/2018 | 1905 | | (RESTRICTED DOCUMENT – Level 2) MINUTE ORDER regarding 1902 Order as to Bakhtiyor Jumaev. (cthom, ) (Entered: 06/25/2018) |
| 06/26/2018 | 1906 | | MINUTE ORDER as to Bakhtiyor Jumaev re 1902 Restricted Document – Level 2. Restriction of the Preliminary Order is no longer necessary. The Order issued Friday is, therefore, SUBSTITUTED with the Unrestricted Preliminary Order attached to this Minute Order. ORDERED by Judge John L. Kane on 6/26/2018. (Attachments: # 1 Unrestricted Preliminary Order) (cthom, ) (Entered: 06/26/2018) |
| 06/26/2018 | 1907 | | MINUTE ENTRY for In Court Hearing proceedings held before Judge John L. Kane on 6/26/2018 as to Bakhtiyor Jumaev. Court Reporter: Tammy Hoffschildt. (babia) (Entered: 06/26/2018) |
| 06/28/2018 | 1908 | | BAKHTIYOR JUMAEVS SENTENCING STATEMENT AND MOTION FOR VARIANT SENTENCE (Attachments: # 1 Exhibit)(Savitz, David) Modified to un–restrict and add title on 7/20/2018 (cthom, ). (Entered: 06/28/2018) |
| 06/28/2018 | 1909 | | TRANSCRIPT of hearing as to Bakhtiyor Jumaev held on June 26, 2018 before Judge Kane. Pages: 1–13. <br><br>**NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (thoff, ) (Entered: 06/28/2018) |
| 06/28/2018 | 1910 | | OBJECTION/RESPONSE to Presentence Report 1885 by Bakhtiyor Jumaev (Savitz, David) (Entered: 06/28/2018) |
| 06/28/2018 | 1911 | | ORDER as to Bakhtiyor Jumaev Denying 1827 Restricted Document – Level 1: Motion to Set Aside Verdict filed by Bakhtiyor Jumaev, by Judge John L. Kane on 06/28/2018. (sphil, ) (Entered: 06/28/2018) |
| 07/02/2018 | 1914 | | NOTICE of Rejections of U.S. Sentencing Guidelines as to Bakhtiyor Jumaev and Jamshid Muhtorov. ORDERED by Judge John L. Kane on 7/2/2018. (cthom, ) Modified to add text on 7/30/2018 (cthom, ). (Entered: 07/02/2018) |
| 07/10/2018 | 1915 | | |

| | | | |
|---|---|---|---|
| | | | RESTRICTED PRESENTENCE REPORT as to Bakhtiyor Jumaev (Attachments: # 1 Exhibit A, # 2 Exhibit B)(sdean, ) (Entered: 07/10/2018) |
| 07/10/2018 | 1916 | | RESTRICTED ADDENDUM to Presentence Report 1915 as to Bakhtiyor Jumaev (sdean, ) (Entered: 07/10/2018) |
| 07/13/2018 | 1917 | | BAKHTIYOR JUMAEVS SUPPLEMENTAL MATERIALS IN SUPPORT OF HIS SENTENCING STATEMENT (Attachments: # 1 Exhibit)(Savitz, David) Modified to un–restrict and add title on 7/20/2018 (cthom, ). (Entered: 07/13/2018) |
| 07/13/2018 | 1919 | | (RESTRICTED DOCUMENT – Level 2) Letter from Bakhtiyor Jumaev. (cthom, ) (Entered: 07/13/2018) |
| 07/18/2018 | 1920 | 128 | MEMORANDUM OPINION and ORDER on Sentencing as to Bakhtiyor Jumaev. ORDERED by Judge John L. Kane on 7/18/2018. (Attachments: # 1 Appendix) (cthom, ) (Entered: 07/18/2018) |
| 07/18/2018 | 1921 | | MINUTE ENTRY for Sentencing proceedings held before Judge John L. Kane on 7/18/2018 as to defendant Bakhtiyor Jumaev. Defendant sentenced as reflected on the record. Court Reporter: Terri Lindblom. Interpreter: Irina Kamensky and Tatiana Dautkhanova. (babia) (Entered: 07/18/2018) |
| 07/19/2018 | 1922 | | FINAL JUDGMENT as to Defendant Bakhtiyor Jumaev (2). Defendant to be sentenced to a term of TIME SERVED, as to Counts One and Two, to be served concurrently. Defendant shall be placed on Supervised Release for a term of 10 years on Counts One and Two, to be served concurrently. Assessment $200. Counts 1–4 of the Indictment, 1–2 of the Superseding Indictment, and 5–6 of the Second Superseding Indictment are Dismissed by Judge John L. Kane on 7/18/18. (babia) (Entered: 07/19/2018) |
| 07/19/2018 | 1923 | | STATEMENT OF REASONS as to Bakhtiyor Jumaev. (babia) (Entered: 07/19/2018) |
| 07/20/2018 | 1925 | | MOTION to Unrestrict Document 1908 Restricted Document – Level 1 filed by Bakhtiyor Jumaev by Bakhtiyor Jumaev. (Savitz, David) (Entered: 07/20/2018) |
| 07/20/2018 | 1926 | | MINUTE ORDER. Defendant Bakhtiyor Jumaev's Motion to Remove the Restriction of Public Access to Certain Pleadings and their Exhibits is GRANTED. The Clerk of Court is directed to remove the restriction for Docs. 1908 and 1917 such that they are publicly available. ORDERED by Judge John L. Kane on 7/20/2018. Text Only Entry (cthom, ) (Entered: 07/20/2018) |
| 07/26/2018 | 1928 | | NOTICE OF APPEAL as to 1922 Judgment, by Bakhtiyor Jumaev. (Savitz, David) (Entered: 07/26/2018) |
| 07/26/2018 | 1930 | | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 1928 Notice of Appeal as to Bakhtiyor Jumaev to the U.S. Court of Appeals. ( CJA,) (Attachments: # 1 Docket Sheet and Preliminary Record)(cthom, ) (Entered: 07/26/2018) |
| 07/26/2018 | 1931 | | USCA Case Number as to Bakhtiyor Jumaev 18–1296 for 1928 Notice of Appeal filed by Bakhtiyor Jumaev. (cthom, ) (Entered: 07/26/2018) |

| 08/01/2018 | 1945 | | TRANSCRIPT of Sentencing as to Bakhtiyor Jumaev held on 7/18/2018 before Judge Kane. Pages: 1–54. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 08/01/2018) |
| 08/02/2018 | 1946 | | ORDER of USCA granting appointed trial counsels' Motion to Withdraw and appointing attorney Zachary Ives to represent appellant as to Bakhtiyor Jumaev re 1928 Notice of Appeal. Designation of record and transcript order form are now due on 08/23/2018 for Mr. Ives. The Clerk of the District Court shall wait at least 21 days from the date of this order before transmitting the record on appeal to this court. (USCA Case No. 18–1296) (athom, ) (Entered: 08/02/2018) |
| 08/02/2018 | 1947 | | **DISREGARD – FILED AS TO INCORRECT DEFENDANT** – RESTRICTED DOCUMENT – Level 1: by USA as to Bakhtiyor Jumaev (Martinez, Julia) Modified on 8/3/2018 to note that this document was filed as to the incorrect defendant – please see correctly filed doc 1948 (athom, ). (Entered: 08/02/2018) |
| 08/09/2018 | 1951 | | OBJECTION/RESPONSE to Presentence Report by Jamshid Muhtorov as to Jamshid Muhtorov, Bakhtiyor Jumaev (Leedy, Brian) (Entered: 08/09/2018) |
| 08/22/2018 | 1959 | | TRANSCRIPT ORDER FORM re 1928 Notice of Appeal by Bakhtiyor Jumaev. (Ives, Zachary) (Entered: 08/22/2018) |
| 08/22/2018 | 1960 | | DESIGNATION OF RECORD ON APPEAL re 1928 Notice of Appeal by Bakhtiyor Jumaev. (Attachments: # 1 Docket Sheet)(Ives, Zachary) (Entered: 08/22/2018) |
| 09/13/2018 | 1971 | | REPORTER TRANSCRIPT ORDER FORM filed by Terri LIndblom. re 1928 Notice of Appeal. Transcript due by 10/15/2018. (nrich) (Entered: 09/13/2018) |
| 10/01/2018 | 1973 | | ORDER of USCA as to Bakhtiyor Jumaev re 1928 Notice of Appeal. (USCA Case No. 18–1366) (cthom, ) (Entered: 10/02/2018) |
| 10/03/2018 | 1974 | | REPORTER TRANSCRIPT ORDER FORM filed by Tammy Hoffschildt re 1928 Notice of Appeal. Transcript due by 10/25/2018. (nrich) (Entered: 10/03/2018) |
| 10/11/2018 | 1975 | | DESIGNATION OF RECORD ON APPEAL re 1968 Notice of Appeal, 1928 Notice of Appeal by Jamshid Muhtorov as to Jamshid Muhtorov, Bakhtiyor Jumaev (Attachments: # 1 Attachment A – Joint Designation of Record Docket Sheet, # 2 Attachment B – Jumaev–Only Designation of Record Docket Sheet, # 3 Attachment C – Muhtorov–Only Designation of Record Docket Sheet)(Arceci, John) (Entered: 10/11/2018) |

| 10/15/2018 | 1977 | | TRANSCRIPT of Status Conference as to Bakhtiyor Jumaev held on March 1, 2017 before Judge Kane. Pages: 1–14. <br><br> NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br><br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (thoff, ) (Entered: 10/15/2018) |
| 10/15/2018 | 1978 | | TRANSCRIPT of Motion Hearing as to Bakhtiyor Jumaev held on November 9, 2017 before Judge Kane. Pages: 1–6 & 19–90. <br><br> NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br><br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (thoff, ) (Entered: 10/15/2018) |
| 10/15/2018 | 1979 | | RESTRICTED TRANSCRIPT of proceedings held on November 9, 2017 before Judge Kane. Pages: 7–18. (thoff, ) (Entered: 10/15/2018) |
| 10/15/2018 | 1980 | | TRANSCRIPT of Jury Trial as to Bakhtiyor Jumaev held on April 26, 2018 before Judge Kane. Pages: 1–5. <br><br> NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br><br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (thoff, ) (Entered: 10/15/2018) |
| 10/24/2018 | 1981 | | TRANSCRIPT of Jury Selection – Day 1 as to Bakhtiyor Jumaev held on 3/12/2018 before Judge Kane. Pages: 1–96. <br><br> NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br><br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for |

| | | | |
|---|---|---|---|
| | | | electronic posting on PACER. (tlind, ) (Entered: 10/24/2018) |
| 10/24/2018 | <u>1982</u> | | TRANSCRIPT of Jury Selection – Day 2 as to Bakhtiyor Jumaev held on 3/13/2018 before Judge Kane. Pages: 97–272. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 10/24/2018) |
| 10/24/2018 | <u>1983</u> | | TRANSCRIPT of Jury Selection – Day 3 as to Bakhtiyor Jumaev held on 3/14/2018 before Judge Kane. Pages: 273–399. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 10/24/2018) |
| 10/24/2018 | <u>1984</u> | | TRANSCRIPT of Jury Selection – Day 4 as to Bakhtiyor Jumaev held on 3/15/2018 before Judge Kane. Pages: 400–414. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 10/24/2018) |
| 10/24/2018 | <u>1986</u> | | TRANSCRIPT of Status Conference as to Bakhtiyor Jumaev held on 3/6/2017 before Judge Kane. Pages: 1–24. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 10/24/2018) |

| 10/24/2018 | 1987 | | TRANSCRIPT of Verdict as to Bakhtiyor Jumaev held on 4/30/2018 before Judge Kane. Pages: 1–6. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 10/24/2018) |
| --- | --- | --- | --- |
| 10/24/2018 | 1988 | | RESTRICTED TRANSCRIPT of proceedings held on 9/20/2017 before Judge Kane. Pages: 1–24. (tlind, ) (Entered: 10/24/2018) |
| 10/29/2018 | 1989 | | REPORTER TRANSCRIPT ORDER FORM filed by Terri Lindblom re 1968 Notice of Appeal. Transcript due by 11/19/2018. (nrich) (Entered: 10/29/2018) |
| 11/30/2018 | 2000 | | RESTRICTED TRANSCRIPT of proceedings held on 7/13/2017 before Judge Kane. Pages: 1–4. (tlind, ) (Entered: 11/30/2018) |
| 12/24/2018 | 2004 | | TRANSMITTAL OF RECORD ON APPEAL as to Bakhtiyor Jumaev to the U.S. Court of Appeals for the Tenth Circuit as to 1928 Notice of Appeal filed by Bakhtiyor Jumaev. Volume I – Electronic Documents;Volume II – Restricted Documents Part 1; Volume III – Restricted Documents Part 2; Volume IV – Restricted Documents Part 3; Volume V – Restricted Transcripts; Volume VI – Transcripts; (USCA Case No. 18–1296). Text Only Entry (cthom, ) (Entered: 12/26/2018) |
| 12/27/2018 | 2006 | | TRANSMITTAL OF JOINT RECORD ON APPEAL (requested by parties) as to Jamshid Muhtorov, Bakhtiyor Jumaev to the U.S. Court of Appeals for the Tenth Circuit as to 1968 Notice of Appeal filed by Jamshid Muhtorov, 1928 Notice of Appeal filed by Bakhtiyor Jumaev. Volume I – Electronic Documents Part 1;Volume II – Electronic Documents Part 2; Volume III – Electronic Documents Part 3; Volume IV – Electronic Documents Part 4; Volume V – Restricted Documents Part 1; Volume VI – Restricted Documents Part 2; Volume VII – Restricted Documents Part 3; Volume VIII – Restricted Documents Part 4 (USCA Case No. 18–1366 and 18–1296). Text Only Entry. (cthom, ) (Entered: 12/27/2018) |
| 02/04/2019 | 2008 | | ORDER of USCA as to Bakhtiyor Jumaev re 1928 Notice of Appeal. (USCA Case No. 18–1296) (cthom, ) (Entered: 02/04/2019) |
| 04/16/2019 | 2009 | | RESTRICTED DOCUMENT – Level 2 ORDER as to Bakhtiyor Jumaev by Judge John L. Kane. (cthom, ) (Entered: 04/16/2019) |
| 04/29/2019 | 2010 | | RESTRICTED DOCUMENT – Level 2: as to Bakhtiyor Jumaev. (Savitz, David) (Entered: 04/29/2019) |
| 04/30/2019 | 2011 | | RESTRICTED DOCUMENT – Level 2 Order by Judge John L. Kane as to Bakhtiyor Jumaev. (cthom, ) (Entered: 04/30/2019) |
| 08/13/2019 | 2016 | | |

| | | | ORDER of USCA as to Bakhtiyor Jumaev re <u>1928</u> Notice of Appeal. (USCA Case No. 18−1296). (sphil, ) (Entered: 08/14/2019) |
|---|---|---|---|

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00033-JLK

UNITED STATES OF AMERICA,

  Plaintiff,

v.

2.  BAKHTIYOR JUMAEV,

  Defendant.

---

## MEMORANDUM OPINION AND ORDER ON SENTENCING

---

Kane, J.

  After his co-defendant Jamshid Muhtorov informed him that the Islamic Jihad Union (IJU) was in need of financial support, Defendant Bakhtiyor Jumaev mailed Mr. Muhtorov $300. Mr. Jumaev wrote only a single check, and the funds never reached the IJU or any other foreign terrorist organization. Mr. Jumaev had no specific plot or plan and did not intend to further any via his contribution. The idea to aid the terrorist organization was proposed and facilitated entirely by Mr. Muhtorov. Indeed, Mr. Jumaev had no direct contact with the members of any terrorist organization. And, significantly, he never committed any act of violence, nor did he advocate for any particular violent act.

  Mr. Jumaev now comes before me for sentencing after having been found guilty by a jury of two counts in violation of 18 U.S.C. § 2339B, namely (1) conspiring and (2) attempting to provide material support in the form of $300 to the IJU, a designated foreign terrorist organization. Although his actions certainly are sufficient for the jury to have found him guilty of these two very serious crimes, the above summary illustrates how his guilt rests on far less

1

culpable conduct than that of all other defendants of which I have been made aware who have

been convicted under the same statute.

# I.

## BACKGROUND

Mr. Jumaev is a 51-year-old Muslim immigrant. He was born in 1966, in Samarkand,

Uzbekistan. At that time, Uzbekistan was part of the Soviet Union and subject to repressive

Soviet policies that basically outlawed religion, including Islam, the majority religion in

Uzbekistan. In that environment, Mr. Jumaev completed grade school, obtained vocational

training in cooking and trading in goods, served as a cook in Ukraine in the Soviet Army, and

worked in his relatives' tombstone business. He also married and started a family.

Then, in 1991, Uzbekistan became a sovereign state with Islam Karimov as its President.

During Karimov's 25-year reign, repressive policies and government controls took on new

forms. Individuals were permitted to practice Islam but only as the regime saw fit. Religious

figures were persecuted by the government for not adhering to its specifications. Access to

information and freedom of the press were greatly restricted as well. In fact, Freedom House, a

nonpartisan think tank in Washington, D.C., consistently gave Uzbekistan some of the lowest

possible ratings for the existence of democratic freedoms. Trial Tr. at 1007:2-25; ECF No. 1832.

In the mid- to late-1990s, the economy in Uzbekistan suffered, and a large segment of the

population began to migrate to other places in search of employment. Mr. Jumaev likewise

suffered from the economic situation and ultimately left his family in Uzbekistan to work in

Israel for two and a half years to support them. After he returned to Uzbekistan, in 1999, Mr.

Jumaev was found by the Uzbek security service, known as the SNB, to be in possession of

cassette tapes of religious leaders who were disfavored by the government. As a result, he was jailed, interrogated, and beaten.

These circumstances prompted Mr. Jumaev to travel to the United States the following year on a temporary visa. He first came to New York City, but settled in Lehighton, Pennsylvania, and then Philadelphia. Soon after arriving, he was struck by a car when riding a bicycle and was severely injured. He could not work, depended on others for support, and was unable to send money to his family in Uzbekistan during his year-long convalescence. Over the following decade, Mr. Jumaev found steady employment as a gas station attendant and a custodian, living a meager lifestyle so that he could consistently send money to his wife and three sons. He frequently worked night shifts and traveled hours to and from his jobs. Still, he talked with his family on almost a daily basis until his arrest in this case.

Mr. Jumaev met his codefendant Jamshid Muhtorov in December 2009 when one of his roommates arranged for Mr. Muhtorov to stay in their apartment for a month while Mr. Muhtorov obtained his commercial driver's license. Mr. Muhtorov was also from Uzbekistan, and he and his family had moved as refugees to Denver in 2006. He had similarly experienced brutality at the hands of the Uzbek authorities and was exploring his Muslim faith in the United States.

Over the months that passed, Mr. Jumaev and Mr. Muhtorov developed a long-distance friendship in which they discussed a wide variety of topics, such as their families, Islam, current events, and the immigrant experience in the U.S. They also conversed about the Islamic Jihad Union and the Islamic Movement of Uzbekistan (IMU), the history of the two foreign terrorist organizations, and related propaganda videos they found online. In speaking about these organizations, Mr. Jumaev and Mr. Muhtorov often used ambiguous code words, like wedding, resort, Switzerland, alpinists, and sportsmen. It is clear from their communications, though, that

they both sympathized with the principal goal of the two organizations—to overthrow the regime of Islam Karimov.

According to Dr. Guido Steinberg, a renowned expert in terrorism, the Islamic Jihad Union spun off from its older sister the Islamic Movement of Uzbekistan around 2001 or 2002 to focus their efforts globally and not just on Uzbekistan. In its heyday, from 2006 to 2009, the IJU had at most 100 to 200 members, but many considered it to be mostly obsolete by 2009 as its numbers dwindled to around a dozen. The organization has been affiliated with al-Qaeda and the Afghan Taliban and has fought U.S. and coalition forces in Afghanistan.

In February 2010, Mr. Jumaev was detained by U.S. Immigration and Customs Enforcement for overstaying his visa, and his bond was set at $3,000. In order to be released and to return to work, Mr. Jumaev borrowed various amounts from friends and acquaintances, including $500 from Mr. Muhtorov.

Mr. Jumaev struggled to manage his and his family's debts after his arrest, so he did not pay Mr. Muhtorov back for many months. Mr. Muhtorov routinely hinted to Mr. Jumaev that he was having financial difficulties. And, eventually, in March 2011, Mr. Muhtorov relayed that the IJU, with which he had been communicating over the internet, was in dire need of financial support. Gov't Trial Ex. 125A at 2. Mr. Jumaev gathered $300, and used a friend's check to send the money to Mr. Muhtorov. A few days later, Mr. Jumaev asked Mr. Muhtorov if he had received the "wedding gift." Gov't Trial Ex. 128A at 1.[1] The check was later delivered and used by Mr. Muhtorov's wife for their family's expenses.

---

[1]The conversation went as follows:

| | |
|---|---|
| BJ: | . . . has the wedding gift arrived? The wedding gift? |
| JM: | No, it hasn't yet. |
| BJ: | It still hasn't made it there? |
| JM: | . . . No. |
| BJ: | Glory be to Allah! But I've sent it out last week! |

4

Mr. Muhtorov bragged to Mr. Jumaev and others for months about his scheme to go to Turkey to study and then to travel to "the wedding." Mr. Jumaev encouraged Mr. Muhtorov and even stated that he was envious. *See* Gov't Ex. 131A at 3. In January 2012, Mr. Muhtorov put his plans into action. He purchased a one-way ticket to Turkey and discussed with his wife the possibility of him not returning. Before boarding the plane, though, Mr. Muhtorov was arrested. He was carrying $2,865 in cash, two new iPhones, and a new iPad.

After Mr. Muhtorov's arrest, FBI agents interviewed Mr. Jumaev twice at his house. Mr. Jumaev was not fully forthright with the agents during those interviews, specifically as to his use of code words with Mr. Muhtorov, the full scope of their discussions, and his internet activity. On March 15, 2012, Mr. Jumaev was arrested and was interrogated by FBI agents for three and a half hours. He has been in detention since that date.

Regrettably, the complexities of the evidence and the nature of the charges delayed the commencement of Mr. Jumaev's trial until March 12, 2018. The trial was extensive, lasting seven weeks and involving hundreds of exhibits and tens of witnesses. The resources expended—to bring foreign witnesses and experts here, to depose witnesses abroad, to ensure accurate translations, to sift through mountains of evidence, and to exhaustively litigate the relevant issues—were great.

But Mr. Jumaev was entitled to a fair trial and put forward the type of legitimate defenses that necessitate a trial. He argued that he was only repaying his debt to Mr. Muhtorov, a duty that, in his culture, was incredibly important. He claimed he was oblique about the debt

---

JM:      We haven't checked the mail yet. We'll check the mail. [To someone in the back] Have you, by any chance, checked the mail recently? A check should be coming—

BJ:      . . . God willing, it will. Hmm…

JM:      It hasn't come yet. It will, God willing…

Gov't Trial Ex. 128A at 1.

repayment because, according to Uzbek custom, it would have been inappropriate and even offensive to directly discuss debt repayment. Additionally, he presented Mr. Muhtorov as an exaggerator who he thought was full of hot air. And Mr. Jumaev sought to demonstrate that any admissions he made during his post-arrest interrogation were involuntary, equivocal, and inconsistent.

The jury deliberated over 15 hours and recessed for a weekend before returning the verdict. The jurors undoubtedly took their responsibilities seriously and returned the verdict only after careful consideration of the evidence presented and the law given.

Post-verdict, I have received and reviewed the initial and final Presentence Investigation Reports (ECF Nos. 1885 & 1915), Mr. Jumaev's Objections (ECF No. 1910) and the Addendum (ECF No. 1916) to the Presentence Report, the government's Amended Sentencing Statement (ECF No. 1884), Mr. Jumaev's Sentencing Statement and Motion for a Variant Sentence (ECF No. 1908), Mr. Jumaev's Supplement thereto (ECF No. 1917), and Mr. Muhtorov's Memorandum Regarding Sentencing Guidelines (ECF No. 1918). Mr. Jumaev additionally submitted a letter he authored to the Court (ECF No. 1919) in which he stands on his innocence and iterates that he has been denied his right to a speedy trial and other arguments as to why he believes he was denied a fair trial. I have considered all of these submissions, including the contents of Mr. Jumaev's letter, in reaching the conclusions detailed below.

II.

THE U.S. SENTENCING GUIDELINES RANGE[2]

I have previously notified the parties that I find the U.S. Sentencing Guidelines to be

illogical and inadequate for sentencing Mr. Jumaev. I elaborate on that conclusion further below.

But, first, I calculate the applicable Guidelines range as required. *See Gall v. United States*, 552

U.S. 38, 49 (2007). If the following calculation is in error, however, it has no impact on the

eventual sentence. *See United States v. Sabillon-Umana*, 772 F.3d 1328, 1334 (10th Cir. 2014)

(acknowledging that remanding for resentencing does not help the defendant or enhance the

integrity of judicial proceedings when a district judge analyzes a case under alternative theories

and indicates he or she would arrive at the same sentencing conclusion either way); *United States

v. Gieswein*, 887 F.3d 1054, 1062-63 (10th Cir. 2018).


A.  Calculation of the Guidelines Range

U.S. Sentencing Guideline § 2M5.3(a) sets the Base Level for a conviction under 18

U.S.C. § 2339B at 26. Mr. Jumaev's two counts are grouped together under the Sentencing

Guidelines because they involve a common criminal objective and constitute part of a common

scheme or plan. *See* U.S.S.G. § 3D1.2.[3] Mr. Jumaev has no known criminal history, making his

Criminal History Category I. So, without any adjustments or departures, Mr. Jumaev's

Guidelines range would be 63 to 78 months' imprisonment.

---

[2] Apart from these rulings on the applicable Sentencing Guidelines provisions, no finding is
necessary concerning Mr. Jumaev's remaining objections or clarifications to the Presentence
Investigation Report because the controverted matters have either been addressed through
revisions to the Report or will not be taken into account in imposing the sentence. The factual
statements in the Report are otherwise adopted.

[3] "All counts involving substantially the same harm shall be grouped together into a single Group.
Counts involve substantially the same harm within the meaning of this rule: . . . (b) When counts
involve the same victim and two or more acts or transactions connected by a common criminal
objective or constituting part of a common scheme or plan." U.S.S.G. § 3D1.2.

The Guideline for convictions under 18 U.S.C. § 2339B, however, provides for a two level increase "[i]f the offense involved the provision of (A) dangerous weapons; (B) firearms; (C) explosives; (D) funds with the intent, knowledge, or reason to believe such funds would be used to purchase any of the items described in subdivisions (A) through (C); or (E) funds or other material support or resources with the intent, knowledge, or reason to believe they are to be used to commit or assist in the commission of a violent act . . . ." U.S.S.G. § 2M5.3(b)(1).

The government claims that Mr. Jumaev had a reason to believe that the funds he provided would be used to obtain dangerous weapons or firearms or to commit or assist in the commission of a violent act. As support, it relies on Mr. Jumaev's viewing of IJU and IMU terrorist propaganda videos, his discussions with Mr. Muhtorov on their duty to participate in the "wedding," and his comments on YouTube videos in support of violent jihad. Mr. Jumaev was familiar with the IJU's purpose and its activities and readily admitted to knowing that it was a foreign terrorist organization. Thus, he necessarily had a reason to believe, at a minimum, that any funds provided to the IJU would have been used to commit or assist in the commission of a violent act. I find the two-level increase under § 2M5.3(b) is applicable. That finding bumps Mr. Jumaev's offense level up to 28, resulting in a range of imprisonment of 78 to 97 months.

That is not the end of the story, though. For crimes related to terrorism, I must evaluate the application of the so-called Terrorism Enhancement in U.S.S.G. § 3A1.4. And, here, I must also address the government's suggestion that I apply the Obstruction of Justice Enhancement in § 3C1.1 as well as Mr. Jumaev's entreaty that I apply the mitigating role adjustment in § 3B1.2 and the criminal history and aberrant behavior departures in §§ 4A1.3 and 5K2.20, respectively.

*Adjustments*

1.  § 3A1.4:  Terrorism Enhancement

The Terrorism Enhancement, when applied, "takes a wrecking ball" to the initial

Guidelines range. George D. Brown, *Punishing Terrorists: Congress, the Sentencing*

*Commission, the Guidelines, and the Courts*, 23 Cornell J.L. & Pub. Pol'y 517, 520 (2014). It

functions by both increasing the offense level at least 12 levels and elevating the defendant to the

highest Criminal History Category, irrespective of his or her actual criminal history. In full, the

Terrorism Enhancement states:

> (a) If the offense is a felony that involved, or was intended to promote, a federal
> crime of terrorism, increase by **12** levels; but if the resulting offense level is less
> than level **32**, increase to level **32**.

> (b) In each such case, the defendant's criminal history category from Chapter Four
> (Criminal History and Criminal Livelihood) shall be Category VI.

U.S.S.G. § 3A1.4. The "federal crime of terrorism" the Enhancement references is that defined in

18 U.S.C. § 2332b(g)(5): "[A]n offense that—(A) is calculated to influence or affect the conduct

of government by intimidation or coercion, or to retaliate against government conduct; and (B) is

a violation of—[a list of enumerated offenses, including] (i) section . . . 2339B (relating to

providing material support to terrorist organizations) . . . ." If the Enhancement were to apply to

Mr. Jumaev's offenses, his sentencing range would skyrocket to 360 months' imprisonment.

The government's argument regarding application of the Terrorism Enhancement is

disappointing. For such a "draconian" enhancement,[4] I would expect the government to muster

more than a single paragraph justifying its application. The government's entire argument is:

> The record is replete with evidence that JUMAEV and MUHTOROV intended to
> retaliate against the actions of both the Uzbek and United States Government.

---

[4]"U.S.S.G. [§] 3A1.4 is draconian." James P. McLoughlin, Jr., *Deconstructing United States
Sentencing Guidelines Section 3A1.4: Sentencing Failure in Cases of Financial Support for
Foreign Terrorist Organizations*, 28 Law & Ineq. 51, 54 (2010).

> Further, the offense conduct here was plainly one that "involved, or was intended to promote," the crimes listed above. U.S.S.G. § 3A1.4(a). Indeed, violations of 18 U.S.C. § 2339B, the counts of conviction, are specifically listed in the definition of a "Federal crime of terrorism." JUMAEV explained his anger at both the Uzbek and U.S. government to agents during his interview on March 15, 2012. Accordingly, the defendants' offense level [sic] should be increased by 12 levels.

Gov't's Am. Sentencing Statement at 10-11, ECF NO. 1884.[5] Mr. Jumaev, in turn, spends seven pages presenting the specific standard for application of the enhancement and demonstrating that the record does not fulfill that standard. If I were to base my ruling on the efforts of the parties alone, I would find the enhancement inapplicable. I do not, however, fall into this temptation.

I base my ruling instead on the standard taken from *United States v. Awan*, 607 F.3d 306, 313 (2d Cir. 2010). There, the Second Circuit explained that the disjunctive phrase from U.S.S.G. § 3A1.4—if the offense involved, OR was intended to promote, a federal crime of terrorism—"makes clear that the predicate offense must either (1) 'involve' a federal crime of terrorism or (2) be 'intended to promote' a federal crime of terrorism, and that each clause has a separate meaning." *Awan*, 607 F.3d at 313. "A defendant's offense 'involves' a federal crime of terrorism when his offense includes such a crime, *i.e.*, the defendant committed, attempted, or conspired to commit a federal crime of terrorism as defined in 18 U.S.C. § 2332b(g)(5), or his relevant conduct includes such a crime." *Id.* at 313-14. Since Mr. Jumaev's convictions are under 18 U.S.C. § 2339B, a crime enumerated in § 2332b(g)(5)(B), I must only find, under that prong, that Mr. Jumaev had the "specific intent" to commit offenses that were "calculated to influence or affect the conduct of government by intimidation or coercion, or to retaliate against government conduct." *See id.* at 316-17. "'Calculation' is concerned with the object that the actor seeks to achieve through planning or contrivance . . . Section 2332b(g)(5)(A) does not

---

[5]Persisting with its trying habits, the government fails to tailor its filing and argument to Mr. Jumaev.

focus on the defendant but on his 'offense,' asking whether it was calculated, *i.e.*,, planned—for whatever reason or motive—to achieve the stated object." *Id.* at 317.

Alternatively, "[t]he 'intended to promote' prong applies where the defendant's offense is intended to encourage, further, or bring about a federal crime of terrorism, even though the defendant's own crime of conviction or relevant conduct may not include a federal crime of terrorism." *Id.* at 314. So, even if Mr. Jumaev's offenses were not "calculated to influence or affect the conduct of government by intimidation or coercion, or to retaliate against government conduct," the terrorism enhancement may apply if, with his offenses, he intended to promote another's commission of a crime in § 2332b(g)(5)(B) that was. *See id.* at 314-15. "[A]n offense is 'intended to promote' a federal crime of terrorism when the offense is intended to help bring about, encourage, or contribute to" such a crime. *Id.* at 314.

Under both the "involves" or the "intended to promote prong," then, the Terrorism Enhancement only applies if I find that Mr. Jumaev had some intent that was not required for the jury to find him guilty. *See* Jury Instructions at 25, 29, ECF No. 1794-2 (requiring only knowledge for convictions under 18 U.S.C. § 2339B). I struggle to find that Mr. Jumaev had either the specific intent to commit crimes that were calculated to influence, affect, or retaliate against a government or the intent to promote another's federal crime of terrorism when the jury's conviction of him could rest only on his knowledge. Mr. Jumaev convincingly argues that he both could have intended to repay his debt to Mr. Muhtorov while knowing that the funds would go to support a foreign terrorist organization. I have no reason to believe that Mr. Jumaev would have ever sent money to the IJU if he had not been arrested by ICE and been loaned money by Mr. Muhtorov. Mr. Jumaev's offenses are the result of a convergence of factors that I detail throughout this Order, the most significant of which is that he owed a debt. The facts of this case are unique for that reason.

11

I cannot and do not find, under the "involves" prong, that Mr. Jumaev's offenses were "calculated to influence or affect the conduct of government by intimidation or coercion, or to retaliate against government conduct." Although Mr. Jumaev may have wished for the overthrow of Uzbek President Islam Karimov or perhaps even for the U.S. government to alter its foreign policy, his offenses were not calculated to achieve that object. *See Awan*, 607 F.3d at 314. My best justification for that determination is common sense. Mr. Jumaev gave only $300 to a person who himself was short on cash and did not even know how to get the money to the intended organization. If Mr. Jumaev's offenses were truly calculated towards a political objective, Mr. Jumaev would have done more, e.g., contributed more money on more occasions via a more reliable conduit to a more robust organization. Simply put, his offenses were not calculated at all.

To fall within the "intended to promote" prong, Mr. Jumaev must have committed his offenses with the intent to help bring about, encourage, or contribute to another person's commission of a federal crime of terrorism.[6] Again, I am unable to find that Mr. Jumaev *intended* anything more than to repay his debt. The record does contain evidence that Mr. Jumaev would have approved of the commission of certain federal crimes of terrorism. But, as Mr. Jumaev asserts, there is no evidence in the record that he knew about, and certainly not that he intended to promote, any plan by the IJU to commit a politically-motivated crime of terrorism. This is underscored by the fact that Mr. Jumaev never had any direct contact with the IJU and that the organization was nearly defunct at that time. Even if it were sufficient for Mr. Jumaev to have intended generally to bring about, encourage, or contribute to federal crimes of terrorism, the government has not conclusively established that he sent Mr. Muhtorov the $300

---

[6]There is an argument that Mr. Jumaev's offenses intended to promote Mr. Muhtorov's commission of federal crimes of terrorism. It is not advanced by the government and I decline to make it on its behalf.

check with that intent. I, therefore, find that the Terrorism Enhancement is inapplicable to Mr.

Jumaev's offenses.[7]

## 2. § 3C1.1: Obstruction of Justice Enhancement

The government additionally contends that the two-level Obstruction of Justice

Enhancement appears to apply because Mr. Jumaev committed perjury in testifying at trial and

provided materially false information to the Court. The enhancement only applies when:

> (1) the defendant willfully obstructed or impeded, or attempted to obstruct or impede, the administration of justice with respect to the investigation, prosecution, or sentencing of the instant offense of conviction, and (2) the obstructive conduct related to (A) the defendant's offense of conviction and any relevant conduct; or (B) a closely related offense . . . .

U.S.S.G. § 3C1.1. Application Note 4 to the Guideline provides as examples of qualifying

conduct: "committing, suborning, or attempting to suborn perjury, . . . if such perjury pertains to

conduct that forms the basis of the offense of conviction" and "providing materially false

information to a judge or magistrate judge."

In determining what constitutes perjury for the purposes of the Obstruction of Justice

enhancement, I rely on the federal criminal perjury statute, 18 U.S.C. § 1621. "A witness

testifying under oath or affirmation violates this statute if she gives false testimony concerning a

material matter with the willful intent to provide false testimony, rather than as a result of

confusion, mistake, or faulty memory." *United States v. Dunnigan*, 507 U.S. 87, 94 (1993).

"[N]ot every accused who testifies at trial and is convicted will incur an enhanced sentence under

§ 3C1.1 for committing perjury . . . . [The accused's] testimony may be truthful, but the jury may

---

[7]This finding is inconsequential because, as I explain below, I would depart under U.S.S.G. §§ 4A1.3 and 5K2.20 to reduce the impact of the Terrorism Enhancement and would still grant a variance resulting in the same sentence.

nonetheless find the testimony insufficient to excuse criminal liability or to prove lack of intent." *Id.* at 95.

I will not speculate from the jury's verdict what testimony it rejected and what it accepted, and I cannot conclude, as the government does, that its conviction of Mr. Jumaev establishes that his testimony was false. The government provides as examples of his "lies" his testimony "that his $300 payment to MUHTOROV was repayment of a debt and not intended for the IJU, that he thought MUHTOROV was joking when he told the defendant about his contact with the IJU, and that he did not [believe][8] MUHTOROV intended to travel in order to join the IJU." Gov't Am. Sentencing Statement at 11. But the jury could have convicted Mr. Jumaev even while finding all of those statements to be true. Perhaps the jurors believed Mr. Jumaev's testimony that Mr. Muhtorov was an exaggerator and braggart but thought it was insufficient to counter his knowledge. I will not presume.

In over forty years of judging I have never imposed a harsher sentence because a defendant asserted his right to trial by jury or to testify at that trial. I am not about to do so now or in the future. I consider any trial "tax" or penalty to be contrary to the ages-long values and standards of our legal system.[9] It is more closely associated with the jurisprudence of Russia, as described by Dostoyevsky, than our own tradition as described by Benjamin Cardozo. In that vein, application of the Obstruction of Justice Enhancement here would be a violation of the concepts of justice and of ordered liberty.

---

[8]The government recounts that Mr. Jumaev testified that he did not "know" Mr. Muhtorov intended to travel in order to join the IJU. A more accurate summary of his testimony is that he did not believe Mr. Muhtorov was traveling for that purpose because he thought he was just bragging. *See, e.g.,* Trial Tr. at 1357:2-16, ECF No. 1843.

[9]Though not directly relevant to this case, the trial tax or trial penalty as expressed and encouraged in the Sentencing Guidelines is yet another reason to reject them.

3. § 3B1.2: Mitigating Role Adjustment

Mr. Jumaev first argues that his offense level should be decreased two to four levels

under U.S.S.G. § 3B1.2(a) and (b) because his role in the offense was appreciably less than Mr.

Muhtorov's. U.S.S.G. § 3B1.2 instructs:

> Based on the defendant's role in the offense, decrease the offense level as follows:
> (a) If the defendant was a minimal participant in any criminal activity, decrease
> by **4** levels. (b) If the defendant was a minor participant in any criminal activity,
> decrease by **2** levels. In cases falling between (a) and (b), decrease by **3** levels.

U.S.S.G. § 3B1.2. While Mr. Jumaev's culpable conduct overall certainly pales in comparison to

Mr. Muhtorov's, he was not a minimal or minor participant in the crimes with which he was

convicted. Mr. Muhtorov made contact with IJU and was to deliver the funds, but the support

that was to be provided originated with Mr. Jumaev and he was aware of and a participant in the

full scope of the crime.


*Departures*

1. § 5K2.20: Aberrant Behavior Departure

Moving on to the departures Mr. Jumaev suggests, a downward departure may be

warranted under U.S.S.G. § 5K2.20 "in an exceptional case" if "(1) the defendant's criminal

conduct meets the requirements of subsection (b); and (2) the departure is not prohibited under

subsection (c)." U.S.S.G. § 5K2.20(a). Here, none of the prohibitions in subsection (c) apply.

Subsection (b) reads:

> The court may depart downward under this policy statement only if the defendant
> committed a single criminal occurrence or single criminal transaction that (1) was
> committed without significant planning; (2) was of limited duration; and (3)
> represents a marked deviation by the defendant from an otherwise law-abiding
> life.

U.S.S.G. § 5K2.20(b). Application Note 3 to § 5K2.20 permits me to consider "the defendant's (A) mental and emotional conditions; (B) employment record; (C) record of prior good works; (D) motivation for committing the offense; and (E) efforts to mitigate the effects of the offense."

Until his immigration arrest, Mr. Jumaev had no interactions with law enforcement and held steady employment in the U.S. for almost ten years. His greatest concern in life was and I imagine still is providing for his family. Although his discussions with Mr. Muhtorov regarding the IJU and IMU and his admiration for them spanned years, he wrote only a single check. It is unclear what his motivation was in doing so, but as I found above, it was not a calculated action. He has been in detention for 76 months and has only three disciplinary incidents, all of which related to disagreements with staff. Presentence Report at 4, ECF No. 1915. Considering all the evidence, Mr. Jumaev is most likely to continue with his "otherwise law-abiding life" once this case has terminated. I do have some reservation in applying this departure because I am troubled by Mr. Jumaev's failure to be fully forthright with law enforcement during their two interviews with them in early 2012 and by his testimony at trial revealing that his asylum application contained exaggerations. Nevertheless, I find that reduction of the offense level by two levels is justified under § 5K2.20.[10]

## 2. § 4A1.3: Criminal History Departure

For many of the same reasons that I depart under that provision, I determine that, if the Terrorism Enhancement were applicable to Mr. Jumaev's offenses, his criminal history would be overrepresented and he should benefit from a departure under U.S.S.G. § 4A1.3 as well. Section 4A1.3 provides: "If reliable information indicates that the defendant's criminal history category

---

[10]Again, if the Terrorism Enhancement were applicable to Mr. Jumaev's offenses, I would reduce his offense level to an even greater extent under § 5K2.20.

substantially over-represents the seriousness of the defendant's criminal history or the likelihood

that the defendant will commit other crimes, a downward departure may be warranted." U.S.S.G.

§ 4A1.3(b)(1). The Terrorism Enhancement would move Mr. Jumaev, a 51-year-old with no

criminal history, from a Criminal History Category of I to VI. "A judge determining that [the

Terrorism Enhancement] over-represents 'the seriousness of the defendant's past criminal

conduct or the likelihood that the defendant will commit other crimes' always has the discretion

under § 4A1.3 to depart downward in sentencing." *United States v. Meskini*, 319 F.3d 88, 92

(2003); *United States v. Benkahla*, 501 F.Supp.2d 748, 758 (2007) (applying the Terrorism

Enhancement and then a downward departure under § 4A1.3 to drop the defendant's criminal

history category from VI back down to I).

    Judge George O'Toole has eloquently explained the most salient reasons for departing

under § 4A1.3 when the Terrorism Enhancement applies:

> [T]he automatic assignment of a defendant to a Criminal History Category VI is not only
> too blunt an instrument to have genuine analytical value, it is fundamentally at odds with
> the design of the Guidelines. It can, as it does in this case, import a fiction into the
> calculus. It would impute to a defendant who has had no criminal history a fictional
> history of the highest level of seriousness.

*United States v. Mehanna*, No. 1:09-cr-10017-GAO (D. Mass. April 12, 2012), Sentencing Tr. at

69:14-24, ECF No. 439. The assignment of a Criminal History Category of VI via the Terrorism

Enhancement is purportedly based on the notion that, "even terrorists with no prior criminal

behavior are unique among criminals in the likelihood of recidivism, the difficulty of

rehabilitation, and the need for incapacitation." *Meskini*, 319 F.3d at 92. But:

> There is no published statistical data demonstrating that defendants convicted of violating
> 18 U.S.C. §§ 2339B, 2339C, or other anti-terrorism statutes—and especially those
> convicted of financing offenses—are any more likely to be recidivists than any other first
> offenders. Nothing in the history of U.S.S.G. [§] 3A1.4 would indicate that any reliable
> data was used to determine if a person convicted of a material support offense is more
> likely to be a recidivist.

James P. McLoughlin, Jr., *Deconstructing United States Sentencing Guidelines Section 3A1.4:*

*Sentencing Failure in Cases of Financial Support for Foreign Terrorist Organizations*, 28 Law

& Ineq. 51, 114-15 (2010) (footnotes omitted). Furthermore, with respect to Mr. Jumaev

specifically, there is no indication that he is likely to recidivate or would be difficult to

rehabilitate.[11] If the Terrorism Enhancement were applicable to Mr. Jumaev's offenses, I would

depart under § 4A1.3 to lower him back down to Criminal History Category I.

*Final Guidelines Range*

At long last, I arrive at the appropriate Guidelines range for Mr. Jumaev's offenses. The

offense level is 26, after applying the enhancement in § 2M5.3(b), finding inapplicable the

Terrorism and Obstruction of Justice Enhancements and the Mitigating Role Adjustment, and

departing under § 5K2.20. Mr. Jumaev remains at a Criminal History Category I. The Guidelines

range is, therefore, 63 to 78 months' imprisonment with one year to life of supervised release and

a $12,500 to $125,000 fine.

B. Rejection of the Guidelines

I reject the Sentencing Guidelines in this case and instead find it appropriate to sentence

Mr. Jumaev pursuant to the factors set forth in 18 U.S.C. § 3553(a). My reasons for doing so are

multitudinous. Principally, I have concluded this case presents circumstances not adequately

taken into consideration by the Sentencing Commission.[12] These points are detailed in the

---

[11]As I discuss later, however, no established programs exist in our criminal justice system or in
the Bureau of Prisons to rehabilitate individuals charged and/or convicted of crimes related to
terrorism.

[12]It seems I am not alone in my conclusion. Sentencing Commission statistics inform that, of 16
defendants from 2013 to 2017 for which § 2339B is the only count of conviction, 62.5% or 10
defendants received sentences that were below the Guidelines range that were not sponsored by

following Section, but include Mr. Jumaev's owing of a debt, his extended period of pretrial detention, his prolonged absence from his family, his immigration situation, and the lack of rehabilitation programs for him.

The Terrorism Enhancement further exemplifies this lack of consideration by the Sentencing Commission.[13] The Violent Crime Control and Law Enforcement Act of 1994 directed the U.S. Sentencing Commission to "amend its sentencing guidelines to provide an appropriate enhancement for any felony, whether committed within or outside the United States, that involves or is intended to promote international terrorism, unless such involvement or intent is itself an element of the crime." Pub. L. No. 103–322, 108 Stat. 1796 (1994). The Sentencing Commission carried out that directive by promulgating § 3A1.4 of the Sentencing Guidelines.[14] I explained above that the Terrorism Enhancement in § 3A1.4 functions by both increasing the offense level and the defendant's Criminal History Category, moving the Guidelines range to the far right-hand corner of the prized Sentencing Table.

I have two principal objections to this operation of the Terrorism Enhancement.[15] First, it is not backed by any empirical evidence.[16] And, second, treating all "terrorists" alike is

---

the government. Presentence Report Ex. B at 2, ECF No. 1915-2. The average reduction for non-government sponsored below-range sentences was 41.1% or 79 months. *Id.*

[13] This analysis may be as relevant or more so in sentencing Mr. Muhtorov, but I provide it here to illustrate the illogical and confounding approach of the Guidelines for sentencing individuals convicted of crimes related to terrorism.

[14] For descriptions of the evolution of the Guideline, see McLoughlin, *supra*, at 59-62; Sameer Ahmed, *Is History Repeating Itself? Sentencing Young American Muslims in the War on Terror*, 126 Yale L.J. 1520, 1527-28 (2017).

[15] *See United States v. Salim*, 690 F.3d 115, 126 (2d 2012) (holding that a district court is not required to reject the Terrorism Enhancement because it was not the product of empirical research but "may give a non-Guidelines sentence where she disagrees with the weight the Guidelines assign to a factor").

[16] *See* McLoughlin, *supra*, at 112 ("[W]hen U.S.S.G. [§] 3A1.4 was adopted, the number of the anti-terrorism cases was tiny, so there could be no analysis of a statistically reliable group of defendants upon which to build a reliable Guideline.") (footnote omitted); *accord* Symposium, *Convicted Terrorists: Sentencing Considerations and Their Policy Implications*, 8 J. Nat'l

impermissible under our sentencing paradigm and has significant ripple effects. This second

point I must spend some time on.

While U.S.S.G. § 2M5.3 has an "internal enhancement mechanism to calibrate the

severity of the sentence to the culpability of the conduct and the harm," McLoughlin, *supra*, at

73, that distinction is lost with the Terrorism Enhancement, which frequently results in

Guidelines ranges that equal the maximum statutory sentence and fail to differentiate between

various levels of conduct.[17] For example, the Terrorism Enhancement would punish an

individual who collects $1,000 for al-Shabaab without having any contact with the organization,

*see United States v. Moalin*, No. 3:10-cr-04246 (S.D. Cal.), Nasir Sentencing Tr. at 18:7-19:8,

25:20-21, ECF No. 468 (calculating the Guidelines range as 15 years for § 2339B count), the

same as someone who maintained direct and continuing contact with a high-ranking member of

al-Shabaab and offered the use of his house as a haven for the organization's fighters and to store

---

Security L. & Pol'y 347, 361 (2016) (Judge Gerald Lee confirming: "The [G]uidelines are not
based on any empirical research. There has been no study to determine how much time a terrorist
should have or how much time a drug offender should have; everyone should know that. There is
a book that has mathematics in it, but is not based on anything other than what is in the book, and
it is math. That is all it is.").

[17]This effect was artfully described by the Probation Officer in this case: "What is clear from
[my] research is despite a significant range of conduct that can produce a conviction for material
support, the sentencing guidelines result in a nearly identical guideline range in each case,
regardless of the underlying conduct. Material support can involve financial support, as it did in
the defendant's case, or traveling with the purpose of fighting jihad personally, as it did with his
codefendant. Other examples include securing and providing weapons for terrorist organizations,
providing the location of military and government employees to terrorist organizations through
hacking activities, and plots to attack military bases in the United States and around the world.
The difficulty is that under the guidelines, there is no distinction between less and more serious
offenses, those in which actual harm occurred and those where it did not." Presentence Report
Ex. A at 4, ECF No. 1915-1; *accord* McLoughlin, *supra*, at 54 ("[T]he Guideline automatically
and uniformly increases a defendant's offense level, ensuring a defendant will be sentenced as if
his or her offenses are among the most serious offenses addressed by the Sentencing Guidelines
regardless of where the offense level fits on the spectrum of 'material support.'") (footnotes
omitted).

bombs and other weapons, *see id.*, Moalin Sentencing Tr. at 50:5-25, ECF No. 449 (calculating the Guidelines range as 15 years for § 2339B counts).

> "Deconstructing defendants and their offenses, and placing both on the spectrum of similar defendants convicted of similar crimes, is classic sentencing practice. It requires nuance and careful discrimination between and among cases and defendants based on the factors enumerated in 18 U.S.C. § 3553. That nuance is impossible under a Guideline that is structured as bluntly as U.S.S.G. [§] 3A1.4.

McLoughlin, *supra*, at 108 (footnotes omitted). As demonstrated by the almost universal application of the Terrorism Enhancement to crimes related to terrorism, the additional findings it requires do not remedy its lack of calibration.

The Guidelines were developed to "further the basic purposes of criminal punishment: deterrence, incapacitation, just punishment, and rehabilitation." U.S.S.G. Ch.1, Pt. A. In enacting the Sentencing Reform Act of 1984, "Congress sought reasonable uniformity in sentencing by narrowing the wide disparity in sentences imposed for similar criminal offenses committed by similar offenders." Additionally, it "sought proportionality in sentencing through a system that imposes appropriately different sentences for criminal conduct of differing severity." *Id.* As countless others have commented, the Terrorism Enhancement runs contrary to these aims.[18] The circumstances of individuals convicted of crimes of terrorism (or who intended to promote crimes of terrorism) differ greatly, and sentencing them without crediting those differences

---

[18]As Judge O'Toole opined:

> I do not think the Guidelines applied in accordance with their terms do an adequately reliable job in balancing the relevant sentencing factor[s] for several reasons: First, the terrorism adjustments that we referred to when we set the Guidelines range operate in a way that is too general to be convincingly reliable in a given case. Both the 12-level adjustment to the offense level and the automatic assignment of a Criminal History Category VI which are applied in any case that can be fairly characterized as a terrorism case, regardless of the particular facts, not only make the recommendation unuseful as a guide in a particular case but it is actually, in my view, contrary to and subversive of the mission of the Guidelines which is to address with some particularity the unique facts of the given case. And gross adjustments such as the ones I've referenced do not do that.

*Mehanna*, No. 1:09-cr-10017-GAO, Sentencing Tr. at 68:23-69:13.

results in disproportionate sentences and disparities in sentencing. Some of the distinguishing

factors that should be considered are "the 'materiality' of their support, the intent with which

they gave the support, the organization to which the support was given, the quality and quantum

of the support, the duration of the support, the identifiable harm caused by the support, and any

identifiable victim of the support." McLoughlin, *supra*, at 100. But the Terrorism Enhancement

does not permit consideration of any of those aspects.[19]

In considering the Enhancement, Professor George D. Brown has posited the question:

"Is terrorism sufficiently unique (and dangerous) that it justifies a sentencing 'rule' that goes

against notions of individualized sentences that reflect the inevitable differentiation among

criminals?" Brown, *supra*, 520. The answer is that it is not.[20] There is no rational basis for

concluding that all individuals labeled as "terrorists" and all crimes of "terrorism" are equal.

"Gradation of offenses" is an important value in criminal law. George D. Brown, *Notes on A*

*Terrorism Trial - Preventive Prosecution, "Material Support" and the Role of the Judge After*

*United States v. Mehanna*, 4 Harv. Nat'l Sec. J. 1, 54 (2012). "We do not treat a purse-snatcher

---

[19]Moreover, as James McLoughlin explains in his comprehensive article on the Terrorism Enhancement, there is an argument that Congress has endorsed the substantial increase in the length of prison sentences for crimes related to international terrorism resulting from the Terrorism Enhancement. McLoughlin, *supra*, at 60. But later enacted statutes "have sentences far shorter than those mandated by U.S.S.G. [§] 3A1.4, and as such they are inconsistent with the view that Congress intended sentences under [that section] to be as severe as they are." *Id.* at 60-61 (footnotes omitted). Consequently, it does not seem that the Terrorism Enhancement is entitled to more deference, as some have argued. *See* Brown, *supra*, at 520 (maintaining that the enhancement is entitled to more deference because it originated with Congress and not the Sentencing Commission).

[20]*See United States v. Ressam*, 679 F.3d 1069, 1106 (9th Cir. 2012) (Schroeder, J., dissenting) ("The majority's implicit assumption that terrorism is different, and must be treated differently . . . flies in the face of the congressionally sanctioned structure of sentencing that applies to terrorism as well as all other kinds of federal criminal offenses. Our courts are well equipped to treat each offense and offender individually, and we should not create special sentencing rules and procedures for terrorists. In presiding over the many terrorism-related cases on their dockets, courts have treated other issues in terrorism cases in ways that do not differ appreciably from more broadly applicable doctrines.").

like a rapist, [yet t]he Enhancement reflects a different view: a terrorist is a terrorist." *Id.* The requirement to view any terrorist as every terrorist goes against the basic principles of sentencing and the factors set forth in 18 U.S.C. § 3553. Here, the application of the Terrorism Enhancement to Mr. Jumaev's offenses, the facts of which have proven to be unique and deserving of specific consideration, would be cruel and unreasonable.

A just sentence is an act for which a judge is morally responsible. That responsibility can neither be shunned nor relinquished based on the nature of the crime.[21] We must recognize that a human being is the focal point of the sentencing process and should not be ignored or dismissed because of the inflamed rhetoric of the "war on terror."[22] I am reminded of Judge Learned Hand's wise comment: "If we are to keep our democracy, there must be but one commandment: Thou Shalt Not Ration Justice."

---

[21]Karen Greenberg, Director of the Center on National Security at Fordham Law, agrees:
> There needs to be some kind of formal understanding of who gets sentenced for what, and with some gradations and constancy when it comes to terrorism trials—where it doesn't all go to the far end of the sentencing spectrum because they are labeled terrorists . . . . We should consider that there are different levels of involvement in terrorism. The material support statute, a broad category that has made it easier to figure out how to use the criminal justice system to prosecute terrorists, has contributed to this problem. The breadth of the material support statute reduces the need to make the kinds of careful distinctions and comparisons that would otherwise be made in criminal sentencing contexts.

Symposium, *supra*, at 368-69.

[22]I am additionally mindful of the fears that the current practice for sentencing individuals convicted of crimes of terrorism, including application of the Terrorism Enhancement, has unintended national security consequences. *See* Christina Parajon Skinner, *Punishing Crimes of Terror in Article III Courts*, 31 Yale L. & Pol'y Rev. 309, 381 (2013) (arguing that the current sentencing system has created a serious national security weakness—"the risk that it is 'hardening' terrorist defendants against America, and contributing to the development or entrenchment of terrorist networks."); McLoughlin, *supra*, at 76 ("One must ask what U.S.S.G. [§] 3A1.4 adds to the equation that improves sentencing or anti-terrorism policy when it creates such draconian anomalies that (in the case of defendants who are foreign nationals) become newsworthy in the countries from which the defendants have come fostering a belief that the U.S. justice system is biased and fundamentally unfair.").

Let us then begin:

[W]ith the simple recognition that the Sentencing Guidelines are based on a fundamental misconception about the administration of justice: the belief that just outcomes can be defined by a comprehensive code applicable in all circumstances, a code that yields a quantitative measure of justice more easily generated by a computer than a human being. We must recognize, in other words, that no system of formal rules can fully capture our intuitions about what justice requires.

Kate Stith and Judge José A. Cabranes, Fear of Judging: Sentencing Guidelines in the Federal Courts 168-69 (1998).

## III.

## APPLICATION OF 18 U.S.C. § 3553(a) FACTORS

In rejecting and varying from the Sentencing Guidelines, I am intent on crafting a sentence for Mr. Jumaev that is "sufficient, but not greater than necessary . . . (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; (B) to afford adequate deterrence to criminal conduct; (C) to protect the public from further crimes of the defendant; and (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner." 18 U.S.C. § 3553(a)(2). I am also concerned with the nature and circumstances of the offense and the history and characteristics of Mr. Jumaev as well as the kinds of sentences available and the need to avoid unwarranted sentencing disparities. *See id.* § 3553(a).

## A.  The Nature and Circumstances of the Offense and the History and Characteristics of the Defendant

I first consider the nature and circumstances of the offense and Mr. Jumaev's history and characteristics. Although Mr. Jumaev's offense only involves a single check on a single

occasion, the surrounding events are troublesome. Mr. Jumaev not only watched and discussed

videos that I find to be repulsive in many ways, but he commented on the videos, saying things

like "Hey you, immoral, hypocrite infidels! Your days are over whether you like it or not. Now it

is your turn. We will not let you have peace because God's promise is true." Gov't Ex. 26A at 1.

I also am concerned by Mr. Jumaev's encouragement of Mr. Muhtorov on his path. *See, e.g.*

Gov't Ex. 127A ("[Y]ou're my teacher. Do you know that Abumumin? . . . [L]et me tell you the

truth . . . when it comes to the matter with wedding festivities, I think it is you who is really

walking the walk."). Even if he believed Mr. Muhtorov to be joking, he could have disagreed

with him, distanced himself from him, or simply not encouraged him.

A common recitation in the criminal law regarding a defendant's intent is that we cannot

know another person's mind. But Mr. Jumaev's testimony, his recorded comments, and

interactions with others give an idea of his sense of identity and self-perception.

There are reasons why Mr. Jumaev acted as he did and they are to be found in his

conduct, not in some Manichaean struggle between good and evil. It is clear that Mr. Jumaev

became a participant in supporting a terrorist organization because of traumatic events in his life.

The extent to which he was abused and tortured by the government in Uzbekistan is problematic,

but the evidence is overwhelming that he and other unfortunate citizens of that country were

subjected to deprivations of basic human rights and significant diminishment of individual

worth. No matter how horrible the language and circumstances of the Islamic fundamentalism he

embraced, he was searching for a structure and belief system that would validate his existence.

That he accepted or tacitly endorsed versions of Islam favored by militants is explained more by

the social milieu in his exile from home and family than by any doctrinal epiphany.

In the most favorable terms, Mr. Jumaev sought and gained employment, worked long

and arduous hours in the United States and all the while maintained communication with his wife

and family and provided them with financial support. For him, the friendship he developed with Mr. Muhtorov and the form of Islam he eventually embraced presented a promise of social justice that would right the many wrongs he had seen and experienced in his homeland of Uzbekistan, his separation from his family, and his anomie while in the United States. While the actions of jihadis stem from what many consider to be misinterpretations of the Holy Quran, Mr. Jumaev took on this cause, in a minimally supportive way, because it gave him a sense of purpose and value in the fight against social injustice and economic deprivation to which his family and he were subjected.

His sentiments and speech were clearly supportive of the IJU and therefore viewed with grave suspicion and little sympathy, yet they must be considered for sentencing purposes as reflections of his great need for identification rather than as evidence of a deliberate intention to do evil. The complete absence of violence in this case provides a window into how he saw himself and why he succumbed to the pressures he experienced. Such were the causes of his behavior. To be sure, he was influenced by others, perhaps too easily, but he did not act in any manner as an instigator or leader or conduit for others to engage in similar conduct.

## B. The Need for the Sentence Imposed

The crimes with which Mr. Jumaev has been convicted are undoubtedly grave and he must be sentenced accordingly. "The material-support statute is, on its face, a preventative measure—it criminalizes not terrorist attacks themselves, but aid that makes the attacks more likely to occur." *Holder v. Humanitarian Law Project*, 561 U.S. 1, 35 (2010). "When it enacted [18 U.S.C.] § 2339B in 1996, Congress made specific findings regarding the serious threat posed by international terrorism." *Id.* at 29. Specifically, it found: "'[F]oreign organizations that engage in terrorist activity are so tainted by their criminal conduct that *any contribution to such an*

*organization* facilitates that conduct.'" *Id.* (quoting Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA), § 301(a)(7), 110 Stat. 1247, note following 18 U.S.C. § 2339B (Findings and Purpose)).

*To Reflect the Seriousness of the Offense, To Promote Respect for the Law, and To Provide Just Punishment*

      Recognizing the seriousness of the offense, I nevertheless find the government's request for a sentence of 15 years' imprisonment to be absurd. The NYU Center on Law and Security determined that, for the 548 cases from 2001 to 2012 involving crimes inspired by jihadist ideas, the *average* sentence imposed was 14 years' imprisonment. Ctr. on Law & Sec., N.Y.U. Sch. of Law, *Terrorist Trial Report Card: September 11, 2001-September 11, 2011*, at 7 (2011) (emphasis added). The government provides no basis for why Mr. Jumaev's offenses are above average.

      To arrive at the appropriate sentence, I ask: What sentence is necessary to convey that *any* support for terrorism will not be tolerated? I believe that message has been sent in this case. Mr. Jumaev has already been subjected to significant punishment. He has spent 76 months in pretrial detention in Denver, far from his friends in Pennsylvania and even farther from his family in Uzbekistan and elsewhere. During that period, he has only been able to see one of his sons via videoconference for 10 minutes. He has been unable to provide for his family, his long-standing role. Mr. Jumaev also has lived with the knowledge that his communications with his family and friends were monitored for an extended period of his life, such that his private concerns have become public. At trial, the government even took the liberty of commenting on his absence as a father in his children's lives. I have no doubt that Mr. Jumaev's time in

detention and his experience throughout the investigation and prosecution of this case do not

"trivialize" his actions. *See* Gov't's Sentencing Statement at 14.

     If I imposed a term of imprisonment over the time Mr. Jumaev has already served,

additional disparate consequences are possible or even likely. Muslims frequently experience

discrimination while incarcerated. The U.S. Department of Justice Office of the Inspector

General Reports to Congress on Implementation of Section 1001 of the USA Patriot Act

illustrate the discriminatory treatment Muslims face while incarcerated.[23] Since Mr. Jumaev has

been convicted of crimes related to terrorism, it also would not be unheard of for him to be

subjected to harsher conditions or restrictions while imprisoned.[24]

*To Afford Adequate Deterrence to Criminal Conduct*

     While the message is clear that the U.S. prosecution of terrorism crimes is unrelenting

and inexorable, I am not positive I would be sending an effective message of deterrence by

sentencing Mr. Jumaev to a longer term of imprisonment. It is possible instead that I would be

encouraging the commission of more serious crimes, given that the sentence would be the same

regardless.[25]

---

[23]*See, e.g.,* Mar. 19, 2018 Report at 5-9. *available at* https://oig.justice.gov/reports/2018/
1803.pdf (documenting tens of civil rights and civil liberties complaints by Muslim inmates). Mr.
Jumaev's disciplinary history even includes one instance in which he did not receive his food
following a Ramadan fast and became angry. Presentence Report at 4.
[24]*See* Human Rights Watch and Columbia Law Sch. Human Rights Inst., *Illusions of Justice:
Human Rights Abuses in U.S. Terrorism Prosecutions* 131-51 (2014), *available at*
https://www.hrw.org/report/2014/07/21/illusion-justice/human-rights-abuses-us-terrorism-
prosecutions.
[25]*See* Joshua L. Dratel, *The Literal Third Way in Approaching "Material Support for
Terrorism": Whatever Happened to 18 U.S.C. § 2339B(c) and the Civil Injunctive Option?*, 57
Wayne L. Rev. 11, (2011) (discussing the theory of Italian philosopher and criminologist Cesare
Beccaria that "the lack of any distinction between punishments for crimes of unequal kind or
degree creates a dangerous and counterproductive equation: an offender contemplating two
offenses, a greater and a lesser, that are punished alike is presented no disincentive to forego the

Many commentators warn against unnecessarily lengthy sentences for terrorism offenses.[26] One of the reasons behind those warnings is the possibility of further "radicalization" while in prison. "Prison systems throughout the world have been and continue to be breeding grounds for radicalism, recruiting grounds for extremist movements, and facilities for the planning and training of radical activities." Office of the Inspector Gen., U.S. Dep't of Justice, *A Review of the Federal Bureau of Prisons' Selection of Muslim Religious Services Providers* 6 (2004), *available at* https://oig.justice.gov/special/0404/final.pdf.[27]

> [I]n recent years, policy decisions have produced shortages in Islamic leadership . . . . The lack of trained leadership . . . renders the religion at perpetual risk of being guided by inmates who can hardly deliver authoritative spiritual guidance. More critically, it allows individuals to exploit the pulpit, depart from traditional teachings, and even propagate an extremist agenda.

SpearIt, *Muslim Radicalization in Prison: Responding with Sound Penal Policy or the Sound of Alarm?*, 49 Gonz. L. Rev. 37, 60-62 (2013).[28] These factors weigh against a protracted additional term of imprisonment.

---

greater for the lesser. If the punishments are identical, there is no greater risk in attempting the greater.").

[26] *See, e .g.,* Ahmed, *supra,* at 1566 ("[N]ot only do lengthy sentences hinder rehabilitation, but they can also promote recidivism, especially in the terrorism context."); Parajon Skinner, *supra,* at 381 ("The risk that terrorists will harden in the U.S. prison system, or, in ordinary criminal language 'recidivate,' is at least in part a function of their experience in prison, inclusive of their perceptions of the process behind the punishment.").

[27] "Inmates can be radicalized in many ways, including through the delivery of anti-U.S. sermons, exposure to other radical inmates, or the distribution of extremist literature . . . . While radicalization does not necessarily lead inmates to join terrorist organizations, it can, upon their release, lead them to attend and serve in radical mosques or obtain religious education overseas in locations that provide further opportunities for radicalization and terrorist recruitment." Office of the Inspector Gen., U.S. Dep't of Justice, *A Review of the Federal Bureau of Prisons' Selection of Muslim Religious Services Providers* 6-7 (2004), *available at* https://oig.justice.gov/special/0404/final.pdf.

[28] *Accord* Office of the Inspector Gen., *supra,* at 6-7, ("This freeze on hiring Muslim chaplains implicates prison security and presents counterterrorism concerns. Without a sufficient number of Muslim chaplains on staff, inmates are, according to the Chief of the Chaplaincy Services Branch and the ten BOP Muslim chaplains, much more likely to lead their own religious services, distort Islam, advocate Prison Islam, and espouse extremist beliefs.").

*To Protect the Public from Further Crimes of the Defendant*

Mr. Jumaev has no criminal history, and as I have already stated, there is no indication that he will recidivate. He is subject to deportation and may never again be out-of-custody in the U.S. The government contends that Mr. Jumaev's conduct reflects a clear upward trajectory indicating that, "if left unchecked," Mr. Jumaev would have "endeavored to continue his support and expand his support." *See* Gov't Argument at 7/18/18 Sentencing Hr'g. I am not persuaded in the least bit by this argument. Mr. Jumaev wrote the $300 check in March 2011. He was not arrested in this case until March 2012. Yet, during that year period, there is no evidence that he committed any other crime or attempted to support terrorism in any other way. When Mr. Muhtorov finally told Mr. Jumaev he was leaving for Turkey, Mr. Jumaev did not write him another check to take with him or try to assist him with his travel.

As Judge Janet Hall found in *United States v. Ahmad*, No. 3:04-cr-00301-JCH (D. Conn. July 16, 2014),[29] I cannot sentence Mr. Jumaev on an unfounded fear that he might do something and extend his sentence as a result. I must look at what he actually did and determine whether it is likely that he will do something similar or greater in the future. From the facts before me, I find it is not.

---

[29] *Ahmad*, No. 3:04-cr-00301-JCH, Sentencing Tr. at 32:8-11, ECF No. 220 ("I don't think it's right to act on what I would call an unfounded fear that a defendant might do something, like a terrorist act, and therefore we should just lock that person up forever . . . . I think I need to be conscious of assessing the nature and circumstances of what the defendants did and not merely react to that title as ascribed to this case.").

*To Provide the Defendant with Needed Training, Medical Care, or Other Treatment*

To my knowledge, the Bureau of Prisons offers no relevant training or rehabilitation programs available for Mr. Jumaev and his crimes.[30] This is significant, because there is little hope that the negative influences resulting from a longer period of incarceration will be balanced with a productive program. I have considered the opportunity for Mr. Jumaev to pursue additional education opportunities while imprisoned[31] but have determined that potential benefit is outweighed by the other factors.

**C. The Kinds of Sentences Available**

Mr. Jumaev has now been in detention for 2,316 days. I could impose an additional term of imprisonment up to the maximum sentence under the statute—15 years for each count, or I sentence him to the time he has already served. Sentencing him to a term of less than the 2,316 days he has spent in detention would be meaningless at this point. Violations of 18 U.S.C. § 2339B can also carry a maximum fine of up to $250,000 and up to a life term of supervised release.

In evaluating the sentences available, I consider the immigration consequences and available forms of relief for Mr. Jumaev as well. I commend defense counsel for their thoroughness in presenting the related material for sentencing purposes. *See* Jumaev's Sentencing Statement at 27, ECF No. 1908; *Id.* Ex. C at 1-4, ECF No. 1908-1. Mr. Jumaev is

---

[30] *See* Ahmed, *supra*, at 1567 (2017) (explaining that programs focused on rehabilitating individuals convicted of terrorism offenses have not been instituted in American prisons); *United States v. Bell*, 81 F.Supp.3d 1301, 1318 (M.D. Fla. 2015) (citing testimony by a Federal Bureau of Prisons representative that "the BOP currently has no programs for de-radicalizing prisoners convicted of crimes of terrorism").

[31] *See* Spearit, *supra*, at 78 ("The best course to successful return to society is educational training on the inside. Although, there is little empirical research on whether education reduces recidivism, education may militate against extremism directly, since groups like al-Qaeda have been known to prey on uneducated individuals to conduct their violent biddings.").

currently in immigration removal proceedings and will likely be detained by Immigration and
Customs Enforcement as soon as he is released from custody in this case. Mr. Jumaev could then
be removed to Uzbekistan and face an uncertain future there or could be detained here for an
extended period pursuant to the Convention Against Torture. *See id.* at 4; *Yusupov v. Attorney
Gen. of United States*, 650 F.3d 968, 977-79, 993 (3d Cir. 2011) (discussing the likelihood that
the petitioners, two Uzbek nationals, would be persecuted and tortured if removed to Uzbekistan
because of their religious and political beliefs; explaining the forms of relief available and the
impact of a determination that an alien is a danger to the security of the U.S.; and holding that
the government had not proved that the petitioners were a danger to the security of the U.S. so
they were entitled to mandatory withholding of removal). Either way, his options are bleak, and
continued detention separate from this case is most probably in his future. Additionally, as a
result of his immigration status and the corresponding proceedings, any period of supervised
release imposed will likely be an unrealized figment of his sentence.

## D.  The Need to Avoid Unwarranted Sentence Disparities

Finally, I must consider "the need to avoid unwarranted sentence disparities among
defendants with similar records who have been found guilty of similar conduct."  18 U.S.C. §
3553(a)(6). Understanding that the Sentencing Guidelines are not useful for avoiding sentencing
disparities in terrorism-related cases, I ordered the parties and the Probation Office to submit
summaries of previous cases in which a defendant has been convicted under 18 U.S.C. § 2339B.
I have reviewed their submissions along with the relevant cases listed in the Sentencing
Compilation Matrix prepared by the defense in *United States v. Ahmad*.[32] While the material

---

[32]*Ahmad*, No. 3:04-cr-00301-JCH (D. Conn. June 16, 2014), Babar Ahmad's Memorandum in
Aid of Sentencing Ex. N, ECF No. 179-14.

support statutes, 18 U.S.C. §§ 2339A and 2339B, have been among the most frequently

prosecuted federal anti-terrorism statutes,[33] there are only a few cases that bear enough likeness

to Mr. Jumaev's to be worthy of comparison, and even these are readily distinguishable.[34] The

following material support cases are similar to this case in that they all involve financial

contributions, but as is apparent, each of the defendants engaged in substantially more culpable

conduct than Mr. Jumaev, such as participating in intricate conspiracy networks, contributing

considerable sums of money, providing support on a recurrent basis, joining in recruitment

efforts, plotting against the United States, and so on.

*Mohamed Bailor Jalloh*[35]

Mohamed Bailor Jalloh provided $340 to an ISIS official while he was in Africa with the

U.S. National Guard. Upon returning to the United States, he provided $500 to an FBI

confidential informant. He also researched and attempted to purchase an AK-47 assault rifle. Mr.

Jalloh pleaded guilty, in *United States v. Jalloh*, No. 1:16-cr-00163 (E.D. Va. 2016), to one count

of providing material support to a foreign terrorist organization. The sentencing judge noted that

Mr. Jalloh was willing to take significant steps to support ISIS and knew that the ISIS official

was plotting attacks in the United States. The judge sentenced him to 132 months' imprisonment

with five years of supervised release.

---

[33]Charles Doyle, Cong. Research Serv., R41333, *Terrorist Material Support: An Overview of 18 U.S.C. §2339A and §2339B* (2016), *available at* https://fas.org/sgp/crs/natsec/R41333.pdf.
[34]A comprehensive table of cases in which a defendant was sentenced for charges under 18 U.S.C. § 2339 is attached as an Appendix to this Order.
[35]Mr. Jalloh was charged after the maximum term of imprisonment for a conviction under 18 U.S.C. § 2339B was raised from 15 years to 20 years, as were Nicholas Young, Haris Qamar, Hinda Osman Dhirane, and Muna Osman Jama.

*Nicholas Young*

Nicholas Young was a police officer in Washington, D.C., and while in that service,
provided gift cards intended for ISIS to an FBI informant. In *United States v. Young*, No. 1:16-
cr-00265 (E.D. Va. 2016), Mr. Young was found guilty by a jury of two counts of attempting to
obstruct justice in violation of 18 U.S.C. § 1512(c)(2) and of one count of violating § 2339B. He
was sentenced to 180 months' imprisonment with 15 years of supervised release.

*Haris Qamar*

At the behest of an FBI confidential informant, Haris Qamar purchased gift cards worth
$80 that he believed would eventually be sent to ISIS. Mr. Qamar and the confidential informant
also took pictures of monuments for a video that ISIS was purportedly making to encourage lone
wolf terrorist attacks in Washington, D.C. Prior to the involvement of the FBI, Mr. Qamar
bought a plane ticket with the intent of going to join ISIS, but he abandoned that plan after his
parents took his passport. Mr. Qamar pleaded guilty, in *United States v. Qamar*, No.1:16-cr-
00227 (E.D. Va. 2018), to one count of attempting to provide material support to a foreign
terrorist organization. He was sentenced to 102 months' imprisonment with 20 years of
supervised release.

*Raja Lahrasib Khan*

Raja Lahrasib Khan supported Kashmir independence from India, and on a trip to
Pakistan, he provided the leader of the Kashmir independence movement, Ilyas Kashmiri, with
approximately $200 to $250 to use for attacks against the Indian government. Upon his return to
the United States, he sent funds to Pakistan and instructed that $300 go to Kashmiri. He later
accepted $1,000 from an undercover law enforcement agent and agreed to provide the funds to

Kashmiri. The undercover agent claimed to be interested in sending money to Kashmiri only if he was working with al-Qaeda. Mr. Khan confirmed that Kashmiri was working with al-Qaeda and arranged for the funds to be delivered to him. In *United States v. Khan*, No. 1:10-cr-00240 (N.D. Ill. 2010), Mr. Khan pleaded guilty to one count of attempting to provide material support to a foreign terrorist organization and was sentenced to 90 months' imprisonment with lifetime supervised release.

*Basaaly Saeed Moalin*

Basaaly Saeed Moalin collaborated with al-Shabaab leadership and even offered to provide them with a house in Mogadishu to hide weapons and to advance their agenda. In *United States v. Moalin*, No. 3:10-cr-04246 (S.D. Cal. 2010), Mr. Moalin and his co-defendants were found guilty by a jury of conspiracy to provide material support to terrorists, conspiracy to provide material support to a foreign terrorist organization, and conspiracy to launder monetary instruments. Mr. Moalin was also found guilty of actually providing material support to terrorists and to a foreign terrorist organization. On those five counts, Mr. Moalin was sentenced to a total of 216 months' imprisonment with three years of supervised release. Observing that Mr. Moalin went so far as to counsel al-Shabaab leadership on how to bury bombs and other munitions on his property, the judge concluded that his actions "went beyond mere financial support and entered into the realm of a different type of support," deserving of three of the years on one of his counts to run consecutive to the other concurrent 15-year sentences. *Moalin*, No. 3:10-cr-04246, Sentencing Tr. at 57:18-22.

*Mohammad El-Mezain*

Both before and after Hamas was designated as a foreign terrorist organization in the 1990s, Mohammad El-Mezain served as one of the officers and directors of a charitable foundation that operated as its fundraising arm. The foundation supported Hamas by funneling millions of dollars to committees in Palestine, which Mr. El-Mezain knew were controlled by Hamas. In *United States v. Holy Land Foundation for Relief and Development*, No. 3:04-cr-0240 (N.D. Tex. 2004), Mr. El-Mezain was found guilty by a jury of a single count of conspiracy to provide material support to Hamas. For that crime, he was sentenced to 180 months' imprisonment with three years of supervised release.

*Hinda Osman Dhirane and Muna Osman Jama*

Hinda Osman Dhirane and Muna Osman Jama organized a "Group of Fifteen," which included women from Minnesota, Canada, Europe, and Africa, that met regularly in a chat room to organize and track payments that would fund al-Shabaab operations. In *United States v. Jama*, No. 14-cr-00230 (E.D. Va. 2014), Ms. Dhirane and Ms. Jama were found guilty of one count of conspiracy to provide material support to the terrorist organization al-Shabaab after a bench trial. The women were also found guilty of multiple counts of providing material support based on the numerous payments and transfers of funds that occurred after they joined the conspiracy. Ms. Jama was convicted of making 20 separate payments totaling $4,700, and Ms. Dhirane was convicted of making approximately $1,000 in contributions through her participation in the conspiracy when those payments were made. The sentencing judge stressed that the defendants solicited and recruited others to contribute funds, and that "there was a substantial level of organization, subterfuge, and concealment." *United States v. Jama*, No. 14-cr-00230 (E.D. Va. Mar. 31, 2017), Sentencing Tr. at 49, ECF No. 332. The judge concluded that the nature and

36

Case 1:12-cr-00033-JLK Document 301-7 Filed 06/27/19 USDC Colorado Page 37 of 44
Case 1:12-cr-00033-JLK Document 1920 Filed 07/18/18 Page 37 of 44
164

extent of their conduct transcended the relatively small amount of money that was known to have been sent in support of al-Shabaab. Ms. Jama was sentenced to 144 months' imprisonment with 10 years of supervised release, and Ms. Dhirane was sentenced to 132 months' imprisonment with 10 years of supervised release.

*Amina Esse*

Amina Esse was involved in the same "Group of Fifteen" conspiracy to send funds in support of al-Shabaab. She pleaded guilty, in *United States v. Esse*, No. 0:14-cr-00369-MJD (D. Minn. 2014), to one count of conspiracy to provide material support to a foreign terrorist organization. She faced up to 15 years, but prosecutors sought probation because she provided substantial assistance to the government, including providing testimony against co-conspirators. Ms. Esse was sentenced to five years' probation.

*Amina Farah Ali and Hawo Mohamed Hassan*

Similar to the defendants in *United States v. Esse* and *United States v. Jama*, Amina Farah Ali and Hawo Mohamed Hassan solicited funds door-to-door in Somali neighborhoods in the U.S. and Canada in order to provide financial assistance to al-Shabaab. In addition, the defendants participated in teleconferences encouraging listeners to make donations in support of al-Shabaab. Ms. Ali communicated directly with Somalia-based members of al-Shabaab who requested financial assistance, yet she often claimed the money she solicited was to help the poor. In *United States v. Ali*, No. 0:10-cr-00187 (D. Minn. 2010), a jury found Ms. Ali and Ms. Hassan guilty of one count of conspiracy to provide material support to the designated foreign terrorist organization al-Shabaab, Ms. Ali guilty of twelve counts of providing material support, and Ms. Hassan guilty of two counts of making false statements to authorities. Ms. Ali was

sentenced to 240 months' imprisonment, while Ms. Hassan was sentenced to 120. Both have lifetime terms of supervised release.

*Nima Ali Yusuf*

In *United States v. Yusuf*, No. 3:10-cr-04551 (S.D. Cal. 2010), Nina Ali Yusuf pleaded guilty to one count of conspiracy to provide material support to a foreign terrorist organization. She admitted to sending approximately $1,450 to men who were fighting in Somalia for al-Shabaab. She also tried to help a co-conspirator recruit a local man to go and fight for the organization. Ms. Yusuf was sentenced to 96 months' imprisonment with three years of supervised release.

*Mohamud Abdi Yusuf*

Mohamud Abdi Yusuf also solicited and coordinated the transfer of funds to al-Shabaab, sending the terrorist organization money on several occasions. In one instance, he sent approximately $5,000 to al-Shabaab through a co-conspirator, funds which al-Shabaab used to obtain a vehicle for tactical operations and weapons transport. Mr. Yusuf pleaded guilty, in *United States v. Yusuf*, No. 4:10-cr-00547 (E.D. Mo. 2010), to one count of conspiracy to provide material support to a designated terrorist organization and three counts of providing material support to a designated terrorist organization. Mr. Yusuf was sentenced to 140 months' imprisonment with two years of supervised release.

*Hor and Amera Akl*

Hor and Amera Akl planned to conceal and provide up to $500,000 to Hizballah on behalf of anonymous donors in the United States. They met several times with an individual

who, unbeknownst to them, was a confidential source working for the FBI, and they eventually agreed to send money to Hizballah leaders by secreting it inside a vehicle they intended to send to Lebanon via a container ship. The confidential source delivered $200,000 to the Akls at their home and told them he would return later in the day with more money. The Akls took steps to begin concealing the money in auto accessories. Mr. Akl and his wife pleaded guilty, in *United States v. Akl*, No. 3:10-cr-00251 (N.D. Ohio 2010), to conspiracy to provide material support to the designated foreign terrorist organization Hizballah. Mr. Akl also pleaded guilty to additional charges including perjury and bankruptcy fraud. Ms. Akl was sentenced to 40 months' imprisonment with three years of supervised release, and Mr. Akl was sentenced to 75 months' imprisonment with ten years of supervised release.

All of the above defendants share with Mr. Jumaev that their convictions involve the provision of money as the form of material support. Yet Mr. Jumaev's conduct does not reach the level of any of theirs:

- He did not attempt to purchase any weapons;
- He had no direct contact with any members of a terrorist organization;
- He did not associate with terrorists or try to support them while in the U.S. Armed Forces or law enforcement;
- He did not take pictures of U.S. monuments to encourage a terrorist attack;
- He did not buy a ticket to travel anywhere;
- He did not serve in a leadership role of an organization;
- He did not solicit funds from other individuals or attempt to recruit them;
- He did not provide thousands or hundreds of thousands of dollars in support;

- He did not provide support on multiple occasions;

- His funds did not result in the purchase of tactical equipment; and

- His efforts were not organized or methodical.

The defendants in the next set of cases exhibited less aggravating conduct than the defendants discussed above, but still more extensive than Mr. Jumaev's in this case.[36] They all received sentences of less than what Mr. Jumaev has already served.

*Oytun Asyse Mihalik*

Oytun Asyse Mihalik sent a total of more than $2,000 to a person in Pakistan who she believed was a member of the Taliban and al-Qaeda fighting against the U.S. military. She pleaded guilty, in *United States v. Mihalik*, No. 2:11-cr-00833 (C.D. Cal. 2011), to one count of providing material support to terrorists. She was sentenced to 60 months' imprisonment and agreed that upon the completion of her sentence she would be removed to Turkey.

*Jasminka Ramic*

Ms. Ramic was one of six U.S. citizens from Bosnia charged, in *United States v. Hodzic*, No. 4:15-CR-00049 (E.D. Mo. 2015), with conspiring to provide money, equipment, and other supplies to jihadists in Syria. She made three payments totaling $700 to a co-conspirator with the intent that the funds be transferred to, and used in support of, a fellow Bosnian-American who was fighting in Syria. While Ms. Ramic was initially motivated to send money and items such as

---

[36] I acknowledge that the sentences of these defendants was likely impacted by plea bargaining, but I nevertheless find them to be more similarly situated to Mr. Jumaev than those who organized complex funding and recruitment schemes or provided direct support for attacks and violent activities. Furthermore, as I have already explained, I refuse to employ any sort of trial "tax."

hot chocolate mix to help the children impacted by the conflict in Syria, she eventually became aware that the individual in Syria was fighting with terrorist groups including ISIS. She pleaded guilty to conspiracy to kill or maim persons in a foreign country, which carried a maximum sentence of 60 months. She was sentenced well below the Guidelines range to 36 months' imprisonment.

*Ahmed Nasir Taalil Mohamud*

Ahmed Nasir Taalil Mohamud (Mr. Nasir), the co-defendant of Mr. Moalin (above), was convicted by a jury of only the three conspiracy counts, in *United States v. Moalin*, No. 3:10-cr-04246 (S.D. Cal. 2010), and in contrast with Mr. Moalin, was sentenced to just 72 months' imprisonment with three years of supervised release. The sentencing judge found Mr. Nasir's limited participation to be an important mitigating factor, noting that he was involved with collecting and depositing approximately $1,000 into an account but had no direct contact with the other defendants aside from telephone conversations with Mr. Moalin. The judge further noted that Mr. Nasir generally led a law-abiding and productive life and worked to send money home to his family.

After reviewing all of the related cases, I again sympathize with Judge Hall's remarks: "[N]o matter how I looked at the cases, there's absolutely no way to rationalize the sentencings that have been imposed around the country, on persons who have given material support or committed acts of terrorism." *Ahmad*, No. 3:04-cr-00301-JCH, Sentencing Tr. at 58:9-13. The take-away message in this case, though, is that it is clear that Mr. Jumaev's conduct is the least of the least. A sentence of 15 years, as recommended by the government, would be disproportionate and would contribute to unwarranted sentencing disparities.

## IV.

## THE SENTENCE TO BE IMPOSED

"It is our duty to see that the force of the state, when it is brought to bear through the sentences of our courts, is exerted with the maximum we can muster of rational thought, humanity, and compassion." Marvin E. Frankel, Criminal Sentences: Law Without Order 124 (1973).[37] Despite the nature of this case or perhaps even because of it, I have endeavored with every ounce of my being to craft a sentence for Mr. Jumaev that is based on rational thought, humanity, and compassion.

After profound reflection on all of the factors discussed above, I sentence Defendant Bakhtiyor Jumaev to time served, or in effect, 76 months and three days. Mr. Jumaev shall be placed on supervised release for a term of 10 years for each count, to run concurrently. Mr. Jumaev shall immediately pay a special assessment of $200. I find he does not have the ability, prospects, or resources to pay a fine, so I waive the fine in this case.

Within 72 hours of release from the custody of the Bureau of Prisons, Mr. Jumaev shall report to the Probation Office in the District of Colorado. While on supervision, he is subject to the following conditions that may not be changed or modified without prior authorization of this Court.

1.  Mr. Jumaev must not commit any other federal, state, or local crime.

2.  Mr. Jumaev must not unlawfully possess a controlled substance and must refrain from any unlawful use of a controlled substance.[38]

3.  Mr. Jumaev must cooperate in the collection of DNA as directed by the probation officer.

---

[37]While the U.S. Sentencing Commission and its Guidelines were envisioned by Judge Frankel, Guidelines such as those applicable for offenses related to terrorism, under which defendants are punished uniformly for dissimilar conduct, exacerbate the infirmities in our justice system that he sought to redress.

[38]I waive the mandatory drug testing provision of 18 U.S.C. §§ 3563(a)(5) or 3583(d), because the Presentence Report indicates a low risk of future substance abuse by Mr. Jumaev.

4. After initially reporting to the probation office, Mr. Jumaev will receive instructions from the Court or the probation officer about how and when he must report to the probation officer, and he must report as instructed.

5. Mr. Jumaev must not knowingly leave the federal judicial district where he is authorized to reside without first getting permission from the Court or the probation officer.

6. Mr. Jumaev must answer truthfully the questions asked by his probation officer.

7. Mr. Jumaev must live at a place approved by the probation officer. If he plans to change where he lives or anything about his living arrangements (such as the people he lives with), he must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, he must notify the probation officer within 72 hours of becoming aware of a change or expected change.

8. Mr. Jumaev must allow the probation officer to visit him at any time at his home or elsewhere and must permit the probation officer to take any items that he or she observes in plain view that are prohibited by the conditions of Mr. Jumaev's supervision.

9. Mr. Jumaev must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses him from doing so. If he does not have full-time employment, he must try to find full-time employment, unless the probation officer excuses him from doing so. If he plans to change where he works or anything about his work (such as his position or job responsibilities), he must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, he must notify the probation officer within 72 hours of becoming aware of a change or expected change.

10. Mr. Jumaev must not communicate or interact with someone he knows is engaged in criminal activity. If he knows someone has been convicted of a felony, he must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

11. If Mr. Jumaev is arrested or questioned by a law enforcement officer, he must notify the probation officer within 72 hours.

12. Mr. Jumaev must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person).

13. Mr. Jumaev must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the Court.

14. If the probation officer determines that Mr. Jumaev poses a risk to another person (including an organization), the probation officer may require him to notify the person about the risk

and he must comply with that instruction. The probation officer may contact the person and confirm that he has notified the person about the risk.

15. Mr. Jumaev must follow the instructions of the probation officer related to the conditions of supervision.

I find that the Special Conditions of Supervision listed below are reasonably related to the

factors enumerated in 18 U.S.C § 3553(a) and 18 U.S.C. § 3583(d) and do not constitute a

greater deprivation of liberty than reasonably necessary to accomplish the goals of sentencing.

Thus, Mr. Jumaev is subject to them as well while on supervision.

1. If Mr. Jumaev is deported, he must not thereafter re-enter the United States illegally. If he re-enters the United States legally, he must report to the nearest U.S. Probation Office within 72 hours of his return.

2. Mr. Jumaev must allow the probation officer to install software/hardware designed to monitor computer activities on any computer he is authorized by the probation officer to use. The software may record any and all activity on the computer, including the capture of keystrokes, application information, internet use history, email correspondence, and chat conversations. A notice will be placed on the computer at the time of installation to warn others of the existence of the monitoring software on the computer. Mr. Jumaev must not attempt to remove, tamper with, reverse engineer, or in any way circumvent the software/hardware.

3. Mr. Jumaev must submit his person, property, house, residence, office, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), or other electronic communications, data storage devices, or media to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. Mr. Jumaev must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that he has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

4. Mr. Jumaev shall not possess, view, access, or otherwise use material that reflects extremist or terroristic views or is deemed to be similarly inappropriate by the U.S. Probation Office.

DATED this 18th day of July, 2018.

John L. Kane
_____
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE

# Case Appendix to Memorandum Opinion and Order on Sentencing

| Case Name | Relevant Defendant(s) | District | Case No. | Initial Indictment Date | Sentence | Summary | Foreign Terrorist Organization |
|---|---|---|---|---|---|---|---|
| *U.S. v. Pugh* | Tairod Nathan Webster Pugh | E.D.N.Y. | 1:15-cr-00116 | Mar. 16, 2015 | 420 months' imprisonment + 5 years' supervised release<br><br>(180 months for conviction under § 2339B) | Defendant was charged with violating § 1512(c)(1) and (2) in addition to one count of § 2339B. The defendant was convicted by a jury of both counts. The defendant traveled to Turkey in an effort to cross into Syria to engage in jihad. | Islamic State of Iraq and the Levant / al-Sham (ISIS) |
| *U.S. v. Elhuzayel* | Nader Elhuzayel | C.D. Cal. | 8:15-cr-00060 | June 03, 2015 | 360 months' imprisonment + lifetime supervised release<br><br>(180 months for each conviction under § 2339B to be served consecutively) | Defendant was found guilty by a jury of two counts of violating § 2339B and 25 counts of violating § 1344. He attempted to provide personnel in the form of himself. | ISIS |
| *U.S. v. Elhuzayel* | Muhanad Elfati M. A. Badawi | C.D. Cal. | 8:15-cr-00060 | June 03, 2015 | 360 months' imprisonment + lifetime supervised release<br><br>(180 months for each conviction under § 2339B to be served consecutively) | Defendant was found guilty by a jury of two counts of violating § 2339B and one count of violating 20 U.S.C. § 1097. The defendant facilitated his co-defendant's travel to join ISI by providing his debit card to purchase a one-way airline ticket. | ISIS |
| *U.S. v. Edmonds* | Hasan R. Edmonds | N.D. Ill. | 1:15-cr-00149 | Apr. 02, 2015 | 360 months' imprisonment + 20 years' supervised release.<br><br>(180 months for each conviction under § 2339B to be served consecutively) | Defendant pleaded guilty two counts of violating § 2339B. The defendant was a member of Army National Guard. The defendants discussed attacking the military base in Illinois and traveling to Syria. | ISIS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Jonas M. Edmonds | | | | 252 months' imprisonment + 20 years' supervised release<br><br>(180 month' for conviction under §2339B) | Defendant pleaded guilty to one count of violating § 2339B and one count of making a false statement to law enforcement in violation of 18 U.S.C. § 1001. | |
| *U.S. v. Kareem* | Abdul Malik Abdul Kareem | D. Ariz. | 2:15-cr-00707 | June 10, 2015 | 360 months' imprisonment + lifetime supervised release<br><br>(240 months for conviction under § 2339B) | Defendant was found guilty by a jury of one count of violating § 2339B and of four additional counts involving firearms and making false statements to the Federal Bureau of Investigation.<br><br>The defendant engaged in a plot to disrupt an event in Texas. Several individuals were injured and two co-conspirators were killed in the attack. Additionally, they had considered attacking military bases, the Super Bowl, and shopping malls. | ISIS |
| *U.S. v. Kurbanov* | Fazliddin Kurbanov | D. Idaho | 1:13-cr-00120 | May 16, 2013 | 300 months' imprisonment + 3years supervised release<br><br>(180 months for each conviction under § 2339B to run concurrently) | Defendant was found guilty by a jury of two counts of violating § 2339B and of one count of violating 26 U.S.C. § 5861(d). The defendant attempted to provide financial support and personnel, including himself. | Islamic Movement of Uzbekistan |
| *U.S. v. Shah* | Rafiq Abdus Sabir | S.D.N.Y. | 1:05-cr-00673 | June 27, 2005 | 300 months' imprisonment + 2 years' supervised release | Defendant was convicted by a jury of two counts of violating § 2339B. The defendant attempted to provide expert advice and medical assistance to a foreign terrorist organization. | al Qaeda |

| | | | | | | |
|---|---|---|---|---|---|---|
| *U.S. v. Khan* | Hafiz Muhammad Sher Ali Khan | S.D. Fla. | 1:11-cr-20331 | May 12, 2011 | 300 months' imprisonment + 5 years' supervised release<br><br>(180 months for the first count of violating § 2339A and 120 months for the remaining charges to run concurrently) | Defendant was found guilty of two counts of violating § 2339A and two counts of violating § 2339B. The defendant was found guilty on all charges. The defendant solicited, collected, and transferred money to purchase weapons for the Taliban. | Pakistani Taliban |
| *U.S. v. Elfgeeh* | Mufid Elfgeeh | W.D.N.Y. | 6:14-cr-06147 | Sept. 16, 2014 | 270 months' imprisonment + 27 years, 6 months supervised release<br><br>(180 months for one count and 90 months for the other to run consecutively) | Defendant was indicted for seven counts and ultimately pleaded guilty to two counts of violating § 2339B. He attempted to provide personnel to ISIS. | ISIS |
| *U.S. v. Ali* | Amina Farah Ali | D. Minn. | 0:10-cr-00187 | 2010 | 240 months' imprisonment + lifetime supervised release<br><br>(180 months for one count and 60 months for each remaining count) | Defendant was found guilty of thirteen counts of violating § 2339B. The defendant raised and/or provided at least $2,100 to al-Shabbab. | al-Shabbab |
| | Hawo Hassan | | | | 120 months' imprisonment + lifetime supervised release<br><br>(120 months for violating § 2339B) | Defendant was found guilty of three counts of violating § 1001 and one count of violating § 2339B. The defendant assisted in raising the $2,100 by encouraging individuals to pledge allegiance to al-Shabbab. | |
| *U.S. v. Ferizi* | Ardit Ferizi | E.D. Va. | 1:16-cr-00042 | Feb. 16, 2016 | 240 months' imprisonment + 10 years' supervised release<br><br>(180 months for violating § 2339B). | Defendant pleaded guilty to one count of violating § 2339B and one count of violating 18 U.S.C. § 1030 in relation to hacking. The defendant was a hacker living in Malaysia who obtained U.S. government and military personnel information and provided the information to ISIS. | ISIS |

| | | | | | | |
|---|---|---|---|---|---|---|
| *U.S. v. Moalin* | Basaaly Saeed Moalin | S.D. Cal. | 3:10-cr-04246 | Oct. 22, 2010 | 216 months' imprisonment + 3 years' supervised release | Defendant was found guilty of two counts of violating § 2339A, two counts of violating § 2339B, and one count of conspiracy to launder money in violation of 18 U.S.C. § 1956(a)(2). The defendant coordinated with leaders of al-Shabaab. | al-Shabaab |
| *U.S. v. Solano* | Vicente Adolfo Solano | S.D. Fla. | 1:17-cr-20781 | Nov. 02, 2017 | 210 months' imprisonment + lifetime supervised release | Defendant was charged initially with violating § 2339A and later charged with also violating § 2339B. The defendant pleaded guilty to the count of violating § 2339B. The defendant attempted to use a weapon of mass destruction to destroy a mall on and wanted to join ISIS. | ISIS |
| *U.S. v. Ahmed* | Ehsanul Islam Sadequee | N.D. Ga. | 1:06-cr-00147 | Mar. 23, 2006 | 204 months' imprisonment + 30 years' supervised release (180 months for each of three counts to run concurrently plus 24 months for conspiracy to provide material support to a foreign terrorist organization to run consecutively) | Defendant was found guilty of two counts of violating § 2339A and two counts of violating § 2339B. The defendants conducted surveillance and met with others to discuss possible targets for a terrorist attack. | Lashkar-e-Taiba (LET) |
| | Syed Haris Ahmed | | | | 156 months' imprisonment + 30 years' supervised release | Defendant was found guilty of one count of violating §2339A. | |
| *U.S. v. Young* | Nicholas Young | E.D. Va. | 1:16-cr-00265 | Dec. 15, 2016 | 180 months' imprisonment (for each count to run concurrently) + 15 years' supervised release | Defendant was found guilty of two counts of attempting to obstruct justice in violation of 18 U.S.C. § 1512(c)(2) and of one count of violating § 2339B. The defendant was a police officer and on several occasions purchased gift cards to be used by ISIS for recruitment. | ISIS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *U.S. v. Holy Land Foundation for Relief and Development* | Mohammed El-Mezain | N.D. Tex. | 3:04-cr-00240 | July 26, 2004 | 180 months' imprisonment + 3 years' supervised release | Defendant was charged with twelve counts of violating § 2339B, ten counts of violating 50 U.S.C. §§ 1701-1706, and one count of violating 12 U.S.C.§ 1956. The defendant was convicted by the jury of one count of violating § 2339B. The defendant was a large scale financier for Hamas. Together with his co-conspirators, they raised over $12,000,000. | Hamas |
| *U.S. v. Kauser Mohammed* | Gufran Ahmed Kauser Mohammed | S.D. Fla. | 1:13-cr-20364 | May 21, 2013 | 180 months' imprisonment + 5 years' supervised release | Defendant pleaded guilty to one count of violating § 2339B. He attempted to provide personnel and funds totaling approximately $26,000. | al Qaeda & al-Shababb |
| *U.S. v. Nayyar* | Patrick Nayyar | S.D.N.Y. | 1:09-cr-01037 | Oct. 26, 2009 | 180 months' imprisonment; no supervised release because subject to deportation<br><br>(60 months for each violation of § 3229B to run concurrently with each other but consecutive to other counts) | Defendant was found guilty of two counts of violating § 2339B, two counts of violating 50 U.S.C. § 1705(a), and one count of violating 18 U.S.C. § 371. The defendant agreed to provide goods in the form of guns, ammunition, vehicles, bulletproof vests, and night vision goggles because he thought they would be used to support Hizballah. | Hizballah |
| *U.S. v. Chandia* | Ali Asad Chandia | E.D. Va. | 1:05-cr-00401 | Sept. 14, 2005 | 180 months' imprisonment + 3 years' supervised release<br><br>(180 months for each count of violating § 2339B to be served concurrently) | Defendant was found guilty of one count of violating § 2339A and two counts of violating § 2339B. The defendant provided paint balls for training activities in the Lashkar-e-Taiba. | Lashkar-e-Taiba (LET) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *U.S. v. Morgan* | Donald Ray Morgan | M.D.N.C. | 1:14-cr-00414 | Waived indictment Oct. 30, 2014 | 180 months' imprisonment + 3 years' supervised release<br><br>(180 months for violating § 2339B; received an additional 63 months for separate charge of felon in possession of a firearm) | Defendant pleaded guilty to one count of violating § 2339B. The defendant purchased a ticket to enter Syria and participate in jihad. | al Qaeda/ISIS |
| *U.S. v. Davis* | Leon Nathan Davis | S.D. Ga. | 1:15-cr-00059 | Waived indictment May 27, 2015 | 180 months' imprisonment + lifetime supervised release | Defendant pleaded guilty to one count of violating § 2339B. The defendant attempted to fly to Turkey and later Syria to join ISIS. | ISIS |
| *U.S. v. Saadeh* | Alaa Saadeh | D.N.J | 2:15-cr-00558 | Waived indictment Oct. 29, 2015 | 180 months' imprisonment + lifetime supervised release | Defendant pleaded guilty to one count of violating § 2339B. The defendant was planning on going to Turkey to support ISIS. | ISIS |
| *U.S. v. Dandach* | Adam Dandach | C.D. Cal. | 8:14-cr-00109 | July 16, 2014 | 180 months' imprisonment + lifetime supervised release | Defendant pleaded guilty to one count of violating § 1542 and one count of violating § 2339B. The defendant attempted to board a flight to Turkey and also received a conviction for a false passport. | al Qaeda/ISIS |
| *U.S. v. Cordoba-Bermudez* | Juanito Cordoba-Bermeduez | S.D.N.Y. | 1:08-cr-01290 | Feb. 05, 2009 | 180 months' imprisonment + 3 years' supervised release | Defendant pleaded guilty to one count of violating § 2339B. The defendant was involved in multiple conversations with co-conspirators about logistics for seizing weapons from Panamanian authorities. | Revolutionary Armed Forces of Colombia (FARC) |
| *U.S. v. Kashmiri* | Tahawwur Hussain Rana | N.D. Ill. | 1:09-cr-00830 | Dec. 07, 2009 | 168 months' imprisonment + 3 years' supervised release | Defendant was found guilty of one count of violating § 2339A and of one count of violating § 2339B. The defendant allowed his co-conspirators to use his business as a cover to conceal travel and surveillance for terrorist attacks. | Lashkar-e-Taiba (LET) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Narseal Batiste | | | | 162 months' imprisonment + 35 years' supervised release | Defendant was found guilty of one count each of violating § 2339A, § 2339B, § 844, and § 2384.<br><br>The defendants swore allegiance to al Qaeda, purchased a camera, and scouted locations for what they believed would be a domestic attack. | |
| | Patrick Abraham | | | | 112.5 months' imprisonment + 15 years' supervised release | Defendant was found guilty of one count each of violating § 2339A, § 2339B, and § 844. | |
| | Stanley Grant Phanor | | | | 96 months' imprisonment + 15 years' supervised release | Defendant was found guilty of violating one count of § 2339A and one count of §2339B. | |
| | Rotschild Augustine | | | | 84 months' imprisonment + 10 years' supervised release | Defendant was found guilty of violating one count of § 2339A and one count of §2339B. | |
| U.S. v. Batiste | Burson Augustin | S.D. Fla. | 1:06-cr-20373 | June 22, 2006 | 72 months' imprisonment + 10 years' supervised release | Defendant was found guilty of violating one count of § 2339A and one count of §2339B. | al Qaeda |
| U.S. v. Velasco | Mauricio Santoyo Velasco | E.D. Va. | 1:12-cr-00217 | May 24, 2012 | 156 months' imprisonment + 5 years' supervised release | Defendant pleaded guilty to one count of violating § 2339B. The defendant accepted bribes in exchange for the information and assistance he could provide as a high-level law enforcement officer in Colombia. The information allowed AUC members to avoid detection and arrest. | United Self-Defense Forces of Colombia (AUC) |
| U.S. v. Jama | Muna Osman Jama | E.D. Va. | 1:14-cr-00230 | June 24, 2014 | 144 months' imprisonment (on each count) + 10 years' supervised release | Defendant was found guilty of 21 counts of violating § 2339B. The defendant provided several payments to al-Shabaab including one payment of $1,500. | al-Shabaab |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Hinda Osman Dhirane |  |  |  | 132 months' imprisonment + 10 years' supervised release | Defendant was found guilty of one count of violating § 2339B. The defendant was involved in the transfer of approximately $1,000 in support of al-Shabaab. |  |
| *U.S. v. Teausant* | Nicholas Teausant | E.D. Cal. | 2:14-cr-00087 | Mar. 26, 2014 | 144 months' imprisonment + 25 years' supervised release | Defendant pleaded guilty to one count of violating § 2339B. The defendant was a college student with some involvement in the National Guard. The defendant wanted to participate in violent jihad and was arrested traveling to Canada. | ISIS |
| *U.S. v. Yusuf* | Mohamud Abdi Yusuf | E.D. Mo. | 4:10-cr-00547 | Oct. 21, 2010 | 140 months' imprisonment +2 years' supervised release | Defendant pleaded guilty to four counts of violating § 2339B. There were at least four individuals involved in the conspiracy to provide funds to al-Shabaab. | al-Shabaab |
| *U.S. v. Aguilar Ramirez* | Nancy Conde Rubio | D.D.C. | 1:07-cr-00248 | Sept. 25, 2007 | 138 months' imprisonment + 3 years' supervised release | Defendant pleaded guilty to one count of violating § 2339B. The defendant was a ranking member of the FARC. She oversaw the group's logistics and communications network and was involved in the kidnapping of American hostages. | Revolutionary Armed Forces of Colombia (FARC) |
| *US v. Amin* | Ali Shukri Amin | E.D. Va. | 1:15-cr-00164 | Waived indictment June 11, 2015 | 136 months' imprisonment + lifetime supervised release | Defendant pleaded guilty to violating § 2339B. The defendant used Twitter and the dark web to educate others on how to use bit coin to fund terrorist organizations. He also converted a co-conspirator to radical Islam and facilitated travel of the co-conspirators to Syria. | ISIS |
| *U.S. v. Jalloh* | Mohammed Bailor Jalloh | E.D. Va. | 1:16-cr-00163 | Waived indictment Oct. 27, 2016 | 132 months' imprisonment + 5 years' supervised release | Defendant pleaded guilty to one count of violating § 2339B. The defendant provided $340 to an ISIS official while he was in Africa and $500 to an FBI confidential informant. | ISIS |
| *U.S. v. Mosquera-Renteria* | Jorge Abel Ibarguen-Palacio | S.D.N.Y | 1:09-cr-00498 | May 14, 2009 | 130 months' imprisonment + 2 years' supervised release | Defendant pleaded guilty to count of violating § 2339B. | Revolutionary Armed Forces of Colombia (FARC) |
| *U.S. v. Ahmed* | Zacharia Yusuf Abdurahman | D. Minn. | 0:15-cr-00049 | Feb. 19, 2015 | 120 months' imprisonment + 20 years' supervised release | Defendant pleaded guilty to one count of violating § 2339B. The defendant had a plan to travel to support ISIS. | ISIS |

| | | | | | | |
|---|---|---|---|---|---|---|
| *U.S. v. Abdi* | Nuradin M. Abdi | S.D. Ohio | 2:04-cr-00088 | June 10, 2004 | 120 months' imprisonment + 3 years' supervised release | Defendant pleaded guilty to one count of violating § 2339A. He planned to travel to obtain military-style training in preparation for violent jihad. | al Qaeda |
| *U.S. v. Van Haften* | Joshua Van Haften | W.D. Wis. | 3:15-cr-00037 | Apr. 23, 2015 | 120 months' imprisonment + lifetime supervised relief | Defendant pleaded guilty to one count of violating § 2339B. The defendant pledged allegiance to ISIS attempted to travel to participate in violent jihad. | ISIS |
| *U.S. v. Diaz* | Miguel Moran Diaz | S.D. Fla. | 1:15-cr-20264 | Apr. 16, 2015 | 120 months' imprisonment + 3 years' supervised release | Defendant pleaded guilty to violating 18 U.S.C. § 922. The judge decided to apply an upward variance due to the defendant's support for ISIS and "lone wolf" characteristics. | |
| *U.S. v. Ahmed* | Hamza Naj Ahmed | D. Minn. | 0:15-cr-00049 | Feb. 19, 2015 | 120 months' imprisonment + 20 years' supervised release | Defendant pleaded guilty to one count of violating § 2339B and to a § 1097 charge. The defendant flew to New York and planned to leave for Turkey with several others. | ISIS |
| *U.S. v. Qamar* | Haris Qamar | E.D. Va. | 1:16-cr-00227 | Oct. 7, 2016 | 102 months' imprisonment + 20 years' supervised release | Defendant pleaded guilty to one count of violating § 2339B. The defendant purchased $80 in gift cards for ISIS with help from an FBI confidential informant. Additionally, the defendant took several pictures for potential terrorist attack targets in Washington D.C. | ISIS |
| *U.S. v. Yusuf* | Nima Ali Yusuf | S.D. Cal. | 3:10-cr-04551 | Nov. 12, 2010 | 96 months' imprisonment + 3 years' supervised release | Defendant pleaded guilty to one count of violating § 2339B. The defendant was involved in sending funds to al-Shabaab. | al-Shabaab |
| *U.S. v. Boyd* | Dylan Boyd | E.D.N.C. | 5:09-cr-00216 | July 22, 2009 | 96 months' imprisonment + 3 years' supervised release | Defendant pleaded guilty to one count of violating § 2339A. The defendant was connected to his father's home grown terrorist cell and traveled with his father and brother to Israel to engage in jihad. | North Carolina Taliban |
| *U.S. v. Dakhalla* | Muhammad Oda Dakhlalla | N.D. Miss. | 15-cr-00098 | Aug. 26, 2015 | 96 months' imprisonment + 15 years' supervised release | Defendant pleaded guilty to one count of violating § 2339B. The defendant attempted to provide himself and his co-conspirator as personnel to ISIS. | ISIS |

| | | | | | | |
|---|---|---|---|---|---|---|
| *U.S. v. Brown* | Avin Marsalis Brown | E.D.N.C. | 14-cr-0058 | Apr. 01, 2014 | 92 months' imprisonment + 5 years' supervised release | Defendant pleaded guilty to one count of violating § 2339A. The defendant wanted to travel overseas to fight and was caught at airport with a ticket to Turkey. | |
| *U.S. v. Tobias – Rodriguiez* | Osman Jose Tobias-Rodriguiez | S.D. Fla. | 1:10-cr-20094 | Feb. 19, 2010 | 90 months' imprisonment + 5 years' supervised release | Defendant pleaded guilty to violating § 2339B and § 960. The defendant worked with others to assist al Quaeda in the transportation and smuggling of illegal aliens and weapons into the United States from Peru. | al Qaeda |
| *U.S. v. Khan* | Raja Lahrasib Khan | N.D. Ill. | 1:10-cr-00240 | Apr. 1, 2010 | 90 months' imprisonment + lifetime supervised release | Defendant pleaded guilty to one count of violating § 2339B. The defendant provided $200-$250 to the leadership of Kashmir Independence Movement and confirmed to an FBI confidential informant that the group was working with al Qaeda. | al Qaeda |
| *U.S. v. Varela* | Diego Alberto Ruiz Arroyave | S.D. Tex. | 4:02-cr-00714 | Dec. 04, 2002 | 90 months' imprisonment + 3 years' supervised release | Defendant pleaded guilty to one count of violating § 2339B. The defendant attempted to acquire anti-aircraft missiles, grenade launchers, and other powerful weapons in exchange for $25 million worth of cocaine. | United Self-Defense Forces of Colombia (AUC) |
| *U.S. v. Wolfe* | Michael Todd Wolfe | W.D. Tex. | 1:14-cr-00213 | June 18, 2014 | 82 months' imprisonment + 5 years' supervised release | Defendant pleaded guilty to one count of violating § 2339A. The defendant planned to travel to Syria to engage in violent jihad and hoped to take his wife and two children. | |
| | Hor Akl | | | | 75 months' imprisonment + 10 years' supervised release | Defendant pleaded guilty to violating § 2339B, § 1956, and § 157. The defendant and his wife planned to conceal $500,000 to be sent to Hizballah. | |
| *U.S. v. Akl* | Amera Akl | N.D. Ohio | 3:10-cr-00251 | June 07, 2010 | 40 months' imprisonment + 3 years' supervised release | Defendant pleaded guilty to violating § 2339B. She and her husband planned to conceal $500,000 for Hizballah. | Hizballah |
| *U.S. v. Salamanca* | Victor Daniel Salamanca | S.D. Fla. | 1:06-cr-20001 | Jan. 03, 2006 | 70 months' imprisonment + 3 years' supervised release | Defendant pleaded guilty to one count of violating § 2339B. The defendant was caught in an ICE sting operation while he was providing fraudulent identification to help FARC members enter the United States. | Revolutionary Armed Forces of Colombia (FARC) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *U.S. v. Mihalik* | Oytun Asyse Mihalik | C.D. Cal. | 2:11-cr-00833 | Aug. 30, 2011 | 60 months' imprisonment; defendant agreed to be removed to Turkey after term of imprisonment | Defendant pleaded guilty to one count of violating § 2339A. The defendant sent more than $2,000 to a person in Pakistan that she believed was a member of the Taliban and al Qaeda | Taliban and al Qaeda |
| *U.S. v. Issa* | Idriss Abdelrahman | S.D.N.Y. | 1:09-cr-01244 | Dec. 30, 2009 | 46 months' imprisonment (no supervised release conditions) | Defendant pleaded guilty to violating § 2339B. The defendant with others provided the FARC with logical assistance, secured transportation for cocaine across Africa with assistance from al Qaeda, and provided false identification documents. | Revolutionary Armed Forces of Colombia (FARC) & al Qaeda |
| *U.S. v. Hodzic* | Jasminka Ramic | E.D. Mo. | 4:15-cr-00049 | Feb. 05, 2015 | 36 months' imprisonment + 3 years' supervised release | Defendant pleaded guilty to conspiracy to kill or maim persons in a foreign country, which carried a maximum sentence of 60 months. She made three payments totaling $700 to a co-conspirator with the intent that the funds be transferred to, and used in support of, a fellow Bosnian-American who was fighting in Syria. | |
| *U.S. v. Aguilar Ramirez* | Luz Mery Gutierrez Vergara / Ana Islabel Pena Arevalo | D.D.C. | 1:07-cr-00248 | Sept. 25, 2007 | 31 months' imprisonment + 3 years' supervised release | Defendants pleaded guilty to one count of violating § 2339B. The defendants worked as radio call center operators, patching through high frequency radio calls from FARC leaders. | Revolutionary Armed Forces of Colombia (FARC) |
| *U.S. v. Warsame* | Abdirizak Warsame | D. Minn. | 0:16-cr-00037 | Feb. 04, 2016 | 30 months' imprisonment + 20 years' supervised release | Defendant pleaded guilty to one count of violating § 2339B. The defendant conspired and attempted to assist his co-conspirators with traveling to Syria to fight with ISIS but the defendant had no such plans to travel. The court found the downward variance was appropriate based on the amount of assistance the defendant provided to the government. | ISIS |
| *U.S. v. Esse* | Amina Esse | D. Minn. | 0:14-cr-00369 | Nov. 14, 2014 | 5 years' Probation | Defendant pleaded guilty to violating § 2339B. The defendant delivered money to her co-conspirators upwards of $850 over six transactions. The defendant cooperated with the FBI and provided testimony against co-conspirators. | al-Shabaab |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *U.S. v. Yusuf* | Abdullahi Yusuf | D. Minn. | 0:15-cr-00046 | Feb. 12, 2015 | Time served (approx. 12 months) + 20 years' supervised release | Defendant pleaded guilty to one count of violating § 2339B. The defendant had planned to travel to support ISIS. | ISIS |
| *U.S. v. Daniels* | Aaron T. Daniels | S.D. Ohio | 2:16-cr-00222 | Nov. 10, 2016 | 80 months' imprisonment + lifetime supervised release | Defendant pleaded guilty to one count of violating § 2339B.  He was arrested before boarding a flight to Trinidad and Tobago and later admitted his intention was to travel abroad and join ISIS. | ISIS |